UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.:  22-CV-173 TWR (MSB)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF No. 22) |

Presently before the Court is Defendants Board of Trustees of the California State University and San Diego State University's Motion to Dismiss.  ("the Motion," ECF No. 22.)  A hearing on the Motion is currently set for June 16, 2022, at 1:30 p.m.  However, on April 21, 2022, Plaintiffs filed an Amended Complaint.  (*See* ECF No. 24.)  In light of the

Amended Complaint, the Court **DENIES AS MOOT** the Motion and **VACATES** the June 16, 2022, hearing.

**IT IS SO ORDERED.**

Dated:  April 22, 2022

_____
Honorable Todd W. Robinson
United States District Judge