Scott R. Eldridge (Michigan Bar No. P66452)
Brian M. Schwartz (Michigan Bar No. P69018)
Erika L. Giroux (Michigan Bar No. P81998)
Ashley N. Higginson (Michigan Bar No. P83992)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com
*Attorneys for Defendants*

ROB BONTA
Attorney General of California
JENNIFER L. SANTA MARIA, SBN 225875
Deputy Attorney General
 600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9099
Fax: (619) 645-2012
E-mail: Jennifer.SantaMaria@doj.ca.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS IN PART PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(1), 12(b)(6)]**<br><br>Date: Thursday, August 17, 2023<br>Time: 3:00 p.m.<br>Courtroom: 3A<br>Judge: Hon. Todd W. Robinson<br>Magistrate: Hon. Michael S. Berg |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Defendants Board of Trustees of the California State University, which is the State of California acting in its higher education capacity (erroneously also sued as "San Diego State University"), have set a motion to dismiss for hearing on Thursday, August 17, 2023, at 3:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Todd W. Robinson of the United States District Court for the Southern District of California, located at 221 West Broadway, Courtroom 3A, San Diego, CA 92101.

The motion to dismiss seeks to dismiss in part Plaintiffs' Third Amended Complaint with prejudice, in lieu of an answer, and is brought on the following grounds:

1. Insofar as Plaintiffs seek injunctive and declaratory relief, Plaintiffs' claims for unequal allocation of athletic financial assistance under Title IX (Count I), unequal athletic treatment and benefits under Title IX (Count II), and retaliation (Count III) should be dismissed with prejudice as moot pursuant to Fed. R. Civ. P. 12(b)(1) because no enrolled Plaintiff is a current student-athlete.

2. Plaintiffs' Title IX claim for unequal allocation of athletic financial assistance (Count I) for the 2018-2019 academic year is facially barred by the statute of limitations and must be dismissed under Fed. R. Civ. P. 12(b)(6).

3. Additionally, Count I of Plaintiffs' Third Amended Complaint should be dismissed with prejudice for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1), as follows:

    a. Plaintiff Figueroa lacks standing under Plaintiffs' "lost opportunity" theory;

    b. Rowing Plaintiffs enrolled when the original Complaint was filed (Fisk, Castro, Castrillon, Botterill, Petrine, Bauer, Figueroa, Dietz, and Sulcs) lack standing to seek injunctive and declaratory relief under Plaintiffs' "lost opportunity" theory;

    c. Track and field Plaintiffs (Brosch, Clark, Grotegeer, Heri, Watt, and Absten) lack standing to pursue either damages or injunctive relief under Plaintiffs' "lost opportunity" theory;

    d. All Plaintiffs lack standing to proceed under a "smaller aid award" theory;

    e. Rowing Plaintiffs enrolled when the Complaint was filed (Fisk, Castro, Castrillon, Botterill, Petrine, Bauer, Figueroa, Dietz, and Sulcs) lack standing to seek injunctive and declaratory relief under Plaintiffs' "psychological and stigmatic harms" theory; and

    f. Plaintiffs who were not enrolled when the original Complaint was filed (Brosch, Whitworth, and Davies) lack standing to seek injunctive and declaratory relief under any theory.

4. Additionally, applying this Court's prior ruling, Plaintiffs' retaliation claim (Count III) must be dismissed with prejudice as to Plaintiffs Fisk, Castro, Castrillon, Botterill, Brosch, Petrine, Bauer, Figueroa, Whitworth, Davies, Dietz, and Sulcs for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1) because they were not present at the February 16, 2022 track and field Zoom meeting.

Prior to filing this motion, on May 24, 2023, Defendants' counsel, Brian Schwartz, met and conferred with Plaintiffs' counsel, Arthur Bryant, in a good faith attempt to resolve, or narrow, the issues raised in this motion. Plaintiffs' counsel declined to dismiss any portion of the Third Amended Complaint, necessitating the filing of this Motion.

WHEREFORE, for the reasons set forth above and in Defendants' supporting brief, Defendants request that the Court dismiss in part Plaintiffs' Third Amended Complaint with prejudice.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: */s/ Scott R. Eldridge*
    Scott R. Eldridge (P66452)
    Brian M. Schwartz (P69018)
    Ashley N. Higginson (P83992)
    Erika L. Giroux (P81998)
    One Michigan Ave. Suite 900
    Lansing, MI 48933
    eldridge@millercanfield.com
    schwartzb@millercanfield.com
    higginson@millercanfield.com
    giroux@millercanfield.com
    *Attorneys for Defendants*

Dated: May 26, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants.

　　　　　　　　　　　　　 */s/ Scott R. Eldridge*
　　　　　　　　　　　　　Scott R. Eldridge (P66452)
　　　　　　　　　　　　　eldridge@millercanfield.com