Scott R. Eldridge (Mich. Bar P66452)
Brian M. Schwartz (Mich. Bar P69018)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com
*Attorneys for Defendants*

ROB BONTA
Attorney General of California
JENNIFER L. SANTA MARIA, SBN 225875
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9099
Fax: (619) 645-2012
E-mail: Jennifer.SantaMaria@doj.ca.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY <br><br> Defendants. | Case No. 3:22-cv-00173-TWR-MSB <br><br> **DECLARATION OF MEGAN TAORMINA** |

1  Megan Taormina, of full age, hereby declares, pursuant to 28 U.S.C. § 1746,
2  as follows:
3      1.    I am an adult and otherwise competent to testify to the facts stated
4  below. If called as a witness, I can testify to the following facts from my own
5  personal knowledge. I make this Declaration based upon my own knowledge.
6      2.    I am employed by California State University, San Diego ("SDSU") as
7  its Athlete Eligibility Coordinator/NCAA Certifying Officer, a position I have held
8  since July 2020. In my current rule, I report to Enrollment Services, with
9  responsibilities involving athletics and student-athlete enrollment.
10     3.    In my current role, I am familiar with SDSU's student enrollment
11 records, including the processes and procedures for ensuring that those records are
12 accurate and updated based on the best information available to SDSU. I am also
13 familiar with the current status of student-athletes at SDSU.
14     4.    I reviewed SDSU's records to verify the enrollment and graduation
15 status of each Plaintiff. The chart attached as **Exhibit A** identifies: whether and when
16 each individual graduated or transferred; whether each is a current SDSU student
17 enrolled for Fall 2023; whether each will be a current student-athlete after the
18 conclusion of the just-completed 2022-23 academic year; and the last semester that
19 they were a student-athlete.
20     5.    As reflected in **Exhibit A**, after the completion of the 2022-23 academic
21 year, only two Plaintiffs (Claire Botterill and Olivia Petrine) will still be enrolled as
22 students. Botterill and Petrine have not participated as student-athletes for SDSU
23 since the rowing team was discontinued at the end of the 2020-21 academic year,
24 meaning that neither is a current student-athlete.
25     6.    As reflected in **Exhibit A**, after the completion of the 2022-23 academic
26 year, no Plaintiff will be a student-athlete. Aisha Watt and Erica Grotegeer were the
27 only two Plaintiffs who were student-athletes during the 2022-23 academic year. The
28 outdoor track and field team is currently competing in the NCAA West Preliminary

1

Championships, which will be held from May 24-27, and the 2022-23 outdoor track and field season will conclude after SDSU's participation in the NCAA championships is completed. The National Championships are scheduled for June 7 through June 10. Grotegeer did not qualify for the NCAA West Preliminary Championships and her season has completed. Watt and Grotegeer will not be returning as student-athletes in 2023-24.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2023

_____
MEGAN TAORMINA

**Taormina Declaration, Exhibit A**

| Plaintiff | Team | Graduated? | Graduation Date | Current Student / Registered for Fall 23? | Current Student-Athlete? | Last Semester as Student-Athlete |
|---|---|---|---|---|---|---|
| Madison Fisk | Rowing | Yes | May 2022 | No | No | Spring 2021 |
| Raquel Castro | Rowing | Yes | May 2023 | No | No | Spring 2021 |
| Greta Viss (Castrillon) | Rowing | Yes | May 2021 | No | No | Spring 2021 |
| Claire Botterill | Rowing | No | N/A | Yes | No | Spring 2021 |
| Maya Brosch | T&F | Yes | May 2021 | No | No | Spring 2021 |
| Olivia Petrine | Rowing | No | N/A | Yes | No | Spring 2021 |
| Helen Bauer | Rowing | Yes | May 2022 | No | No | Spring 2021 |
| Carina Clark | T&F | Yes | May 2022 | No | No | Spring 2022 |
| Natalie Figueroa | Rowing | Yes | May 2023 | No | No | Spring 2021 |
| Erica Grotegeer | T&F | Yes | May 2023 | No | No | Spring 2023 |
| Kaitlin Heri | T&F | Yes | May 2022 | No | No | Spring 2022 |
| Aisha Watt | T&F | Yes | May 2023 | No | No | Spring 2023 |
| Kamryn Whitworth | Rowing | Yes | May 2021 | No | No | Spring 2021 |
| Sara Absten | T&F | Yes | May 2022 | No | No | Spring 2022 |
| Eleanor Davies | Rowing | N/A - Transferred | Transfer Jan 2022 | No | No | Spring 2021 |
| Alexa Dietz | Rowing | Yes | May 2023 | No | No | Spring 2021 |
| Larisa Sulcs | Rowing | No | N/A | No | No | Spring 2021 |