David S. Casey, Jr., SBN 60768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

Arthur H. Bryant, SBN 208365
*abryant@baileyglasser.com*
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000

*Attorneys for Plaintiff and the proposed classes*

[Additional counsel on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, <br><br> *Defendants*. | Case No. 3:22-cv-00173-TWR-MSB <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CORRECT AN OVERSIGHT, INCLUDING—IF NECESSARY— BY REVISING THE COURT'S ORDER OF APRIL 12, 2023** <br><br> Date: September 28, 2023 <br> Time: 3:00 p.m. <br> Judge: Hon. Todd W. Robinson <br> Courtroom: 3A |

i

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiffs have set a motion to correct a n oversight for hearing on Thursday, September 28, 2023, at 3:00 p.m., or as soon thereafter as may be heard, before the Honorable Todd W. Robinson of the United States District Court for the Southern District of California, located at 221 West Broadway, Courtroom 3A, San Diego, California, 92101.

The motion requests that the Court correct an oversight concerning the existence of allegations and arguments related to Absent Plaintiffs' standing to bring a retaliation claim. It is brought on the following grounds:

1. The Second Amended Complaint contained allegations related to SDSU's interference with Absent Plaintiffs' ability to litigate their Title IX claim by threatening, intimidating, and scaring away potential plaintiffs and witnesses. Because Plaintiffs did not amend that claim, the Third Amended Complaint contains the same allegations.

2. Plaintiffs' previous briefing relied on those allegations and argued that they gave rise to standing as to all Plaintiffs—including Absent Plaintiffs.

3. Plaintiffs raised similar arguments at the oral argument on SDSU's motion to dismiss the Second Amended Complaint.

4. Plaintiffs' arguments are correct under binding precedent from the Ninth Circuit, which has explained that a litigant has standing to redress efforts to intimidate witnesses.

5. The Court's order dismissing Absent Plaintiffs' retaliation claims overlooked these allegations and arguments—and did not address them.

6. The Court has inherent authority to correct a mistake in a non-final order, which is confirmed by Rule 54(b). Even if Rule 60's substantive standards apply here, Plaintiffs meet those standards as well.

7. Before filing the motion, Plaintiffs asked whether SDSU concurred in the requested relief. SDSU's counsel informed Plaintiffs that SDSU opposes the motion and disagrees there was any oversight.

WHEREFORE, for the reasons set forth above and in Plaintiffs' supporting brief, Plaintiffs request that the Court correct the oversight in the order on SDSU's motion to dismiss the Second Amended Complaint or otherwise address and consider those allegations and arguments in its assessment of SDSU's motion to dismiss the Third Amended Complaint, such that Plaintiffs' previously overlooked allegations and arguments are addressed on the merits.

Dated: August 25, 2023

Respectfully submitted,

/s/ *Joshua I. Hammack*
Joshua I. Hammack (*pro hac vice*)
Cary Joshi (*pro hac vice*)
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Tel: (202) 463-2101
E-mail: jhammack@baileyglasser.com
E-mail: cjoshi@baileyglasser.com

Lori Bullock (*pro hac vice*)
**BAILEY & GLASSER, LLP**
309 E. 5th Street, Suite 202B
Des Moines, IA 50309
Tel.: 515.416.9051
E-mail: lbullock@baileyglasser.com

Arthur H. Bryant SBN 208365
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
E-mail: abryant@baileyglasser.com

David S. Casey, Jr. SBN 69768

2

Gayle M. Blatt SBN 122048
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
E-mail: dcasey@cglaw.com
E-mail: gmb@cglaw.com

Amber Eck SBN 177882
Jenna Rangel SBN 272735
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
E-mail: ambere@haelaw.com
E-mail: jennar@haelaw.com

*ATTORNEYS FOR PLAINTIFFS*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants.

/s/ *Joshua I. Hammack*

PLAINTIFFS' MOTION TO CORRECT OVERSIGHT