UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated, <br><br>　　　　　　　　　　Plaintiffs, <br><br>v. <br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, <br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-173 TWR (MSB) <br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** <br><br>(ECF No. 57) |

　　Presently before the Court is Plaintiffs' Motion to Amend/Correct the Court's Order of April 12, 2023 (ECF No. 57, "Mot.") along with Defendants' Opposition to (ECF No. 59) and Plaintiffs' Reply in Support of (ECF No. 61) the Motion. The Court **VACATES**

1

1  the hearing on the Motion set for September 28, 2023 and **TAKES UNDER**
2  **SUBMISSION** the Motion without oral argument pursuant to Civil Local Rule 7.1(d)(1).
3      **IT IS SO ORDERED.**
4  Dated:  September 21, 2023

                                                  *[signature]*
Honorable Todd W. Robinson
United States District Judge