| | |
|---|---|
| Cari L. Joshi *(pro hac vice)*<br>Joshua I. Hammack *(pro hac vice)*<br>BAILEY & GLASSER, LLP<br>1055 Thomas Jefferson St. NW #540<br>Washington, DC 2007<br>Tel: (202) 463-2101<br>E-mail: cjoshi@baileyglasser.com<br>E-mail: jhammack@baileyglasser.com | Lori A. Bullock *(pro hac vice)*<br>BAILEY & GLASSER, LLP<br>309 E 5th Street, Suite 202 B<br>Des Moines, Iowa 50309<br>Tel: (515) 416-9050<br>E-mail: lbullock@baileyglasser.com<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br><br>Judge: Hon. Todd W. Robinson<br>Magistrate: Hon. Michael S. Berg |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1  **PLEASE TAKE NOTICE** that the law firm of Bailey & Glasser, LLP, and attorneys Cary L. Joshi, Joshua I. Hammack, and Lori A. Bullock request leave to withdraw as counsel for Plaintiffs in this matter pursuant to Local Civil Rule 83.3(f)(3). This withdrawal will not cause delay. Nor will it prejudice Plaintiffs. Plaintiffs will continue to be represented by lead counsel Arthur H. Bryant, now of Clarkson Law Firm, as well as his colleagues at that firm Neda Saghafi, who has filed an appearance, and Carey Alexander, who has been admitted pro hac vice in this matter. Plaintiffs will also continue to be represented by Amber L. Eck and Jenna M. Rangel, both of Haeggquist & Eck LLP, and David S. Casey, Jr., and Gayle M. Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield LLP.

Mr. Bryant, Mr. Casey, Ms. Eck, Ms. Rangel, and Ms. Blatt have been involved in the case since its inception and are familiar with the legal and factual issues in it. As noted in Plaintiffs' recent motion for an extension, Bailey & Glasser, LLP, has successfully transferred the complete case file to Plaintiffs' remaining attorneys. *See* Motion, ECF No. 96, at ¶¶ 4–5, 8 (stating the transition of files is now complete, the technological issues have been resolved, and Clarkson attorneys have been able to review the complete files). As discussed in the attached declaration, Bailey & Glasser, LLP, Cary L. Joshi, Joshua I. Hammack, and Lori A. Bullock have notified Plaintiffs, Defendants, and Defendants' counsel of this withdrawal

Respectfully submitted,

*/s/ Joshua Hammack*
Joshua I. Hammack *(pro hac vice)*
Cari L. Joshi *(pro hac vice)*
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW #540
Washington, DC 20007
Tel: (202) 463-2101
E-mail: cjoshi@baileyglasser.com
E-mail: jhammack@baileyglasser.com

Lori A. Bullock *(pro hac vice)*
BAILEY & GLASSER, LLP
309 E 5th Street, Suite 202 B

Des Moines, Iowa 50309
Tel: (515) 416-9050
E-mail: lbullock@baileyglasser.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I electronically filed the foregoing document, which caused it to be served on all parties via their counsel of record.

*/s/ Joshua Hammack*
Joshua I. Hammack *(pro hac vice)*
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW #540
Washington, DC 2007
Tel: (202) 463-2101
E-mail: jhammack@baileyglasser.com
***ATTORNEY FOR PLAINTIFFS***