1  Cari Joshi *(pro hac vice)*
2  Joshua I. Hammack *(pro hac vice)*
   BAILEY & GLASSER, LLP
3  1055 Thomas Jefferson St. NW #540
   Washington, DC 2007
4  Tel: (202) 463-2101
   E-mail: cjoshi@baileyglasser.com
5  E-mail: jhammack@baileyglasser.com

Lori Bullock *(pro hac vice)*
BAILEY & GLASSER, LLP
309 E 5th Street, Suite 202 B
Des Moines, Iowa 50309
Tel: (515) 416-9050
E-mail: lbullock@baileyglasser.com

*Attorneys for Plaintiffs*

6
7
8                **UNITED STATES DISTRICT COURT**
9                **SOUTHERN DISTRICT OF CALIFORNIA**

10  MADISON FISK, RAQUEL CASTRO,
11  GRETA   CASTRILLON,   CLARE
    BOTTERILL,   MAYA   BROSCH,
12  HELEN BAUER, CARINA CLARK,
13  NATALIE   FIGUEROA,   ERICA
    GROTEGEER,   KAITLIN   HERI,
14  OLIVIA PETRINE, AISHA WATT,
15  KAMRYN   WHITWORTH,   SARA
    ABSTEN,   ELEANOR   DAVIES,
16  ALEXA DIETZ, and LARISA SULCS,
17  individually and on behalf of all those
    similarly situated,
18
19              Plaintiffs,
20
                   v.
21
    BOARD OF TRUSTEES OF THE
22  CALIFORNIA STATE UNIVERSITY,
23  and SAN DIEGO STATE
    UNIVERSITY
24
25              Defendants.
26

Case No. 3:22-cv-00173-TWR-
MSB

Judge: Hon. Todd W. Robinson
Magistrate: Hon. Michael S. Berg

Declaration of Joshua I. Hammack

27
28

I, Joshua I. Hammack, am not a party in the above-titled action. I am over the age of eighteen, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below.

1. I am a partner at Bailey & Glasser, LLP. I make this declaration in support of the motion for leave for Bailey & Glasser, LLP, Cary L. Joshi, Lori A. Bullock, and me to withdraw as Plaintiffs' counsel.

2. Cary L. Joshi and Lori A. Bullock are also partners at Bailey & Glasser, LLP.

3. The three of us, as well as Bailey & Glasser, LLP, generally, have served as Plaintiffs' counsel in this matter since the case's inception.

4. At all times, Arthur H. Bryant, formerly of Bailey & Glasser, LLP, and now of Clarkson Law Firm, was lead counsel on this matter. He is and will remain lead counsel if the motion to withdraw is granted.

5. On July 19, 2024, Arthur H. Bryant left Bailey & Glasser, LLP, and joined Clarkson Law Firm.

6. Since that time, he has been joined at Clarkson Law Firm by Neda Saghafi and Carey Alexander. Ms. Saghafi has already filed an appearance in the case. *See* ECF No. 94. Mr. Alexander filed a motion to appear pro hac vice in the case. *See* ECF No. 95.

7. In addition to these attorneys from Clarkson Law Firm, including lead counsel Arthur H. Bryant, Plaintiffs are also represented by Amber L. Eck and Jenna M. Rangel, both of Haeggquist & Eck LLP, and David S. Casey, Jr., and Gayle M. Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield LLP. These attorneys have been involved in the case since its inception. And these attorneys will remain in the case if the motion to withdraw is granted.

8. As noted in Plaintiffs' recent motion for an extension, Bailey & Glasser, LLP, has successfully transferred the complete case file to Plaintiffs' remaining attorneys. *See* Motion, ECF No. 96, at ¶¶ 4–5, 8 (stating the transition of files is now

complete, the technological issues have been resolved, and Clarkson attorneys have been able to review the complete files).

9. A copy of this motion is being served on all Plaintiffs through their continuing counsel of record concurrently with service on Defendants via their counsel of record via the Court's CM/ECF system. I have also e-mailed all Plaintiffs a copy of this motion before filing it. I have also e-mailed Defendants' counsel a courtesy copy of this motion before filing it.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Joshua Hammack*
Joshua I.  Hammack *(pro hac vice)*
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW #540
Washington, DC 2007
Tel: (202) 463-2101
E-mail: jhammack@baileyglasser.com
***ATTORNEY FOR PLAINTIFFS***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I electronically filed the foregoing

document, which caused it to be served on all parties via their counsel of record.

*/s/ Joshua Hammack*
Joshua I.  Hammack *(pro hac vice)*
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW #540
Washington, DC 2007
Tel: (202) 463-2101
E-mail: jhammack@baileyglasser.com
***ATTORNEY FOR PLAINTIFFS***

3