UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, et al., *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No.:  22cv173-TWR (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On October 11, 2024, counsel for the parties jointly contacted Judge Berg's chambers and requested an informal discovery conference to address the parties' dispute regarding Plaintiffs' request for additional interrogatories.  Being advised that the parties are available, the Court **SETS** a telephonic Discovery Conference on **October 28, 2024**, at **10:00 a.m**.  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 714 753 99#.  No later than **5:00 p.m.** on **October 21, 2024**, the parties are **ORDERED** to lodge informal letter briefs of **no more than two pages** outlining their respective positions.  The parties may attach the relevant discovery requests/responses and the e-mails exchanged between counsel, but must limit any exhibits to **no more than ten pages**.  The informal letter briefs are to be exchanged

between counsel and submitted to Judge Berg via e-mail to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated: October 11, 2024

Honorable Michael S. Berg
United States Magistrate Judge