UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.: 3:22-CV-173 TWR (MSB)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**<br><br>(ECF No. 100) |

    Presently before the Court is the Motion to Withdraw as Attorneys of Record ("Mot.," ECF No. 78) filed by the law firm of Bailey & Glasser, L.L.P. and attorneys Cary L. Joshi, Joshua I. Hammack, and Lori A. Bullock, requesting leave to withdraw as counsel for Plaintiffs Madison Fisk, Raquel Castro, Greta Viss, Clare Botterill, Maya Brosch, Helen

Bauer, Carina Clark, Natalie Figueroa, Erica Grotegeer, Kaitlin Heri, Olivia Petrine, Aisha Watt, Kamryn Whitworth, Sara Absten, Eleanor Davies, Alexa Dietz, and Larisa Sulcs. Plaintiffs will continue to be represented by Arthur H. Bryant, Neda Saghafi, and Carey Alexander of the Clarkson Law Firm; Amber L. Eck and Jenna M. Rangel of Haeggquist & Eck L.L.P.; and David S. Casey, Jr., and Gayle M. Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield L.L.P.  Good cause appearing, the Court **GRANTS** the Motion.  The Clerk of Court **SHALL UPDATE** the docket to reflect counsel's withdrawal.

**IT IS SO ORDERED.**

Dated:  October 16, 2024

_____
Honorable Todd W. Robinson
United States District Judge