David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE**<br><br>Judge:    Hon. Todd W. Robinson<br>Courtroom:  14A<br>Date:     April 10, 2025<br>Time:     1:30 p.m. |

Case No. 3:22-cv-00173-TWR-MSB
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 10, 2025 at 1:30 p.m. in Courtroom 14A, of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Plaintiffs, through counsel, will move this Court, pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss Maya Brosch as a Plaintiff in this action without prejudice, with all parties to bear their own costs.

Plaintiffs' Motion is based on the pleadings attached hereto, including the Declaration of Arthur H. Bryant, the records and pleadings on file in this action, and such other matters and argument as may be presented for this Motion.

Dated: October 30, 2024

Respectfully Submitted,

 */s/ Arthur H. Bryant*
Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

David S. Casey, Jr. (SBN 69768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCA VILLA BLATT & PENFIELD, LLP**

Case No. 3:22-cv-00173-TWR-MSB    -1-
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

110 Laurel Street San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

*Attorneys for Plaintiffs*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

Case No. 3:22-cv-00173-TWR-MSB          -2-
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE

      Plaintiffs respectfully move the Court to dismiss Maya Brosch as a Plaintiff in this action without prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2). In support of their request, Plaintiffs state the following:

      1.    Ms. Brosch's father passed away on September 5, 2024. She is devastated and no longer wants to put any of her energy towards this case. She would like to end her involvement as quickly and cleanly as possible, without sacrificing her rights as a potential class member in the action.

      2.    On September 23, 2024, Plaintiffs sought a joint dismissal of Ms. Brosch without prejudice pursuant to Rule 41(a)(1)(A)(ii). Declaration of Arthur Bryant ("Bryant Decl."), ¶ 2, Ex. 1. Plaintiffs renewed that request on October 18, 2024 – asking Defendants to make this motion unnecessary and, with compassion, agree to move jointly to dismiss Ms. Brosch as a Plaintiff. *Id.*. Defendants, however, refused to do so unless Plaintiffs agreed to dismiss Ms. Brosch's claims with prejudice. *Id.* This Motion followed.

      3.    Under Rule 41(a), dismissals are usually without prejudice. *See* Rule 41(a)(1)(B) and (a)(2). A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the court's sound discretion and the court's order will not be disturbed unless it has abused its discretion. *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996). "[W]hen ruling on a motion to dismiss without prejudice, the district court must determine whether the defendant will suffer some plain legal prejudice as a result of the dismissal." *Zanowick v. Baxter Healthcare Corp.*, 850 F.3d 1090, 1093 (9th Cir. 2017) (internal quotations omitted). "'Legal prejudice' means prejudice to some legal interest, some legal claim, some legal argument." *Westlands,* 100 F.3d at 97 (internal quotations omitted). Courts have found that the threat of future litigation, inconvenience to defendants, and tactical advantages do not establish legal prejudice. *See, e.g.*, *Hamilton v. Firestone Tire & Rubber Co., Inc.* 679 F.2d 143, 145 (9th Cir. 1982); *Westlands,* 100 F.3d at 96.

4. There is no reason Ms. Brosch's dismissal should be with prejudice and there are three compelling reasons it should be without prejudice. First, the dismissal is prompted by a tragic event outside of Ms. Brosch's control. She should not be penalized for that fact and required to forfeit her rights as a result. Second, the dismissal will not prejudice or adversely affect Defendants in any way. Plaintiffs have yet to file their Motion for Class Certification, discovery is still ongoing, and this case, despite being filed on February 2, 2022 (ECF No. 1), is still in preliminary phases. Third, Ms. Brosch is a potential class member. If her claims are dismissed with prejudice and Plaintiffs obtain relief for the class members, she will not be able to receive any of it.

5. Plaintiffs, therefore, request that Ms. Brosch be dismissed as a Plaintiff in this case without prejudice, with all parties bearing their own costs. The other named Plaintiffs remain in this case, and their claims against Defendants in this action are still active and unaffected by this motion.

Dated: October 30, 2024

Respectfully Submitted,

 /s/ Arthur H. Bryant
Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

Case No. 3:22-cv-00173-TWR-MSB     -2-
PLAINTIFFS' MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE

|     |                                           |
| --- | ----------------------------------------- |
| 1   | David S. Casey, Jr. (SBN 69768)           |
| 2   | Gayle M. Blatt (SBN 122048)               |
| 3   | **CASEY GERRY SCHENK FRANCA**             |
|     | **VILLA BLATT & PENFIELD, LLP**           |
| 4   | 110 Laurel Street San Diego, CA 92101     |
| 5   | Tel: (619) 238-1811                       |
|     | dcasey@cglaw.com                          |
| 6   | gmb@cglaw.com                             |
| 7   |                                           |
| 8   | Amber Eck (SBN 177882)                    |
|     | Jenna Rangel (SBN 272735)                 |
| 9   | **HAEGGQUIST & ECK, LLP**                 |
| 10  | 225 Broadway, Ste 2050                    |
|     | San Diego, CA 92101                       |
| 11  | Tel: (619) 342-8000                       |
| 12  | ambere@haelaw.com                         |
|     | jennar@haelaw.com                         |
| 13  |                                           |
| 14  | *Attorneys for Plaintiffs*                |

Case No. 3:22-cv-00173-TWR-MSB    -3-
PLAINTIFFS' MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE