# Exhibit 1

Outlook

**RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]**

| | |
|---|---|
| **From** | Schwartz, Brian M. <schwartzb@millercanfield.com> |
| **Date** | Tue 10/22/2024 2:29 PM |
| **To** | Arthur H. Bryant <abryant@clarksonlawfirm.com> |
| **Cc** | Neda Saghafi <nsaghafi@clarksonlawfirm.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com <gmb@cglaw.com>; ambere@haelaw.com <ambere@haelaw.com>; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov <jennifer.santamaria@doj.ca.gov> |

Arthur:

SDSU will agree to a stipulation that dismisses Ms. Brosch's claims "with prejudice."  As previously discussed, SDSU cannot agree to dismiss claims that have been pending for several years "without prejudice."

Understanding the difficult time that Ms. Brosch is going through, we are willing to agree to not proceed with her deposition provided that Plaintiffs will not affirmatively use evidence from her.

Thank you,

Brian

---

**Brian M. Schwartz | Principal & Group Leader**
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Friday, October 18, 2024 9:14 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov
**Subject:** SDSU Title IX: Plaintiff Maya Brosch

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

I just had an opportunity to talk with Maya Brosch and learn information I do not know until now. Based on that information, I am hoping that, in compassion, SDSU will now agree to file the attached Joint Motion to Dismiss Ms. Brosch as a Plaintiff without prejudice -- without requiring her to file and litigate a motion to withdraw as a Plaintiff contested by SDSU.

Maya Brosch wants to withdraw as a Plaintiff because her father died on September 5, 2024. She is devasted and, as a result, no longer wants to put any of her energy towards this case. She would like to remove herself from this case as quickly and cleanly as possible, without sacrificing her rights.

Ms. Brosch does not intend to litigate her claims affirmatively in this case, but will not agree to dismiss her claims with prejudice because, if she does so and the other Plaintiffs proceed and obtain relief for the class members, she would not be able to receive it. Similarly, she does not intend to testify as a witness affirmatively in this case, but, if SDSU files something in court or introduces evidence that attacks her personally or requires her response, she wants to be able to defend herself. Under the circumstances, I hope you will agree this is reasonable.

Please let me know if, given this new information, SDSU will now agree to jointly move to dismiss Ms. Brosch as a Plaintiff in this case without prejudice.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Monday, September 30, 2024 11:28 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

Arthur:

Please let us know if you are willing to compromise. Since you are unwilling to compromise, the motion is not "joint" and we cannot agree.

Regard,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
T +1.313.496.7551 | F +1.313.496.7500 | M +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Friday, September 27, 2024 2:44 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <higginson@millercanfield.com>; Giroux, Erika L. <giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov
**Subject:** Re: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

The proposed class encompasses Ms. Brosch's individual claims. If she dismissed them, it wouldn't.

This is the now the fourth time you have raised dismissing Ms. Brosch's claims with prejudice in order for you to agree to a Joint Motion to dismiss her as a Plaintiff. You can evaluate our position, which we have repeatedly made clear: We will not agree to dismiss Ms. Brosch's claims with prejudice.

Please let us know if you will agree to the Joint Motion without that or we need to file our own motion to dismiss Ms. Brosch as a Plaintiff with the Court.

Thanks,
Arthur

Sent from my iPhone

> On Sep 27, 2024, at 5:55 AM, Schwartz, Brian M. <schwartzb@millercanfield.com> wrote:
>
> Arthur:
>
> Below we proposed a change that would allow Ms. Brosch to remain in the putative class while dismissing her individual claims with prejudice. So that we could evaluate your position, please

explain how this "would unreasonably prejudice Plaintiffs and/or Ms. Brosch"?  Similarly, if Ms. Brosch "no longer has the time or attention to dedicate to being a named Plaintiff in this matter," why do you need the dismissal to be without prejudice?

Regards,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Thursday, September 26, 2024 9:15 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

I already said I am open to compromise, but I am not open to the specific changes you proposed because they would unreasonably prejudice Plaintiffs and/or Ms. Brosch. Rule 41(a)(1)(B) generally provides that dismissals will be without prejudice. There is no legitimate basis for SDSU to insist on dismissal with prejudice in Ms. Brosch's case.

