UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, et al., *individually and on behalf of all those similarly situated*,<br><br>                                  Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>                                  Defendants. | Case No.:  22cv173-TWR (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

The Court **SETS** a telephonic Discovery Conference on **November 21, 2024**, at **9:30 a.m**.  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 562 472 420#.  No later than **12:00 p.m.** on **November 20, 2024**, the parties are **ORDERED** to lodge informal letter briefs of **no more than two pages** outlining their respective positions.  The parties may attach relevant discovery requests and responses, not to exceed **ten pages**.  The informal letter briefs are to be exchanged between counsel and submitted to Judge Berg via e-mail to efile_berg@casd.uscourts.gov.

*/ / /*

*/ / /*

*/ / /*

1  **IT IS SO ORDERED**.

2  Dated:  November 18, 2024

Honorable Michael S. Berg
United States Magistrate Judge