David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, <br><br> Defendants. | Case No. 3:22-cv-00173-TWR-MSB <br><br> **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge:  Hon. Todd. W. Robinson <br> Courtroom: 14A <br> Date: April 10, 2025 <br> Time:  1:30 p.m. |

Plaintiffs Madison Fisk, Raquel Castro, Greta Castrillon, Clare Botterill, Maya Brosch, Helen Bauer, Carina Clark, Natalie Figueroa, Erica Grotegeer, Kaitlin Heri, Olivia Petrine, Aisha Watt, Kamryn Whitworth, Sara Absten, Eleanor Davies, Alexa Dietz, and Larisa Sulcs ("Plaintiffs"), having conferred with Defendants, hereby respectfully move the Court for an Order pursuant to Federal Rule of Civil Procedure 23(c) certifying the following (the "Classes"):

1. Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), the following class (the "Injunctive Relief Class"):

> All female students who participate or, since February 7, 2022, participated in intercollegiate varsity athletics at San Diego State University.

2. Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), the following class (the "Retaliation Class"):

> All female students who participated in intercollegiate varsity athletics at San Diego State University from the 2018-2019 academic year to the present.

3. Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), the following class (the "Athletic Financial Aid Class"):

> All female students who participated in intercollegiate varsity athletics at San Diego State University from the 2018-2019 academic year to the present and did not receive all of the athletic financial aid they could have received.

4. Pursuant to Federal Rule of Civil Procedure 23(a)(4), Plaintiffs respectfully move the Court to appoint the following as class representatives:

> i. For the Injunctive Relief Class: Plaintiffs Carina Clark and Kaitlin Heri; and

ii. For the Retaliation Class and the Athletic Financial Aid Class: Plaintiffs Madison Fisk, Carina Clark, Natalie Figueroa, Kaitlin Heri, Olivia Petrine, and Kamryn Whitworth.

5. Pursuant to Federal Rules of Civil Procedure 23(a)(4) and 23(g), Plaintiffs respectfully move the Court to appoint as class counsel: Clarkson Law Firm, P.C.; Casey Gerry Schenk Francavilla Blatt & Penfield, LLP; and Haeggquist & Eck, LLP.

6. The bases for Plaintiffs' Motion are set forth in the accompanying memorandum of points and authorities, the Declarations of Arthur H. Bryant and Olivia Petrine, and the expert report of Dr. Donna Lopiano with the exhibits and appendices attached thereto.

Plaintiffs thus respectfully request that the Court grant their motion and certify the Classes, appoint the class representatives, and appoint class counsel.

Dated: November 22, 2024                Respectfully Submitted,

 */s/ Arthur H. Bryant*
Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

Lori Bullock (SBN AT0012240)
**CLARKSON LAW FIRM, P.C.**
309 East 5th St., Suite 202B
Des Moines, IA 50309

1   Tel: (213) 788-4050
    lbullock@clarksonlawfirm.com
2
    David S. Casey, Jr. (SBN 69768)
3   Gayle M. Blatt (SBN 122048)
    **CASEY GERRY SCHENK FRANCA**
4   **VILLA BLATT & PENFIELD, LLP**
    110 Laurel Street San Diego, CA 92101
5   Tel: (619) 238-1811
    dcasey@cglaw.com
6   gmb@cglaw.com

7
    Amber Eck (SBN 177882)
8   Jenna Rangel (SBN 272735)
    **HAEGGQUIST & ECK, LLP**
9   225 Broadway, Ste 2050
    San Diego, CA 92101
10  Tel: (619) 342-8000
    ambere@haelaw.com
11  jennar@haelaw.com
12
    *Attorneys for Plaintiffs*
13

Case No. 3:22-cv-00173-TWR-MSB        -3-
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION