Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF ARTHUR H. BRYANT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1    I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

2    1.    I am a partner at Clarkson Law Firm, P.C., and am admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth herein and could competently testify to them if called upon to do so.

2.    Attached as **Exhibit 1** is a true and correct copy of excerpts from the May 31, 2024, deposition of Kaitlin Heri.

3.    Attached as **Exhibit 2** is a true and correct copy of excerpts from the June 5, 2024, deposition of Carina Clark.

4.    Attached as **Exhibit 3** is a true and correct copy of excerpts from the June 7, 2024, deposition of Madison Fisk.

5.    Attached as **Exhibit 4** is a true and correct copy of excerpts from the June 12, 2024, deposition of Kamryn Whitworth.

6.    Attached as **Exhibit 5** is a true and correct copy of excerpts from the June 17, 2024, deposition of Natalie Figueroa.

7.    Attached as **Exhibit 6** is a true and correct copy of the firm resume of Clarkson Law Firm, P.C.

8.    Attached as **Exhibit 7** is a true and correct copy of the firm resume of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP.

9.    Attached as **Exhibit 8** is a true and correct copy of the firm resume of Haeggquist & Eck, LLP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 22, 2024        /s/ Arthur H. Bryant
                                          Arthur H. Bryant