# Exhibit 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA
VISS, CLARE BOTTERILL, MAYA BROSCH,
HELEN BAUER, CARINA CLARK, NATALIE
FIGUEROA, ERICA GROTEGEER, KAITLIN
HERI, OLIVIA PETRINE, AISHA WATT,
KAMRYN WHITWORTH, SARA ABSTEN,
ELEANOR DAVIES, ALEXA DIETZ, and
LARISA SULCS, individually and on
behalf of all those similarly
situated,

        Plaintiffs,

  vs.                           CASE NO.
                                   3:22-CV-00173-TWR-MSB

BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, and SAN DIEGO
STATE UNIVERSITY

        Defendants.
_____


DEPOSITION OF KAMRYN WHITWORTH

CONFIDENTIAL PORTION EXCERPTED

APPEARING REMOTELY

June 12, 2024

1:01 p.m.


REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA

```
 1      Q    Okay.  And if you today refer to him as your
 2   head coach, I will assume that you meant Bill Zack
 3   unless you tell me otherwise.  Okay?
 4      A    Yes.  Okay.  I will try to say his name.
 5      Q    And are you aware that you filed this lawsuit
 6   as a class action?
 7      A    Yes, I am.
 8      Q    Can you explain to me your understanding of
 9   what a class action?
10      A    Yes.  A class action, from my understanding, is
11   a group of people that represents -- that can represent
12   a larger group of people who have been wronged in the
13   law and they have the ability to bring their case
14   forward as a group.
15      Q    Do you have an understanding of who would make
16   up the class in this case?
17      A    Yes, I do.
18           MS. BULLOCK:  Objection.  Sorry.  Object to the
19   extent it calls for a legal conclusion.
20           THE WITNESS:  Not only is myself and the other
21   female athletes listed in the class action part of the
22   class, but also it includes any current or former
23   student-athletes that are female at SDSU.
24   BY MS. GIROUX:
25      Q    And when you say "current or former," is
```

```
 1   there -- is there an outside limit on that?  So is
 2   there, like, a particular year where that class period
 3   would start?
 4           MS. BULLOCK:  Objection.  Legal conclusion.
 5           THE WITNESS:  I don't know.
 6   BY MS. GIROUX:
 7       Q    And are you intending to be a class
 8   representative in this case?
 9       A    Yes, I am.
10       Q    And why did you decide that you wanted to be a
11   class representative?
12       A    There are a number of reasons.  One being that
13   I'm very passionate about the equal rights of female and
14   male student-athletes.  Also, I would like to protect
15   those in the future who decide to join a D1 program or
16   otherwise at a university, and I hope that they will be
17   treated equally so that they have the best support
18   possible in the sport that is marketed to them when they
19   are exploring their options.
20           And, lastly, being part of this class action is
21   important to me and I feel as though it's an honor to
22   represent the class as a whole and put the class above
23   my own interests.
24       Q    Do you know whether you have any duties as a
25   class representative?
```

1    A    Yes, I do.

2    Q    And what is your understanding of what those
3    duties are?

4    A    Sorry about that.

5         So you have to be an active participant in the
6    lawsuit, so I'm often chatting and communicating with my
7    lawyers as often as needed.  I'm attending hearings.
8    I'm reviewing documents before they are submitted.  And
9    another is I have to have an understanding of the class
10   action and the lawsuit as a whole.  And, lastly, I have
11   to put the entire class above my own personal interests,
12   so class above self.

13   Q    Do you know which of the other plaintiffs in
14   this case are intending to be class representatives?

15   A    Yes, I do.  It would be Maddie Fisk, Natalie
16   Figueroa, Olivia Petrine, Carina Clark, Kaitlin Heri and
17   myself.

18   Q    Thank you.

19        What do you know about the process of how SDSU
20   awards athletic financial aid?

21   A    From my knowledge, the school gives each head
22   coach or team a certain amount that they are allowed to
23   then decide themselves, the head coaches, how those are
24   allotted.

25   Q    How do you know that information?

1   BY MS. GIROUX:
2       Q    Other than what you've told me, do you have any
3   other knowledge or information supporting the allegation
4   that there are caps on the amount of athletic financial
5   aid available to female student-athletes that we haven't
6   talked about?
7       A    No.
8            MS. BULLOCK:  Objection.  Vague.
9   BY MS. GIROUX:
10      Q    Were you offered any athletic financial aid
11  during your time at SDSU?
12      A    Yes.
13      Q    For which years?
14      A    Freshman and sophomore year I was awarded $800
15  on a book scholarship.  And based on my athletic
16  improvement and overall attitude, Bill was able to offer
17  me a 22 percent scholarship or $5,800 for my junior and
18  senior years.
19      Q    Were you on in-state or out-of-state tuition at
20  SDSU?
21      A    In state.
22      Q    Do you believe that you should have received
23  more in athletic financial aid from SDSU?
24      A    Yes, I do.
25      Q    And why do you believe that?

