# Exhibit 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,

        Plaintiffs,

  vs.

CASE NO. 3:22-CV-00173-TWR-MSB

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY

        Defendants.

_____

DEPOSITION OF NATALIE FIGUEROA

APPEARING REMOTELY

June 17, 2024

1:01 p.m.

REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA

1    A    I believe I may have, but it's been a long
2  time, so I don't know.
3    Q    Sure.
4         Have you read any regulations on Title IX?
5    A    I'm sure I probably have, but I don't remember.
6    Q    Any guidance published by the Department of
7  Education on Title IX?
8    A    I don't remember.
9    Q    Do you understand what your claims are in this
10 lawsuit?
11   A    Yes, I do.
12   Q    And can you explain to me what your claims are?
13   A    Yeah.  One's for unequal financial aid, one's
14 for unequal treatment and benefits, and then the last
15 one is because of the retaliation situation.
16   Q    Are you aware that this lawsuit has been filed
17 as a class action?
18   A    Yes.
19   Q    Can you tell me in your own words what you
20 understand a class action to be?
21   A    When a large group of people is affected in the
22 same way, is caused harm due to something.
23   Q    Do you know who the proposed class in this case
24 would be?
25   A    Yeah.  It would be all female athletes.

1         MS. MARCUM:  Sorry, Natalie.  I'm going to
2    object to the extent it calls for a legal conclusion and
3    speculation.
4         But you can answer.
5         THE WITNESS:  Okay.  All past, present, and
6    future female athletes at SDSU.
7    BY MS. ROHLICEK:
8    Q    Do you know how many potential class members
9    that could include?
10        MS. MARCUM:  Objection to the extent it calls
11   for speculation.
12        THE WITNESS:  There's really, like, no number
13   that can be given because I don't know how you can know
14   how many people would come in the future.
15   BY MS. ROHLICEK:
16   Q    Have you spoken to any other potential class
17   members about the case?
18   A    Yes, I have.
19   Q    Who have you spoken to?
20   A    Everyone involved in the case.
21   Q    Which would be, like, named plaintiffs like
22   yourself?
23   A    Yeah.  Like myself and my fellow rowing
24   athletes.
25   Q    Have you spoken to anybody on the track team?

1    A    Not directly.

2    Q    Okay. How many of your rowing teammates have
3    you spoken to?

4    A    I'm sure almost all of them at some point, but
5    not -- I mean, just about the situation that we've gone
6    through, not necessarily about the case.

7    Q    Okay. And how often do you keep in touch with
8    your rowing teammates?

9    A    Relatively frequently. Like, ballpark, like,
10   speaking with some of them maybe once every two weeks.

11   Q    And does that include former rowing teammates
12   who aren't named plaintiffs like yourself?

13   A    Yes.

14   Q    Okay. Do you intend to be a class
15   representative in this matter?

16   A    Yes, I do.

17   Q    Can you tell me, in your own words, what you
18   understand that to mean?

19   A    To me, that means cooperating with attorneys,
20   attending court proceedings, being loyal to my class
21   above myself, and being familiar with the legal and
22   factual basis of the claims.

