# Exhibit 6



Clarkson is a public interest law firm headquartered in Malibu, California. We represent individuals, groups, small businesses, non-profits, and whistleblowers in state and federal court, at trial and appellate levels, in class action and collective action cases, throughout California, New York, and the United States. Our growth and success are fueled by a culture that attracts brilliantly innovative, diverse attorneys who are driven by a shared purpose. With a long list of wins and high impact settlements— from contested class certification motions and appointments as class counsel, to prosecuting extensive and complex false advertising actions — our track record speaks for itself.

#representmore

NOTABLE CASES

*Kandel, et al., v. Dr. Dennis Gross Skincare, LLC*, Case No. 1:23-cv-01967-ER (S.D.N.Y) (Clarkson law firm appointed as Class Counsel in a false labeling case, in which Clarkson obtained preliminary approval of a $9.2 million settlement on behalf of a nationwide class).

*Swetz v. GSK Consumer Health,* No.: 7:20-cv-04731 (S.D.N.Y.) (false labeling and advertisement of products as "100% Natural" and "Clinically proven to curb cravings;" Clarkson appointed Class Counsel and achieved a $6.5 million settlement on behalf of a nationwide class).

*O'Brien v. Sunshine Makers, Inc.,* No. CIVSB2027994 (San Bernardino Superior Court) (false labeling and advertisement of products as "Non-Toxic;" Clarkson appointed Class Counsel and achieved a $4.35 million settlement on behalf of a nationwide class).

*Garcia v. Lovate*, No. 1402915 (Santa Barbara Superior Court) (false labeling and advertising of the popular "Hydroxycut" weight loss supplement; Clarkson Law Firm successfully intervened, and, along with the efforts of co-counsel, increased the size of the settlement by more than ten-fold to a total settlement value of over $10 million).

*Fluoroquinolone Antibiotic Cases* – Mr. Clarkson was the first plaintiff attorney in the country to represent clients in connection with claims involving permanent and disabling nerve damage caused by Levaquin, Cipro, and Avelox



manufactured by Johnson & Johnson and Bayer Pharmaceuticals. Mr. Clarkson represented dozens of clients across the country.

FIRM LEADERSHIP

## Ryan J. Clarkson

Mr. Clarkson is Managing Partner of Clarkson. Mr. Clarkson focuses his practice on public interest class and collective actions involving privacy, data misuse, unfair competition, false advertising, defective products, and illegal employment practices. Prior to founding Clarkson, Mr. Clarkson practiced consumer class action law at a prominent firm in Los Angeles, where he exclusively litigated consumer class actions against pharmaceutical companies, insurance carriers, food manufacturers, and other consumer goods manufacturers. Prior to that, Mr. Clarkson worked for over five years as an associate, summer associate, and law clerk at Dykema Gossett, PLLC.

Mr. Clarkson is admitted to the State Bars of California, Michigan, and New York. He is also a member of the bars of the United States District Courts for the Central, Northern, Southern, and Eastern Districts of California, the Eastern and Western Districts of Michigan, the Southern and Eastern Districts of New York, as well as the United States Courts of Appeals for the Ninth, Sixth, and Second Circuits, and the Supreme Court of the United States.

Mr. Clarkson graduated from Michigan State University School of Law, summa cum laude in 2005 and graduated from the University of Michigan at Ann Arbor in 1999 with a B.A.

Mr. Clarkson is a member of the Board of Directors (emeritus) of the Los Angeles Trial Lawyers' Charities as well as a member of Consumer Attorneys of California, Consumers Attorneys Association of Los Angeles, American Association for Justice, and Public Justice.

## Shireen M. Clarkson

Ms. Clarkson is a Senior Partner at Clarkson. Ms. Clarkson focuses her practice on consumer class actions in the areas of food labeling, pharmaceutical drugs, cosmetics, exercise gear, supplements, and other consumer products. Prior to joining Clarkson, Ms. Clarkson practiced law at a prominent Southern California class action firm where she exclusively litigated consumer class actions and mass torts cases against pharmaceutical companies, insurance carriers, food manufacturers, and other consumer goods manufacturers.

