# Exhibit 7



CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP

# FIRM RÉSUMÉ

**110 Laurel St.**
**San Diego, CA 92101**
**T: 619-238-1811**
**F: 619-544-9232**
**www.caseygerry.com**

# FIRM OVERVIEW

Founded in 1947, San Diego based firm of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP "CaseyGerry" is one of the oldest plaintiffs' law firms in California and is nationally recognized. Our firm focuses on complex civil litigation, with an emphasis on consumer protection, class actions, product defect, pharmaceutical and serious personal injury matters. Our attorneys have held numerous leadership roles in coordinated cases at both the state and federal level. We have prosecuted a variety of consumer fraud, unfair business practices, TCPA, product defect, and other complex mass torts and class action matters. We have litigated cases against companies such as Volkswagen, Exxon, Amazon, Sony, Toyota, General Motors, AT&T, Mitsubishi, Apple, Inc., Wells Fargo, Bank of America, American Express, Honda, Discover Financial Services, and Yahoo, among others.

CaseyGerry represented then Lt. Gov. Gray Davis in his private attorney general action against the tobacco industry. We were successful in obtaining a settlement of over $25 billion for the citizens of California, and also took part in successfully resolving other similar tobacco cases in other states. Our firm also was part of the trial team and played a leadership role in the Exxon Valdez litigation, which resulted in a $5 billion verdict. And recently, the firm obtained a first of its kind appellate victory against Amazon involving strict liability of online marketplaces.

The firm has extensive experience in class action, mass tort and other complex litigation. Managing partner, David Casey was appointed to serve on the Plaintiffs' Steering Committees for *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Lit.*, Case No. 15-md-02672-CRB (N.D. Cal.), which included the related "*Audi CO$_2$*" and "*Porsche Gasoline*" cases. Working with partner Gayle Blatt, they represented over 500,000 owners and lessees of Volkswagen diesel vehicles in the third largest car recall in history, over 100,000 owners and lessees of Audi vehicles and approximately 500,000 Porsche owners and lessees. Mr. Casey was also appointed in *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Product Liability Lit*, Case No. 17-md-02777-EMC (N.D. Cal.) and worked with Ms. Blatt, successfully representing approximately 100,000 owners and lessees of EcoDiesel Jeep Grand Cherokees and Ram 1500 trucks.

Firm members have also served on court-appointed leadership committees, including cases against Yahoo!, Wells Fargo, Apple, Intel and the NFL.

The firm's experienced lawyers have earned numerous local, regional and national accolades and awards bestowed for professional success. Our lawyers have been president of, or currently hold, leadership positions and longtime affiliations with the California State Bar Association, American Association for Justice (AAJ,

2

formerly known as American Trial Lawyers Association "ATLA"), Consumer
Attorneys of California (CAOC), Consumer Attorneys of San Diego (CASD), San
Diego County Bar Association, Lawyers Club of San Diego, California Women
Lawyers, North County Bar Association, Korean American Bar Association San
Diego, South Asian Bar Association of San Diego, Filipino American Lawyers of
San Diego, and Tom Homann LGBT Law Association.  Our partners have been
elected to such prestigious organizations as the American Board of Trial
Advocates, the International Academy of Trial Lawyers, and the International
Society of Barristers.  Four partners have served as president of the Consumer
Attorneys of San Diego.  Five of the firm's partners are members of the American
Board of Trial Advocates (ABOTA), and partner Frederick Schenk is past president
of the executive board of the San Diego chapter of ABOTA.

# CASEYGERRY ATTORNEYS

## **David S. Casey, Jr.**

David S. Casey, Jr. is the senior partner of CaseyGerry, the firm that his father founded in 1947. He began his career as a prosecutor and has handled over 70 jury trials during the course of his over forty-year legal career. He is a past president of the Association of Trial Lawyers of America (now the American Association for Justice), Consumer Attorneys of California, Western Trial Lawyers Association, and San Diego Trial Lawyers Association (now Consumer Attorneys of San Diego).

Mr. Casey is a proven leader nationwide. During his tenure as president of ATLA (now AAJ), which at the time was an organization of approximately 60,000 lawyers nationwide, he was one of a small group of people who proposed the Victims Compensation Fund for victims of the unprecedented terrorist attacks of September 11, 2001. Thereafter, AAJ formed Trial Lawyers Care (TLC) to coordinate what would become one of the largest pro bono programs in history. TLC helped 1,739 eligible claimants from 35 states and 11 countries, and the recovery to these claimants exceeded $2 billion dollars.

