UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF OLIVIA PETRINE** |

Case No. 3:22-cv-00173-TWR-MSB

DECLARATION OF OLIVIA PETRINE

I, Olivia Petrine, am over 18 years of age and competent to make the following statement. All of the statements below are based on my personal knowledge.

1. I attended San Diego State University ("SDSU") from 2020 to 2023. I graduated in December 2023 with a degree in Computer Science.

2. I was a member of the varsity women's rowing team for the 2020-21 season. When SDSU eliminated the team after our 2021 season, I had remaining years of athletic eligibility. SDSU agreed to honor all of the rowing female student-athletes' scholarships at the level that they were set for the 2020-21 season until we graduated.

3. I grew up in Arizona and started rowing in high school after my mom encouraged me to try the sport. I fell in love with the sport after my first practice. I chose to attend SDSU after the assistant rowing coach reached out during my junior year of high school. After visiting the campus as a high school student, I knew it was the right place for me to pursue my educational goals and be part of an intercollegiate Division I varsity rowing program.

4. Unfortunately, I was only given a books scholarship for my first year in the program. This scholarship covers the costs of books for classes and is approximately $800 per year.

5. I had discussions with my coach during my first year as a student-athlete and he told me that he would have awarded me more scholarship money if he could have. He also told me before the program was eliminated that in my sophomore year and beyond, there was an opportunity for me to be awarded more in scholarship funds. However, because the team was eliminated, that never happened and I only received my book scholarship in athletic financial aid after the team was eliminated.

6. During my time as a student-athlete I witnessed men's varsity teams receive better treatment and benefits than the women's varsity teams. For example, men's varsity teams such as the men's football team would regularly have catered meals in their locker room. In comparison, almost all women's varsity teams received

Docusign Envelope ID: 26EA6239-D368-486F-8958-8F8BB8548C52

only several catered meals during the same season. Additionally, the facilities for the men's varsity teams were far superior to almost all of the women's varsity teams.

7. Because of my experience, I understand how valuable it is for young women to be treated equally to male student-athletes and be given the same opportunities to excel in college athletics. I also understand how it feels to experience gender discrimination at SDSU, and I do not want that to happen to any other females.

8. Through this litigation, I seek to eliminate Defendants' discrimination so that current and future female student-athletes at SDSU have an equal opportunity to compete for athletic financial aid and receive equal treatment and benefits to their male counterparts.

9. Throughout this litigation, I have been in regular contact with my attorneys. I have reviewed court documents and responded to discovery requests. I understand that my deposition is scheduled to be taken on December 6, 2024.

10. I intend to vigorously pursue this litigation on behalf of all females who are denied these opportunities at SDSU.

11. As a plaintiff, I am seeking a permanent injunction requiring SDSU to comply with Title IX, provide female student-athletes with equal opportunities to compete for athletic financial aid, provide equal treatment and benefits to all female and male student-athletes, and I am seeking damages for those women like myself who were student-athletes at SDSU and were denied the opportunity to compete for equal athletic financial aid and were retaliated against for filing this case.

12. I understand that as a class representative in this case, I must advocate for what is in the best interest of the entire class and set aside my personal desires if they were to conflict with what is best for the entire class.

13. I am ready and willing to serve as a representative plaintiff in this class action so that women at SDSU will have equal opportunities to compete for athletic financial aid, be compensated for SDSU's denial of equal opportunities to compete

1  for athletic financial aid in the past, and have the equal treatment and benefits that
2  Defendants have denied to me and all others in the class.

4      I declare under penalty of perjury that the foregoing is true and correct to the
5  best of my knowledge.

7  Dated: 11/21/2024           *Olivia Petrine*
                                           Olivia Petrine