| | |
|---|---|
| David S. Casey, Jr. (SBN 60768)<br>Gayle M. Blatt (SBN 122048)<br>**CASEY GERRY SCHENK**<br>**FRANCAVILLA BLATT &**<br>**PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: (619) 238-1811<br>dcasey@cglaw.com<br>gmb@cglaw.com | Amber Eck (SBN 177882)<br>Jenna Rangel (SBN 272735)<br>**HAEGGQUIST & ECK, LLP**<br>225 Broadway, Ste 2050<br>San Diego, CA 92101<br>Tel: (619) 342-8000<br>ambere@haelaw.com<br>jennar@haelaw.com |
| Arthur H. Bryant (SBN 208365)<br>Neda Saghafi (SBN 344633)<br>**CLARKSON LAW FIRM, P.C.**<br>22525 Pacific Coast Hwy<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br>abryant@clarksonlawfirm.com<br>nsaghafi@clarksonlawfirm.com | Carey Alexander (SBN 5188461)<br>**CLARKSON LAW FIRM, P.C.**<br>590 Madison Ave., 21st Floor<br>New York, NY 10022<br>Tel: (646) 290-6009<br>Fax: (213) 788-4070<br>calexander@clarksonlawfirm.com |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY,<br><br>    Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF ARTHUR H. BRYANT IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS CLARE BOTTERILL AS A PLAINTIFF WITHOUT PREJUDICE**<br><br>Judge:     Hon. Todd W. Robinson<br>Courtroom: 14A<br>Date:      April 10, 2025<br>Time:      1:30 p.m. |

Case No. 3:22-cv-00173-TWR-MSB

DECLARATION OF ARTHUR H. BRYANT IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS CLARE BOTTERILL AS A PLAINTIFF WITHOUT PREJUDICE

I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner at Clarkson Law Firm, P.C., and represent Plaintiffs in this matter. I have personal knowledge of the facts set forth herein, and if called to testify, could and would competently testify thereto.

2. A true and correct copy of the email correspondence between myself and Defense Counsel in regard to this dispute is attached hereto as **Exhibit 1.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 9th day of December, 2024, in Oakland, California.

*/s/ Arthur H. Bryant*
Arthur H. Bryant

Case No. 3:22-cv-00173-TWR-MSB   -1-
DECLARATION OF ARTHUR H. BRYANT IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS CLARE BOTTERILL AS A PLAINTIFF WITHOUT PREJUDICE