# Exhibit 1

**Emily Torromeo**

| | |
|---|---|
| **From:** | Schwartz, Brian M. <schwartzb@millercanfield.com> |
| **Sent:** | Tuesday, December 3, 2024 12:28 PM |
| **To:** | Arthur H. Bryant |
| **Cc:** | Neda Saghafi; David Casey Jr.; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel; Emily Torromeo; Carey Alexander; Higginson, Ashley N.; Giroux, Erika L.; Eldridge, Scott R.; Rohlicek, Sydney G.; jennifer.santamaria@doj.ca.gov; Lori Bullock |
| **Subject:** | RE: SDSU Title IX Case: Following Up re Motion to Dismiss Plaintiff Maya Brosch and Related Issue [MCPS-ACTIVE.FID2758066] |
| **Attachments:** | Agreement Not to Use Evidence Related to Maya Brosch(43032436.1).docx |

Arthur:

Defendants have been consistent that they will only stipulate to dismiss Ms. Brosch <u>with</u> prejudice.  As with Ms. Brosch, Defendants will only stipulate to dismiss Ms. Botterill <u>with</u> prejudice.

Attached for your consideration is a proposed agreement that would alleviate the need for Ms. Brosch to appear for her deposition.

Regards,

Brian

**Brian M. Schwartz | Principal & Group Leader**
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Tuesday, December 3, 2024 1:37 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov; Lori Bullock <lbullock@clarksonlawfirm.com>
**Subject:** RE: SDSU Title IX Case: Following Up re Motion to Dismiss Plaintiff Maya Brosch and Related Issue [MCPS-ACTIVE.FID2758066]

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

I am sorry to learn that, contrary to what I thought, we are not close to an agreement on Plaintiffs' Motion to Dismiss Maya Brosch as a Plaintiff Without Prejudice -- and that Defendants still will not agree to dismiss Ms. Brosch as a Plaintiff unless the dismissal is with prejudice.

I look forward to receiving the proposed agreement you plan to send me.

The related issue is that, sadly, Plaintiff Claire Botterill's grandfather recently died. She is so distraught that she does not have the emotional strength and energy to continue as a Plaintiff in this case. Like Ms. Brosch, she would like to end her involvement as a Plaintiff as quickly and cleanly as possible, without sacrificing her rights as a potential class member in the action.

We are asking that, with kindness and consideration, Defendants agree to allow her to do so.

Please let me know if Defendants will agree to allow Ms. Botterill to withdraw as a Plaintiff without prejudice or, as with Ms. Brosch, Defendants will only agree to the dismissal of Ms. Botterill as a Plaintiff if the dismissal is with prejudice.

Thank you,
Arthur

**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Sent:** Tuesday, December 3, 2024 5:31 AM
**To:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov; Lori Bullock <lbullock@clarksonlawfirm.com>
**Subject:** RE: SDSU Title IX Case: Following Up re Motion to Dismiss Plaintiff Maya Brosch and Related Issue [MCPS-ACTIVE.FID2758066]

Arthur:

Unless Plaintiffs are willing to dismiss Maya Brosch with prejudice, which I understand is not the case, then we are not close to an agreement on the motion to dismiss.

2

We did, however, discuss her deposition. I will draft and circulate an agreement for your signature that could avoid the need for Ms. Brosch to be deposed.

Regarding your request for a phone call, I am currently out of the country and my availability is limited when I return. Can you explain in writing what the "related issue" is? Also, if there is anything else regarding the motion to dismiss that you would like to share, can you please share that in writing as well?

Thank you,

Brian


**Brian M. Schwartz | Principal & Group Leader**
**Miller Canfield**
**T** +1.313.496.7551 | **F** +1.313.496.7500 | **M** +1.248.930.6088

**From:** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Sent:** Monday, December 2, 2024 6:46 PM
**To:** Schwartz, Brian M. <schwartzb@millercanfield.com>
**Cc:** Neda Saghafi <nsaghafi@clarksonlawfirm.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com; ambere@haelaw.com; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Carey Alexander <calexander@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov; Lori Bullock <lbullock@clarksonlawfirm.com>
**Subject:** SDSU Title IX Case: Following Up re Motion to Dismiss Plaintiff Maya Brosch and Related Issue

> **Caution:** This is an external email. Do not open attachments or click links from unknown or unexpected emails.

Dear Brian,

I would like to have a short follow-up conversation about our Motion to Dismiss Plaintiff Maya Brosch and a related issue.

When we met and conferred about this, I thought we were close to an agreement. You said you wanted to check the emails I had previously sent and would get back to me.

Can you please let me know when you'd be available to talk?

Thanks,
Arthur



**Arthur Bryant**
Partner
abryant@clarksonlawfirm.com

3

# Clarkson

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Cell (510) 507-9972
Main (213) 788-4050
clarksonlawfirm.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

You have received a message from the law firm Miller Canfield.  The information contained in or attached to this electronic mail may be privileged and/or confidential. If you received this transmission and are not the intended recipient, you should not read this message and are hereby notified that any dissemination, distribution or copying of this communication and/or its attachments is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and delete or destroy the original and any copies, electronic, paper or otherwise, that you may have of this communication and any attachments.