UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, et al., *individually and on behalf of all those similarly situated*,<br><br>                              Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>                              Defendants. | Case No.:  22cv173-TWR (MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

On January 2, 2025, counsel for the parties jointly contacted Judge Berg's chambers and requested an informal discovery conference to address the parties' dispute regarding noncustodial sources.  Being advised that the parties are available, the Court **SETS** a telephonic Discovery Conference on **January 7, 2025**, at **2:00 p.m.**  To join the conference, counsel must call (619) 657-0677 and enter conference ID number 582 885 468#.  No later than **2:00 p.m.** on **January 6, 2025**, the parties are **ORDERED** to lodge informal letter briefs of **no more than two pages** outlining their respective positions.  The parties may attach relevant discovery requests and responses, not to exceed **ten pages**.  The informal letter briefs are to be exchanged between counsel and submitted to Judge Berg via e-mail to efile_berg@casd.uscourts.gov.

**IT IS SO ORDERED**.

Dated: January 3, 2025

Honorable Michael S. Berg
United States Magistrate Judge