| | |
|---|---|
| Scott R. Eldridge (Michigan Bar No. P66452)<br>Brian M. Schwartz (Michigan Bar No. P69018)<br>Erika L. Giroux (Michigan Bar No. P81998)<br>Ashley N. Higginson (Michigan Bar No. P83992)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Tel: (313) 963-6420<br>eldridge@millercanfield.com<br>schwartzb@millercanfield.com<br>giroux@millercanfield.com<br>higginson@millercanfield.com<br>*Attorneys for Defendants* | ROB BONTA<br>Attorney General of California<br>JENNIFER L. SANTA MARIA, SBN 225875<br>Deputy Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>P.O. Box 85266<br>San Diego, CA 92186-5266<br>Telephone: (619) 738-9099<br>Fax: (619) 645-2012<br>E-mail: Jennifer.SantaMaria@doj.ca.gov<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**NOTICE OF CHANGE OF ADDRESS**<br>**SCOTT R. ELDRIDGE**<br><br>Judge: Hon. Todd W. Robinson<br>Magistrate: Hon. Michael S. Berg |

**NOTICE OF CHANGE OF ADDRESS**

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Scott Eldridge of Miller, Canfield, Paddock and Stone, PLC, attorney for Defendants has changed his address as follows:

Old address: One Michigan Avenue, Suite 900, Lansing, Michigan 48933

New address: 123 W. Allegan, Suite 200, Lansing, Michigan 48933

My telephone number remains the same.

Please update all proofs of service and lists to reflect this change.

Dated: January 7, 2025                         Respectfully submitted,

*/s/ Scott R. Eldridge*
Scott R. Eldridge (P66452)
Miller, Canfield, Paddock and Stone, P.L.C.
123 W. Allegan, Suite 200
Lansing, MI 48933
(517) 483-4918
eldridge@millercanfield.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, I electronically filed the forgoing document with the Clerk of the Court using the ECF/CM system that will send notification of such filing upon all ECF/CM filing participants.

*/s/ Scott R. Eldridge*
Scott R. Eldridge (P66452)
eldridge@millercanfield.com