Scott R. Eldridge (Michigan Bar No. P66452)
Brian M. Schwartz (Michigan Bar No. P69018)
Erika L. Giroux (Michigan Bar No. P81998)
Ashley N. Higginson (Michigan Bar No. P83992)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com
*Attorneys for Defendants*

ROB BONTA
Attorney General of California
JENNIFER L. SANTA MARIA, SBN 225875
Deputy Attorney General
 600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone:  (619) 738-9099
Fax:  (619) 645-2012
E-mail:
Jennifer.SantaMaria@doj.ca.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY

Defendants.

Case No. 3:22-cv-00173-TWR-MSB

**NOTICE OF CHANGE OF ADDRESS**
**ASHLEY N. HIGGINSON**

Judge: Hon. Todd W. Robinson
Magistrate: Hon. Michael S. Berg

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ashley N. Higginson of Miller, Canfield, Paddock and Stone, PLC, attorney for Defendants has changed her address as follows:

Old address: One Michigan Avenue, Suite 900, Lansing, Michigan 48933

New address: 123 W. Allegan, Suite 200, Lansing, Michigan 48933

My telephone number remains the same.

Please update all proofs of service and lists to reflect this change.

Dated: January 7, 2025                 Respectfully submitted,

*/s/ Ashley N. Higginson*
Ashley N. Higginson (P83992)
Miller, Canfield, Paddock and Stone, P.L.C.
123 W. Allegan, Suite 200
Lansing, MI 48933
(517) 483-4912
higginson@millercanfield.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, I electronically filed the forgoing document with the Clerk of the Court using the ECF/CM system that will send notification of such filing upon all ECF/CM filing participants.

*/s/ Ashley N. Higginson*
Ashley N. Higginson (P83992)
higginson@millercanfield.com

Notice of Change Address (3:22-cv-00173-TWR-MSB)