UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, et al., *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No.:  22cv173-TWR (MSB)<br><br>**ORDER ISSUING AMENDED SCHEDULING ORDER** |

After conferring with counsel for the parties and the chambers of the Honorable Todd W. Robinson, the Court hereby **ISSUES** the following Amended Scheduling Order:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of fact and expert discovery | January 21, 2025 | **No change** |
| Mandatory Settlement Conference ("MSC") | March 7, 2025, at 9:30 a.m. before Magistrate Judge Michael S. Berg | **No change** |
| MSC briefs due | February 28, 2025 | **No change** |
| Pretrial motions deadline | February 21, 2025 | **May 12, 2025** |

| | | |
|---|---|---|
| Memoranda of Contentions of Fact and Law | March 20, 2025 | **August 14, 2025** |
| Compliance with pretrial disclosure requirements of Rule 26(a)(3) | March 20, 2025 | **August 14, 2025** |
| Meeting of counsel pursuant to Local Rule 16.1(f)(4) | March 27, 2025 | **August 21, 2025** |
| Plaintiffs send Proposed Pretrial Order to opposing counsel | April 3, 2025 | **August 27, 2025** |
| Lodging of Proposed Final Pretrial Conference Order | April 10, 2025 | **September 4, 2025** |
| Final Pretrial Conference | April 24, 2025, at 1:30 p.m. | **September 11, 2025, at 1:30 p.m. before the Honorable Todd W. Robinson** |

**IT IS SO ORDERED.**

Dated: January 10, 2025

Honorable Michael S. Berg
United States Magistrate Judge