David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF ARTHUR H. BRYANT ISO PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE**<br><br>Judge: Hon. Todd W. Robinson<br>Courtroom: 14A<br>Date: April 10, 2025<br>Time: 1:30 p.m. |

Case No. 3:22-cv-00173-TWR-MSB

1    I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

2.  1. I am a partner at Clarkson Law Firm, P.C., and represent Plaintiffs in this matter. I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto.

2. A true and correct copy of the email correspondence between myself and Defense Counsel, Brian Schwartz, dated December 2 and December 3, 2025, is attached hereto as **Exhibit 1**.

3. A true and correct copy of the email correspondence between myself and Mr. Schwartz, dated January 2, 2025, is attached hereto as **Exhibit 2**.

4. A true and correct copy of the email correspondence between myself and Mr. Schwartz, dated January 3, 2025, is attached hereto as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 15th day of January 2025, in Oakland, California.

*/s/ Arthur H. Bryant*
Arthur H. Bryant

Case No. 3:22-cv-00173-TWR-MSB    -1-
Declaration of Arthur H. Bryant