# Deposition Transcript

Case Number: 3:22-cv-00173-TWR-MSB
Date: January 16, 2025

In the matter of:

# FISK, et al. v BOARD OF TRUSTEES OF THE CSU, et al.

# Stacie Terry-Hutson

**CERTIFIED COPY**

Reported by:
Kaylee G. Wood



Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1           UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4    _____
                                     )
5    MADISON FISK, RAQUEL CASTRO,     )
     GRETA CASTRILLON, CLARE          )
6    BOTTERILL, MAYA BROSCH, HELEN    )
     BAUER, CARINA CLARK, NATALIE     )
7    FIGUEROA, ERICA GROTEGEER,       )      Case No.
     KAITLIN HERI, OLIVIA PETRINE,    )
8    AISHA WATT, KAMRYN WHITWORTH,    )      3:22-cv-00173-TWR-
     SARA ABSTEN, ELEANOR DAVIES,     )      MSB
9    ALEXA DIETZ, and LARISA SULCS,   )
     individually and on behalf of all )
10   others similarly situated,       )
                                      )
11                                    )
             Plaintiffs,              )
12                                    )
         vs.                          )
13                                    )
     BOARD OF TRUSTEES OF THE         )
14   CALIFORNIA STATE UNIVERSITY, and )
     SAN DIEGO STATE UNIVERSITY,      )
15                                    )
                                      )
16           Defendants.             )
     _____
17

18          DEPOSITION OF STACIE TERRY-HUTSON

19                 CONDUCTED REMOTELY

20                JANUARY 16, 2025

21

22

23   REPORTED BY KAYLEE G. WOOD, RPR, CRR, CSR NO. 14348

24

25

STACIE TERRY-HUTSON
JANUARY 16, 2025

JOB NO. 1382089

1      Q.   What do you mean when you say you still have

2   two other scholarships to use?

3      A.   We only signed two freshmen, incoming

4   freshmen, so we have a total of 15 scholarships.  And I

04:57  5   would also assume with the way college athletics is

6   nowadays that we will have some people entering the

7   portal looking for other opportunities.  So we

8   anticipate this being a large recruiting class.

9      Q.   Okay.  When you say you only signed two

04:58 10   freshmen, do you mean two freshmen that will start next

11   fall?

12      A.   Yes.  They are seniors currently in high

13   school.

14      Q.   And you signed them last year?

04:58 15      A.   November this year.  Yes, 2024.

16      Q.   That was on me.  I meant last calendar year,

17   like, 2024, not -- okay.  Yes.

18           How many women are on your roster right now?

19      A.   16.

04:59 20      Q.   So you have one that's not on scholarship,

21   correct?

22      A.   I have two that are not on scholarship.

23      Q.   Is there any particular reason why you didn't

24   award the 15th scholarship for this year?

04:59 25      A.   We did.  She is no longer part of our

STACIE TERRY-HUTSON                                            JOB NO. 1382089
JANUARY 16, 2025

 1   program, but we are utilizing all 15.  She's just not

 2   on our team anymore.

 3        Q.   Okay.  Is she still at SDSU?

 4        A.   She is.  Taking a break for mental health.

04:59  5        Q.   Is she medically redshirting?

 6        A.   I think that might be her intent.  I'm not

 7   sure that that will happen, but I think that is her

 8   intent.

 9        Q.   Okay.  During your time as head coach, have

05:00 10   you ever had a year where you didn't have the financial

 11   resources that you needed to recruit the way you needed

 12   to for the team?

 13        A.   No.

 14        Q.   Actually, let's just talk about athletic

05:01 15   financial aid for a minute.  You said that you have 15

 16   scholarships, correct?

 17        A.   Correct.

 18        Q.   And I know that the NCAA allows 15

 19   scholarships for women's basketball.  My question is,

05:01 20   does SDSU -- has SDSU told you you are permitted to

 21   award all 15 every academic year?

 22        A.   Yes.

 23        Q.   And we've had testimony from other head

 24   coaches and also J.D. Wicker that the process for

05:01 25   allocating budget for scholarships changed in the last

1  couple of years.  So prior to the '22-'23 academic

2  year, were you given a dollar amount budget for your

3  athletic financial aid that you could award?

4          MR. SCHWARTZ:  Object to form.

05:02  5      A.   The answer is no.  I am not a head count

6  sport, so I don't have a total number.  I just have 15

7  scholarships, 15 full rides.  So for basketball I can't

8  divide those, so I don't have a number if that makes

9  sense.

05:02 10      Q.   In the past were you given limitation on the

11  number of resident versus nonresident scholarships that

12  SDSU would permit you to award?

13      A.   No.  There was conversation about it but no

14  limitations.

