WICKER
12.09.24
**Exhibit 15**
Kori DiMattia

Message

| | |
|---|---|
| **From**: | John Jentz [jjentz@sdsu.edu] |
| on behalf of | John Jentz <jjentz@sdsu.edu> [jjentz@sdsu.edu] |
| **Sent**: | 2/1/2022 7:53:20 PM |
| **To**: | Charles Lang [clang@sdsu.edu]; Andrew Miller [amiller2@sdsu.edu]; Jesse Stephens [jesse.stephens@sdsu.edu] |
| **Subject**: | FW: meal analysis |
| **Attachments**: | Meals Incidental July 2017 to Present (1).xlsx |

Chuck,

Attached is data Andrew compiled for Huron. It excludes meal charges to team travel, but could be a starting point for a discussion.

------------

**From:**   Charles Lang <clang@sdsu.edu> on behalf of Charles Lang <<...>>

**Sent:**   Tuesday, February 1, 2022 12:13 PM

**To:**   John Jentz; Jesse Stephens (jesseastephens@yahoo.com); Andrew Miller

**Subject:**   FW: meal analysis

**Categories:**   2 - to do

Let's get together tomorrow or Thursday to discuss your thoughts on the Title IX settlement that I shared with you.

Please let me know if you need copy of it.

I'm available 11-2 tomorrow and 8-9 or 11-12 on Thursday.

Thanks.


**From:** Jenny Bramer <jbramer@sdsu.edu>
**Sent:** Monday, January 31, 2022 9:29 AM
**To:** Charles Lang <clang@sdsu.edu>
**Subject:** meal analysis

Hi Chuck,

I'm following up to see if your staff has been able to conduct analysis of team meals/ per diem and the other equitable areas we discussed before the holidays.

Thanks!

Jenny

SDSU-FISK-0056434

| Org | Sport | Squad Size | Total | Per Athlete |
|---|---|---|---|---|
| 52110 | Baseball | 45 | 58091.19 | $ 1,290.92 |
| 52111 | Men's Basketball | 18 | 139617.89 | $ 7,756.55 |
| 52112 | Football | 107 | 781146.66 | $ 7,300.44 |
| 52113 | Men's Golf | 14 | 31328.22 | $ 2,237.73 |
| 52114 | Men's Soccer | 27 | 85904.56 | $ 3,181.65 |
| 52115 | Men's Tennis | 7 | 21721.9 | $ 3,103.13 |
| 52120 | Women's Basketball | 16 | 165546.07 | $ 10,346.63 |
| 52121 | Women's Rowing | 31 | 121596.65 | $ 3,922.47 |
| 52123 | Women's Golf | 8 | 16909.49 | $ 2,113.69 |
| 52124 | Women's Soccer | 24 | 50783.25 | $ 2,115.97 |
| 52125 | Softball | 20 | 52777.12 | $ 2,638.86 |
| 52126 | Women's Swim and Dive | 32 | 61297.22 | $ 1,915.54 |
| 52127 | Women's Tennis | 9 | 15121.29 | $ 1,680.14 |
| 52128 | Women's Track (includes Cross Country, Indoor Track, Outdoor Track) | 110 | 78379.9 | $ 712.54 |
| 52129 | Women's Volleyball | 18 | 76608.11 | $ 4,256.01 |
| 52130 | Women's Water Polo | 27 | 67856.76 | $ 2,513.21 |
| 52131 | Women's Lacrosse | 38 | 26504.19 | $ 697.48 |