# Deposition Transcript

Case Number: 3:22-cv-00173-TWR-MSB
Date: January 14, 2025

In the matter of:

# FISK, et al. v BOARD OF TRUSTEES OF THE CSU, et al.

# Charles Lang - 30(B)(6)

**CERTIFIED COPY**

Reported by:
LESLIE A. TODD



Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

4       ---------------------x
        MADISON FISK, et al., )
5                             )
                Plaintiffs, ) Case No. 3:22-cv-00173-
6                             )           TWR-MSB
            v.                )
7                             )
        BOARD OF TRUSTEES OF  )
8       THE CALIFORNIA STATE  )
        UNIVERSITY and SAN    )
9       DIEGO STATE           )
        UNIVERSITY,           )
10                            )
                Defendants.  )
11      ---------------------x

12

13

14

15       VIDEOTAPED 30(b)(6) DEPOSITION OF CHARLES LANG

16              SAN DIEGO, CALIFORNIA

17            TUESDAY, JANUARY 14, 2025

18                  9:05 A.M.

19

20

21

22

23      Job No.: 1395396

24      Pages: 1 - 305

25      Reported by: Leslie A. Todd, CSR No. 5129 and RPR

```
         1   and aid awarded calculations that were modified in

         2   the '22-'23.

         3              MS. BULLOCK:  Okay.  Let's go off the

         4   record.

11:30:28 5              THE VIDEOGRAPHER:  Going off the

         6   record.  The time is 11:30 a.m.

         7              (Recess.)

         8              THE VIDEOGRAPHER:  We are back on the

         9   record.  The time is 11:48 a.m.

        10   BY MS. BULLOCK:

        11        Q    Chuck, does SDSU have any written

        12   policies that govern the factors that coaches

        13   should utilize to determine the amount of

        14   athletic financial aid to award to a specific

11:48:48 15  student athlete?

        16        A    No, that's their determination based

        17   off of team make-up and how they evaluate

        18   those -- the team.

        19        Q    What factors do coaches at SDSU use

11:49:07 20  to determine how much aid to award to specific

        21   athletes?

        22              MR. SCHWARTZ:  Object to the extent

        23   it's beyond the scope.

        24              THE WITNESS:  For what I'm aware of,

11:49:19 25  it's -- talent is the main driver of that.  I'm
```

```
  1    sure they consider other things of how that person

  2    would fit within the needs of positions and those

  3    types of things.

  4    BY MS. BULLOCK:

  5         Q    Okay.  I want to go through with

  6    you -- we'll mark this as Exhibit 10.  It will be

  7    another Excel spreadsheet, and it is Bates 10321.

  8              (Exhibit No. 10 was marked for

  9              identification.)

 10    BY MS. BULLOCK:

 11         Q    So I will pass this to you.  This is

 12    an Excel spreadsheet that is titled '22-'23 COA

 13    Draft.  And then it says 2/10/2022.  What is this

 14    spreadsheet?

 15              MR. SCHWARTZ:  I'll just posit for the

 16    record, I'm assuming that that's the title, but I

 17    think the one version he sees probably has the

 18    actual Bates number, right?

 19              MS. BULLOCK:  Yeah, it has a

 20    different -- it was exported out.  That's the

 21    title of the saved document that was produced to

 22    us.

 23              THE WITNESS:  Okay.  Are we talking

 24    this particular tab or the document, in general?

 25    BY MS. BULLOCK:
```

11:51:09 — line 5
11:51:57 — line 15
11:52:09 — line 20

```
 1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2          The undersigned Certified Shorthand Reporter

 3   does hereby certify:

 4          That the foregoing proceeding was taken before

 5   me at the place and time therein set forth, at

 6   which time the witness was duly sworn; That the

 7   testimony of the witness and all objections made at

 8   the time of the examination were recorded

 9   stenographically by me and were thereafter

10   transcribed, said transcript being a true and

11   correct copy of my shorthand notes thereof; That

12   the dismantling of the original transcript will

13   void the reporter's certificate.

14          In witness thereof, I have subscribed my name

15   this date:  January 17, 2025.

16

17                    Leslie A. Todd

18              LESLIE A. TODD, CSR, RPR

19              Certificate No. 5129

20

21   (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means,

24   unless under the direct control and/or

25   supervision of the certifying reporter.)
```