# Deposition Transcript

Case Number: 3:22-cv-00173-TWR-MSB
Date: December 9, 2024

In the matter of:

# FISK, et al. v BOARD OF TRUSTEES OF THE CSU, et al.

# JOHN DAVID WICKER



Reported by:
Kori DiMattia

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

JOHN DAVID WICKER
DECEMBER 09, 2024
JOB NO. 1320962

```
                   UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                              - - -
 MADISON FISK, RAQUEL       :CASE NO. 3:22-cv-00173-TWR-MSB
 CASTRO, GRETA CASTRILLON,
 CLARE BOTTERILL, MAYA      :
 BROSCH, HELEN BAUER,
 CARINA CLARK, NATALIE      :
 FIGUEROA, ERICA GROTEGEER,
 KAITLIN HERI, OLIVIA       :
 PETRINE, AISHA WATT,
 KAMRYN WHITWORTH, SARA     :
 ABSTEN, ELEANOR DAVIES,
 ALEXA DIETZ, and LARISA    :
 SULCS, individually and
 on behalf of all others    :
 similarly situated,
                            :
           Plaintiffs,
     vs.                    :

 BOARD OF TRUSTEES OF THE   :
 CALIFORNIA STATE
 UNIVERSITY, and SAN DIEGO  :
 STATE UNIVERSITY,
                            :
           Defendants.
 _____ :
```

         Videotaped remote deposition of JOHN DAVID

WICKER, on Monday, December 9, 2024, commencing at

approximately 8:11 a.m. Pacific Time, before Kori

DiMattia, RPR and Notary Public, there being present:

1  transfer, dates related to when applications or
2  whichever process needed to be closed out.
3  Q    And what was the facilities update?
4  A    Just a general facilities update on any projects
5  that are happening.  We're upcoming to winter break, so
6  please don't prop doors open is always a big one.
7  Q    What projects is the athletic department working on
8  regarding facilities right now?
9  A    We're currently fundraising for a golf practice
10 facility in collaboration with the farms golf club that
11 will house our men's and women's golf team.  There will
12 be a clubhouse and then related areas for them to
13 practice.  We've also --
14 Q    Anything else?
15 A    We've completed an on-campus area, a Trackman
16 system for golf where they can -- men's and women's,
17 where they can go in and hit and, you know, it's
18 computer-simulated and all of that.  Otherwise, major
19 construction, that's about it.
20 Q    Did you take notes during that meeting?
21 A    Head coaches, I don't recall if I did or not.
22 Q    Okay.  Do you recall if any of the head coaches
23 raised any issues, their concerns that they had, during
24 that meeting?
25            MR. ELDRIDGE:  Object as to form.

```
 1              THE WITNESS:  I don't recall anything
 2        specific, no.
 3   BY MS. BULLOCK:
 4   Q    As the athletic director, is it important that
 5   you're holding all of the coaches and athletic staff
 6   working underneath you to the same standard?
 7              MR. ELDRIDGE:  Object as to form.
 8              THE WITNESS:  Yes.
 9   BY MS. BULLOCK:
10   Q    And why?
11   A    We have an expectation that we're going to create
12   an opportunity for our student-athletes to find success
13   on the field, in the classroom, and prepare them for
14   life after graduation.
15   Q    Do you have written policies governing expectations
16   for coaches and athletic staff that tell them exactly
17   what you expect of them?
18   A    They all have job descriptions.
19   Q    Do you have written policies regarding how coaches
20   are to distribute athletic financial aid?
21   A    I don't know if I understand the question.
22   Q    Sure.
23              So I'm wondering if SDSU has written policies
24   regarding, you know, how coaches should make a
25   determination of who gets athletic financial aid and who
```

1  does not.
2  A   You know, coaches are hired to put the best team on
3  the field possible and also recruit student-athletes who
4  are going to be successful in the classroom.  So, you
5  know, based on that, they're making the determination on
6  who they're bringing in and how they're awarding their
7  aid.
8  Q   Do you have any written policies that, like, lay
9  out how they should exercise their discretion?
10 A   Outside of what's in their job description on how
11 they're supposed to handle themselves, no, not that I'm
12 aware of.
13 Q   Do you have any written policies on how head
14 coaches or athletic staff are supposed to provide gear,
15 like athletic gear, to their student-athletes?
16         MR. ELDRIDGE:  Object as to form.
17         THE WITNESS:  Our equipment staff works with
18    our coaches and the budget office on what they need
19    to conduct their sport.
20 BY MS. BULLOCK:
21 Q   But does SDSU have any written policies on, you
22 know, this is how many practice t-shirts you should
23 award to each student-athlete or this is how many shoes
24 each student-athlete should get for each of the sports?
25 A   Not that I'm aware of.

```
 1   Q     So other than their job description, does SDSU have
 2   a, like, employee manual for head coaches?
 3   A     I don't recall anything specific for head coaches.
 4   Q     Okay.  How do you ensure that the head coaches
 5   are -- of the various teams are treating their
 6   student-athletes the same as all of the other teams?
 7             MR. ELDRIDGE:  Object as to form.
 8             THE WITNESS:  You know, we work with our head
 9        coaches and our staffs to -- that they are to
10        provide -- one, we work on providing a similar
11        experience for our student-athletes.  And based on
12        the various areas within that, the coaches
13        determine how to utilize their budget to best give
14        the student-athletes the opportunity to succeed on
15        the field, in the classroom, and be prepared to
16        move on once they're done.
17   BY MS. BULLOCK:
18   Q     But there aren't any written policies governing how
19   that's done?
20   A     Not that I'm aware of.
21   Q     Are there any written policies or procedures that
22   govern how you specifically make decisions at SDSU?
23   A     Outside of my job description and CSU, you know,
24   NCAA rules, all of that, no.
25   Q     So you said you work with the coaches to make sure
```

```
 1   that they're providing similar opportunities to the
 2   student-athletes.  How do you do that?
 3   A    Through expectations.  Again, putting a competitive
 4   team on the field or pool or courts while also, you
 5   know, ensuring that academically our student-athletes
 6   are succeeding.
 7   Q    How are those expectations communicated to the
 8   coaches?
 9   A    Whether it's through end-of-year meetings with
10   either myself or their sport liaison to review how the
11   season went both from a competitive standpoint,
12   compliance, academics, and, again, whether that's with
13   me or the sport liaison.
14   Q    Do you have any resource that you use to help you
15   do your job as the athletic director, like, written
16   resources?
17             MR. ELDRIDGE:  Object as to form.
18             THE WITNESS:  I mean, there is not a specific
19        document that I go to.  Again, it's what are the
20        rules that we have to operate within, within the
21        various entities that have oversight of us, you
22        know, and then just the ability to understand
23        what's happening in the greater collegiate space.
24   BY MS. BULLOCK:
25   Q    Do you have a copy of the Athletic Director's Desk
```

1 CERTIFICATION

3 I hereby certify that the proceedings and
4 evidence are contained fully and accurately in the
5 stenographic notes taken by me upon the foregoing matter
6 and that this is a correct transcript of the same.

*Kori DiMattia*

Kori DiMattia, RPR and Notary Public
December 10, 2024