## Deposition Transcript

Case Number: 3:22-cv-00173-TWR-MSB
Date: January 16, 2025

In the matter of:

# FISK, et al. v BOARD OF TRUSTEES OF THE CSU, et al.

# DANA OCHSNER



Reported by:
Patricia Y. Schuler

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

DANA OCHSNER
JANUARY 16, 2025
JOB NO. 1361700

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   MADISON FISK, RAQUEL CASTRO,
     GRETA CASTRILLON, CLARE
 5   BOTTERILL, MAYA BROSCH, HELEN
     BAUER, CARINA CLARK, NATALIE
 6   FIGUEROA, ERICA GROTEGEER,
     KAITLIN HERI, OLIVIA PETRINE,
 7   AISHA WATT, KAMRYN WHITWORTH,
     SARA ABSTEN, ELEANOR DAVIES,
 8   ALEXA DIETZ, and LARISA SULCS,
     individually and on behalf of
 9   all others similarly situated,

10              Plaintiffs,

11              vs.            Case No.: 322-cv-00173-TWR-
                                                MSB
12   BOARD OF TRUSTEES OF THE
     CALIFORNIA STATE UNIVERSITY,
13   and SAN DIEGO STATE
     UNIVERSITY,
14
                Defendants.
15   _____

16

17        VIDEOTAPED DEPOSITION OF DANA OCHSNER

18                  CONDUCTED REMOTELY

19                   JANUARY 16, 2025

20

21

22   REPORTED BY PATRICIA Y. SCHULER, CSR NO. 11949

23

24

25
```

```
12:06:37  1        A.   Yes.
12:06:37  2        Q.   How many swim caps are the student
12:06:40  3   athletes issued?
12:06:42  4        A.   At the beginning of the year, they are
12:06:44  5   given one of each color.  And then at the beginning
12:06:48  6   of season, which starts in January, they are given
12:06:49  7   one of each color, but they are told that, if they
12:06:52  8   ever need a new one, they can get one.  And, also,
12:06:55  9   the coaches usually keep a couple on hand in case
12:07:00 10   someone's cap rips.
12:07:04 11        Q.   That happens not infrequently, right?
12:07:06 12        A.   Yes.  Caps rip relatively often.
12:07:10 13        Q.   When you say "one of each color" how many
12:07:11 14   colors?
12:07:12 15        A.   Sorry.  We have white and black.  And the
12:07:15 16   goalies have red caps.
12:07:20 17        Q.   So are the goalies given one red cap or
12:07:24 18   two?
12:07:24 19        A.   They're given two.
12:07:26 20        Q.   Two red caps?
12:07:28 21        A.   Yes.
12:07:28 22        Q.   And so the other players, then, are given
12:07:30 23   one white and one black?
12:07:32 24        A.   Yes.
12:07:40 25        Q.   Have you ever had -- in the six years
```

```
12:07:41  1   you've been at SDSU, have you had an instance where
12:07:44  2   a player's cap ripped, and let's say more than a
12:07:51  3   week went by before you were able to get it
12:07:54  4   replaced?
12:07:56  5        A.   No.
12:07:56  6        Q.   Okay.  And then there's a couple
12:08:07  7   different Nike line items here.  There's the trade,
12:08:09  8   because this was prior to this year, where I
12:08:13  9   understand that the way the Nike ordering is done
12:08:17 10   has changed.  And then there is cash.
12:08:22 11             What do you order from Nike for the
12:08:25 12   student athletes?
12:08:27 13        A.   We order from --
12:08:35 14             MR. SCHWARTZ:  Yes.  I'm wondering, which
12:08:35 15   year are you referring to?
12:08:38 16   BY MS. BULLOCK:
12:08:38 17        Q.   So this is '23-'24.
12:08:40 18        A.   So last year, we ordered three sets of
12:08:44 19   weights clothes.  So three sets of shorts and three
12:08:50 20   tops.  And I think we also give one pair of spandex
12:08:55 21   shorts as kind of an extra, if they prefer to wear
12:08:58 22   that.
12:08:59 23             We order usually one sweatshirt jacket
12:09:05 24   and then one lighter jacket.  We order a pair of
12:09:13 25   travel pants, a travel polo, usually a long-sleeve
```

