# Deposition Transcript

Case Number: 3:22-cv-00173-TWR-MSB
Date: January 6, 2025

In the matter of:

# FISK, et al. v BOARD OF TRUSTEES OF THE CSU, et al.

# Shelia Burrell



Reported by:
Karen A. Nickel

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
 1                UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA

 3
     MADISON FISK, RAQUEL          ) Case No.
 4   CASTRO, GRETA                 ) 3:22-cv-00173-TWR-MSB
     CASTRILLON, CLARE             )
 5   BOTTERILL, MAYA BROSCH,       )
     HELEN BAUER, CARINA           ) REMOTE VIDEO DEPOSITION
 6   CLARK, NATALIE                ) OF SHELIA BURRELL
     FIGUEROA, ERICA               )
 7   GROTEGEER, KAITLIN            )
     HERI, OLIVIA PETRINE,         )
 8   AISHA WATT, KAMRYN            )
     WHITWORTH, SARA               )
 9   ABSTEN, ELEANOR DAVIES,       )
     ALEXA DIETZ, and LARISA       )
10   SULCS, individually and       )
     on behalf of all others       )
11   Similarly situated,           )

12              Plaintiffs,

13
            -vs-
14

15   BOARD OF TRUSTEES OF
     THE CALIFORNIA STATE
16   UNIVERSITY, and SAN
     DIEGO STATE UNIVERSITY,
17
                Defendants.
18

19

20

21

22     REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
       WITHOUT AUTHORIZATION FROM THE CERTIFYING
23     AGENCY

24

25
```

```
 1                But you can answer.
 2                     THE WITNESS:  Sure.  I don't
 3    -- yes.
 4    BY ATTORNEY BULLOCK:
 5         Q.    Okay.  And if you look -- so this is
 6    squad size duplicated, and then unduplicated
 7    squad size, it has cross-country, zero in that
 8    column, track indoor, zero, but then outdoor,
 9    track 41.
10                Do you see that?
11         A.    I don't know what that means, but
12    yes.
13         Q.    Okay.  But 41 women is the number of
14    women you're allowed to have total; correct?
15         A.    That's all I worry about.
16         Q.    Okay.  Does your -- the amount of
17    money that you have to award in scholarships,
18    does that affect who you're recruiting in any
19    way?
20         A.    No.
21         Q.    Currently, I should say currently.
22         A.    No.
23         Q.    Okay.  Did it affect who you decided
24    to recruit pre-COVID?
25         A.    No.
```

1    Q.   So if you really wanted to recruit
2    -- you know, if the top women were -- that you
3    wanted to recruit were all out of state, the
4    amount of money that you have in your
5    scholarship budget wouldn't affect who you were
6    recruiting or like whether or not you recruited
7    all of those women from out of state?
8              ATTORNEY HIGGINSON:  Objection
9    to form.
10             You can answer.
11             THE WITNESS:  No.
12   BY ATTORNEY BULLOCK:
13   Q.   Okay.  Other than the home visit
14   issue, you know, we talked about how, with the
15   NCAA rules, recruiting has changed, is there
16   any other way that your recruiting process has
17   changed recently?
18   A.   No.  Just internally, just in terms
19   of ways in areas that I'm awarding scholarships
20   to.  I'm just awarding more scholarships to --
21   no, it's the same process to recruit.
22   Q.   Okay.  But you were awarding more
23   scholarships to who?
24   A.   So now I'm considering -- I have to
25   divide the 18 scholarships up more than I used

```
 1   to, because I'm putting more money in distance
 2   athletes than I was before.  So instead of just
 3   being a strictly track team where distance
 4   runners run track, now I have a cross-country
 5   team that I'm trying to develop.
 6        Q.   Okay.
 7        A.   Or have developed.  They've done
 8   very well.
 9        Q.   So those 18 scholarships are having
10   to stretch across all disciplines of the
11   cross-country and track now; is that accurate?
12               ATTORNEY HIGGINSON:  Object to
13   form.
14               You can answer.
15               THE WITNESS:  Again, can you
16   ask it again?  I'm sorry.
17   BY ATTORNEY BULLOCK:
18        Q.   Sure.  So when you started investing
19   in the distance runners, now the money that you
20   get for scholarships, it has to cover all the
21   various disciplines or events that you might
22   have in indoor, outdoor and cross-country?
23               ATTORNEY HIGGINSON:  Object to
24   form.
25               But you can answer.
```

```
 1                THE WITNESS:  By choice, yes.
 2   BY ATTORNEY BULLOCK:
 3        Q.    Okay.
 4        A.    Yes.  But -- yeah.
 5        Q.    Is your cross-country team more
 6   successful now than it was before you were
 7   investing in them?
 8        A.    Significantly.
 9        Q.    How so?
10        A.    Our goal is to win championships,
11   and so we've been -- you know, my team has been
12   quite successful at the conference level as
13   well as qualifying championships.
14              When I recognized that there was a
15   shift in the conference strengths and
16   weaknesses of teams and I could not win by
17   investing all of my money in certain event
18   areas, we needed to score points from our
19   distance team, I began to invest money in the
20   distance team, and the distance team came and
21   they scored points.
22              So points that we were losing in
23   another area because of changes in coaches or
24   lack of coach or whatever, whatever reason we
25   were losing points in another area that we
```

1  didn't feel like we could get those points from
2  this area, we are now getting from our distance
3  program.
4           And we are qualifying distance
5  athletes to, you know, path to conference
6  championship, to the NCAA preliminary
7  championship, which then also increases our
8  alumni base because San Diego State has a
9  long -- has a significant number of distance
10 runners that still support our program.
11          There's multiple factors that go
12 into supporting the distance program.  I just
13 have to decrease where I'm putting money in
14 other event areas.
15      Q.   And when you say "money," do you
16 mean scholarship or other money as well?
17      A.   Scholarship.  Scholarship.
18      Q.   Only scholarship?
19      A.   Scholarship.
20      Q.   Okay.  I want to talk a little bit
21 about summer aid for your student athletes.  Do
22 you have students who take summer courses that
23 you -- that don't receive summer aid through
24 the athletic department?
25      A.   In-person classes or on-line

```
 1   COMMONWEALTH OF PENNSYLVANIA        )
                                         ) SS
 2   COUNTY OF ALLEGHENY                 )

 3                   CERTIFICATE

 4        I, Karen A. Nickel, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, SHELIA BURRELL, was
     by me first duly sworn to testify the truth,
 6   the whole truth, and nothing but the truth;
     that the foregoing deposition was taken at the
 7   time and place stated herein; and that the said
     deposition was recorded stenographically by me
 8   and then reduced to typewriting under my
     direction, and constitutes a true record of the
 9   testimony given by said witness.

10        I further certify that the inspection,
     reading and signing of said deposition were
11   waived by counsel for the respective parties
     and by the witness.
12
          I further certify that I am not a
13   relative, employee or attorney of any of the
     parties, or a relative or employee of either
14   counsel, and that I am in no way interested
     directly or indirectly in this action.
15
          IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my seal of office this 8th day
     of January, 2025.
17
                    [signature]
18
                    /S/ Karen A. Nickel
19                  Notary Public
                    Registered Professional Reporter
20                  Certified Realtime Reporter

21                  My Commission Expires:
                    March 19, 2028
22                  Commission No. 1120579

23

24

25
```