# Deposition Transcript

Case Number: 3:22-cv-00173-TWR-MSB
Date: January 14, 2025

In the matter of:

# FISK, et al. v BOARD OF TRUSTEES OF THE CSU, et al.

# Kylee Ann White



Reported by:
LINDA R. WOLFE

```
Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F
```

1  be a part of elite athletics and academics, because I
2  know that it is initially based, too, on the opportunity
3  to take whatever major we wanted and, like, as we -- I
4  mean, women.  So I think that's important, too.
5       Q.   Thanks for that.
6            I want to transition over to financial aid a
7  little bit.
8            And is there a specific criteria that you're
9  supposed to use to determine who on your team gets an
10 athletic scholarship and who doesn't?
11      A.   That's personal, like, my decision.
12      Q.   It's your decision.
13           Okay.  And what are some of the criteria that
14 you consider?
15      A.   Skill and how good the player is and the
16 impact they will have on our program; where they're
17 from; their financial need based on potential -- like,
18 their families, where they're located, things like that;
19 what our need is as a program positionally.
20      Q.   And when you said "where they are from," what
21 did you mean by "where they are from"?
22      A.   International student athletes typically have
23 more costs in terms of getting here and with exchange
24 rate.
25      Q.   And do you find -- maybe I should -- I'm

1  thinking of how to pose this question.

2           How many international student athletes do you
3  currently have on your roster?

4       A.  Three.

5       Q.  And do you recollect how many international
6  student athletes you had on your roster in the prior
7  year?

8       A.  Three?  Two?  Typically have two or three.

9       Q.  I'm sorry.  You froze on me.

10      A.  Two or three.

11      Q.  Okay.  Does it -- In the last, let's say, five
12 years, do you think the roster has kind of averaged out
13 two to three international students?

14      A.  Yes.

15      Q.  Okay.  And if you had more money to hand out,
16 are there some athletes that have received nothing that
17 you would award an athletic scholarship to?

18          MS. GIROUX:  Objection.  Calls for
19     speculation.

20      A.  There's -- there's a maximum NCAA limit of how
21 much we can give out.  So I use everything that I -- I
22 can.

23          And then so the -- I mean, obviously, NCAA
24 rules are changing, potentially, right, for there to be
25 more scholarships.

1            But I think I've given as much as I have been
2    able to.
3    BY MS. SAGHAFI:
4        Q.   But to go back to the question, in the event
5    that there were not caps on financial aid, are there
6    some athletes that -- who do not receive financial --
7    athletic financial aid that you would award athletic
8    financial aid to?
9            MS. GIROUX:  Objection to the form.  And calls
10       for speculation.
11       A.   I think that -- I mean, there are caps.  So I
12   don't know if that's even relevant, right, because I
13   can't change the number that the NCAA has assigned to
14   our sport.
15           And we have -- we currently have 12
16   scholarships for women's lacrosse.  Like, every team has
17   12.  So every women's lacrosse team is maxed out at 12.
18           So there's -- I base it off of what I think
19   that athlete deserves, but I can't increase it because
20   that would be -- that wouldn't be in compliance.
21   BY MS. SAGHAFI:
22       Q.   Were you aware of a previous policy that --
23   from SDSU that limited the number of in-state versus
24   out-of-state scholarships that you can award?
25       A.   Yes.

1    Q.   So you'll meet with Kara, presumably, in
2  June 2025 to discuss your 2026 season; is that right?
3    A.   Correct.  And we typically will not have the
4  2026 schedule confirmed, but we'll have a good idea of
5  what we are trying to do and how to make it work.
6    Q.   And then if there are -- does Kara come to
7  your June meeting with a budget kind of prefilled out
8  already and then asking for your insight about the
9  numbers?
10   A.   Yes.
11   Q.   Okay.  And then how much room is there to
12 adjust those numbers, generally?
13   A.   I'd say it's based on our needs for that
14 current year that we can move numbers in and out of
15 categories.
16   Q.   But does the total amount for -- so you -- you
17 mentioned "categories."
18       So can you shift the numbers for the
19 categories with the intent of staying within the same
20 total?
21   A.   Yes.
22   Q.   Okay.  And what happens if you convey to Kara,
23 "Look, costs have just gone up.  And the budget number,
24 as a total, needs to go up"?
25       Has that -- has that been something that

