UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,

    Plaintiffs,

 vs.       CASE NO.
           3:22-CV-00173-TWR-MSB

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY

    Defendants.
_____

DEPOSITION OF CARINA CLARK

APPEARING REMOTELY

June 5, 2024

9:03 a.m.

REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA

1   current, future and past student-athletes, based on my
2   experience, I feel like I have so many important things
3   to share that could help as a whole.
4       Q    Do you know how many other class
5   representatives there will be in this case?
6       A    I believe there are a total of six of us.
7       Q    Do you know who they are?
8       A    I can't recall by name each one.  I do know my
9   other track teammate is a class representative.
10      Q    Which teammate?
11      A    Kaitlin Heri.
12      Q    And I should also note that if you happen to
13  think of any information as we go along that you
14  remember later but you don't remember right now, just
15  let me know and we can go back 'cause sometimes that
16  happens.  Sometimes it doesn't, but ...
17           Besides the other named plaintiffs in this
18  case, have you talked to any other potential class
19  members about this lawsuit?
20      A    No.
21      Q    What do you know about the process of how SDSU
22  awards athletic financial aid?
23      A    I do know that the coaches have a say in it.  I
24  don't know the full extent as to who all at the
25  university has a specific say in the exact amount of

Carina Clark
June 05, 2024

1    financial aid that we are each awarded, but it is based
2    on performance at the collegiate level.
3        Q    Okay.  So let's narrow it down a little bit.
4    For the track and field team specifically, do you have
5    any more specific knowledge about how athletic financial
6    aid was awarded?
7        A    Yes.  So I know specifically our head coach
8    expressed multiple times on visits or also while you
9    were on the team that your standing or place on the team
10   is heavily influenced by your ability to score at our
11   conference championships at the Mountain West Conference
12   championships.
13            So we were given -- each team is allowed to
14   bring a certain number of athletes, which isn't the full
15   rostered team.  So coaches decide who they believe would
16   best benefit the team and best have the opportunity to
17   score amongst the conference.  So that played a big role
18   in financial aid and just staying on the team.
19       Q    Do you know how much input any of the other
20   coaches on the track and field team would have into
21   athletic financial aid awards?
22       A    Yes.  So our assistant coaches or event coaches
23   did have their -- have a minimal say, but at the end of
24   the day, it was expressed to us many times that our head
25   coach basically had the final say when it came to

1   coaches for our sport.
2       Q    Do you know if other -- any other team had a
3   different process for awarding athletic financial aid?
4       A    I don't know.
5       Q    So fair to say that you don't know if coaches
6   of other teams might have taken other considerations
7   besides athletic performance into consideration when
8   awarding athletic financial aid?
9       A    I would believe that would be the main thing to
10  take into account when looking at financial aid for each
11  student, but I wouldn't have knowledge of the other
12  specific teams and their coach's decisions and what went
13  into them specifically.
14      Q    Do you know whether in-state versus
15  out-of-state tuition amounts affect the amount of
16  athletic financial aid that's awarded by SDSU?
17           MS. JOSHI:  Object to form.
18           You can go ahead and answer, Carina.
19           THE WITNESS:  Okay.
20           I do know that out-of-state tuition is more
21  expensive in comparison to in state, so that could have
22  possibly played a factor.
23  BY MS. GIROUX:
24      Q    Do you know whether the NCAA has any
25  regulations about how athletic financial aid is awarded

1   to student-athletes?
2       A    In terms of Title IX, I know it should be equal
3   amongst men and women.
4       Q    So I guess let me phrase it a little bit
5   differently.
6            Do you know if the NCAA has rules or
7   regulations regarding the number of scholarships that
8   can be awarded to a particular team?
9       A    I don't know.
10      Q    And if the NCAA has other regulations about
11  administration of financial aid awards, you're not aware
12  of those; is that fair?
13           MS. JOSHI:  Object to form.
14           THE WITNESS:  I would say yes.
15  BY MS. GIROUX:
16      Q    In this lawsuit are you asking for any
17  compensation that would jeopardize any student-athlete's
18  NCAA eligibility?
19           MS. JOSHI:  Object to form and the extent it
20  calls for a legal conclusion.
21           THE WITNESS:  Could you repeat the question?
22  BY MS. GIROUX:
23      Q    Sure.
24           So in this lawsuit you're not asking for any
25  financial aid or monetary compensation that would

