```
                UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF CALIFORNIA


MADISON FISK, RAQUEL CASTRO, GRETA
VISS, CLARE BOTTERILL, MAYA BROSCH,
HELEN BAUER, CARINA CLARK, NATALIE
FIGUEROA, ERICA GROTEGEER, KAITLIN
HERI, OLIVIA PETRINE, AISHA WATT,
KAMRYN WHITWORTH, SARA ABSTEN,
ELEANOR DAVIES, ALEXA DIETZ, and
LARISA SULCS, individually and on
behalf of all those similarly
situated,

           Plaintiffs,

     vs.                              CASE NO.
                                      3:22-CV-00173-TWR-MSB
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, and SAN DIEGO
STATE UNIVERSITY

           Defendants.
_____




              DEPOSITION OF NATALIE FIGUEROA

                    APPEARING REMOTELY

                    June 17, 2024

                      1:01 p.m.



REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA
```

Natalie Figueroa
June 17, 2024

| | |
|---|---|
| 1 | everything went down with our team being cut, I think I |
| 2 | had a major opportunity taken away because of financial |
| 3 | aid.  And I worked my way up through from being, like, |
| 4 | in the bottom boats to the top boats towards the end of |
| 5 | our team, and I was never put on any financial aid or |
| 6 | received any scholarship.  So I think that that was a, |
| 7 | like, major missed opportunity for myself. |
| 8 | Q    Do you know whether you have any class -- any |
| 9 | duties as a class representative? |
| 10 | A    Yeah.  I believe the duties would be kind of |
| 11 | what I listed as responsibilities before. |
| 12 | Q    Okay.  What do you know about the process of |
| 13 | how SDSU awards athletic financial aid? |
| 14 | MS. MARCUM:  Objection.  Calls for speculation. |
| 15 | THE WITNESS:  To my understanding, it's up to |
| 16 | coaches, coaching staff.  And, I mean, there's a pool of |
| 17 | money that I know the school is responsible for, but as |
| 18 | far as, like, assigning financial aid to athletes, I |
| 19 | believe it's majority up to the coaches. |
| 20 | BY MS. ROHLICEK: |
| 21 | Q    Do you know anyone outside of coaches who makes |
| 22 | decisions about awards to individual athletes? |
| 23 | A    No, I do not. |
| 24 | Q    Do you know what factors coaches consider in |
| 25 | making athletic financial aid awards? |

Natalie Figueroa
June 17, 2024

1    A    Definitely performance and necessity.
2    Q    Are there any other factors that you know of
3  that are considered?
4    A    Not that I know of.
5    Q    Do you agree that some coaches might give
6  certain factors more weight than others when they decide
7  who to award financial aid to?
8         MS. MARCUM:  Objection.  Speculation.
9         THE WITNESS:  I mean, I would believe that it
10 would be kind of case by case.
11 BY MS. ROHLICEK:
12   Q    And you mentioned necessity as one of the
13 factors that you believe coaches might consider.
14        What does that mean to you?
15   A    It means to me, like, if an athlete has a
16 financial burden or, like, if school is a financial
17 burden to them, that would -- like, due to finances
18 would bar them from being able to participate in the
19 sport, along those lines.
20   Q    Did you ever have a discussion with your rowing
21 coach or any other coach where they indicated that
22 necessity was one of the factors they considered in
23 awarding athletic financial aid?
24   A    No, I don't think so.
25   Q    Do you know if assistant coaches are involved

Natalie Figueroa
June 17, 2024

```
 1  in the decision of how to award athletic financial aid?
 2       A    I don't know.
 3       Q    Do you know how much discretion coaches
 4  generally, whether that be a head coach or an assistant,
 5  have in awarding athletic financial aid?
 6       A    I don't know.
 7       Q    Let's break it down to your rowing team
 8  specifically.
 9            Do you know -- well, let me back up.
10            Who was your rowing coach?
11       A    Bill Zack was the head coach.
12       Q    Do you know how much discretion Coach Zack had
13  in awarding athletic financial aid amongst your
14  teammates?
15       A    I do not know.
16       Q    Do you know whether Coach Zack ever received
17  instruction or direction from anyone in the athletic
18  department or otherwise about how to award athletic
19  financial aid?
20       A    I don't know for sure, but I could assume that
21  he has.
22       Q    What instructions do you think they're given,
23  coaches?
24       A    I'm sure just kind of an outline of how to --
25  to disburse the financial aid.  I'm not really sure.  I
```

