```
                UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF CALIFORNIA


MADISON FISK, RAQUEL CASTRO, GRETA
VISS, CLARE BOTTERILL, MAYA BROSCH,
HELEN BAUER, CARINA CLARK, NATALIE
FIGUEROA, ERICA GROTEGEER, KAITLIN
HERI, OLIVIA PETRINE, AISHA WATT,
KAMRYN WHITWORTH, SARA ABSTEN,
ELEANOR DAVIES, ALEXA DIETZ, and
LARISA SULCS, individually and on
behalf of all those similarly
situated,

            Plaintiffs,

      vs.                              CASE NO.
                                       3:22-CV-00173-TWR-MSB
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, and SAN DIEGO
STATE UNIVERSITY

            Defendants.
_____



                DEPOSITION OF MADISON FISK

                    APPEARING REMOTELY

                     June 7, 2024

                       9:00 a.m.



REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA
```

Madison Fisk
June 07, 2024

1    you would have any duties in this case?
2            MR. HAMMACK:  Object to form and to the extent,
3    again, it calls for attorney-client communications.
4            Otherwise, Maddie, you can answer.
5            THE WITNESS:  I do have specific duties as a
6    class representative.
7    BY MS. GIROUX:
8        Q    And what is your understanding of what those
9    duties are?
10       A    Cooperate fully with my attorneys, stay up to
11   date on the legal and factual components of the case,
12   keep my attorneys informed, attend all depositions and
13   hearing, and always act in the best interest of the
14   class and not through personal motivation.
15       Q    Do you know who else in this case intends to be
16   a class representative?
17       A    Yes.
18       Q    Can you tell me who those people are?
19       A    Natalie Figueroa, Kam Whitworth, Olivia
20   Petrine, Madison Fisk -- that's me -- Kaitlin Clark,
21   and -- sorry, Kaitlin Heri and Carina Clark.
22       Q    What do you know about the process of how SDSU
23   awards athletic financial aid?
24       A    From my understanding there's disproportionate
25   pools allotted to men's and women's sports, and then

1  it's up to the discretion of the coaches to distribute

2  the financial aid that they have available to their

3  student-athletes.

4      Q   Could you tell me more about the

5  disproportionate pools and how those work, in your

6  understanding?

7          MR. HAMMACK:  Sorry, Erika.  You cut out for

8  just a second there in the middle.  Could you say that

9  one again?

10         MS. GIROUX:  Sure.

11 BY MS. GIROUX:

12     Q   Could you tell me more about the

13 disproportionate pools of athletic financial aid that

14 you mentioned and how those work, in your understanding?

15     A   I'm not sure I understand what you mean by how

16 the disproportional pools work.

17     Q   Sure.

18         So are you -- is there someone that you think

19 creates those pools?

20     A   From my --

21         MR. HAMMACK:  Object to form.

22         Go ahead.  You can answer.  Sorry.

23         THE WITNESS:  Okay.

24         From my understanding, SDSU allots

25 disproportional pools of financial aid to men's and

1 women's sports.
2 BY MS. GIROUX:
3     Q   Do you know any specific -- or let me start
4 that question over.
5         Is there any specific person at SDSU by name or
6 by job title that you believe is involved in creating
7 those disproportionate pools?
8         MR. HAMMACK:  Object to form.
9         THE WITNESS:  To the best of my knowledge, I
10 don't have specific names.  I just understand that it's
11 the SDSU athletic department as an entire entity.
12 BY MS. GIROUX:
13     Q   What -- what do you mean by "disproportionate"?
14     A   I think by the very definition, their
15 proportions are not equal in terms of financial aid that
16 are allotted to men's and women's sports at SDSU.
17     Q   Is there a specific number or percentage by
18 which you think the pools for men's and women's sports
19 are disproportionate?
20         MR. HAMMACK:  Object to form.
21         THE WITNESS:  I believe there are specific
22 numbers in the lawsuit, but, off the top of my head, I
23 do not have a specific number I can give you.
24 BY MS. GIROUX:
25     Q   Do you believe that there's a formula that SDSU

1   uses to create those disproportionate pools that you

2   told me about?

