```
             UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF CALIFORNIA


MADISON FISK, RAQUEL CASTRO, GRETA
VISS, CLARE BOTTERILL, MAYA BROSCH,
HELEN BAUER, CARINA CLARK, NATALIE
FIGUEROA, ERICA GROTEGEER, KAITLIN
HERI, OLIVIA PETRINE, AISHA WATT,
KAMRYN WHITWORTH, SARA ABSTEN,
ELEANOR DAVIES, ALEXA DIETZ, and
LARISA SULCS, individually and on
behalf of all those similarly
situated,

                Plaintiffs,

        vs.                              CASE NO.
                                         3:22-CV-00173-TWR-MSB
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, and SAN DIEGO
STATE UNIVERSITY

                Defendants.
_____



              DEPOSITION OF KAITLIN HERI

            CONFIDENTIAL PORTION EXCERPTED

                  APPEARING REMOTELY

                    May 31, 2024

                     9:03 a.m.

REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA
```

| | | |
|---|---|---|
| 1 | A | Yes, I do have duties. |
| 2 | Q | And what is your understanding of what those |
| 3 | duties are? | |
| 4 | A | So my duties are that I need to be willing and |
| 5 | available to cooperate fully with my lawyers.  I need to | |
| 6 | have a little bit of legal understanding of what's going | |
| 7 | on in our lawsuit.  I need to be representing all of our | |
| 8 | class as a whole and not myself interest at all. | |
| 9 | Q | Do you know which other plaintiffs in this |
| 10 | lawsuit are intending to be class representatives? | |
| 11 | A | Yes, I do. |
| 12 | Q | And who are they? |
| 13 | A | So one of them is going to be Carina Clark, |
| 14 | another one is going to be Aisha Watt, and honestly I'm | |
| 15 | not exactly sure who the other ones are. | |
| 16 | Q | What do you know about the process of how SDSU |
| 17 | awards athletic financial aid? | |
| 18 | A | To my understanding, I don't exactly know who |
| 19 | makes those decisions.  I know from my team, my head | |
| 20 | coach had a little bit of input on who got those | |
| 21 | scholarships, but I know she is not the only one who | |
| 22 | makes those decisions. | |
| 23 | Q | And it sounds like you're not sure who those |
| 24 | other people are who would have input into that | |
| 25 | decision? | |

Kaitlin Heri
May 31, 2024

 1      A    That's correct.
 2      Q    Do you know what factors your coach would
 3  consider in awarding scholarships?
 4      A    As far as I know, it could be things due to
 5  your athletic ability, how well you compete in
 6  competitions and conference, due to your financial need.
 7  There are many other factors, but I do not know those.
 8      Q    Do you know what factors might be considered by
 9  any other decision-makers in the process?
10      A    I can't say.
11      Q    Do you know how coaches of any other team
12  besides track and field would award -- let me rephrase
13  that slightly.
14           Do you know what other factors coaches for
15  other teams besides track and field would consider in
16  awarding scholarships?
17      A    I don't know that information.  I just know
18  what my head coach has told me.
19      Q    And from what you've described to me about
20  considering athletic performance and a couple of other
21  factors, is there anything else that your coach has told
22  you about the process of awarding scholarships?
23      A    There's nothing else that I personally know.
24      Q    Do you know generally how much discretion
25  coaches at SDSU are given to award scholarships?

1   A   I don't know the difference in discretion
2   between female and male athletes.  I do not make those
3   decisions.
4   Q   Do you know whether the coaches at SDSU are
5   given any instructions or directions on awarding
6   athletic financial aid?
7   A   I wouldn't have the answer for that as I don't
8   make those decisions.
9   Q   Let me ask it this way:  If they -- if coaches
10  are given instructions or directions about awarding
11  athletic financial aid, that's not information that your
12  coach has passed along to you; is that fair?
13  A   Yes, that would be correct.
14  Q   Do you know how in-state versus out-of-state
15  tuition amounts would affect the athletic financial aid
16  awarded at SDSU?
17  A   Would you mind repeating that in a little bit
18  of a different way, please?
19  Q   Sure.
20      Do you have an understanding of how the
21  difference between in-state tuition versus out-of-state
22  tuition would affect athletic financial aid awards at
23  SDSU?
24  A   I can't give you any specific numbers or
25  anything like that, but I know that out-of-state tuition

```
 1   is higher than in-state tuition.
 2       Q    So, in your mind, is it possible that the
 3   difference between -- in amounts between in-state and
 4   out-of-state tuition could affect athletic financial
 5   aid, but you're not sure how?
 6            MS. BULLOCK:  Objection.  Speculation.
 7            You can answer if you know, Kaitlin.
 8            THE WITNESS:  I -- I wouldn't say that I agree
 9   with that because I don't know the information fully.
10   BY MS. GIROUX:
11       Q    Are you aware that the NCAA has regulations
12   about how athletic financial aid is awarded to
13   student-athletes?
14       A    Yes, I'm aware.
15       Q    What is -- what knowledge do you have of the
16   NCAA regulations about athletic financial aid?
17       A    I know that they have a specific amount that
18   they are allowed to allot to female and male athletes,
19   but I don't know any specific percentages or numbers.
20       Q    And how do you know that information?
21       A    Just a little bit through this lawsuit.
22       Q    Do you recall ever reviewing the NCAA rules or
23   regulations on athletic financial aid?
24       A    No, I have not.
25       Q    Do you have an awareness of whether NCAA
```

