UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO,
GRETA VISS, CLARE BOTTERILL,
MAYA BROSCH, HELEN BAUER,
CARINA CLARK, NATALIE
FIGUEROA, ERICA GROTEGEER,         Case No.
KAITLIN HERI, OLIVIA PETRINE,      3:22-cv-00173-TWR-
AISHA WATT, KAMRYN WHITWORTH,      MSB
SARA ABSTEN, ELEANOR DAVIES,
ALEXA DIETZ, and LARISA
SULCS, individually and on
behalf of all those similarly
situated,

    Plaintiffs,

        vs.

BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY,
and SAN DIEGO STATE
UNIVERSITY,

    Defendants.
_____

DEPOSITION OF OLIVIA PETRINE

CONDUCTED VIRTUALLY

December 6, 2024

Reported by:

Mary T. Rouse

CSR No. 12765

Appearing remotely from

San Diego County, California

Job No.: 6750578

Olivia Petrine
December 06, 2024

1  reward just for being a plaintiff in this lawsuit?
2      A.  No.
3      Q.  How do you know about the process of how SDSU
4  awards athletic financial aid?
5      A.  I don't know how this process works.
6      Q.  Do you know who makes decisions about awards
7  to any individual athlete?
8      A.  I do not.  I do not know how the decision is
9  initially made.  I know that women are not able to
10 compete on the same footing as men.  I do have an
11 understanding of that.  I don't know how, from upper
12 levels, it gets -- my coach can get a pool of money
13 to distribute.  I don't know how that process works.
14     Q.  Okay.  So in understanding your question --
15 or trying to understand it, are you saying that you
16 understand your coach to have some level of
17 decision-making authority on who gets individual
18 athletic awards?
19     A.  I understand that my coach has some decision
20 level of how those individual awards are made, yes,
21 but I -- but I do not know one step above that of how
22 my coach gets allocated those funds to distribute.
23     Q.  Okay.  Do you know what factors are
24 considered in providing an individual athlete a
25 financial scholarship or award?

Olivia Petrine
December 06, 2024

1   A.  I do not know for everyone.  I know that in
2   my position I was awarded a book scholarship which
3   totaled about $400 per semester, which was about $800
4   per year.  My coach did say that if he had the
5   opportunity to give me more money, he would, but
6   there was not enough money to give.
7           MS. BULLOCK:  Ashley?
8           MS. HIGGINSON:  Yeah.
9           MS. BULLOCK:  My Internet came back up, so if
10  we could go off the record for one second.  I'm going
11  to try to join from my computer.
12          MS. HIGGINSON:  Yep.
13                  (Off the record.)
14          MS. HIGGINSON:  Back on the record.
15  BY MS. HIGGINSON:
16    Q.  Do you believe athletic ability is a factor
17  that your coach considered in the awards that are
18  provided?
19          MS. BULLOCK:  Object to form.
20          THE WITNESS:  I was only on the team for the
21  2020 to 2021 season, so I do not have a full and
22  complete understanding of how some of these decisions
23  were made.  I do know that my coach tried to
24  accommodate to international students and tried to
25  give them a little bit more money and divide it up

1  that way.  But, again, I just did not have the
2  opportunity to compete for additional funds.  I did
3  receive a book scholarship which was equivalent to
4  $400 per semester, about $800 total.  But if the
5  books did not total $800, then money went away.  So
6  some semesters I only had one book, so the rest of
7  that $800 went away.  It was not deposited in my bank
8  account or anything like that.
9  BY MS. HIGGINSON:
10      Q.  Okay.  You indicated that your coach told you
11  if they had more money they would have provided it to
12  you --
13      A.  Correct.
14      Q.  -- is that correct?
15          When did you have that conversation?
16      A.  This conversation happened when I was in high
17  school looking at colleges, right around the time
18  that I went on my official visit to San Diego State.
19  After that point an official offer letter was made,
20  and the discussion on that was to the effect of:  "I
21  understand that you might not be happy with just this
22  book scholarship, but this is all I can offer you
23  right now, and if I could offer you more, I would."
24      Q.  Did your coach provide any understanding of
25  why that was all that they could offer?

1  Q. Just aid.

2  A. Just -- again, to just restate, I believe
3  that I've been harmed in not being able to compete
4  for equal scholarship the same way that male student
5  athletes have been.

6  Q. When you indicate in your complaint that the
7  class you're seeking to represent includes current
8  and former female students who participated in
9  intercollegiate varsity athletics at SDSU and did not
10 receive all the athletic financial aid they could
11 have received, how do you determine the amount of AFA
12 someone could have received? And AFA, meaning
13 athletic financial aid. How do you determine what
14 someone could have received?

15       MS. BULLOCK: Object to form.

16       THE WITNESS: So at this time you can't
17 determine a dollar amount of what each female student
18 athlete should have or could receive. It's -- it's
19 the fact that they cannot compete for it and the
20 disproportional pools of aid.

21 BY MS. HIGGINSON:

22 Q. In this lawsuit are you alleging you've been
23 retaliated against?

24 A. Yes.

25 Q. How have you been retaliated against?

```
 1              REPORTER'S CERTIFICATION
 2
 3         I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby
 5   certify:
 6         That the foregoing proceedings were taken
 7   before me at the time and place herein set forth;
 8   that any witnesses in the foregoing proceedings,
 9   prior to testifying, were duly sworn; that a record
10   of the proceedings was made by me using machine
11   shorthand, which was thereafter transcribed under my
12   direction; that the foregoing transcript is a true
13   record of the testimony given.
14         I further certify I am neither financially
15   interested in the action, nor a relative or employee
16   of any attorney or party to this action.
17         Before completion of the deposition, review
18   of the transcript [ ] was [ ] was not requested.
19         IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21                    /s/ Mary Rouse
22   Dated:_____
23   _____
24         Mary Rouse
25         CSR No. 12765
```