```
              UNITED STATES DISTRICT COURT

             SOUTHERN DISTRICT OF CALIFORNIA


MADISON FISK, RAQUEL CASTRO, GRETA
VISS, CLARE BOTTERILL, MAYA BROSCH,
HELEN BAUER, CARINA CLARK, NATALIE
FIGUEROA, ERICA GROTEGEER, KAITLIN
HERI, OLIVIA PETRINE, AISHA WATT,
KAMRYN WHITWORTH, SARA ABSTEN,
ELEANOR DAVIES, ALEXA DIETZ, and
LARISA SULCS, individually and on
behalf of all those similarly
situated,

          Plaintiffs,

     vs.                              CASE NO.
                                      3:22-CV-00173-TWR-MSB
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, and SAN DIEGO
STATE UNIVERSITY

          Defendants.
_____



            DEPOSITION OF KAMRYN WHITWORTH

            CONFIDENTIAL PORTION EXCERPTED

                  APPEARING REMOTELY

                   June 12, 2024

                     1:01 p.m.



REPORTED STENOGRAPHICALLY BY:

Deborah L. Heskett

CSR No. 11797

APPEARING FROM SAN BERNARDINO COUNTY, CALIFORNIA
```

Kamryn Whitworth
June 12, 2024

1    A    Yes, I do.

2    Q    And what is your understanding of what those

3    duties are?

4    A    Sorry about that.

5         So you have to be an active participant in the

6    lawsuit, so I'm often chatting and communicating with my

7    lawyers as often as needed.  I'm attending hearings.

8    I'm reviewing documents before they are submitted.  And

9    another is I have to have an understanding of the class

10   action and the lawsuit as a whole.  And, lastly, I have

11   to put the entire class above my own personal interests,

12   so class above self.

13   Q    Do you know which of the other plaintiffs in

14   this case are intending to be class representatives?

15   A    Yes, I do.  It would be Maddie Fisk, Natalie

16   Figueroa, Olivia Petrine, Carina Clark, Kaitlin Heri and

17   myself.

18   Q    Thank you.

19        What do you know about the process of how SDSU

20   awards athletic financial aid?

21   A    From my knowledge, the school gives each head

22   coach or team a certain amount that they are allowed to

23   then decide themselves, the head coaches, how those are

24   allotted.

25   Q    How do you know that information?

```
 1      A    I know that information based on the
 2   transparency from my head coach, Bill Zack, who was
 3   fully transparent with the team about how scholarships
 4   work, how he grants them, and he would let us know the
 5   budget is decided by the university itself, not by
 6   himself personally.
 7      Q    Do you know how SDSU determines what amount of
 8   athletic financial aid to make available to a particular
 9   team?
10      A    I do not.
11      Q    Did your head coach give you any other
12   information that you can recall about how the amount of
13   financial aid available to the team was determined?
14      A    No.
15      Q    And you said that -- it sounded, from what you
16   told me, like you had multiple conversations with Bill
17   Zack about athletic financial aid?
18      A    Yes.  He frequently spoke to the entire team on
19   the topic as well as in personal meetings.
20      Q    When you say "frequently," can you ballpark for
21   me about how often that meant?
22      A    Well, the man can talk, so probably I'd say at
23   least a few times a month.
24      Q    Did Bill Zack tell you what factors he
25   considered in awarding athletic financial aid to
```

1    particular student-athletes on the team?
2        A    Yes.  He would include not only your athletic
3    performance and how you were performing individually,
4    but he would also include how you -- the boat as well as
5    if you were a good teammate and respectful.  So it was
6    not only your athletic capabilities, but it was also
7    your overall attitude and how you represented the team
8    as an individual outside of rowing as well.
9        Q    Do you know what factors coaches of any other
10   team at SDSU would consider in awarding athletic
11   financial aid to student-athletes?
12       A    I do not.
13       Q    Do you know if there's a formula that SDSU
14   would use in determining how to allocate athletic
15   financial aid among different teams?
16            MS. BULLOCK:  Objection.  Asked and answered.
17            You can answer.
18            THE WITNESS:  Oh, sorry, no, I do not.
19   BY MS. GIROUX:
20       Q    Is it possible, in your mind, that other head
21   coaches might have considered other factors or
22   additional factors to what your head coach considered?
23            MS. BULLOCK:  Objection.
24            THE WITNESS:  Maybe.
25            MS. BULLOCK:  Speculation.

Kamryn Whitworth
June 12, 2024

1       THE WITNESS:  Maybe.  I didn't communicate with
2  anyone or any coaches on the subject.
3  BY MS. GIROUX:
4       Q    Do you know whether coaches at SDSU are given
5  any instructions or directions on awarding athletic
6  financial aid?
7       A    Yes.  I believe they're to follow NCAA
8  guidelines and rules.
9       Q    What do you know about the NCAA guidelines and
10 rules on athletic financial aid?
11      A    I don't know them specifically because Bill did
12 such a good job memorizing them and letting us know.  So
13 off the top of my head, I can't list them, but at one
14 point I was more familiar with our guidelines.
15      Q    So it sounds like you're not recalling any
16 specific?
17      A    Yeah, I cannot recall.
18      Q    That's okay.
19           Do you -- do you have a general recollection of
20 what those NCAA regulations or guidelines on athletic
21 financial aid would have been?
22      A    I don't know.
23      Q    That's okay.
24           "I don't know," "I don't recall" or estimates
25 are all perfectly acceptable answers.