If you have other changes to propose, please let me know. If you don't, please confirm that you will not agree to file a Joint Motion, and we will file our own motion to dismiss Ms. Brosch as a Plaintiff with the Court.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Thursday, September 26, 2024 5:09 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

Arthur:

Your response indicates that you are not, in fact, open to compromise.   We proposed a framework that would avoid the need for us to depose Ms. Brosch, but you rejected that.  Additionally, we proposed a framework that would maintain Ms. Brosch's interests as a class member, but dismiss her individual claims with prejudice. Again, you rejected that without any reasoning.   Please let us know if you are, in fact, truly open to compromise.  Otherwise, we cannot agree to the "joint" motion.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Thursday, September 26, 2024 12:09 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com)

<jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Hi Brian,

I do not understand why you are resisting Ms. Brosch's withdrawal as a Plaintiff. SDSU should be making that easy, not difficult.

Of course I am open to compromise, but we will not agree to dismiss Ms. Bosch's claims with prejudice. And, since we do not know what evidence SDSU might try to introduce in regard to Ms. Brosch, we cannot agree that "Plaintiffs will not submit a declaration or affidavit from Ms. Brosch in support of or defense of any motions."

Please let me know If you have any other changes to propose, you will agree to the Joint Motion I sent you, or we will have to file a formal motion to dismiss Ms. Brosch as a Plaintiff with the Court.

Thanks,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Thursday, September 26, 2024 5:50 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>

**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

Arthur:

Please let us know if you are willing to compromise at all on the proposed motion, or whether you are willing to work on a joint motion. If there is no willingness to compromise, then it is not a joint motion.

We are okay with eliminating the language describing why Ms. Brosch is withdrawing as a plaintiff. And while we are willing to craft a carveout that would allow her to participate as a member of the class, her individual claims should be dismissed with prejudice.

Finally, as you are aware, we have been requesting Ms. Brosch's deposition for months. We only recently received notification that she would be withdrawing as a named Plaintiff. Based on your email, we understand that Ms. Brosch does not have the time or attention to dedicate to sitting for a deposition. Will you agree that Plaintiffs will not submit a declaration or affidavit from Ms. Brosch in support of or defense of any motions? If not, then we may need to proceed with her deposition regardless of her status as a named plaintiff.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Wednesday, September 25, 2024 6:40 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

We will not agree to your proposed changes. They go far beyond the scope of what is necessary or appropriate in a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii).

As Ms. Brosch will be dismissing her claims with the consent of all parties, no characterization is necessary. The dismissal should be without prejudice, since Ms. Brosch will remain a member of the putative class. And, since we do not know what evidence SDSU might try to introduce in regard to Ms. Brosch, we cannot agree that Plaintiffs will not rely on any evidence from her.

Please let me know if SDSU will agree to file the Joint Motion I originally sent you or we will have to file a formal motion to dismiss Ms. Brosch as a Plaintiff with the Court.

Thanks,
Arthur


**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Wednesday, September 25, 2024 5:55 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek,

Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

Arthur:  Please see the attached proposed revisions.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, September 24, 2024 4:26 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Hi Brian, Here you go. - Arthur

---

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Monday, September 23, 2024 6:35 PM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** RE: SDSU Title IX: Plaintiff Maya Brosch [MCPS-ACTIVE.FID2758066]

Arthur:

Please send the motion so that we can review.

Thank you,

Brian

---

Brian M. Schwartz | Principal & Group Leader
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

---

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Monday, September 23, 2024 7:21 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; Lori A. Bullock (lbullock@baileyglasser.com) <lbullock@baileyglasser.com>; Joshua I. Hammack (jhammack@baileyglasser.com) <jhammack@baileyglasser.com>; Cary Joshi <CJoshi@baileyglasser.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; Jennifer.SantaMaria@doj.ca.gov
**Subject:** SDSU Title IX: Plaintiff Maya Brosch

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dera Brian,

I am writing to ask if you will agree to move jointly to dismiss Plaintiff Maya Brosch from this action. She is currently dealing with a personal family matter and no longer has the time or attention to dedicate to being a named Plaintiff in this matter. If you will agree to move jointly to dismiss Plaintiff Brosch from this action, we will draft a motion for your review and signature.

Please let me know.

Thanks,
Arthur

You have received a message from the law firm Miller Canfield. The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.