1    A    I believe that for a number of reasons.  One
2  being, despite being treated poorly by the university, I
3  still gave it my all.  I did the Aztec Tankathon.  I did
4  women in sports day.  I gave speeches for other students
5  and tours.  I promoted the athletic center.  I did my
6  absolute best to make the most out of my time there and
7  enjoy it.  And I also worked really hard athletically as
8  well as academically because I was a student first.
9         But I improved greatly over my few years before
10 the pandemic hit and was disappointed to hear that my
11 coach wanted to offer me more but wasn't able to.  It
12 just would have been a very rewarding feeling for all
13 the work that I had put in for the team, for the
14 university, and the athletic department as a whole.
15   Q    Did Bill Zack ever tell you how much more in
16 athletic financial aid he wanted to award you?
17   A    No.  There was no specific amount that he
18 stated.
19   Q    As you sit here today, is there a particular
20 amount of additional athletic financial aid that you
21 believe you should have received at SDSU?
22   A    There was no --
23         MS. BULLOCK:  Objection.  Asked and answered.
24         THE WITNESS:  There's no specific number that I
25 can mention.

BY MS. GIROUX:

Q   Do you believe that you should have received more for each year that you were enrolled at SDSU?

A   I just believe in -- I believe in general, yes, I should have been -- I should have earned more financial aid all four years.

Q   Do you believe that someone else at SDSU received the athletic financial aid that you should have received?

A   I don't know.  I don't know.  Sorry.

Q   Who else at SDSU do you believe should have received more in athletic financial aid?

A   In general, I believe all female student-athletes deserve more financial aid support, and I feel as though they were wronged by the university and that that should be turned around.

Q   When you say "all female student-athletes," would that include a student-athlete who received a full ride?

MS. BULLOCK:   Objection.

THE WITNESS:   Yes.

MS. BULLOCK:   Legal conclusion.

THE WITNESS:   Yes, I do, because I believe it affects more areas -- or that athletic scholarship affects all parts of your student-athlete experience.

```
 1   And most of the sports are team based, and so if one
 2   teammate is limited, then it limits the entire team as a
 3   whole.
 4   BY MS. GIROUX:
 5       Q    If a female student-athlete received full
 6   tuition athletic financial aid scholarship plus books
 7   and room and board --
 8       A    Uh-huh.
 9       Q    -- how would that student-athlete receive more
10   in athletic financial aid?
11            MS. BULLOCK:  Objection.  Legal conclusion.
12            THE WITNESS:  I don't know.
13   BY MS. GIROUX:
14       Q    Are you aware that in the complaint in this
15   case, you've alleged that you were denied the
16   opportunity to compete for and receive equal athletic
17   financial aid?
18       A    Yes.
19       Q    Do you believe that's true?
20       A    Yes, I do.
21       Q    What does it mean to you to compete for
22   athletic financial aid?
23            MS. BULLOCK:  Objection.  Legal conclusion.
24            THE WITNESS:  I would say just, you know, the
25   second you start communicating with universities about
```

1  being a student-athlete at their school, you start
2  talking about what financial aid they offer, and I
3  didn't realize when talking to SDSU compared to other
4  universities that I was already limited in that sort of
5  competition just based on my gender, and so -- that's
6  all actually.
7  BY MS. GIROUX:
8      Q    Is there a particular person that you believe
9  at SDSU denied you the opportunity to compete for
10 athletic financial aid?
11     A    No.
12          MS. BULLOCK:  Objection.  Calls for a legal --
13 calls for a legal conclusion.
14          THE WITNESS:  No particular person I could
15 name.
16 BY MS. GIROUX:
17     Q    Are you aware that in the complaint in this
18 case, you've alleged that you were forced to confront a
19 sex-based barrier to receiving athletic financial aid?
20     A    Yes, I'm aware.
21     Q    And do you believe that's true?
22     A    Yes, I do believe that's true.
23     Q    And why do you believe that's true?
24     A    Similarly to what I've said before, just being
25 a female student-athlete at SDSU, we were receiving less

```
 1      A    None -- no others I can list at this time.
 2      Q    How did you pay for college other than the
 3   amounts you received in athletic financial aid?
 4      A    With the support of my parents and also working
 5   a summer job between school semesters.
 6      Q    Did you receive any scholarships or grants
 7   other than athletic financial aid?
 8      A    My freshman year of college, I was awarded a
 9   $5,000 scholarship from the Christermon Foundation, and
10   it was a scholarship opportunity that I was able to
11   apply for based on my dad's career in the distribution
12   of alcoholic beverages.
13      Q    Are you aware that in this case, the complaint
14   asks the Court to certify a class of all current and
15   former female students who participated in
16   intercollegiate varsity athletics at SDSU and didn't
17   receive all the athletic financial aid they could have
18   received?
19           MS. BULLOCK:  Objection.  Legal conclusion.
20           THE WITNESS:  Can you repeat that one more
21   time, please?
22   BY MS. GIROUX:
23      Q    Sure.  Let me put it up on the screen and we
24   can actually --
25      A    Thank you.  Thank you.
```

```
 1    Q   Hopefully you can see this, which I'll mark as
 2   Exhibit 1.  This is the third amended complaint that's
 3   been filed in this case just ECF Number 50, and this is
 4   page 92.
 5            (Exhibit 1 identified)
 6            THE WITNESS:  Okay.  Thank you.
 7   BY MS. GIROUX:
 8    Q   Prayer for relief.  Wherefore Plaintiffs pray
 9   that this Court certify this case as a class action for
10   the following in regard to their claim for athletic --
11   equal athletic financial aid, a class for damages and
12   declaratory relief under Rule 23(b)(3) of all current
13   and former female students who participated in
14   intercollegiate varsity athletics at SDSU from the
15   2018-2019 academic year to the present and did not
16   receive all of the athletic financial aid they could
17   have received.
18    A   Yes, I agree.
19    Q   What is your personal understanding of the
20   amount of athletic financial aid that someone could have
21   received?
22            MS. BULLOCK:  Objection.  Legal conclusion.
23            THE WITNESS:  I cannot say specific amount of
24   money.
25   ///
```