23   Q    Why do you want to be a class representative?

24   A    I think it's important for walk-ons to be
25   represented in this case as well as I -- I, you know,

1  feel like I've been harmed through this situation along
2  with my teammates and female athletes at SDSU, so for
3  that reason I stepped forward.
4      Q    Do you know if there's any other potential
5  class members that were walk-ons?
6           MS. MARCUM:  Objection to the extent it calls
7  for speculation.
8           THE WITNESS:  Yes.  I mean, in the class I'm --
9  there were, I'm sure, plenty of walk-ons at SDSU.
10 BY MS. ROHLICEK:
11     Q    Sure.  Let me ask that a better way.
12          Out of your rowing teammates or other track and
13 field female athletes, do you know of any other
14 walk-ons?
15     A    I -- well, not that are on this case, but there
16 are other walk-ons that competed that were harmed.
17     Q    Okay.  How did you decide you wanted to be a
18 class representative?
19     A    I felt like it was important because I am a
20 walk-on and I think that that brings a different
21 perspective to missed opportunity because of, like, our
22 claims and the effects that that had.
23     Q    Can you tell me what you believe is unique
24 about your perspective?
25     A    Yeah.  At least, like, from the timeline of how

```
 1      A    It's hard to say because obviously performance
 2   and that sort of thing is a large factor in it.  But,
 3   again, like, had the pools been equal, I think that
 4   there is a large amount of student-athletes at SDSU that
 5   would have been affected.
 6      Q    Are there any female student-athletes who you
 7   believe were not entitled to additional athletic
 8   financial aid?
 9      A    No.
10      Q    So do you believe that female student-athletes
11   who were on full scholarships should have received
12   additional financial aid?
13      A    I don't think so.  I think -- so then I guess,
14   yes, then I would say female athletes who were on full
15   financial aid maybe shouldn't have received more.
16      Q    In your mind, what separates those female
17   student-athletes who were on full scholarship from the
18   other pool of female student-athletes who you believe
19   should have gotten more athletic financial aid?
20      A    I think in the event that the pools of money
21   that were separated between men and women were equal, I
22   don't think that that would change or increase their
23   financial aid.  I think it would give opportunity to
24   those who weren't on financial aid.
25      Q    I'm gonna show you a copy of the third amended
```

```
 1    complaint.
 2             I'm gonna ask Debbie to mark it as Exhibit 1.
 3             (Exhibit 1 identified)
 4    BY MS. ROHLICEK:
 5        Q    Can you see my screen?  There we go.
 6        A    Yes.
 7        Q    Okay.  I'm gonna direct your attention to
 8    paragraph 338.
 9             Do you see here in paragraph 338 it alleges
10    that there was a shortfall in athletic financial aid
11    during 2018 to 2019?
12        A    Yes.
13        Q    And that shortfall amounted to an average of
14    $2,608 denied to each female student-athlete at SDSU.
15             Do you see that?
16        A    Yes.
17        Q    Are you claiming that those amounts allegedly
18    denied to each student-athlete at SDSU are the amount
19    that each female student-athlete was entitled to receive
20    in athletic financial aid?
21        A    No.  I think that in our complaint, that was
22    just used as an example of how you can calculate a
23    dollar amount, but it's all about opportunity.  So there
24    is no true dollar amount that we can give.
25        Q    Okay.  I'm gonna go to another paragraph in the
```

1  complaint.
2       Do you see in paragraph 351 it similarly
3  alleges there was a shortfall in athletic financial aid
4  during 2018 to 2019, and that the shortfall was $6,343
5  per female student-athlete?
6       A    Yes.
7       Q    Are you claiming that that is the amount per
8  female student-athlete that each athlete was entitled to
9  receive in athletic financial aid?
10      A    No.  I would say, again, it was just showing a
11 way to calculate a number.  But it's about opportunity,
12 and there's no way to know an exact dollar amount.
13      Q    Okay.  So you don't have a position on whether
14 that first $2600 figure is correct versus the $6300
15 figure as the measure of what female student-athletes
16 were entitled to in athletic financial aid?
17      A    No, because it's about opportunity.
18      Q    Okay.  Do you believe that each female
19 student-athlete should receive some sort of money as
20 compensation if you're ultimately successful in this
21 lawsuit?
22      A    I think so.
23      Q    And what would that amount be?
24      A    There's no dollar amount that can be given
25 because it's about opportunity.

```
 1      A    Yes.
 2      Q    Okay.  And was that, like, a spring -- spring
 3   semester?
 4      A    Yeah, it was spring semester.
 5      Q    Of 2020?
 6      A    Yeah.  Yes, of 2020.  Actually, no.  Sorry.
 7   That would have been -- I believe that would have been
 8   2021.
 9      Q    Okay.  So the year after the pandemic broke
10   out?
11      A    Yes.
12      Q    Besides what you've already told me, is there
13   any other way that you feel you've been harmed by SDSU's
14   allocation of athletic financial aid?
15      A    No.
16      Q    Are you aware that you're asking the Court to
17   certify a class of all current and former female
18   students who participated in intercollegiate varsity
19   athletics at SDSU and did not receive all of the
20   athletic financial aid they could have received?
21      A    Yes.
22      Q    What's your understanding of what it means for
23   someone to not receive all of the athletic financial aid
24   that they could have received?
25      A    To my understanding, it kind of goes back to,
```

```
 1   like, the lack of opportunity because of limited dollar
 2   amounts assigned to men's and women's sports.
 3       Q   How would you determine the amount of athletic
 4   financial aid that someone could have received?
 5       A   I don't think I could give an exact number
 6   because it's -- it's about opportunity and, I guess,
 7   like, performance and that sort of thing.
 8       Q   So under that proposed class, any female
 9   student-athlete who received less than a full
10   scholarship would be a member of the class; is that
11   accurate?
12           MS. MARCUM:  Objection.  Legal conclusion and
13   speculation.
14           THE WITNESS:  I -- I believe so.
15   BY MS. ROHLICEK:
16       Q   How would you determine if someone received
17   less than the maximum amount of athletic financial aid?
18           MS. MARCUM:  Objection.  Speculation.
19           THE WITNESS:  I don't know.
20           MS. ROHLICEK:  Okay.  I'm going to bring up
21   another document, ask that Debbie mark it as Exhibit 2,
22   please.
23           (Exhibit 2 identified)
24   BY MS. ROHLICEK:
25       Q   I think you can see my screen.  Please let me
```