Ms. Clarkson is admitted to the State Bar of California, the bars of the United States District Courts for the Central, Northern, Eastern, and Southern Districts of California, and the Ninth Circuit Court of Appeals.

Ms. Clarkson graduated from the University of California Hastings College of the Law in 2004. In 2000, Ms. Clarkson graduated with honors from University of California, Santa Barbara where she earned a B.A.

TITLE IX TEAM

Arthur H. Bryant

Arthur H. Bryant is a partner at Clarkson and head of the firm's Title IX practice area. Twice named one of the "100 Most Influential Attorneys in America" by *The National Law Journal*, Arthur brings to Clarkson over 40 years of experience fighting for plaintiffs' rights, having won major victories and established precedents in constitutional law, consumer protection, civil rights, workers' rights, toxic torts, access to justice, class actions, and mass torts throughout his career.

Arthur is the former Chairman and Executive Director of Public Justice, a national public interest law firm, where he built the office from the ground up — from serving as its sole staff attorney in 1984, to being named Executive Director in 1987, and eventually Chairman in 2014. He has appeared in federal and state trial and appellate courts throughout the nation, including the United States Supreme Court. *See, e.g.*, *Geier v. Am. Honda Motor Co., Inc.*, 529 U.S. 861 (1999); *Freightliner Corp. v. Myrick*, 514 U.S. 280 (1995).

The nation's leading Title IX lawyer, Arthur began prosecuting sex discrimination class actions on behalf of female students in 1983, when he tried and won the landmark case that gained girls admission into Philadelphia's public, previously all-male Central High School. *See Newberg v. Bd. of Public Educ.*, 26 Pa. D & C.3d 682 (Pa. C.P. 1983). He was the lead trial counsel in the first Title IX class action tried against a school for discriminating against its female student-athletes. *Haffer v. Temple University*, 678 F. Supp. 517 (E.D. Pa. 1988). Since that time, he has successfully represented more female (and male) student-athletes in Title IX litigation than any lawyer in America.

Arthur has received many awards, including for his Title IX work. For example, he received the Enhanced Opportunity Award for Women's Intercollegiate Athletics from the Council of Collegiate Women Athletic Administrators; was named One of 50 Most Influential People in College Sports by *College Sports* magazine; received an Honorary Degree from Ripon College for playing a "Significant Role in the Rise of Women's Athletics in the United States,"; was named a finalist by the Women's Sports Foundation for the Billie Jean King Contribution Award for "Significant Contribution to the Overall Development of Girls' and Women's Sports"; received the "Sport At Its Best Award" from the League of Fans for his success advancing equal opportunity in sports; and, in



late 2021, was named a Sports Law Trailblazer by *The National Law Journal* for his success representing female and male student-athletes in Title IX litigation.

Arthur is recognized in *Who's Who in America*, *Who's Who in American Law*, and *Who's Who in the World*. He has been elected to the American Law Institute and honored by, among others, the American Association for Justice, the American Bar Association, Harvard Law School, Mass Torts Made Perfect, Public Justice, the Consumer Attorneys Associations of Los Angeles and San Diego, the Iowa Association for Justice, the New Jersey Association for Justice, the Pennsylvania Association for Justice, the Philadelphia Trial Lawyers Association, the Southern Trial Lawyers Association, and the Western Trial Lawyers Association. His portrait hangs in the Trial Lawyer National Portrait Gallery. The Oregon Trial Lawyers Association has named its public service award the Arthur H. Bryant Public Justice Award.

Arthur is a graduate of Swarthmore College and Harvard Law School, where he was captain of the Ames Moot Court Championship Team — one of the nation's most prestigious competitions for appellate brief writing and advocacy.