Mr. Casey is also a leader in the state of California. He undertook a lead role in California on behalf of then Lieutenant Governor Gray Davis in his private attorney general action against the Tobacco Industry, instigated when the state of California declined to participate in the litigation with other states' Attorneys General. This litigation involved multiple billion-dollar companies, who had been involved in litigation over the effects of tobacco use for decades. Mr. Casey was involved in extensive negotiations in Washington, DC, and proposed legislation. After Gov Davis' election as Governor of California, a global settlement resulted in the resolution of all claims.

During the course of his career, Mr. Casey has represented American POWs in litigation for having been treated as slave laborers during World War II and his firm was co-counsel in the Exxon Valdez Oil Spill litigation. He also represented Honda dealers in one of the most massive fraud schemes on Honda dealers in the history of the United States.

Mr. Casey was appointed to serve on the Plaintiffs' Steering Committee for *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Lit.* Following his appointment in *Volkswagen,* he was appointed in *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Product Liability Lit.* He was also appointed in *In re: Wells Fargo Collateral Protection Insurance Lit.,* in which he helped negotiate a favorable settlement, and to the

4

PSC for *In re: National Football League Players' Concussion Injury Lit.*, representing the interests of thousands of former NFL players.

Having opted out of the class action, he represented the family of Junior Seau against the NFL in the national head injury litigation, as well as represented the family of Tony Gwynn for the wrongful death resulting from his use of smokeless tobacco.

Mr. Casey has served as the Lawyer Representative for the United States District Court, Southern District of California and as a current board member for the Ninth Judicial Circuit Historical Society. He is honored to have been inducted into the San Diego Consumer Attorneys Hall of Fame. He is also a member of such prestigious, invitation-only, organizations, such as the International Academy of Trial Lawyers, International Society of Barristers and American Board of Trial Advocates.

David S. Casey, Jr., has received over 100 accolades including his recognition as one of the Top Plaintiff's Lawyers in the State of California by the Daily Journal in 2015, 2016, 2018, 2019, 2020 and 2021.

## Gayle M. Blatt

Heading the firm's complex litigation practice group, Ms. Blatt concentrates her practice on consumer class actions, data security cases, and pharmaceutical and medical device cases. She joined CaseyGerry more than 30 years ago and has become well known for representing injured clients and consumers in a wide range of high profile, multi-million-dollar cases.

Ms. Blatt serves by appointment on the Plaintiffs' Executive Committees in *In re: ZF- TRW Airbag Control Units Products Liability Lit.*, Case No. 19-ml-02905-JAK-FFM (C.D. Cal.); and served on the Plaintiffs' Steering Committee in *In re: Consumer Vehicle Driving Data Tracking Litigation* Collection, Case No. 1:24-md-03115-TWT (N.D. Ga.); In *re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Lit.*, Case No. 18-md-2828-SI (D. Or.), *In re: Apple Inc. Device Performance Lit.*, Case No. 18-md-02827-EJD (N.D. Cal.), and *In re Chrysler Pacifica Fire Recall Products Liability Litigation*, Case No. 22-md-03040 (E.D. Mich.). She served as Co-Liaison Counsel in *In re: Incretin Mimetics Product Liability Lit.*, Case No. 13-md-02452-AJB-MDD (S.D. Cal.), and in *In re: Hydroxycut Marketing and Sales Practices Lit.*, Case No. 09-md-02097 (S.D. Cal.). She worked closely with partner David S. Casey, Jr. on the *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Lit.*, the "*Audi CO$_2$*" and "*Porsche Gasoline*" cases, Case No. 15-md-02672-CRB (N.D. Cal.) representing hundreds of thousands of vehicle owners whose claims included misrepresentation of the attributes of their vehicles and on

the *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Product Liability Litigation*, Case No. 17-md-02777-EMC (N.D. Cal.) resulting in relief obtained for approximately 100,000 owner and lessees of EcoDiesel Jeep Grand Cherokee and Ram 1500 trucks. Ms. Blatt also worked closely with David S. Casey, Jr., in representing consumers affected by forced placed insurance in *In Re: Wells Fargo Collateral Protection Insurance Litigation*, Case No. 8:17-ml-02797-AG-KES (C.D. Cal.).