05:03 15      Q.   In the past couple of years or few years, has

16  anything about how you award athletic scholarship

17  changes -- athletic financial aid changed?

18      A.   No, ma'am.

19      Q.   Has anyone at SDSU told you that -- in the

05:04 20  last couple years that you need to be -- you need to

21  make sure you're awarding all 15 scholarships?

22      A.   Yes.

23      Q.   In the past were there years where you did

24  not award all 15 scholarships?

05:04 25      A.   I don't recall.

1    Q.   Have there been years when you were the head

2    coach that you carried a roster of less than 15?

3    A.   I believe so, so I guess that answer would be

4    yes.

05:04  5    Q.   Yes?  Okay.  In those years you wouldn't have

6    awarded all 15 scholarships, correct?

7    A.   Correct.

8    Q.   When were you told that you need to make sure

9    that you award all 15 scholarships?

05:05 10        MR. SCHWARTZ:  Object to form.

11    A.   I don't recall the exact time frame, but it

12    is something that was told to me.

13    Q.   Okay.  And who told you?

14    A.   Jenny.

05:05 15    Q.   Is that a conversation you recall happening

16    within the last couple of years?

17    A.   Yes.

18    Q.   In the '23-'24 academic year did you award

19    all 15 scholarships?

05:06 20    A.   I believe so.

21    Q.   In the '22-'23 academic year did you award

22    all 15 scholarships?

23    A.   I don't recall.

24    Q.   Okay.  If you have a roster that is more than

05:06 25    15 women, what criteria do you use to determine which

1    athletes you're going to place on scholarship versus

2    which ones you're not?

3            A.    How do I answer that?  The recruited young

4    women are the ones that are on scholarships.  So when

05:06  5    we have more than 15 in years past, those are young

6    ladies that have tried out for the team in, like, an

7    open tryout once they're already enrolled in San Diego

8    State or at San Diego State.

9            Q.    Do you hold open tryouts every year?

05:07 10            A.    We do.

11            Q.    Is that something that you choose to do as a

12    head coach?

13            A.    Yes.

14            Q.    No one at SDSU in the athletics

05:07 15    administration has told you that you have to do that?

16            A.    No.

17            Q.    Okay.  And so if you have -- do you refer to

18    those student athletes as walk-ons?

19            A.    Yes.

05:07 20            Q.    So if you have a walk-on, those student

21    athletes would not be on scholarship, correct?

22            A.    Correct.

23            Q.    But if you have recruited a student athlete

24    to play basketball for SDSU, that student athlete is

05:07 25    going to be on scholarship, correct?

STACIE TERRY-HUTSON
JANUARY 16, 2025

JOB NO. 1382089

 1     A.   Correct.  There have been situations in my

 2   tenure here where we did not award all 15 where I then

 3   gave aid to one of our walk-ons.

 4     Q.   I'm going to talk with you a little bit about

05:08   5   summer aid, okay?  Do you require your student athletes

 6   to be on campus during the summer?

 7     A.   I do for one of the two summer sessions.

 8     Q.   Which summer session?

 9     A.   Typically it's been summer session two.

05:08 10     Q.   Do you require your entire roster to be on

11   campus for summer session two?

12     A.   I do unless there's circumstances that will

13   require them to be elsewhere, i.e. their national team

14   playing overseas.

05:09 15          MR. SCHWARTZ:  Good excuse.

16          MS. BULLOCK:  Yeah.

17          THE WITNESS:  Yep.

18     Q.   Do you have any international students on the

19   team this year?

05:09 20     A.   They're not necessarily international but

21   they have dual citizenship.

22     Q.   Okay.  When you have your student athletes on

23   campus, are they enrolled in classes?

24     A.   Some are.  Some are not.  If they met the

05:09 25   academic requirements, they do not need to be enrolled

1       A.    Making sure we get there.  That's really it.

2       Q.    Okay.  Is that the case even if you're

3    driving?  Would you guys leave the day before?

4       A.    For the most part, yes.  However, there are

05:42  5    exceptions.  This year we had a scrimmage at UCLA and

6    we just went up the day of and came right back.  It

7    just depends.

8       Q.    Okay.

9       A.    But for the most part we go the day before.

05:42  10       Q.    And you said that was a scrimmage?

11       A.    Yes.

12       Q.    Do you ever play actual competition, like

13    conference games at UCLA?

14       A.    No.

05:42  15       Q.    During the regular season?

16       A.    No.

17       Q.    Does traveling the day before a competition

18    help your players be more rested on the day of the

19    competition?