```
12:09:20   1   and a tank top.  We have weight shoes and travel
12:09:25   2   shoes and slides for the pool deck.  And usually --
12:09:38   3   apologies.  And one V-neck shirt that they can wear
12:09:43   4   as more just casual.
12:09:51   5         Q.   Is that -- the list you just gave me, is
12:09:53   6   that the same thing that was ordered for the women
12:09:56   7   this year?
12:09:57   8         A.   No.  This year, I worked with the junior
12:09:59   9   class.  One thing I wanted to implement was getting
12:10:01  10   more student athlete feedback on what they wanted.
12:10:05  11   So I worked with the going-to-be-senior class to
12:10:08  12   kind of see if there was anything specific they
12:10:10  13   would want.
12:10:11  14              So we did have at least, like, specific
12:10:14  15   items.  We had a couple of changes.  We had
12:10:18  16   sweatpants and a crew-neck sweatshirt that they
12:10:22  17   specifically wanted.  I cannot think of if there
12:10:28  18   was anything else specific off the top of my head.
12:10:34  19              Usually, the weights clothes is an
12:10:34  20   every-year purchase.  And then sometimes,
12:10:36  21   there's -- depending on if we're traveling -- like
12:10:38  22   Hawaii, that's why we might get an extra tank top.
12:10:41  23   Or when we travel to the east the next year, we
12:10:42  24   might get an extra long-sleeve or something a
12:10:45  25   little warmer.  So there's little modifications
```

```
12:10:48  1   year to year.
12:10:55  2        Q.   Okay.  You said that the women receive
12:10:56  3   travel pants.
12:10:57  4             What are the travel pants?
12:10:59  5        A.   So we usually give them -- and, actually,
12:11:01  6   the last two years, we've given them, like, two
12:11:03  7   pairs of leggings and then one, like, tracksuit
12:11:09  8   more style pant.
12:11:20  9        Q.   And then what are the travel shoes?
12:11:24 10        A.   The travel shoes for last year were a
12:11:26 11   pair of black and white Pegasus Nike's.  This year
12:11:32 12   they're the Nike -- I don't know the official name.
12:11:33 13   The girls call them Pandas, but I think it's the
12:11:36 14   Nike low-rise dunk style shoes.  But it's a shoe
12:11:43 15   that, yeah, they can wear for any of our travel
12:11:45 16   trips that aren't their regular weight/running
12:11:48 17   shoes.
12:11:51 18        Q.   And the weight shoes, are those just
12:11:52 19   typical trainers?
12:11:54 20        A.   Yes.  This year we did try to order the
12:12:04 21   Metcons, but the -- we had difficulty.  The sizing
12:12:06 22   messed up.  So that is on our order for next year.
12:12:15 23        Q.   Okay.
12:12:15 24        A.   Or they didn't have enough sizes; I
12:12:17 25   apologize.
```

13:14:47  1              THE WITNESS:  Yes, I know.  For a second,
13:14:47  2    I had to remember that that is still -- even though
13:14:48  3    it was not that long of a flight, it is still
13:14:52  4    international.
13:14:52  5    BY MS. BULLOCK:
13:14:57  6         Q.   The three international students that you
13:14:59  7    recruited, where are they from?
13:15:03  8         A.   England, Australia, and Spain.
13:15:11  9         Q.   Did any of those students -- potential
13:15:14 10    student athletes express a desire to do an official
13:15:18 11    visit?
13:15:19 12         A.   No.
13:15:22 13         Q.   Is there any particular reason why you
13:15:26 14    didn't bring them on campus for an official visit?
13:15:30 15         A.   Well, there is an hour limitation that we
13:15:32 16    are allowed to have them on campus.  So Australia
13:15:35 17    is a big commitment.  Or any -- other than, really,
13:15:39 18    Canada, it just feels like a really big travel for
13:15:44 19    only being allowed to be on campus for 48 hours.
13:15:45 20    So it just has never seemed time-beneficial or, in
13:15:50 21    certain cases, also cost beneficial, if we can get
13:15:55 22    enough information from them through our talks and
13:15:59 23    video.
13:16:17 24         Q.   Does the athletic department provide you
13:16:18 25    with enough financial resources to recruit the

```
13:16:22   1   talent that you would like to recruit for your
13:16:25   2   team?
13:16:26   3       A.   Yes.
13:16:29   4       Q.   And you said Mitch helps you -- that's
13:16:46   5   not -- recruiting isn't his sole responsibility,
13:16:50   6   correct?
13:16:52   7       A.   No.
13:16:58   8       Q.   I want to talk a little bit about
13:16:59   9   athletic financial aid.
13:17:00  10            Water polo is an equivalency sport,
13:17:04  11   correct?
13:17:04  12       A.   Yes.
13:17:05  13       Q.   How do you determine how much of a
13:17:07  14   scholarship you're going to give to an incoming
13:17:13  15   student athlete?
13:17:15  16       A.   I have two prongs that I kind of base it
13:17:17  17   off of.  One is the financial need of the student
13:17:21  18   athlete.  So we have those conversations during
13:17:23  19   their recruiting process.  And then the other one
13:17:26  20   is based off of position and need of the team.  So
13:17:31  21   if we are in need of a goalie and that is a
13:17:35  22   position that we really want, then that position
13:17:37  23   might get a little bit more financially -- in that
13:17:42  24   year.
13:17:52  25       Q.   Do you have any current student athletes
```