1  you've communicated to her or to Chuck in the past?
2       A.   Yes.
3       Q.   And what's the response to that, or what was
4  the response to that?
5       A.   "Yeah, it's tough."
6       Q.   Okay.  And so when you need to find those
7  extra funds and you're like, "Look, I've got to do
8  something because we need the extra funds," what do you
9  generally do, if anything?
10      A.   We -- We cut a trip once.  I think -- and
11 then -- oh, I think they've been pretty lenient with us
12 because our -- we're just very different than any other
13 sport here with our -- the East Coast being more where
14 we need to travel for our games because there's very few
15 West Coast teams.
16           So when things come up, they've been able to
17 work with us, and we've been able to finagle some
18 tickets or things from other teams, I think.
19      Q.   And when you say -- and you said you had to
20 "cut a trip once."
21           Was that a competition?
22      A.   It was a fall -- fall trip that didn't --
23 doesn't count.  It was just more of something that we
24 typically do in the fall to get competition on the
25 East Coast.

```
 1                 But it's not -- I wouldn't say it's --
 2                 It's necessary.  I think it's necessary, but
 3   that's my personal opinion.  But it's not something that
 4   every team gets to do on the West Coast.
 5        Q.   So this was a -- a pre-season competition; is
 6   that right?
 7        A.   Pre-preseason.  It's called Fall Ball.
 8        Q.   Okay.  And --
 9        A.   Yeah.  So our preseason is now in January,
10   because our season starts in February.  This is -- our
11   fall season, it doesn't count against our schedule or --
12        Q.   Got it.  That makes sense.
13                 And then, you know, you've been at SDSU as a
14   head coach for a while.
15                 Have you heard, let's say, within the last
16   several years, of women's teams also just not being able
17   to accommodate a certain game because of budgetary
18   restrictions?
19        A.   No.
20        Q.   Okay.  And who ultimately approves the budget?
21   Is that Kara?  Is that Chuck?
22        A.   I believe it's Kara now.
23                 I don't know if it goes beyond her.  I imagine
24   there's some sort of university involvement.
25        Q.   And have you needed to, at times, fundraise
```

```
 1  way to finance that.  We just have not been successful
 2  enough.
 3       Q.   Have you heard from any women's coaches who
 4  have said that they couldn't find room within budget
 5  restrictions to really make postseason work?
 6       A.   No.
 7       Q.   Do you create the team practice schedule?
 8       A.   Yes.
 9       Q.   And are there considerations that you make
10  when you are creating that practice schedule?
11       A.   What kind of considerations?
12       Q.   So, for example, are your athletes determining
13  their academic schedule after your practice schedule
14  comes out?
15       A.   Yeah.  So we -- the first -- since 2011 fall
16  until this fall, we had the same practice time in both
17  the spring -- sorry -- fall and spring.  So they were
18  able to schedule and plan ahead.
19            And then this fall, we had a different
20  practice time.  So we just had to change up the plan a
21  little.
22       Q.   And was there a particular reason for the
23  change in the practice, the recent practice time?
24       A.   The new football coach wanted to practice in
25  the morning.
```

```
 1      Q.   And was the new -- is that because the
 2   football team was using the lacrosse field?
 3      A.   It depends on who you talk to about what field
 4   it is.
 5           But the two -- the field that football uses --
 6   like, we share one of the two fields.  So football
 7   requiring the two fields in the morning meant we would
 8   go after them.
 9           We don't really have our own field.
10      Q.   And so I did -- just briefly, I did a site
11   visit of SDSU, and I saw -- oh, goodness, am I going to
12   remember the two names -- PG 610, and I believe the
13   other one is PG 620?
14      A.   Yep.
15      Q.   PG 610 and PG 620.
16           And I affiliated PG 610 as the lacrosse
17   playing field because that's what it was conveyed to us
18   as.  It was conveyed to us as the lacrosse playing
19   field --
20      A.   Yeah.
21      Q.   -- which we were told is also shared with
22   football for practice, yet football also has PG 620
23   solely dedicated to its practice; is that correct?
24      A.   I don't know the name of the grass field.  I
25   don't know if it's 620.  I think that's the lower
```

```
 1      A.   We're fortunate enough to recruit early enough
 2  that I can order ahead for the freshmen.  So I know
 3  who's coming in two years, so I can order their shoes
 4  now so that they have something when they arrive.
 5           And then the returning athletes just wear
 6  whatever they had last season.
 7      Q.   Got it.
 8           Until they get their new shoes --
 9      A.   Right.
10      Q.   -- in November?
11      A.   Right.
12      Q.   Okay.  Got it.
13           And if we could just kind of get into the
14  nitty-gritty of what do your athletes receive every
15  year.
16           So I think you said they get cleats.  And
17  there were two pairs of cleats, is that right, one of
18  which you fundraise for?
19      A.   Cleats and turfs, they get.  And --
20      Q.   I do not know what that second term is.