1  jeopardize any student-athlete's NCAA eligibility;
2  right?
3           MS. JOSHI:  Object to form again.
4           THE WITNESS:  I'm not asking to jeopardize the
5  financial standing of student-athletes.  I am hoping and
6  I'm aware that if we do win the case, we could, not
7  personally, but as a class, receive relief.
8  BY MS. GIROUX:
9      Q    And what type of relief are you hoping to
10 receive?
11     A    Hoping to -- going back to the claims, hoping
12 to just provide equal footing financially for female
13 student-athletes that come to the university, and also
14 the facilities as a whole, to improve those so, once
15 again, we are on the same footing and have the best
16 facilities equal to men to compete.
17     Q    When you say for female student-athletes on
18 equal footing financially, can you elaborate a little
19 bit more on what you mean by that?
20     A    Yes.  Basically putting female athletes on the
21 same playing field.  So allowing them to have the same
22 financial opportunity as the men so we are not starting
23 lower or behind from the very beginning.
24     Q    Is there a particular amount of athletic
25 financial aid that you're hoping will become available

```
 1   to female student-athletes as a result of this case?
 2             MS. JOSHI:  Object to form.
 3             THE WITNESS:  Sitting here today I do not have
 4   a specific amount.
 5   BY MS. GIROUX:
 6       Q    Do you have an understanding of what a head
 7   count sport is for athletic financial aid purposes?
 8       A    I believe I do.
 9       Q    Okay.  And what is that understanding?
10       A    My understanding would be that it's an equal
11   amount of female and male participants and athletes.
12       Q    And do you have an understanding of what an
13   equivalency sport is for athletic financial aid
14   purposes?
15       A    No.
16       Q    Do you know whether for any year that you were
17   enrolled at SDSU there were any men's teams that did not
18   max out there available athletic financial aid?
19             MS. JOSHI:  Object to form.
20             THE WITNESS:  At this time, no, I don't know
21   specifically.
22   BY MS. GIROUX:
23       Q    Do you know how SDSU determines the amount of
24   athletic financial aid available to a particular team?
25       A    I personally wouldn't have knowledge of the
```

Carina Clark
June 05, 2024

```
 1   specifics that go into the university's exact decisions
 2   team by team on financial aid.
 3       Q    During the time that you were enrolled at SDSU,
 4   do you know if there were any women's teams that did
 5   award all of the athletic financial aid available to
 6   them?
 7       A    I do not know specifically.
 8       Q    Are you aware that your complaint in this case
 9   alleges that SDSU creates disproportionate pools of
10   athletic financial aid for male and female
11   student-athletes?
12       A    Yes.
13       Q    And what information is that allegation based
14   on?
15       A    This is based on public information we have
16   on -- that anyone can see on the exact amount of aid
17   given to men and female sports.
18       Q    Is it -- is that allegation based on any
19   information that is not included in the complaint?
20            MS. JOSHI:  Object to form.
21            THE WITNESS:  Could you repeat that, please?
22   BY MS. GIROUX:
23       Q    Sure.
24            So we just talked about the complaint alleged
25   that SDSU creates disproportionate pools of athletic
```

1   attendance at SDSU.
2       Q    Do you feel that you've been psychologically
3   harmed by SDSU's allocation of athletic financial aid?
4            MS. JOSHI:  Object to form.
5            THE WITNESS:  I would say yes, similar to my
6   answer I gave a minute ago.  The sheer frustration and
7   just confusion on the circumstances financially were a
8   big effect on me through college.
9   BY MS. GIROUX:
10      Q    Did you share those feelings with anyone else
11  that we did not talk about a minute ago?
12      A    No.
13      Q    Is there any other way that you believe you've
14  been harmed by SDSU's allocation of athletic financial
15  aid?
16           MS. JOSHI:  Object to form.
17           THE WITNESS:  Other than financially,
18  psychologically, emotionally, no.
19  BY MS. GIROUX:
20      Q    Are you aware that you're asking the Court to
21  certify a class of all current and former female
22  students who participated in intercollegiate varsity
23  athletics at SDSU and did not receive all the athletic
24  financial aid they could have?
25           MS. JOSHI:  Object to form.  I think you said

```
 1  students.  You didn't say female students.
 2  BY MS. GIROUX:
 3       Q    Female students.
 4       A    Yes.
 5       Q    What is your understanding of what it means for
 6  someone to not receive all of the athletic financial aid
 7  they could have received?
 8       A    If there are different amounts in the pools
 9  available based on sex or gender on teams, I believe
10  that's unfair and unequal footing to begin with.
11       Q    How could you determine the amount of athletic
12  financial aid that someone could have received?
13            MS. JOSHI:  Object to form.
14            THE WITNESS:  I personally couldn't determine
15  each athlete in each support, based on my knowledge, the
16  specific amount they each should have received and were
17  not given the chance to earn.
18  BY MS. GIROUX:
19       Q    Do you --
20            MS. JOSHI:  Erika, sorry, just real quick.
21  When you are ready to switch topics, if we could take a
22  break.  I'm not saying right now, but just as a
23  heads-up.
24            MS. GIROUX:  Sure.  I have about two more
25  minutes on this.
```

```
 1             MS. JOSHI:  Perfect.  Okay.
 2   BY MS. GIROUX:
 3       Q    Do you know if there's a maximum amount in
 4   athletic financial aid that a student-athlete can
 5   receive?
 6       A    I do not know the specific amount of what that
 7   would be.
 8       Q    Okay.  I want to put a document up on the
 9   screen.  I'll tell you that this was produced to us as
10   Plaintiffs 43.
11            And my initial question is do you recognize
12   this document?
13       A    No.
14       Q    Okay.  Then I will not ask you any questions
15   about it.
16            Do you know if you have any duties as a class
17   representative?
18       A    Yes.
19       Q    Can you explain to me what your understanding
20   of those duties are?
21       A    To act and speak in the best interest of the
22   class as a whole, to be fully involved in the case, and
23   to be knowledgeable of the case.
24       Q    And you believe that you're prepared to fulfill
25   those duties?
```

 1  deposition is taken, and further that I am not a
 2  relative or employee of any attorney or counsel employed
 3  by the parties hereto, or financially interested in the
 4  action.
 5              CERTIFIED TO BY ME on this 17th day of June
 6  2024.
 7
 8  _____
    DEBORAH L. HESKETT
 9  CSR No. 11797