Natalie Figueroa
June 17, 2024

1  don't know.
2  Q    Sure.
3       Do you know how in-state versus out-of-state
4  tuition affects the amount of financial aid awarded by
5  SDSU?
6  A    I believe at some point, I did, but it's been
7  so long, I don't really remember.
8  Q    Are you aware that the NCAA has regulations
9  about how athletic financial aid is awarded to
10 student-athletes?
11 A    I'm aware.
12 Q    What do you know about those regulations?
13 A    I -- I'm aware that there are regulations.  I
14 don't know what they are.
15 Q    Okay.  So fair to say you don't know anything
16 about the substance of those regulations, just that
17 regulations exist?
18 A    Yes.
19 Q    And how do you know that information that
20 regulations exist?
21 A    Just throughout my experience in college
22 athletics.
23 Q    Sure.
24      Are you aware that the NCAA regulations limit
25 the number of scholarships that can be awarded to a

1  particular team?

2  A    Yes.

3  Q    And what's your understanding of those

4  restrictions or regulations?

5  A    I know that there's a different number for each

6  team.  I don't know what it's based off of, but I know

7  that there's a different number for each team.

8  Q    Do you know what a head count sport is for

9  purposes of athletic financial aid?

10  A    No.

11  Q    Do you know how scholarships are awarded to

12  head count sports?

13  A    No.

14  Q    Do you know what an equivalency sport is for

15  purposes of athletic financial aid?

16  A    No.

17  Q    Do you know how scholarships are awarded to

18  equivalency sports?

19  A    No.

20  Q    Do you know whether, while you were enrolled at

21  SDSU, if there were any men's teams who did not max out

22  all of their available scholarships during a given year?

23  A    I do not.

24       MS. MARCUM:  Object to form.

25  ///

Natalie Figueroa
June 17, 2024

```
 1        A    Yes.
 2        Q    Okay.  And was that, like, a spring -- spring
 3   semester?
 4        A    Yeah, it was spring semester.
 5        Q    Of 2020?
 6        A    Yeah.  Yes, of 2020.  Actually, no.  Sorry.
 7   That would have been -- I believe that would have been
 8   2021.
 9        Q    Okay.  So the year after the pandemic broke
10   out?
11        A    Yes.
12        Q    Besides what you've already told me, is there
13   any other way that you feel you've been harmed by SDSU's
14   allocation of athletic financial aid?
15        A    No.
16        Q    Are you aware that you're asking the Court to
17   certify a class of all current and former female
18   students who participated in intercollegiate varsity
19   athletics at SDSU and did not receive all of the
20   athletic financial aid they could have received?
21        A    Yes.
22        Q    What's your understanding of what it means for
23   someone to not receive all of the athletic financial aid
24   that they could have received?
25        A    To my understanding, it kind of goes back to,
```

```
 1   like, the lack of opportunity because of limited dollar
 2   amounts assigned to men's and women's sports.
 3       Q   How would you determine the amount of athletic
 4   financial aid that someone could have received?
 5       A   I don't think I could give an exact number
 6   because it's -- it's about opportunity and, I guess,
 7   like, performance and that sort of thing.
 8       Q   So under that proposed class, any female
 9   student-athlete who received less than a full
10   scholarship would be a member of the class; is that
11   accurate?
12           MS. MARCUM:  Objection.  Legal conclusion and
13   speculation.
14           THE WITNESS:  I -- I believe so.
15   BY MS. ROHLICEK:
16       Q   How would you determine if someone received
17   less than the maximum amount of athletic financial aid?
18           MS. MARCUM:  Objection.  Speculation.
19           THE WITNESS:  I don't know.
20           MS. ROHLICEK:  Okay.  I'm going to bring up
21   another document, ask that Debbie mark it as Exhibit 2,
22   please.
23           (Exhibit 2 identified)
24   BY MS. ROHLICEK:
25       Q   I think you can see my screen.  Please let me
```

```
 1   deposition is taken, and further that I am not a
 2   relative or employee of any attorney or counsel employed
 3   by the parties hereto, or financially interested in the
 4   action.
 5              CERTIFIED TO BY ME on this 27th day of June
 6   2024.
 7
 8   _____
     DEBORAH L. HESKETT
 9   CSR No. 11797
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```