3           MR. HAMMACK:  Object to form.

4           THE WITNESS:  Not to the best of my knowledge.

5   I wouldn't be privy to those conversations.

6   BY MS. GIROUX:

7       Q   And do you -- are you aware of any specific

8   policies about awarding athletic financial aid at SDSU

9   that would result in those disproportionate pools?

10          MR. HAMMACK:  Object to form.

11          THE WITNESS:  Again, not to the best of my

12  knowledge.  I wouldn't be privy to those conversations.

13  BY MS. GIROUX:

14      Q   Is it fair to say that you believe that SDSU

15  creates disproportionate pools of athletic financial aid

16  for male and female student-athletes because at the end

17  of the year, the amount of athletic financial aid for

18  men's and women's teams is not equal?

19          MR. HAMMACK:  Object to form.  Mischaracterizes

20  her testimony and the allegations in the complaint.

21          THE WITNESS:  No.  I wouldn't agree with that

22  statement in its entirety.

23  BY MS. GIROUX:

24      Q   Which part do you not agree with?

25      A   I'd say the back half.  I'd say I agree that

1  SDSU creates disproportional pool for men's and women's
2  athletes.
3      Q   So what I'm trying to figure out and what my
4  question is trying to get at is you've told me that you
5  believe there are disproportionate pools of athletic
6  financial aid for male and female student-athletes, and
7  I'm trying to figure out what that conclusion is based
8  on other than information you've talked about with your
9  attorneys.
10     A   Yes.  It's not that I believe that SDSU creates
11 disproportional pools for men's and women's sports, it's
12 I know they do through conversations with other
13 student-athletes during and after my time at San Diego
14 State as well as the numbers that are in the lawsuit.
15     Q   Can you tell me about those conversations that
16 you had with other student-athletes?
17     A   Yes.  Just passing conversations regarding
18 scholarships awarded, what's possible on each team,
19 what's not possible, how many student-athletes on each
20 team are on full ride, how many are on something just,
21 like, books.  So just general conversation regarding
22 scholarship.
23     Q   Which -- which teams have you spoken with about
24 financial aid and scholarship?
25             MR. HAMMACK:  Object to form.  I'm not sure she

1    said she talked to teams.

2    BY MS. GIROUX:

3        Q    You told me about conversations that you had

4    with other student-athletes.  Which teams were they on?

5        A    I had conversations with individuals on

6    football, softball, water polo, rowing and track and

7    field.  And those are all the sports that I can recall

8    with a hundred percent certainty that I'm familiar with

9    their, like, scholarship situation.

10       Q    Do you recall approximately how many of those

11   conversations you would have had in total?

12       A    No.  I can't recall, to the best of my

13   knowledge.

14       Q    You told me a minute ago about some general

15   topics that you talked about with them -- with those

16   student-athletes with respect to athletic financial aid.

17           Are there any specific conversations where you

18   can recall somebody saying, for example, that a member

19   of whatever team had a full ride or something to that

20   effect?

21           MR. HAMMACK:  I'm sorry, Erika.  I know that

22   was a little bit long, but you did cut out right in the

23   middle, maybe a little toward the end.  So if you could

24   restate that one.

25           MS. GIROUX:  Sure.

1  BY MS. GIROUX:

2     Q    Other than the general summary that you give me

3  of those conversations, are there any specific

4  conversations where you can recall a more specific

5  discussion about the particulars of athletic financial

6  aid?

7          MR. HAMMACK:  Object to form.

8          THE WITNESS:  In terms of specific situations,

9  I don't recall the name.  I was at a softball house once

10 and some of the women on the team there were explaining

11 how they're recruited on a higher scholarship amount,

12 and then following their first year or first semester,

13 first season, something like that, it's taken away.  And

14 then they are essentially stuck at the school.