1    to -- how have you been psychologically harmed?
2    A    I have been psychologically harmed because I
3    have been treated as a second-class citizen at SDSU
4    athletics.  I have been discriminated against
5    specifically because of my sex, and I have been degraded
6    specifically because of my sex.
7    Q    Did you ever talk to any counselors or
8    therapists about that?
9    A    No.  I have never spoken to a counselor or
10   therapist in general.
11   Q    Is there any other way that we haven't talked
12   about that you believe you've been harmed by SDSU's
13   allocation of athletic financial aid?
14   A    Not off the top of my head.
15   Q    Are you aware that in your complaint, the
16   proposed class in this case includes all current and
17   former female student-athletes who participated in
18   intercollegiate varsity athletics at SDSU and did not
19   receive all of the athletic financial aid they could
20   have received?
21        MS. BULLOCK:  Objection to the extent it calls
22   for a legal conclusion.
23        You can answer.
24        THE WITNESS:  Yes, I'm aware.
25   ///

```
 1   BY MS. GIROUX:
 2      Q    And what is your understanding of what it means
 3   for someone to not receive all of the athletic financial
 4   aid they could have received?
 5           MS. BULLOCK:  Same objection.
 6           THE WITNESS:  Would you rephrase that in a
 7   different way, please?
 8   BY MS. GIROUX:
 9      Q    Sure.
10           I'm trying to understand specifically how one
11   would go about determining how much athletic financial
12   aid someone could have received.
13           MS. BULLOCK:  Objection.  Legal conclusion.
14           You can answer.
15           THE WITNESS:  So I don't think any of us know
16   an exact amount that we could have received because, as
17   athletes, we don't make those decision.
18   BY MS. GIROUX:
19      Q    Would it be the full tuition plus room and
20   board?
21           MS. BULLOCK:  Erika, you cut out there in the
22   middle of your question.
23   BY MS. GIROUX:
24      Q    Would it be -- sure.
25           Would it be tuition plus room and board?
```

```
 1      A    I can't say exactly what it would be.
 2      Q    Do you know approximately how many people would
 3   be in that class?
 4      A    I --
 5           MS. BULLOCK:  Objection.  Sorry.  Objection.
 6   Legal conclusion.
 7           You can answer.
 8           THE WITNESS:  I can't say exactly how many
 9   people it would be.
10   BY MS. GIROUX:
11      Q    Okay.  Let me put a document up on the screen.
12   It might take me a second, so I apologize.
13           MS. BULLOCK:  Erika, while you're doing that,
14   Defendants intend to provide to Plaintiffs electronic
15   copies of the exhibits that you are using in these
16   depositions? 'cause we haven't received anything for the
17   last two depositions yet.
18           MS. GIROUX:  Yes.  We can do that.  We'll send
19   those --
20           MS. BULLOCK:  Okay.
21           MS. GIROUX:  -- the ones from this week over
22   today.
23           MS. BULLOCK:  Okay.  We'll talk offline, but
24   that sounds good.  Thank you.
25           MS. GIROUX:  I am putting up on the screen a
```

1  deposition is taken, and further that I am not a

2  relative or employee of any attorney or counsel employed

3  by the parties hereto, or financially interested in the

4  action.

5            CERTIFIED TO BY ME on this 10th day of June

6  2024.

7

8  _____
   DEBORAH L. HESKETT
9  CSR No. 11797