1      A    Okay.  Yeah, I don't know that one.
2      Q    Do you know if assistant coaches on your team
3  had input into the athletic financial aid awards to
4  particular athletes?
5      A    Yes, I believe so, just because they were
6  actively involved with the team as much as Bill was,
7  sometimes with some student-athletes more than Bill was
8  able to be since we would be out on the water and we all
9  couldn't be together at one time.  So they definitely
10 had input on how we were performing and how we were
11 doing overall if they were with us more often.  And
12 there were times when I was with assistant coaches more
13 than Bill.  So overall, yes, they had input on how
14 financial aid was awarded.
15     Q    Do you know if there are limitations on the
16 number of scholarships that can be awarded to a
17 particular team?
18     A    Yes, I'm aware.
19     Q    In what specifically are you aware of?
20     A    I'm aware that not all teams are -- have the
21 same amount of full-ride scholarships.  And I don't know
22 the rules or why it's that way, but I am aware of it.
23     Q    Do you know if those limitations are set by the
24 NCAA?
25     A    Yes, I do.

Kamryn Whitworth
June 12, 2024

1    A    None -- no others I can list at this time.
2    Q    How did you pay for college other than the
3    amounts you received in athletic financial aid?
4    A    With the support of my parents and also working
5    a summer job between school semesters.
6    Q    Did you receive any scholarships or grants
7    other than athletic financial aid?
8    A    My freshman year of college, I was awarded a
9    $5,000 scholarship from the Christermon Foundation, and
10   it was a scholarship opportunity that I was able to
11   apply for based on my dad's career in the distribution
12   of alcoholic beverages.
13   Q    Are you aware that in this case, the complaint
14   asks the Court to certify a class of all current and
15   former female students who participated in
16   intercollegiate varsity athletics at SDSU and didn't
17   receive all the athletic financial aid they could have
18   received?
19        MS. BULLOCK:  Objection.  Legal conclusion.
20        THE WITNESS:  Can you repeat that one more
21   time, please?
22   BY MS. GIROUX:
23   Q    Sure.  Let me put it up on the screen and we
24   can actually --
25   A    Thank you.  Thank you.

```
 1      Q    Hopefully you can see this, which I'll mark as
 2   Exhibit 1.  This is the third amended complaint that's
 3   been filed in this case just ECF Number 50, and this is
 4   page 92.
 5           (Exhibit 1 identified)
 6           THE WITNESS:  Okay.  Thank you.
 7   BY MS. GIROUX:
 8      Q    Prayer for relief.  Wherefore Plaintiffs pray
 9   that this Court certify this case as a class action for
10   the following in regard to their claim for athletic --
11   equal athletic financial aid, a class for damages and
12   declaratory relief under Rule 23(b)(3) of all current
13   and former female students who participated in
14   intercollegiate varsity athletics at SDSU from the
15   2018-2019 academic year to the present and did not
16   receive all of the athletic financial aid they could
17   have received.
18      A    Yes, I agree.
19      Q    What is your personal understanding of the
20   amount of athletic financial aid that someone could have
21   received?
22           MS. BULLOCK:  Objection.  Legal conclusion.
23           THE WITNESS:  I cannot say specific amount of
24   money.
25   ///
```

Kamryn Whitworth
June 12, 2024

```
 1   BY MS. GIROUX:
 2       Q    Are there -- even if not a specific amount, are
 3   there certain components, like tuition, room and board,
 4   that you would include in that?
 5       A    I believe -- I believe we state this in our
 6   lawsuit and that you can circle back there to all the
 7   things that we've listed that I cannot name from the top
 8   of my head at this time.
 9       Q    Okay.  Then while we are here, let me put up
10   another document.  And this was --
11       A    Okay.
12       Q    -- produced to us in this case as Plaintiffs
13   43.
14            Have you seen this document before?
15       A    I believe I have, but I cannot fully confirm or
16   recall.
17       Q    Do you -- I guess let me ask this:  Did you --
18   did you take this photo?
19       A    No, I did not take this photo.
20       Q    Do you know what this photo is from?
21       A    I cannot say for sure where it's from.  I have
22   a guess.
23       Q    What would be your guess?
24       A    My guess would be at the athletic center in one
25   of the team meetings or a coaches' meeting perhaps.
```

1  deposition is taken, and further that I am not a
2  relative or employee of any attorney or counsel employed
3  by the parties hereto, or financially interested in the
4  action.
5           CERTIFIED TO BY ME on this 24th day of June
6  2024.
7
8  _____
   DEBORAH L. HESKETT
9  CSR No. 11797