1   brothers, and I considered how much it was going to be.
2   Knowing my parents were going to offer financial
3   support, I didn't want to go to a school that was super
4   pricey in comparison if we are comparing a state school
5   to a UC or even a private school.  So the tuition and --
6   was a big part of my consideration.
7          I also fell in love with the city and I had
8   rowed on Mission Bay a few times, and I really enjoyed
9   what it was like to be there.  Those are to name a few.
10  I'll end there.
11     Q    Did any school try to recruit you into a sport
12  that was not rowing?
13     A    No.
14     Q    Regularly keep in touch with your rowing
15  teammates from SDSU?
16     A    Some of them, yes.  A few I'm very close to,
17  others we follow each other on social media and we chat
18  every once in a while.  But for most part I haven't seen
19  a lot of them since my last practice or graduation.
20     Q    I don't want to know what you talk about, but
21  how often do you communicate with your attorneys about
22  this lawsuit?
23     A    Yeah.  As often as needed.  Like, when there's
24  new information from the case and/or if I ever have
25  questions or need anything, they've made themselves

1    available to me via text, email, call.  And I would say
2    maybe at least once a month, but usually when there's an
3    update.
4         Q    Do you typically review documents in this case
5    before they're filed with the court?
6         A    Oh, yes, always.  They will not submit
7    something without my approval.
8         Q    Are there any specific documents that you can
9    remember right now that you reviewed before they were
10   filed?
11        A    Oh, yeah.  I mean, I know everything pretty
12   much.  And I have a record of everything as well, so, I
13   mean, there's so much I could use.  I guess my -- like,
14   some of my discovery, is that -- is that what you're
15   asking?
16        Q    Sure.
17        A    Or just any -- any document?
18        Q    Any document that was either filed with the
19   court or sent to us, SDSU's lawyers.
20        A    Right.  Okay.  Yeah.  I have seen everything.
21   I can't name things specifically right now, but I -- I
22   have reviewed everything before they have filed it.
23        Q    Do you expect to receive any financial
24   compensation for participating as a plaintiff in this
25   case?

Kamryn Whitworth
June 12, 2024

```
 1    STATE OF CALIFORNIA    )
 2                           ) ss
 3    COUNTY OF LOS ANGELES  )
 4
 5              I, Deborah L. Heskett, a Certified
 6    Shorthand Reporter duly licensed and qualified in and
 7    for the State of California, do hereby certify that
 8    there came before me remotely on the 12th day of June
 9    2024, the following named person, to-wit:  Kamryn
10    Whitworth, who was duly sworn to testify the truth, the
11    whole truth, and nothing but the truth of knowledge
12    touching and concerning the matters in controversy in
13    this cause; and that she/he was thereupon examined under
14    oath and her/his examination reduced to typewriting
15    under my supervision; that the deposition is a true
16    record of the testimony given by the witness.
17              I further certify that pursuant to FRCP
18    Rule 30(e)(1) that the signature of the deponent:
19              __ was requested by the deponent or a party
20    before the completion of the deposition;
21              __x_ was not requested by the deponent or a
22    party before the completion of the deposition.
23              I further certify that I am neither
24    attorney or counsel for, nor related to or employed by
25    any of the parties to the action in which this
```

1  deposition is taken, and further that I am not a

2  relative or employee of any attorney or counsel employed

3  by the parties hereto, or financially interested in the

4  action.

5             CERTIFIED TO BY ME on this 24th day of June

6  2024.

7

8  _____
   DEBORAH L. HESKETT
9  CSR No. 11797