1    with regard to any other women's teams and how
2    frequently they got media days?
3        A    I don't know.
4        Q    In your complaint you allege that SDSU closed
5    off the athletic center in order to interview the
6    football team before every game so that they could post
7    it on social media accounts.
8             Do you believe that's true?
9        A    I don't know.  I don't have any knowledge of
10   that.
11       Q    Okay.  How often do you communicate with your
12   attorneys regarding this lawsuit?
13       A    I think on a, like, necessity, like, basis.
14   Probably, like, once every few months.
15       Q    Do you have any sort of reoccurring meeting
16   scheduled with them to discuss updates to the case?
17       A    No.
18       Q    So do you just receive information about the
19   case when they have an update?
20       A    Yes.  Yeah, whenever there's updates.
21       Q    Do you review documents before they are filed?
22       A    Yes.
23       Q    Do you expect to receive any compensation for
24   participating in the lawsuit?
25       A    No.

```
 1      Q    Have you received any compensation to date for
 2   participating in the lawsuit?
 3      A    No.
 4      Q    Have you paid your attorneys anything to
 5   represent you in the lawsuit?
 6      A    No.
 7      Q    As a part of the lawsuit, do you recall that
 8   SDSU issued some requests to you to produce certain
 9   documents along with written questions?
10      A    I don't know.
11      Q    These would be called document requests or
12   interrogatories.
13      A    Oh, yes.  Sorry.
14      Q    Okay.  Have you looked through all of your
15   files and emails and texts and social media posts,
16   whether they are paper or electronic, to gather all of
17   the documents that might be related to this case?
18      A    Yes.
19      Q    Do you regularly keep emails or delete them
20   right away?
21      A    I generally keep them.
22      Q    Do you recall when you filed the initial
23   complaint in this case?
24      A    I don't recall exactly, like, timeline because
25   it's been so long, but ...
```

```
 1   STATE OF CALIFORNIA     )
 2                           ) ss
 3   COUNTY OF LOS ANGELES   )
 4
 5              I, Deborah L. Heskett, a Certified
 6   Shorthand Reporter duly licensed and qualified in and
 7   for the State of California, do hereby certify that
 8   there came before me remotely on the 17th day of June
 9   2024, the following named person, to-wit:  Natalie
10   Figueroa, who was duly sworn to testify the truth, the
11   whole truth, and nothing but the truth of knowledge
12   touching and concerning the matters in controversy in
13   this cause; and that she/he was thereupon examined under
14   oath and her/his examination reduced to typewriting
15   under my supervision; that the deposition is a true
16   record of the testimony given by the witness.
17              I further certify that pursuant to FRCP
18   Rule 30(e)(1) that the signature of the deponent:
19              __ was requested by the deponent or a party
20   before the completion of the deposition;
21              __x_ was not requested by the deponent or a
22   party before the completion of the deposition.
23              I further certify that I am neither
24   attorney or counsel for, nor related to or employed by
25   any of the parties to the action in which this
```

1  deposition is taken, and further that I am not a
2  relative or employee of any attorney or counsel employed
3  by the parties hereto, or financially interested in the
4  action.
5              CERTIFIED TO BY ME on this 27th day of June
6  2024.
7
8  _____
   DEBORAH L. HESKETT
9  CSR No. 11797