## Carey Alexander

Carey Alexander is a partner at Clarkson. His practice has spanned the breadth of consumer protection litigation. He has served as part of the appointed leadership steering numerous class actions representing consumers and financial institutions in state and federal courts throughout the United States, including in *Alves v. BJ's Wholesale Club, Inc.*, No. 2284CV02509 (Mass. Sup. Ct.) (Krupp, J.) (Interim Co-Lead Class Counsel); *In re BPS Direct, LLC and Cabela's, LLC Wiretapping Litig.*, No. 2:23-md-03074 (E.D. Pa.) (Kearney, J.) (Plaintiffs' Steering Committee); *In re TikTok, Inc., Consumer Privacy Litigation*, No. 24-C-2110 (N.D. Ill. March 15, 2024) (same); and *In re Shields Health Care Group Inc. Data Breach Litigation*, No. 1:22-cv-10901, ECF No. 55 (D. Mass. Sep. 16, 2022) (Interim Executive Committee).

Courts have recognized Carey's efforts on behalf of the classes he has represented, with Judge Castel of the Southern District of New York commending him for his "extensive experience in litigating data breach class actions in federal courts."

Carey has appeared on the *Super Lawyers* New York Metro Rising Stars list every year since 2016. His student note, *Abusive: Dodd–Frank Section 1031 and the Continuing Struggle to Protect Consumers*, 85 St. John's L. Rev. 1105 (2012), has been cited in judicial opinions and in several legal journals, including the *Harvard Law Review*.

Before joining the bar, Carey served as an editor of the widely acclaimed consumer-advocacy blog, *The Consumerist*. He also served as a policy advisor to the Bronx Borough President, worked as part of the National Campaign to



Restore Civil Rights, and participated in the Fellowship for Emerging Leaders in Public Service at NYU's Robert F. Wagner Graduate School of Public Service.

Carey graduated magna cum laude from the St. John's University School of Law, where he served as an editor of the Law Review. He earned a B.A. from Skidmore College.

## Neda Saghafi

Neda Saghafi is a senior associate attorney at Clarkson. As a bilingual attorney in English and Farsi, Neda represents a range of clients through multiple practice areas, including the firm's Title IX department. Neda empowers individuals to tell their stories using a client-centered philosophy that places the person at the heart of every matter. Effective and empathetic communication is the pillar of Neda's practice; she always remains responsive to her clients and helps them seamlessly navigate the complex legal system.

After law school, Neda clerked for one of seven judges on Maryland's highest court, and was published in the Northeast University Law Review (T*he American Declaration of the Rights and Duties of Man: Using a Human Rights Framework to Deconstruct Systemic Police Misconduct Against Low-Income Women of Color*, 10 NE.U.L.Rev. 502 (2018)). Prior to joining Clarkson, Neda's experience included working in product liability matters related to pharmaceutical and biologics products and serving as an attorney and advocate on behalf of sexual abuse survivors.

Much of Neda's career has been focused on advocacy. She was a policy intern at the United Nations in the Ending Violence Against Women section and has worked alongside agencies advocating for survivors of trafficking and intimate partner violence. Neda is a Teach for America alumna, and a former advisory committee member for LifeBridge Health's Center for Hope.

Neda's pro bono legal work includes working with Catholic Charities and the Children's Law Center of Washington, D.C., and serving as pro-bono co-counsel with the ACLU of Louisiana in a federal civil rights action.

Neda earned her Juris Doctor from the University of Maryland Carey School of Law. She graduated with her B.S. in Business Administration, B.A. in Psychology, and a minor in Global Poverty and Practice from the University of California, Berkeley. She also received her Master's in Education from Johns Hopkins University. She is licensed to practice in multiple jurisdictions, including California, New York, and Maryland.

Clarkson   22525 Pacific Coast Highway, Malibu, CA 90265   p 213.788.4050   f 213.788.4070   clarksonlawfirm.com