Ms. Blatt serves as interim co-lead counsel in *In Re: 23andMe, Inc., Customer Data Security Breach Litigation*, No. 3:24-md-03098-EMC (N.D. Cal.); interim co-lead counsel in *Cilluffo v. Subaru of America, Inc. et al.*, Case No. 23-cv-01897-RBK-MJS (D. N.J.), interim co-lead counsel in *Burgos v. American Honda Motor Company*, Case No. 2:23-cv-02128-AB-SK (C.D. Cal.), interim co-lead counsel in *In re: Netgain Technology, LLC, Consumer Data Breach Lit.*, 21-cv-1210-SRN-LIB (D. Minn.), and interim co-lead counsel in *In re: Warner Music Group Data Breach Lit.*, Case No. 20-cv-07473-PGG (S.D.N.Y.).  Ms. Blatt also serves on Casey Gerry's behalf, as Interim Liaison Counsel, for *In re: Bank of America California Unemployment Benefits Litigation*, Case No. 21-md-02992-GPC-MSB (S.D. Cal.).  Additionally, she has served as lead counsel in *Pfeiffer et al v. RadNet, Inc.*, Case No. 20-cv-09553-RGK-SK (C.D. Cal.), as interim co-lead counsel in *DeSue v. 20/20 Eye Care Network, Inc. et al.*, Case No. 21-cv-61275-RAR (S.D. Fla.), lead counsel in *In re: Waste Management Data Breach Lit.*, Case No. 21-cv-06199-DLC (S.D. N.Y.), class counsel in *In re: US Fertility LLC Data Security Lit.*, Case No. 8:21-cv-00299 (D. Md.), and class counsel in *In re: Citrix Data Security Lit.*, Case No. 19-cv-61350-RKA (S.D. Fla.), and serves on the Plaintiffs' Executive Committee in *In re: EyeMed Vision Care, LLC Data Security Breach Lit.*, Case No. 21-cv-00036-DRC (S.D. Ohio).  Ms. Blatt was also appointed to the five-member PEC overseeing the class action litigation related to the massive Yahoo data breaches, Case No. 16-MD-02752 (N.D. Cal.).  She served on the law and briefing committee in the consolidated class action *Adkins v. Facebook, Inc.*, Case No. 18-05982-WHA (N.D. Cal.).  She previously served as settlement class counsel in *Sung et al v. Schurman Fine Papers d/b/a Schurman Retail Group*, Case No. 17-cv-02760-LB (N.D. Cal.), and liaison counsel in *In re: Sony Gaming Networks and Customer Data Security Breach Lit.*, Case No. 11-md-02258-AJB (S.D. Cal.).

Ms. Blatt has received three Outstanding Trial Lawyer awards from the Consumer Attorneys of San Diego.  She was recognized as one of the Top Plaintiff's Lawyers in California for 2021 and Top Women Lawyers 2021 by the Daily Journal.  She has been named one of San Diego's Top 25 Female Attorneys 2007, 2009 and from 2013 to 2022 and the Top 10 San Diego Lawyers for 2019 to 2024 by *San Diego Super Lawyers*.  Ms. Blatt was named one of San Diego's Best Attorneys of 2019 to 2021 by San Diego Daily Metro, one of San Diego's most influential women 2018 to 2020 and one of the top 50 Influential Professionals by the San Diego Daily Transcript.  Blatt was named one of the Top 500 Influential Business Leaders, San Diego Business Journal 2019.  She was named one of the Lawdragon

500 Leading Plaintiff Consumer Lawyers 2019 to 2024 and is listed annually in Best Lawyers. Ms. Blatt was also named Best Car Accident Lawyer in San Diego, Forbes 2023-2024, and Best Lawyers in America, Best Lawyers 2023-2024.

For ten years, Ms. Blatt served on the Board of Directors of the Consumer Attorneys of San Diego and served as President of the organization in 2007. As President, she was honored as Trial Lawyer Association Chapter President of the Year by Consumer Attorneys of California. She received a President's Award from Consumer Attorneys of San Diego. Ms. Blatt currently serves on the Board of Trustees for her alma mater, California Western School of Law. She also serves on the board of the Tom Homann Law Association Foundation and is a past president of the San Diego County Bar Foundation.

## Frederick Schenk

Frederick Schenk is a tenacious litigator and CaseyGerry partner for decades and concentrates his practice on products liability, serious personal injury, and asbestos law. In fact, Frederick, who has been with CaseyGerry for more than 30 years, achieved the largest verdict ever in San Diego against an asbestos manufacturer – Owens Corning Fiberglass – obtaining a $2.4 million verdict in punitive damages as well as economic losses.