05:43  20       A.    I would assume so, yes.

21       Q.    Okay.  Do you provide a team meal before

22    every competition?

23       A.    Yes.

24       Q.    Even home competitions?

05:43  25       A.    Yes.

1        Q.    Before home competitions where does the team

2   eat that meal?

3        A.    In our arena there's a room designated in the

4   mezzanine.

05:44   5    Q.    Like, the room that has a little opening that

6   has, like, a little balcony that overhangs and looks at

7   the court?

8        A.    You know your facilities well.  Yes, ma'am.

9   That's exactly where.

05:44   10    Q.    Okay.  Is that something that is catered from

11  the Aztec shops?

12       A.    It is.

13       Q.    When you eat before a home competition, is it

14  just the team and the coaches that are in there eating?

05:44   15    A.    Yes.

16       Q.    There's not, like, donors or alumni in there

17  with the team?

18       A.    No.

19       Q.    Do you provide the student athletes with

05:44   20  meals after every practice?

21       A.    No.

22       Q.    Why not?

23       A.    It would be too expensive.  There is a budget

24  plan that we do provide some meals but not every

05:45   25  practice.  On average it's once or twice a week.

```
 1          Q.   Okay.  Has that -- has the amount of meals

 2     that you have been able to provide to the team after

 3     practice increased in the last couple of years?

 4          A.   No.  It's been about the same.  However, I

05:45  5     did sacrifice the charter to feed them more but we --

 6     that hasn't really come to fruition quite yet.

 7          Q.   Why not?

 8          A.   We just -- we've just kind of travel -- we

 9     just -- I mean, getting it approved took some time.

05:45 10     Really that was just it.  You know, just understanding

11     our wants and needs are a little different this year so

12     just making sure that we were communicating the right

13     way with Jenny and JD, understanding what we needed,

14     understanding what our program needed and wanted and

05:46 15     making sure that it was the best decision.  But we've

16     typically done the same food structure for the past

17     five, six years.

18          Q.   Okay.  Do you know how often the men's

19     basketball team provides a meal after a practice?

05:46 20          A.   I do not know.

21          Q.   So in addition to the once or twice a week

22     meals after practice and then meals when you travel, do

23     you provide any other food for the student athletes?

24          A.   Snacks.  Once a month we'll go to Costco and

05:47 25     stock their locker room with snacks.  So on that
```

STACIE TERRY-HUTSON
JANUARY 16, 2025

JOB NO. 1382089

```
 1    line -- in one of those budget forms you'll see a snack
 2    budget.  That's what that is.
 3         Q.   Okay.  And do you store those snacks in,
 4    like, the team lounge area that's before you actually
05:47  5   walk into your guys' locker room?
 6         A.   Yes, ma'am.
 7         Q.   And that's where those are available for the
 8    women?
 9         A.   Yes, ma'am.
05:47 10        Q.   What kind of snacks do you get?
11         A.   Protein bars, grab-and-go small salads.  They
12    love chocolate milk, granola bars, bagels, fruit,
13    string cheese.
14         Q.   Okay.  Do you guys do any team meals that are
05:48 15   not related to practice or competition?
16         A.   Yes.  Sometimes we'll do an occasional meal.
17    Sometimes that's related with the official visits that
18    we talked about earlier.  Sometimes I'll just have them
19    over to our house, my house.  We do an occasional meal
05:48 20   probably less frequently than we used to.  We used to
21    try to do it once a month, but we're nowhere near that
22    now.
23         Q.   When you say used to, was that pre-COVID?
24         A.   Pre-COVID, yes.
05:48 25        Q.   I think that's, like, everyone's demarcation,
```

```
 1  pre- and post-COVID.

 2       A.   Yeah, yeah.

 3       Q.   When you have them over to your house, are

 4  you cooking food for them?

 5       A.   Absolutely not.  It is always catered.  It is

 6  always catered.

 7       Q.   Well, you should figure out who on Coach

 8  Burrell's staff cooks the amazing Jamaican food because

 9  that's what they have --

10            (Reporter clarification.)

11       Q.   -- when they used to have the team members

12  over to her house.  So -- and I thought that sounded

13  amazing.  Okay.  So you would cater meals in -- at your

14  house?

15       A.   Correct.

16       Q.   Okay.  What kind of media support do you

17  receive for the basketball team?

18            MR. SCHWARTZ:  Object to form.

19       A.   You'd have to clarify that question for me

20  too.

21       Q.   Okay.

22       A.   If you could be more specific.

23       Q.   Sure.  Let's start with social media.  Who

24  runs your social media -- your basketball-specific

25  social media account?
```

05:49  5
05:49 10
05:49 15
05:50 20
05:50 25

1  did.  They had the capability, but I don't think they

2  took advantage of.