```
13:17:56  1   who are on athletic scholarship and -- actually,
13:18:02  2   strike that -- who are on a full athletic
13:18:08  3   scholarship?
13:18:13  4        A.   Yes.
13:18:14  5        Q.   How many?
13:18:16  6        A.   Two.
13:18:17  7        Q.   You said "two"?
13:18:17  8        A.   Yes.
13:18:22  9        Q.   Just wanted to make sure I heard that
13:18:22 10   correct.
13:18:22 11             Do either one of those student athletes
13:18:23 12   receive Pell Grant as well?
13:18:25 13        A.   No.
13:18:30 14        Q.   If you have a student athlete receiving a
13:18:32 15   Pell Grant, does that affect how much you award
13:18:36 16   them in any way from athletic financial aid?
13:18:40 17        A.   No.  I usually don't know my students'
13:18:44 18   other financial aid.
13:19:05 19        Q.   Let's start -- for this academic year,
13:19:07 20   did you receive a dollar-amount budget of how much
13:19:13 21   money you could award in athletic financial aid?
13:19:19 22        A.   No.
13:19:27 23        Q.   Did you receive a total number of
13:19:29 24   scholarships that you could award for athletic
13:19:34 25   financial aid from the athletic department?
```

```
13:19:36  1        A.   No -- well, yes.  Our max is eight for
13:19:39  2   our sport.  So that, I already knew.
13:19:53  3        Q.   Okay.  When you first started as a head
13:19:57  4   coach, were you given a dollar amount budget for
13:20:02  5   your athletic financial aid?
13:20:05  6        A.   No.
13:20:18  7        Q.   Do you have -- actually, I want to go
13:20:21  8   over -- before we switch topics here, go over a
13:20:27  9   couple of emails with you really quick.  And these
13:20:33 10   are emails that we received from SDSU I just have
13:20:38 11   some questions about.
13:20:40 12        A.   Okay.
13:20:40 13             (Exhibit 3 was marked for identification.)
10:06:55 14   BY MS. BULLOCK:
13:20:41 15        Q.   So the first one will be Exhibit 3.  This
13:20:56 16   is a two-page exhibit.  It starts on Bates 39388.
13:21:01 17   This is an email chain that began June 5 of 2023 --
13:21:13 18   so that would have been last summer -- from Jessica
13:21:15 19   Hasson, the updated grant and aid spreadsheet.
13:21:21 20             So did she send you this spreadsheet to
13:21:25 21   confirm the student athletes that were going to be
13:21:27 22   receiving athletic financial aid?
13:21:31 23        A.   Yes.
13:21:36 24        Q.   And the thing I had a question about is,
13:21:38 25   on June 7th, you emailed her back and said, "So
```

```
13:21:42  1   sorry.  An athlete just call me, and I need to
13:21:46  2   put" -- this particular student athlete, I'm not
13:21:46  3   going to say her name in the deposition; it just
13:21:48  4   makes it easier -- "on a full ride.  I'm sorry,
13:21:54  5   but" -- "I'm so sorry, but this is important."
13:21:55  6              Do you see that there --
13:21:58  7        A.   Yes.
13:21:58  8        Q.   -- on the top of Exhibit 3?
13:22:00  9              Can you -- what happened that caused you
13:22:05 10   to need to switch that particular student athlete's
13:22:11 11   scholarship?
13:22:13 12        A.   Her parents lost their jobs.
13:22:15 13        Q.   So the student athlete that called you
13:22:17 14   was the student athlete that you needed to put on a
13:22:20 15   full ride, correct?
13:22:25 16        A.   Yes.
13:22:29 17        Q.   Was she an incoming student?
13:22:32 18        A.   No.
13:22:33 19        Q.   She was a returner?
13:22:36 20        A.   Yes.
13:22:46 21        Q.   Is that something where, because you
13:22:54 22   needed to put that student athlete on a full
13:22:58 23   athletic financial aid scholarship, that
13:23:04 24   scholarship had to be taken away from another
13:23:07 25   student athlete?
```