21           You're going to have to explain it to me.
22      A.   Okay.  Cleats are more for grass or longer
23  pile, which is grass-like.  And then turf is more for,
24  like, the harder artificial grass.
25      Q.   Got it.
```

```
 1       A.   They get a pair of running shoes, which they
 2  use in the weight room.
 3            They get a pair of travel shoes.
 4       Q.   I'm sorry.  Are those travel shoes different
 5  from the running shoes and the cleats for the grass and
 6  turf?
 7       A.   Yeah.  So I am unsure of what year it was, but
 8  they were, for the longest time, wearing their, the
 9  shoes that they wore for conditioning in the airport so
10  that we match.
11            And it was, one, wearing of the shoes.  Two,
12  they looked terrible.  Three, like, it's just not good
13  for their body to wear the same shoe that they're
14  running in for walking around.
15            So we fundraised to have a new pair of
16  shoes -- I guess, a pair of shoes that they can actually
17  travel in that's -- so they look professional.
18       Q.   And that was actually going to be my next
19  question.
20            So perfect segue is:  Which of these are
21  actually fundraised for?
22            So I think you listed four different shoes,
23  and I'm wondering which ones --
24       A.   Travel shoe.
25       Q.   And any other shoe that's fundraised for?
```

```
 1        A.   I am in the process of wanting to fundraise
 2   for an additional cleat or turf or running shoe.
 3             Basically, they find which shoe they want to
 4   wear more.  So someone is a cleat.  Someone's a turf.
 5   And they don't necessarily switch back and forth.
 6             So if they wear the same shoe, over time, it
 7   breaks down.  I'd rather give them two cleats, one turf
 8   or two turfs, one cleat.
 9             Because our game surfaces change depending on
10   what school we're at.  So they need both.
11        Q.   Got it.
12        A.   But our practice, because we are a field turf,
13   they can wear either shoe.  So --
14        Q.   Got it.
15             Okay.  And there are three others that are
16   provided on a yearly basis brand new; correct?
17        A.   Yes.
18        Q.   Okay.  Lacrosse sticks.  I believe you said
19   they get one every year, and one you fundraise for;
20   correct?
21        A.   Correct.
22        Q.   Okay.  Any protective gear they get?
23        A.   Goggles and mouth guard.
24        Q.   And that's provided, not fundraised?
25        A.   Correct.
```

```
 1      Q.   Anything else for protective gear?
 2      A.   Goalie equipment.
 3      Q.   And that -- that's provided?
 4      A.   Correct.
 5      Q.   And it's for the goalie to actually keep, or
 6   is that kind of hand-me-down from year to year?
 7      A.   They keep it.
 8      Q.   Okay.  So they keep their helmet and what have
 9   you?
10      A.   Uh-huh.
11      Q.   And competition uniforms.  How many
12   competition uniforms are provided yearly, and are they
13   new?
14      A.   We have three different colors, and we rotate
15   which color we replace each year.  So it's sort of on a
16   three-year rotation.
17      Q.   Okay.  So every year, they'll get one of the
18   colors; is that right?
19      A.   One new uniform color, yeah.  They don't
20   get -- they don't keep their uniforms.
21      Q.   Okay.
22      A.   It's different than, like, a bathing suit.
23      Q.   Okay.
24      A.   Yeah, these are reused every year.
25      Q.   Do you know the last time new uniforms were
```

```
 1                 CERTIFICATE OF OATH

 2    STATE OF FLORIDA   )

 3    COUNTY OF SARASOTA)

 4         I, Linda R. Wolfe, Associate in Applied

 5    Science/Court and Conference Reporting (AAS);

 6    Federal Certified Realtime Reporter (FCRR);

 7    Registered Merit Reporter (RMR); Registered

 8    Professional Reporter (RPR), Florida Professional

 9    Reporter-Certified (FPR-C), Notary Public, State of

10    Florida, certify that KYLEE ANN WHITE appeared

11    before me producing California D.L. for

12    identification on January 14, 2024, and was duly

13    sworn.

14         Signed this 28th day of January, 2025.

15

16

17

18

19    _____
      Linda R. Wolfe, AAS, RPR, RMR, FCRR, FPR-C
20    Registered Professional Reporter
      Registered Merit Reporter
21    Federal Certified Realtime Reporter
      Notary Public, State of Florida at Large
22    Commission #HH011946; Expires 9/15/24

23

24

25
```

Notary stamp: LINDA R. WOLFE, MY COMMISSION # HH 563145, EXPIRES: September 15, 2028

```
 1              DEPOSITION CERTIFICATE
 2    STATE OF FLORIDA  )
 3    COUNTY OF SARASOTA)
 4         I, Linda R. Wolfe, AAS, RPR, RMR, FCRR, FPR-C,
 5    Certified Stenographic Court Reporter, certify that
 6    I was authorized to and did stenographically report
 7    the foregoing deposition; and that the transcript
 8    is a true record of the testimony given by the
 9    witness.
10         I further certify that I am not a relative,
11    employee, attorney, or counsel of any of the
12    parties, nor am I a relative or employee of any of
13    the parties' attorney or counsel connected with the
14    action, nor am I financially interested in the
15    action.
16         Dated this 28th day of January, 2025.
17
18
19    _____
      LINDA R. WOLFE, AAS, RPR, RMR, FCRR, FPR-C
20    Certified Stenographic Court Reporter
21
22            LINDA R. WOLFE
              MY COMMISSION # HH 563145
23            EXPIRES: September 15, 2028
24
25
```