15         Football, I don't, again, have a specific

16 conversation I recall.  It was more just about what does

17 it look like to be full ride, how many of your teammates

18 do you know are on full ride, but, again, specific

19 details are difficult.  I went to the school at this

20 point two years ago and I was a student-athlete at this

21 point three years ago.

22 BY MS. GIROUX:

23    Q    What about water polo, do you remember any

24 specific details of those conversations?

25         MR. HAMMACK:  Object to form.

1              You can answer.
2              THE WITNESS:  Conversations specifically
3    regarding financial aid?
4    BY MS. GIROUX:
5        Q    Yes.
6        A    No, I don't remember specific details.
7        Q    What about track and field, do you recall
8    specific details of any conversations with members of
9    that team regarding athletic financial aid?
10       A    Those specific conversations are going to be
11   with my other plaintiffs that are on the track and field
12   team.  It's all information that they've shared in the
13   lawsuit.
14       Q    Other than information that's in the complaint
15   in this case, is there any other information that you
16   can recall the track and field plaintiffs sharing with
17   you about athletic financial aid?
18             MR. HAMMACK:  Object to form to the extent
19   those communications might have happened in the context
20   of an attorney-client communication.
21             Otherwise, you can answer.
22             THE WITNESS:  I can't recall specifics at this
23   moment.
24   BY MS. GIROUX:
25       Q    Do you know what factors coaches consider in

Madison Fisk
June 07, 2024

1    awarding athletic financial aid to student-athletes at
2    SDSU?
3             MR. HAMMACK:  Object to form.
4             THE WITNESS:  Typically, and at least in my
5    experience on the rowing team -- I can't speak to the
6    experience of people that are in other sports -- it's
7    merit and based on your overall contribution to the
8    team's success.
9    BY MS. GIROUX:
10       Q    When you say "merit," does that mean athletic
11   performance?
12       A    Sometimes.  So athletic performance, but also,
13   like, how you contribute to the team's success.  It's a
14   little hard to define, I guess, like, how much you
15   contribute.  Some people contribute athletically if
16   you're in a more team-oriented sport.  Maybe you're not
17   the biggest person or fastest person, but you're
18   contributing to, like, in my sport, the boat's overall
19   speed.
20       Q    Other than rowing -- I guess let's start -- let
21   me back up.
22            How do you know that the rowing coach would
23   consider merit and contributions to team success in
24   awarding athletic financial aid?
25       A    Because he said so.

```
1      Q    Do you recall when that conversation occurred?
2      A    Every time we discuss scholarship.
3      Q    Which was roughly how many times while you were
4   on the rowing team?
5      A    Personally, I discussed scholarship with Bill,
6   who's my head coach, at least four or five times.
7           MS. GIROUX:  Josh, I think we can hear your
8   keyboard typing.
9           MR. HAMMACK:  Oh, sorry about that.
10          MS. GIROUX:  That's okay.
11  BY MS. GIROUX:
12     Q    During those conversations were you discussing
13  specifically your scholarship or scholarships more
14  generally?
15     A    Both.
16     Q    Can you tell me what else you recall
17  specifically about those conversations?
18     A    What else specific to financial aid or what
19  else just --
20     Q    Specific to the conversations that you had with
21  Bill Zack about athletic financial aid.
22     A    Freshman year it was trying to get an
23  understanding of what I can or need to do to increase my
24  scholarship from what it was when I came in, which was
25  book scholarship.  There were certain benchmarks that
```