In addition, he is a specialist in auto collision litigation and co-author of the LexisNexis California Automobile Litigation Handbook. Over the years, Schenk has received numerous awards and honors for his work – including recognition as an Outstanding Trial Lawyer from the Consumer Attorneys of San Diego, and twice recognized by Best Lawyers as San Diego's Trial Lawyer of the Year in the area of mass torts and class actions. He has remained active in both community and professional groups and finds tremendous gratification in his work as an attorney, especially when he provided services to the families of the victims of 9/11 via Trial Lawyers Care, the largest pro bono program in the history of American jurisprudence.

Mr. Schenk received numerous awards, including the San Diego County Bar Association's Community Service Award and Consumer Attorneys of San Diego's Outstanding Trial Lawyer Award. He serves on the Board of Governors for the American Association for Justice. He is current president for the San Diego Chapter of American Board of Trial Advocates.

Schenk served as president of the San Diego County Fair board and was re-appointed by California Governor Jerry Brown to serve another four-year term on the board which oversees all activities at the Del Mar Fairgrounds.

7

## Robert J. Francavilla

Mr. Francavilla is a widely respected trial lawyer and was recently honored as Consumer Attorneys of San Diego's Trial Lawyer of the Year for 2017. He has made an important difference in the lives of many, as well as earned many accolades and high-profile verdicts and settlements over the years. Specializing in serious personal injury, premises liability and highway design cases, he has successfully handled the gamut of complex cases, including tragic losses involving wrongful death, paraplegia, quadriplegia, severe burns, loss of limbs and major orthopedic injuries.

Mr. Francavilla has received honors including LA Daily Journal's Top 25 Plaintiff's Lawyers 2015 and 2020, Trial Lawyer of the Year 2016 by the Consumer Attorneys of San Diego and a six-time awardee of the Consumer Attorneys of San Diego's Outstanding Trial Lawyers Award. He has been named Best Lawyers "Lawyer of the Year" 2022, he is a San Diego Super Lawyer 2007 to 2021, Lawdragon 500 Leading Plaintiff Lawyers, among other awards.

## Thomas D. Penfield

During his almost 30-year tenure with the firm, Mr. Penfield has handled numerous multi-million-dollar cases, concentrating his practice on personal injury, products liability and class actions, including serving as co-counsel in a jury trial representing H&H Cerritos against U.S. Mineral Products, Inc., obtaining a $14.1 million verdict. He has also been involved in numerous class action lawsuits, including a case against the City of San Diego – an effort that helped residents reclaim millions in damages that was mischarged for sewer services – which was settled for $40 million.

With a distinguished legal background, he was a supervising trial lawyer with the Defenders Program of San Diego and then a clinical Professor at the University of San Diego School of Law before joining CaseyGerry in 1988. Mr. Penfield continues to teach as an adjunct professor at the University of San Diego School of Law, and regularly lectures both nationally and internationally on trial techniques and persuasion.

Mr. Penfield served as President of the North County Bar Association. He is one of only nine attorneys in California to earn the recognition of Diplomate in the National College of Advocacy for American Association for Justice. He is also a member of the American Board of Trial Advocates and a Master in the American Inns of Court.

## Thomas D. Luneau

With a legal career spanning three decades, Mr. Luneau has had his share of
formidable opponents in the courtroom over the years.  He started his career as
a state-licensed private investigator, joining CaseyGerry in 1982 as an
investigator.

Now a talented litigator who has prosecuted many complex cases, he focuses his
practice primarily on premises and products liability and serious personal injury
cases, earning numerous multi-million verdicts and settlements — including
cases involving defective industrial drilling machinery, motorcycle lane splitting
injuries, concussion injuries, wrongful death and more.  Other high profile
matters he has handled include cases involving abuse by a CHP officer who
intentionally broke the ankle of a handcuffed suspect (4th amendment violation
excessive force), and the wrongful death of an inmate at Donovan State Prison
(8th amendment violation cruel and unusual punishment).

In addition, he has successfully represented numerous military and law
enforcement personnel and their family members from entities including the San
Diego Police Department, the San Diego County Sheriff's Department, Riverside
County Sheriff's Department, California Highway Patrol, and the United States
Border Patrol.

Luneau is a member of the American Board of Trial Advocates.  He has received
numerous awards, including the Consumer Attorneys of San Diego's Outstanding
Trial Lawyer Award.