3      Q.  Okay.  But it wasn't something where, like,

4  they weren't allowed to use those?

06:24  5      A.  No, no, no, no.

6      Q.  Okay.  They're available to use for them as

7  well if they want to?

8      A.  Correct.

9      Q.  Okay.  What about now, are they allowed to

06:25  10  use them?

11      A.  No.

12      Q.  Okay.  And is that -- are you paying for that

13  out of your team budget --

14      A.  Yes.

06:25  15      Q.  -- to keep utilizing those?

16      A.  Yes.

17      MR. SCHWARTZ:  Lori, just a quick question.

18  The men's and women's balls are different, right?

19      THE WITNESS:  Two different sized balls.

06:25  20      MS. BULLOCK:  Yes.

21      Q.  And so the sensors were taken out of the

22  men's balls, correct?

23      A.  I'm not sure if they took them out.  They may

24  still be in there.  I just don't think they have access

06:25  25  to the technology to follow the data.

1       Q.    Okay.

2       A.    But I'm -- Lori, I'm guessing on that.  I

3   don't think they utilized it even when they had it.

4       Q.    Okay.

06:25   5       A.    By choice.

6       Q.    Sure.  So you said you practice earlier in

7   the morning.  Is that when you want to have practice?

8       A.    Yes.

9       Q.    Have you ever had a year where you didn't get

06:26  10   the practice time that you wanted because it went to

11   the men's team?

12       A.    No.  Prior to me coming here, however, how

13   they did it is they alternated because normally the

14   1 o'clock practice time is the ideal time, so they

06:26  15   would alternate semesters with that prior to me coming

16   here.  But since I've been here, I prefer to go in the

17   morning so there's been no conflict.

18       Q.    Okay.  Okay.  When is your team's strength

19   and conditioning practice?

06:27  20       A.    Depends.  Typically right now we're going

21   after practice, so because we're at the downhill slope

22   of the season we're only practicing an hour and a half

23   to two hours, so right now we practice at 10, and

24   weights, when we do have weights, are directly after

06:27  25   practice.

STACIE TERRY-HUTSON
JANUARY 16, 2025

JOB NO. 1382089

1      Q.    Can you walk me through the process that you

2  do every year to schedule your strength and

3  conditioning practice time?

4      A.    Again, out of my control, but I will give you

06:27  5  my best guess of how this goes down.  So our strength

6  and conditioning coach, we have someone who oversees

7  the times in the locker room -- I'm sorry, in the

8  weight room, so he'll come to me and ask me my, you

9  know, preferred time, whether we're in season or out of

06:28 10  season.  And then I think there's some type of

11  negotiation, for lack of a better word, that happens

12  downstairs in the weight room for them to get the times

13  that we need.

14      Q.    This year did you get your first choice for

06:28 15  time?

16      A.    Yes.

17      Q.    Have there been years where you did not get

18  your first choice?

19      A.    Yes.

06:28 20      Q.    How often does that happen?

21      A.    It typically happens in the summer.

22      Q.    Okay.  And so would that be because there's

23  another team lifting at your preferred time?

24      A.    Yes.

06:28 25      Q.    Is it one team in particular?

```
 1          A.    Football.

 2          Q.    What gear do you give your student athletes

 3   at the beginning of the year?

 4          A.    Everything.  We have a lot of gear,

 5   especially this year.  So they don't really want for

 6   much.  So they'll have walking around shoes.  They'll

 7   have workout shoes.  They'll have basketball shoes,

 8   obviously sports bras, compression shirts and shorts,

 9   basketball shirts and shorts.  That's probably the

10   first round of gear.

11          Q.    Okay.  How many sports bras?

12          A.    Angie Garza question.  I don't have the

13   answer to that.

14          Q.    Okay.

15          A.    I'm sorry.

16          Q.    No, that's okay.

17                Do you guys get new uniforms every year?

18          A.    In the years past we have not.  We've rotated

19   those on what I think is a three-year rotation with

20   fill-ins for our transfers and freshmen.  However, this

21   year we got three brand-new uniforms and I think that

22   the rotation for new ones will be a little shorter.

23          Q.    Okay.  When you say three brand-new uniforms,

24   do you mean there were three of them or three sets of

25   uniforms for each student athlete?
```