```
13:23:09   1        A.   No.  I believe I had the money available
13:23:11   2   to bump her up to a full ride.
13:23:14   3        Q.   And when you say "the money available"...
13:23:16   4        A.   The percentage, I should say.
13:23:21   5        Q.   Okay.
13:23:21   6             (Exhibit 4 was marked for identification.)
10:06:55   7   BY MS. BULLOCK:
10:06:55   8        Q.   Actually, I now may only have one other
13:23:38   9   email.  We will mark this as Exhibit 4.  This one
13:23:49  10   is just a one-page email, and it's Bates 39303.
13:23:59  11             This is an email from later that year,
13:24:04  12   August 16, 2023.  And you are asking Jessica, "But
13:24:11  13   before I do semester increases" --
13:24:14  14             First of all, what do you mean by
13:24:16  15   "semester increases"?
13:24:18  16        A.   So if I have, in that instance,
13:24:21  17   percentage left over, or in this .27 left out of my
13:24:28  18   eight full scholarships, then I will use that
13:24:32  19   money -- try and use that money to give
13:24:36  20   increases -- a semester increase to athletes.  So
13:24:43  21   if they are at a 30 percent and I have 27, I might
13:24:47  22   be able to give them 10 percent for that semester.
13:24:51  23        Q.   So when you're emailing in August, are
13:24:55  24   you looking to do semester increases in the fall
13:24:58  25   semester?
```

```
13:25:00  1        A.   Yes.  Either fall or for the whole year,
13:25:03  2   depending upon -- usually, I try to do for the
13:25:07  3   whole year so that I'm not just giving -- it's
13:25:09  4   usually -- if I'm emailing in January, if I have a
13:25:12  5   little left over, it will just be for that spring
13:25:15  6   semester.
13:25:16  7             MR. SCHWARTZ:  Lori, were you intending to
13:25:16  8   ask if it was for the upcoming year?
13:25:20  9             MS. BULLOCK:  Yes.
13:25:22 10             MR. SCHWARTZ:  So for August '23, it would
13:25:23 11   be for '23-'24?
13:25:27 12             THE WITNESS:  Yes.  It would be starting
13:25:27 13   at the, yeah, '23 fall semester.
13:25:37 14   BY MS. BULLOCK:
13:25:38 15        Q.   Have you been told by athletic
13:25:41 16   administration that, if you have a percentage that
13:25:47 17   you have not awarded, that you need to award your
13:25:50 18   full eight scholarships every year?
13:26:00 19        A.   I have been told, if I have money -- I
13:26:02 20   will not say I have been told I have to.  I've been
13:26:04 21   told it's recommended, if I have money, that I
13:26:06 22   should give it to the student athletes -- or be
13:26:10 23   able to try and give it to the student athletes on
13:26:12 24   the team, yes.
13:26:15 25        Q.   Have you done semester increases every
```

```
13:26:20  1   year since you've been head coach to get up to the
13:26:25  2   full eight scholarships?
13:26:29  3         A.   I'm trying to remember my first year.  I
13:26:33  4   can't remember.  But the last two years, yes.
13:26:39  5         Q.   Have you had an instance since you've
13:26:44  6   been head coach where someone from athletic
13:26:49  7   administration has contacted you in the middle of
13:26:52  8   the year to notify you that you had an unused
13:26:55  9   portion of your scholarship so that you can award
13:27:00 10   it?
13:27:05 11         A.   No.
13:27:05 12              (Exhibit 5 was marked for identification.)
10:06:55 13   BY MS. BULLOCK:
13:27:12 14         Q.   And then I have another exhibit that we
13:27:15 15   will mark Exhibit 5.  This one is an Excel
13:27:17 16   spreadsheet.
13:27:52 17              Are you able to see this spreadsheet?
13:27:54 18         A.   Yes.
13:27:55 19         Q.   Okay.  Is this a document that you are
13:27:57 20   familiar with?
13:27:58 21         A.   Yes.
13:27:59 22         Q.   Is this a spreadsheet that you created
13:28:02 23   yourself?
13:28:04 24         A.   No.  This was similar to what Carin used,
13:28:07 25   her system.  And I kind of adopted this same thing
```

```
 1               I, Patricia Y. Schuler, a Certified
 2     Shorthand Reporter of the State of California, do
 3     hereby certify:
 4               That the foregoing proceedings were taken
 5     before me at the time and place herein set forth;
 6     that any witnesses in the foregoing proceedings,
 7     prior to testifying, were duly sworn; that a
 8     verbatim record of the proceedings was made by me
 9     using machine shorthand which was thereafter
10     transcribed under my direction; that the foregoing
11     transcript is a true record of the testimony given.
12               Further, that if the foregoing pertains
13     to the original transcript of a deposition in a
14     Federal Case, before completion of the proceedings,
15     review of the transcript [X] was [ ] was not
16     requested.
17               I further certify I am neither
18     financially interested in the action nor a relative
19     or employee of any attorney of party to this
20     action.
21               IN WITNESS WHEREOF, I have this date
22     subscribed my name.
23     Dated:   January 21, 2025
24                              _Patricia Y. Schuler_
                                Patricia Y. Schuler
25                              CSR NO. 11949
```