1   were placed.  If I met those benchmarks, then the
2   discussion could continue regarding scholarship.  And
3   then I had the same conversation with him the following
4   year, and then the same conversation with him the
5   following year after that.
6          Other conversations that weren't specific to my
7   scholarship would have been regarding when the team was
8   cut when we weren't sure if international students on my
9   team would be able to pay their rent because we were
10  unsure about their scholarships.
11     Q   Do you know what factors coaches on any other
12  team considered in awarding athletic financial aid?
13         MR. HAMMACK:  Object to form.
14         THE WITNESS:  I'm not on those teams, so not to
15  the best of my knowledge.
16  BY MS. GIROUX:
17     Q   Is it possible, in your mind, that they might
18  consider factors other than merit or contribution to
19  team success?
20         MR. HAMMACK:  Object to form.  Calls for
21  speculation.
22         THE WITNESS:  I'm not on those teams, but I
23  think the general consensus for scholarship awarding is
24  merit and overall contribution and team success, unless
25  you're not on a team sport, then it would be just

```
 1   overall speed and athletic performance.
 2   BY MS. GIROUX:
 3       Q   Do you know if the rowing assistant coaches had
 4   any input into athletic financial aid awards?
 5       A   I would not have been privy to those
 6   conversations if they were.  So, to the best of my
 7   knowledge, no.
 8       Q   Do you know whether coaches at SDSU were given
 9   any instructions or directions about awarding athletic
10   financial aid?
11           MR. HAMMACK:  Object to form.
12           THE WITNESS:  I know that they are given
13   monetary caps.
14   BY MS. GIROUX:
15       Q   How do you know that they are given monetary
16   caps?
17       A   Because my coach said so.
18       Q   What specifically did he tell you about
19   monetary caps?
20       A   That he was limited in what he would give out
21   and that he would award more scholarship if he could,
22   but that he was limited in what he could distribute to a
23   large team such as ours.
24       Q   Did he tell you who created that limitation?
25       A   That SDSU awards disproportional pools of
```

Madison Fisk
June 07, 2024

1   and it has emotional consequences.
2       Q    What about psychologically harmed, do you
3   believe that you've been psychologically harmed by
4   SDSU's allocation of athletic financial aid?
5            MR. HAMMACK:  Object to form.
6            You can answer.
7            THE WITNESS:  Yes.  I believe their actions are
8   emotionally and psychologically harming.
9   BY MS. GIROUX:
10      Q    Have you spoken with anyone other than your
11  attorneys about your feelings of emotional and
12  psychological harm?
13      A    Sorry.  Other than the attorneys?
14      Q    Yes.
15      A    Anyone in general?
16      Q    Yes.
17      A    Yes.
18      Q    Who did you speak to?
19      A    Family, friends, roommates.
20      Q    Any counselors or therapists?
21      A    No.  I met with a counselor through LMU, not
22  specific to this lawsuit, just specific to, like, any
23  and all personal issues.  This may have come up, but I
24  did not seek counseling specific to this lawsuit.
25      Q    Are you aware that the complaint in this case

```
 1   asks the Court to certify a class of all current and

 2   former female students who participated in

 3   intercollegiate varsity athletics at SDSU and did not

 4   receive all the athletic financial aid they could have

 5   received?

 6       A    I am aware.

 7       Q    What is your understanding of what it means for

 8   someone to not receive all of the athletic financial aid

 9   they could have received?

10            MR. HAMMACK:  Object to form and to the extent

11   it calls for attorney-client communications.

12            Otherwise, you can answer.

13            THE WITNESS:  I believe it means that all

14   female student-athletes didn't have the equal footing to

15   their male counterparts for financial aid.

16   BY MS. GIROUX:

17       Q    How would you determine the amount of athletic

18   financial aid that someone could have received?

19            MR. HAMMACK:  Object to form.

20            You can answer if you know.

21            THE WITNESS:  I believe there are a few --

22   actually, no.  I'm not a lawyer.  I don't have the

23   numbers off the top of my head.  I would not be the

24   person making the calculation, but there is some

25   information in the lawsuit about the disparity in
```

1   awarding of financial aid.

2   BY MS. GIROUX:

3       Q   Is it fair to say that, in your mind, the

4   amount of financial aid that someone could have received

5   would include fall and spring tuition as well as summer

6   tuition and potentially a stipend?

7           MR. HAMMACK:  Object to form.

8           You can answer.

9           THE WITNESS:  I think I'm confused with the

10  phrasing.  Would you mind actually just rephrasing that?

11  BY MS. GIROUX:

12      Q   Sure.

13          So let me -- let me actually put this it up on

14  the screen so we can look at it.  Okay.