## Jason C. Evans

Jason C. Evans is an attorney specializing in complex litigation and personal injury.
Throughout his career, he has handled hearings, pleadings, depositions, trial,
mediations, and memoranda for a number of multi-million dollar civil and class
actions.

He previously worked for the San Diego Volunteer Lawyer program, drafting
requests for restraining orders for victims of domestic and elder abuse, and was a
legal assistant for Spach, Capaldi and Waggaman, LLP, in Newport Beach.

He was selected as one of the San Diego Business Journal's Next Top Business
Leaders under 40 for 2020, Top 40 Under 40, 2020 by the Daily Transcript, Super
Lawyers Rising Star 2015-2021, San Diego Super Lawyers 2018, 2015 SD Metro 40
Under 40 Awards, and 2017 CASD Outstanding Trial Lawyer Award.

## P. Camille Guerra

P. Camille Guerra is a key member of the complex litigation team, focusing on consumer protection class actions, data breach and privacy violations, defective products, financial fraud, and false advertising.

Ms. Guerra serves as interim co-lead counsel in *Cilluffo v. Subaru of America, Inc. et al.*, Case No. 23-cv-01897-RBK-MJS (D. N.J.). She also works with partner Gayle M. Blatt on *In Re: 23andMe, Inc., Customer Data Security Breach Litigation*, No. 3:24-md-03098-EMC (N.D. Cal.), *In re: US Fertility LLC Data Security Lit.*, Case No. 8:21-cv-00299 (D. Md.), *In re: Bank of America California Unemployment Benefits Litigation*, Case No. 21-md-02992-GPC-MSB (S.D. Cal.), *Burgos v. American Honda Motor Company*, Case No. 2:23-cv-02128-AB-SK (C.D. Cal.), and *In re Chrysler Pacifica Fire Recall Products Liability Litigation*, Case No. 22-md-03040 (E.D. Mich.).

She worked with David S. Casey, Jr. and Gayle M. Blatt on the *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Lit.*, the "*Audi $CO_2$*" and "*Porsche Gasoline*" cases, Case No. 15-md-02672-CRB (N.D. Cal.) representing hundreds of thousands of vehicle owners whose claims included misrepresentation of the attributes of their vehicles and on the *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices Product Liability Litigation*, Case No. 17-md-02777-EMC (N.D. Cal.) resulting in relief obtained for approximately 100,000 owner and lessees of EcoDiesel Jeep Grand Cherokee and Ram 1500 trucks, and *In Re: Wells Fargo Collateral Protection Insurance Litigation*, Case No. 8:17-ml-02797-AG-KES (C.D. Cal.), representing consumers affected by forced placed insurance.

While obtaining a Master of Advanced Studies in health policy and the law at the University of California, San Diego, Ms. Guerra co-authored an article on counterfeit Avastin that was published in the prestigious Nature Reviews Clinical Oncology. She also researched and co-authored "USA Criminal and Civil Prosecutions Associated with Illicit On-line Pharmacies: Legal Analysis and Global Implications," which appeared in Med Access.

Guerra attended Eotvos Lorand University in Budapest, Hungary, University of Prishtina in the former Yugoslav Republic of Kosova, and Thomas Jefferson School of Law. She is fluent in Spanish and has studied Arabic, French, Italian, Russian, and Farsi.

## Adam B. Levine

Adam B. Levine is a key member of the serious personal injury team, focusing on product defect, premises, auto and aviation cases.  He has worked on a variety of serious cases including: a federal product defect case involving a military parachute

that deployed inside an airplane, killing a decorated Navy Seal; a federal case against the Border Patrol after one its agents crashed a truck into a client riding a motorcycle; a product defect and negligence case where his client suffered a serious arm injury while riding as a passenger in a UTV; a case against the City of San Diego that settled for $1 million after his client tripped over uneven concrete in a crosswalk and suffered permanent injuries; and high-profile litigation against Big Tobacco involving smokeless tobacco or "dip."

He is on the board of directors for the Consumer Attorneys of San Diego, is co-chair of the personal injury section of the North County Bar Association, is on the board of directors for the NLD section of the Consumer Attorneys of California and writes for the product defect column in the Trial Bar News.

Levine was named a San Diego Super Lawyers Rising Star in 2017- 2020.  He was also awarded the North County Bar Association's Rising Star award in 2018 and was named in the top 40 Under 40 by The Daily Transcript and San Diego Metro Magazine.  He was named in the Best Lawyers: Ones to Watch and has received 14 American Jurisprudence Awards, CWSL, Kennedy Scholar, Academic Excellence Award, Trustees' Award, CWSL, Academic Excellence Award, CWSL and Trustees' Award, CWSL.