06:29  5
06:29  10
06:29  15
06:30  20
06:30  25

STACIE TERRY-HUTSON
JANUARY 16, 2025

JOB NO. 1382089

```
 1         A.   So -- yeah.  So let me clarify.  So in years

 2   past we were kind of on a rotation where there would be

 3   a white, a black, and a red, for example, and maybe one

 4   year we might get a new white but we still had to reuse

06:30 5   the red and black and vice versa.  So it was on a

 6   three-year rotation.  This year we got a set of whites,

 7   a set of blacks, and a set of brand-new red jerseys, so

 8   all three colors were brand-new in one year.

 9         Q.   Okay.  Are there different colors used for

06:31 10  different competitions?

 11        A.   Yes.  Home games are white.  Red and black

 12  can be used on the road.  And red as well can be used

 13  at home.

 14        Q.   Okay.  Sorry.  One thing I didn't -- I forgot

06:31 15  to ask regarding publicity.  Is your team provided

 16  with, like, a media day at the start of the year or

 17  season?

 18             MR. SCHWARTZ:  Object to form.

 19        A.   I need you to clarify what you would consider

06:31 20  a media day.

 21        Q.   Sure.  So other schools that I've talked to,

 22  they have a day where there's a professional

 23  photographer that comes in and does not just, like,

 24  roster photos but, like, candid photos and then the

06:32 25  press are invited to also be present and do interviews
```

1    with the student athletes about the upcoming season.

2         A.    Yes, we do.

3         Q.    And it all happens, like, on one day.

4         A.    Yes.  We do have something like that.

06:32  5         Q.    Okay.  Is that something that you do every

6    year with the team?

7         A.    Yes.

8         Q.    Are your student athletes given more than one

9    pair of basketball shoes in a year?

06:32 10        A.    Yes.

11        Q.    How many?

12        A.    Depends on the need, but I would say at least

13   three if not more.

14             MS. BULLOCK:  Brian, is there someone in the

06:33 15   room?

16             THE WITNESS:  Sorry.

17             MR. SCHWARTZ:  We're late enough here that

18   they're emptying the garbages.

19             MS. BULLOCK:  Okay.  That's okay.

06:33 20        Q.    I think I asked this, but I cannot remember

21   now.  Do you have an athletic trainer at every

22   practice?

23        A.    Yes.

24        Q.    And is there an athletic trainer at every

06:33 25   competition?

1    A.    Yes.

2    Q.    When your players need athletic training

3    services before a game, do they do that over at Fowler?

4    A.    We do it -- typically we do it in Viejas in

06:34  5    the arena.

6    Q.    Okay.  So the trainers come to Viejas and do

7    it before a competition?

8    A.    Yes.  Her name is Queenie Soriano and she's

9    with us.  She travels with us.  She goes everywhere

06:34 10    with us.

11    Q.    Okay.  Is it just her when -- before home

12    games?

13    A.    She typically has a student helper, an intern

14    or a GA that is with her as well.

06:34 15    Q.    Okay.

16         MR. SCHWARTZ:  Kaylee, I'll tell you that

17    Fowler is F-O-W-L-E-R.

18         COURT REPORTER:  Thank you.

19    Q.    Does your team receive any meals that are

06:35 20    provided by parents?

21    A.    No.  Oh, occasionally when we travel if one

22    of our young ladies is from that area there has been

23    where we'd have dinner at her house.

24    Q.    Okay.

06:35 25    A.    Rarely, but that has happened, yes.

STACIE TERRY-HUTSON                                    JOB NO. 1382089
JANUARY 16, 2025

```
1              :  :  :   CERTIFICATE OF REPORTER   :  :  :

2

3          I, Kaylee G. Wood, a Certified Shorthand
    Reporter, holding a valid and current license issued by
4   the State of California, No. 14348, duly authorized to
    administer oaths, do hereby certify:
5          That the witness in the foregoing deposition
    was administered an oath to testify to the whole truth
6   in the within-entitled cause;
           That said deposition was taking down by me in
7   shorthand at the time and place therein stated and
    thereafter transcribed into typewriting, by computer,
8   under my direction and supervision.

9          ( X )  Reading and signing was requested.

10         (   )  Reading and signing was waived.

11         (   )  Reading and signing was not requested.

12         Should the signature of the witness not be
    affixed to the deposition, the witness shall not have
13  availed himself/herself of the opportunity to sign or
    the signature has been waived.
14         I further certify that I am neither counsel
    for nor related to any party in the foregoing
15  depositions and caption named nor in any way interested
    in the outcome thereof.

16

17

18  Dated:   This 21st of January, 2025.

19          at San Diego, California.

20

21                      _____

22

23                      KAYLEE G. WOOD

24                      CSR NO. 14348

25
```