15          And I will mark this as Exhibit 1.  This is the

16  third amended complaint in this case, and this is

17  page 92.

18          (Exhibit 1 identified)

19  BY MS. GIROUX:

20      Q   And do you see it says here, it's paragraph A,

21  certify this case as a class action for the following in

22  regard to their claim for equal athletic financial aid,

23  and it says a class for damages and declaratory relief

24  of under Rule 23(b)(3) of all current and former female

25  students who participated in intercollegiate varsity

1  athletics at SDSU from the 2018 academic year to the
2  present and did not receive all of the athletic
3  financial aid they could have received?
4      MR. HAMMACK:  Object to form.  And I'll just
5  state it says 2018-2019.
6      THE WITNESS:  I do see that.
7  BY MS. GIROUX:
8      Q    Okay.  And so that -- that phrase, "the
9  athletic financial aid they could have received," I'm
10 trying to understand, in your mind, what that amount
11 would include?
12     A    Oh, as we sit here today, I can't give you a
13 specific dollar amount.
14     Q    Maybe more generally -- let me start that
15 question over.
16     Would it include certain categories of money
17 like fall tuition, spring tuition?
18     A    As we sit here today, I just can't give you
19 those specifics.  I'm just not the professional that
20 would come up with all those categories or the monetary
21 value or the specific dollar amount.  I just know that
22 female student-athletes haven't been able to compete on
23 equal footing with their male counterparts for the same
24 amount of athletic financial aid.
25     Q    Other than the information that's in the

Madison Fisk
June 07, 2024

1   complaint in this lawsuit and the information that we've
2   talked about today, and not including information you've
3   talked about with your attorneys, do you have any other
4   personal knowledge or information, as we sit here today,
5   that supports that SDSU does not provide male and female
6   student-athletes with equal opportunities to compete for
7   or receive athletic financial aid?
8       A    As we sit here today, I don't have any
9   additional personal insight other than what's been
10  alleged in the lawsuit and what's been discussed with my
11  attorneys.
12      Q    Then I want to show you this other document
13  that hopefully you can see on your screen.  It was
14  produced to us and marked as Plaintiffs 43.
15           Do you recognize this document?
16      A    No.
17      Q    Okay.  Then I will not ask you about it.
18           MS. GIROUX:  All right.  This is probably a
19  good time for maybe a five-minute break.
20           MR. HAMMACK:  That sounds fine.
21           Erika, just a quick question.  That last
22  document you showed, is that one going to be an exhibit
23  or no?
24           MS. GIROUX:  No.
25           MR. HAMMACK:  Was the first one the complaint?

Madison Fisk
June 07, 2024

```
 1              MS. GIROUX:  Yes.
 2              MR. HAMMACK:  Okay.  Appreciate it.  Thank you.
 3              (Recess taken)
 4    BY MS. GIROUX:
 5         Q    How do you believe that SDSU retaliated against
 6    you?
 7         A    Though I wasn't on the Zoom meeting with the
 8    track athletes where I feel -- sorry, not that I feel --
 9    where the coach specifically said that they were
10    disappointed in them, all these things, kind of
11    insinuated that their position on the team might be at
12    risk.  Though I wasn't on that Zoom, that Zoom deterred
13    a lot of other female student-athletes from joining the
14    lawsuit, and that's a lot of different, like, accounts
15    and perspectives, kind of like evidence and
16    documentation that we missed out on because these other
17    female student-athletes were dissuaded because of SDSU's
18    retaliation.
19         Q    Okay.  So I want to break that down a little
20    bit.
21              How did you learn about that track and field
22    meeting?
23         A    I believe through word of mouth.  I think,
24    like, everyone was talking about it when it happened.
25         Q    Do you remember if somebody specific on the
```

1  deposition is taken, and further that I am not a
2  relative or employee of any attorney or counsel employed
3  by the parties hereto, or financially interested in the
4  action.
5           CERTIFIED TO BY ME on this 18th day of June
6  2024.
7
8  _____
   DEBORAH L. HESKETT
9  CSR No. 11797