## David S. Casey III

David Casey III is an attorney specializing in personal injury.  He has worked extensively for both the complex litigation and personal injury teams at Casey Gerry.  Recently, he participated in the TAP program as one of the first participants, during which time he tried multiple criminal cases as a volunteer deputy district attorney with the South Bay office of the San Diego County District Attorney.

Casey III attended the University of San Diego and focused his time at school on trial advocacy and complex litigation.  He received a CALI award for his paper analyzing American and European attitudes toward online privacy and the "right to be forgotten."  He externed for the Honorable Anthony Battaglia at the United States District Court for the Southern District of California.  He also interned and graduated from Gerry Spence's acclaimed Trial Lawyers College in 2018.

Casey III has been accepted to the Wallace inn as an Associate Member and was names in Best Lawyers: Ones to Watch 2021 and 2022.

## Eric Ganci

Eric Ganci is a graduate of Thomas Jefferson School of Law.  He is an associate attorney and member of the personal injury team.  Before joining CaseyGerry, Eric ran his own firm focused on representing people arrested for driving under the influence.  During that time, he tried 72 cases to verdict: 70 jury trials and 2 bench

trials.  In that work, after completing required coursework and passing a
certification exam, Eric earned the designation as a Lawyer-Scientist by the
American Chemical Society, Chemistry and the Law Division.

Ganci is a member of Consumer Attorneys of San Diego, Lawyers Club of San Diego
(Board Member 2012-2016, Photography C0-Chair 2011-2013, and Champagne &
Chocolates Affair Co-Chair 2012), San Diego County Bar Association (New Lawyers
Division Board of Directors, Community Service Chair 2012, New Lawyers Division
Board of Directors, Newsletter Chair 2011), and former President and Vice
President of Thomas Jefferson SOL Alumni Association (2009-2014).

He was awarded Thomas Jefferson SOL Adjunct Professor of the Year, Thomas
Jefferson SOL A.  Thomas Golden Honorary Alumnus of the Year, San Diego's Top
40 Under 40 (2011) and Outstanding Service by a New Lawyer by San Diego County
Bar Association (2011).  He is a former graduate of the Trial Lawyers College, and
has been teaching at the College since 2016, and assisting with civil and criminal
trials across the country.

## Katie McBain

Katie McBain is a graduate of California Western School of Law.  She is a member of
the complex litigation team.  Prior to joining CaseyGerry, Katie successfully litigated
bench trials, counseled retirement and pension systems regarding compliance with
local, state and federal laws, with particular focus on the County Employees
Retirement Law of 1937, and consulted business owners regarding labor and
employment issues.  She is a member of Lawyers Club of San Diego, Contributor to
the Conference of California Bar Associations, and a member and volunteer of
Think Dignity, a non-profit focused on empowering our community to advance
basic dignity for those living on the street.  Katie is proficient in Spanish.

## Samantha Kaplan

Samantha Kaplan is an associate attorney at CaseyGerry where she works with the
personal injury team. She received her Juris Doctor from Georgetown University
and a Bachelor of Arts degree in International Development and Africana Studies
from Tulane University. Prior to joining CaseyGerry, Ms. Kaplan worked as a law
clerk with the U.S. State Department Office of the Assistant Legal Advisor where she
wrote legal briefs as part of the U.S. submissions to the Iran-U.S. Claims Tribunal,
conducted legal research, wrote memoranda on Investor State Dispute Settlements
and Bilateral Investment issues, and more.

## Michael Benke

Michael Benke is part of the CaseyGerry complex litigation team.  He received his
JD degree from Berkeley Law School (Boalt Hall) with a concurrent degree from

Berkeley's Goldman School of Public Policy, where he focused on quantitative methods. During law school, he externed for Judge M. Margaret McKeown of the Ninth Circuit Court of Appeals.

Following law school Mr. Benke served as an attorney in the chambers of California Supreme Court Justice Joyce L. Kennard, and subsequently, received trial and appellate experience with the economic crimes and appellate divisions of the San Diego County District Attorney. He has served in the Fourth District Court of Appeal, Division One, as a research assistant to Associate Justice Joan Irion, and has argued cases before the California Court of Appeal, Division Two (San Bernardino).

He is also a medical doctor. Following his legal education and experience, he attended and received his MD degree at Saint George's University, where testing and academics earned him the highest merit scholarship at entry. Most recently, in his clinical years he rotated through Eisenhower Hospital and Desert Regional Medical Center in Palm Springs, Arrowhead Regional Medical Center in San Bernardino, and the Santa Clara County hospital system. He completed sub-internships in medicine, hospital-based family medicine, and psychiatry. While in medical school, Mr. Benke worked as a law clerk for CaseyGerry.

Benke is licensed to practice law in California and the state of New York, including the federal Southern District of New York. He is fluent in Spanish.

## Noah Moss

Noah Moss is a civil trial lawyer at CaseyGerry where he works with the personal injury team. He joined the firm after working with a prestigious Personal Injury law firm in Bakersfield, CA as a trial attorney. Prior to that, Noah worked for a big New York firm where he represented pharmaceutical companies in Patent litigation. During his time representing large corporations, Noah realized that he wanted to join a law practice that worked for the individual not against them. This led to his transition to personal injury law.

Moss received his Juris Doctorate from Loyola University, Chicago School of Law, with a certificate in Advocacy and International Law. In addition, he received a Master of Laws degree in IP & Information Technology Law from Fordham Law School, New York. For his undergraduate studies, he attended University of California San Diego, graduating with a Bachelor of Science in Biology and Molecular Biology.

## Howie Bruno

Howie Bruno is an associate attorney at CaseyGerry where he works with the personal injury team. He joined the firm after working with a prestigious New York

13

law firm. He received his Juris Doctorate degree from the University of Virginia School of Law. During law school, he was a law clerk for Judge Francis Hodgson, Jr. of the Superior Court of New Jersey, Chancery Division.

Since becoming an attorney, Howie has maintained an active pro bono practice focused on domestic violence, immigration, and civil rights issues. Howie is licensed to practice law in California and New York, and is a member of the San Diego County Bar Association and the Consumer Attorneys of San Diego. Howie also serves on the Board of Directors of the San Diego Volunteer Lawyer Program.

## Alyshia Lord

Alyshia Lord brings a robust background in plaintiff law, specializing in personal injury and premises liability litigation. Alyshia has dedicated her legal career to advocating for those harmed by the negligent actions of others, including survivors of sexual abuse, victims of premises injuries, and individuals impacted by auto accidents. Before joining CaseyGerry, she honed her litigation and client advocacy skills.

Throughout her career, Alyshia has demonstrated unwavering commitment to seeking justice for her clients, whether they have been affected by medical malpractice, traffic accidents, or childhood sexual abuse. Her holistic approach to the law and relentless pursuit of optimal outcomes for her clients have distinguished her as a highly effective attorney. Alyshia's dedication to service is evident not only in her professional achievements but also through her active participation in pro bono work, notably with Bunny's Buddies, and her contributions to the American Inns of Court, the Lawyer's Club of San Diego, and the Consumer Attorneys associations of both San Diego and Los Angeles.

## Jennifer L. Connor

Jennifer L. Connor has worked as an advocate on behalf of plaintiffs in civil litigation, especially in consumer and employment class actions for nearly two decades. Ms. Connor is a graduate of Notre Dame Law School, cum laude, J.D., 2003, and also holds a graduate degree from Boston College School of Theology and Ministry, M.Div. 2019.

Ms. Connor has represented clients in cases ranging from consumer protection, wage and hour, unfair business practices, product liability, fraud, environmental toxic tort, and antitrust and practices in both state and federal court forums. She has managed and assisted with litigation and settlement of dozens of class and representative actions and been appointed as Class Counsel in contested motions for certification and preliminary/final approval stage of class action settlements. Ms. Connor served as second-chair in the wage-and-hour arbitration trial of employees' misclassification case. Ms. Connor also authored the merit briefs on

behalf of plaintiff-appellant in *Aryeh v. Canon Business Solutions, Inc.* (2013) 55 Cal.4th 1185, involving legal issues under the Unfair Competition Law, which was favorably decided by the California Supreme Court. She has successfully certified contested motions for certification, won dispositive motions, and been appointed as class counsel. She has also presented as a lecturer for CLE course on employment law issues.

Ms. Connor has served as an accredited attorney with the Department of Veteran Affairs and as a volunteer district attorney at the Orange County District Attorney's Office as part of the Trial Attorney Partnership program.

## SELECT LEADERSHIP POSITIONS

- *In Re: 23andMe, Inc., Customer Data Security Breach Litigation*, No. 3:24-md-03098-EMC (N.D. Cal.), MDL No. 3098

- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Lit.,* MDL No. 2672

- *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products Liability Lit.,* MDL No. 2777

- *In re: ZF-TRW Airbag Control Units Products Liability Lit.,* Case No. 19-ml-02905 JAK (C.D. Cal.)

- *In re: Chrysler Pacifica Fire Recall Products Liability Lit.,* MDL No. 3040

- *Cilluffo v. Subaru of America, Inc. et al.,* Case No. 23-cv-01897-RBK-MJS (D. N.J)

- *Burgos v. American Honda Motor Company*, Case No. 2:23-cv-02128-AB-SK (C.D. Cal.)

- *In re: Waste Management Data Breach Lit.,* Case No. 21-cv-06199-DLC (S.D. N.Y.)

- *In re: Netgain Technology, LLC, Consumer Data Breach Lit.,* Case No. 21-cv-1210-SRN-LIB (D. Minn.)

15

- *DeSue v. 20/20 Eye Care Network, Inc. et al.,*
  Case No. 21-cv-61275-RAR (S.D. Fla.)

- *In re: Bank of America California Unemployment Benefits Lit.,*
  Case No. 3:21-md-02992-LAB-MSB (S.D. Cal.)

- *In re the Exxon Valdez,*
  Case No. CV-89-00095-HRH,
  *Exxon Shipping Co v. Baker*, 554 U.S. 471 (2008)

- *Vinsant v. US Fertility, LLC,*
  Case No. 8:21-cv-00225 (S.D. Md.)

- *In re: Warner Music Group Data Breach,*
  Case No. 1:20-cv-07473-PGG (S.D. N.Y.)

- *In re: RadNet, Inc. Data Breach,*
  Case No. 2:20-cv-09553 (C.D. Cal.)

- *In re: Citrix Data Breach Lit.,*
  Case No. N0:19-cv-61350 (S.D. Fla.)

- *In re: EyeMed Vision Care, LLC Data Security Breach Lit.,*
  Case No. 1:21-cv-00036-DRC (S.D. Oh.)

- *In re: Intel Corp. CPU Marketing, Sales Practices,*
  MDL No. 2828

- *In re: Apple Inc. Device Performance Lit.,*
  MDL No. 2827

- *In re: Wells Fargo Collateral Protection Insurance Lit.,*
  MDL No. 2797

- *In re: YAHOO! Inc. Customer Data Security Breach Lit.,*
  MDL No. 2752

- *In re: National Football League Players' Concussion Injury Lit.,*
  MDL No. 2323

- *In re: World War II Era Japanese Forced Labor,*
  MDL No. 1347

- *In re: Apple and AT&T iPad Unlimited Data Plan Lit.,*

Case No. 10-cv-02553(N.D. Cal.)

- *In re: Hydroxycut Marketing and Sales Practice Lit.*, MDL No. 2087

- *In re: Sony Gaming Networks & Customer Data Security Breach Lit.*, MDL No. 2258

- *In re: Incretin Mimetics Products Liability Lit.*, MDL No. 2452

- *Ellis v. R.J. Reynolds Tobacco Co.*, San Diego Super. Ct., Case No. 706458

- *Scott v. American Tobacco*, No. 01-2498 (La. 9/25/01), 795 So.2d 1176, and No. 02-2449 (La. 11/15/02), 830 So.2d 294, and No. 2004-2095 (La. App. 4th Cir. 2/7/07)

- *In re: American Honda Motor Co., Inc. Dealerships Relations Lit.*, MDL No. 1069

- *Rose v. Bank of America*, Case No. 11-cv-02390

- *Steinfeld v. Discover Financial Services, et al.*, Case No. 12-cv-01118

- *Villa, et al. v. City of Chula Vista*, San Diego Super. Ct., Case No. 37-2011-00093296

- *Gehrich, et al. v. Chase Bank USA, N.A., et al.*, Case No. 12-cv-05510

- *Blue Shield of California Affordable Care Act Cases*, JCCP 4800

- *Galvez v. Waste Management*, JCCP 4534

- *Shames v. City of San Diego, et al.*, San Diego Super. Ct., Case No. GIC 831539

- *Cardiff v. General Motors Corporation*, coordinated with *Valve*

*Automation and Controls, Inc., et al v. General Motors Corp., et al.,*
San Diego Super. Ct., Case No. EC 016530