1  David S. Casey, Jr., SBN 60768
   *dcasey@cglaw.com*
2  Gayle M. Blatt, SBN 122048
   *gmb@cglaw.com*
3  **CASEY GERRY SCHENK FRANCAVILLA**
   **BLATT & PENFIELD, LLP**
4  110 Laurel Street
5  San Diego, CA 92101
   Telephone: (619) 238-1811
6

Arthur H. Bryant, SBN 208365
*abryant@baileyglasser.com*
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000

*Attorneys for Plaintiffs and the proposed classes*

[Additional counsel below]

7
8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

9

10  MADISON FISK, RAQUEL CASTRO,
11  GRETA CASTRILLON, CLARE
    BOTTERILL, MAYA BROSCH,
12  HELEN BAUER, CARINA CLARK,
    NATALIE FIGUEROA, ERICA
13  GROTEGEER, KAITLIN HERI,
    OLIVIA PETRINE, AISHA WATT,
14  KAMRYN WHITWORTH, SARA
15  ABSTEN, ELEANOR DAVIES,
    ALEXA DIETZ, and LARISA SULCS,
16  individually and on behalf of all those
17  similarly situated,

18              Plaintiffs,

19                  v.

20

21  BOARD OF TRUSTEES OF THE
22  CALIFORNIA STATE UNIVERSITY,
    and SAN DIEGO STATE
23  UNIVERSITY
24              Defendants.

Case No. 3:22-cv-00173-TWR-MSB

**PLAINTIFF CARINA CLARK'S SIXTH SUPPLEMENTAL RESPONSES TO SDSU'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Judge: Hon. Todd W. Robinson
Magistrate: Hon. Michael S. Berg

25
26
27
28

Plaintiff Clark's Sixth Supplemental Responses to SDSU's First Set of Int and
Req for Prod of Docs
(3:22-cv-00173-TWR-MSB)

**Interrogatory No. 5:**    The Third Amended Complaint states, "as a result of SDSU's retaliation—additional student-athletes declined to join the case as plaintiffs, they and other student-athletes were deterred from assisting the Plaintiffs in prosecuting the case (e.g., by agreeing to participate as witnesses)." Please identify each "student-athlete" referenced by this statement and describe all facts supporting your belief that the specific "student-athlete" was "deterred from assisting".

**ANSWER:** Plaintiff objects to this request as harassing. SDSU has already retaliated against those, including Plaintiff, who attempted to stand up for their rights under Title IX. And it has repeatedly refused to provide any reassurance to the women it intimidated and scared away that it will not retaliate against them further or that such individuals will not suffer negative consequences for participating or assisting with this case. Should SDSU insist on the production of this material, Plaintiff will move for a protective order.

**6/21/24 SUPPLEMENTAL ANSWER:** Plaintiff identifies Jade. Plaintiff cannot recall Jade's last name. Plaintiff is aware that Jade made statements to multiple female student-athletes regarding being dissuaded from participating in this matter because of Coach Burrell's comments during the February 16, 2022 Zoom meeting.

## <u>VERIFICATION</u>

I certify under penalty of perjury and pursuant to the laws of the State of California that

to the best of my knowledge, my Answers to Interrogatories are true and correct.

06/21/24
Date

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically served the foregoing

document on the below listed:

**MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.**
Scott R. Eldridge
Brian M. Schwartz
Ashley N. Higginson
Erika L. Giroux
One Michigan Ave. Suite 900
Lansing, MI 48933
eldridge@millercanfield.com
schwartzb@millercanfield.com
higginson@millercanfield.com
giroux@millercanfield.com
***ATTORNEYS FOR DEFENDANTS***

*/s/ Jordan R. Miner*

Plaintiff Clark's Sixth Supplemental Responses to SDSU's First Set of
Interrogatories and RFPs
(3:22-cv-00173-TWR-MSB)

1    David S. Casey, Jr., SBN 60768             Arthur H. Bryant, SBN 208365
2    *dcasey@cglaw.com*                          *abryant@baileyglasser.com*
     Gayle M. Blatt, SBN 122048                 **BAILEY & GLASSER, LLP**
3    *gmb@cglaw.com*                             1999 Harrison Street, Suite 660
     **CASEY GERRY SCHENK FRANCAVILLA**          Oakland, CA 94612
4    **BLATT & PENFIELD, LLP**                   Telephone: (510) 272-8000
5    110 Laurel Street
     San Diego, CA 92101                        *Attorneys for Plaintiffs and the*
6    Telephone: (619) 238-1811                  *proposed classes*
7
8                                                [Additional counsel below]
9
                         **UNITED STATES DISTRICT COURT**
10                       **SOUTHERN DISTRICT OF CALIFORNIA**
11
12   MADISON FISK, RAQUEL CASTRO,               Case No. 3:22-cv-00173-TWR-
     GRETA VISS, CLARE BOTTERILL,               MSB
13   MAYA BROSCH, HELEN BAUER,
     CARINA      CLARK,      NATALIE
14   FIGUEROA, ERICA GROTEGEER,                 **PLAINTIFF NATALIE**
     KAITLIN HERI, OLIVIA PETRINE,              **FIGUEROA'S SIXTH**
15   AISHA     WATT,       KAMRYN               **SUPPLEMENTAL RESPONSES**
16   WHITWORTH,      SARA    ABSTEN,            **TO SDSU'S FIRST SET OF**
     ELEANOR DAVIES, ALEXA DIETZ,               **INTERROGATORIES AND**
17   and LARISA SULCS, individually and         **DOCUMENT REQUESTS**
18   on behalf of all those similarly situated,
19              Plaintiffs,
20                                              Judge: Hon. Todd W. Robinson
                                                Magistrate: Hon. Michael S. Berg
21         v.
22   BOARD OF TRUSTEES OF THE
23   CALIFORNIA STATE UNIVERSITY,
     and SAN DIEGO STATE
24   UNIVERSITY
25            Defendants.
26
27
28

**Interrogatory No. 5:**    The Third Amended Complaint states, "as a result of SDSU's retaliation—additional student-athletes declined to join the case as plaintiffs, they and other student-athletes were deterred from assisting the Plaintiffs in prosecuting the case (e.g., by agreeing to participate as witnesses)." Please identify each "student-athlete" referenced by this statement and describe all facts supporting your belief that the specific "student-athlete" was "deterred from assisting".

**ANSWER:** Plaintiff objects to this request as harassing. SDSU has already retaliated against those, including Plaintiff, who attempted to stand up for their rights under Title IX. And it has repeatedly refused to provide any reassurance to the women it intimidated and scared away that it will not retaliate against them further or that such individuals will not suffer negative consequences for participating or assisting with this case. Should SDSU insist on the production of this material, Plaintiff will move for a protective order.

**6/21/24 SUPPLEMENTAL ANSWER:** Plaintiff does not have any information responsive to this Interrogatory.

## <u>VERIFICATION</u>

I certify under penalty of perjury and pursuant to the laws of the State of California that

to the best of my knowledge, my Answers to Interrogatories are true and correct.

6/21/24

Date

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I electronically served the foregoing

document on the below listed:

**MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.**
Scott R. Eldridge
Brian M. Schwartz
Ashley N. Higginson
Erika L. Giroux
One Michigan Ave. Suite 900
Lansing, MI 48933
eldridge@millercanfield.com
schwartzb@millercanfield.com
higginson@millercanfield.com
giroux@millercanfield.com
***ATTORNEYS FOR DEFENDANTS***

*/s/ Jordan R. Miner*

David S. Casey, Jr., SBN 60768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA**
**BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

Arthur H. Bryant, SBN 208365
*abryant@baileyglasser.com*
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000

*Attorneys for Plaintiffs and the proposed classes*

[Additional counsel below]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY

Defendants.

Case No. 3:22-cv-00173-TWR-MSB

**PLAINTIFF MADISON FISK'S SIXTH SUPPLEMENTAL RESPONSES TO SDSU'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Judge: Hon. Todd W. Robinson
Magistrate: Hon. Michael S. Berg

**Interrogatory No. 5:**     The Third Amended Complaint states, "as a result of SDSU's retaliation—additional student-athletes declined to join the case as plaintiffs, they and other student-athletes were deterred from assisting the Plaintiffs in prosecuting the case (e.g., by agreeing to participate as witnesses)." Please identify each "student-athlete" referenced by this statement and describe all facts supporting your belief that the specific "student-athlete" was "deterred from assisting".

**ANSWER:** Plaintiff objects to this request as harassing. SDSU has already retaliated against those, including Plaintiff, who attempted to stand up for their rights under Title IX. And it has repeatedly refused to provide any reassurance to the women it intimidated and scared away that it will not retaliate against them further or that such individuals will not suffer negative consequences for participating or assisting with this case. Should SDSU insist on the production of this material, Plaintiff will move for a protective order.

**6/21/24 SUPPLEMENTAL ANSWER:** In response to this Interrogatory, Plaintiff Fisk identifies an individual named Niccole (last name unknown), who was a member of the women's varsity water polo team.

## __VERIFICATION__

  I certify under penalty of perjury and pursuant to the laws of the State of California that

to the best of my knowledge, my Answers to Interrogatories are true and correct.


<u> June 5, 2024 </u>      <u>               </u>

Date

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on June 21, 2024, I electronically served the foregoing

4

document on the below listed:

5

**MILLER, CANFIELD, PADDOCK**

6

**AND STONE, P.L.C.**

Scott R. Eldridge

7

Brian M. Schwartz

8

Ashley N. Higginson

Erika L. Giroux

9

One Michigan Ave. Suite 900

10

Lansing, MI 48933

eldridge@millercanfield.com

11

schwartzb@millercanfield.com

12

higginson@millercanfield.com

giroux@millercanfield.com

13

***ATTORNEYS FOR DEFENDANTS***

14

*/s/ Jordan R. Miner*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David S. Casey, Jr., SBN 60768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

Arthur H. Bryant, SBN 208365
*abryant@baileyglasser.com*
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000

*Attorneys for Plaintiffs and the
proposed classes*

[Additional counsel below]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY

Defendants.

Case No. 3:22-cv-00173-TWR-MSB

**PLAINTIFF KAITLIN HERI'S FIFTH SUPPLEMENTAL RESPONSES TO SDSU'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Judge: Hon. Todd W. Robinson
Magistrate: Hon. Michael S. Berg

**Interrogatory No. 5:**    The Third Amended Complaint states, "as a result of SDSU's retaliation—additional student-athletes declined to join the case as plaintiffs, they and other student-athletes were deterred from assisting the Plaintiffs in prosecuting the case (e.g., by agreeing to participate as witnesses)." Please identify each "student-athlete" referenced by this statement and describe all facts supporting your belief that the specific "student-athlete" was "deterred from assisting".

**ANSWER:** Plaintiff objects to this request as harassing. SDSU has already retaliated against those, including Plaintiff, who attempted to stand up for their rights under Title IX. And it has repeatedly refused to provide any reassurance to the women it intimidated and scared away that it will not retaliate against them further or that such individuals will not suffer negative consequences for participating or assisting with this case. Should SDSU insist on the production of this material, Plaintiff will move for a protective order.

**6/21/24 SUPPLEMENTAL ANSWER:** In response to this request, Plaintiff identifies Dejanae Thompson, Felicia Crenshaw, Jade Cany, Jalyn Harris, Ruthie Grant-Williams, and Delaney Fields.

## <u>VERIFICATION</u>

I certify under penalty of perjury and pursuant to the laws of the State of California that

to the best of my knowledge, my Answers to Interrogatories are true and correct.

__06/04/2024___
Date

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I electronically served the foregoing

document on the below listed:

**MILLER, CANFIELD, PADDOCK
AND STONE, P.L.C.**
Scott R. Eldridge
Brian M. Schwartz
Ashley N. Higginson
Erika L. Giroux
One Michigan Ave. Suite 900
Lansing, MI 48933
eldridge@millercanfield.com
schwartzb@millercanfield.com
higginson@millercanfield.com
giroux@millercanfield.com
***ATTORNEYS FOR DEFENDANTS***

*/s/ Jordan R. Miner*

David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT &**
**PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
590 Madison Ave., 21st Floor
New York, NY 10022
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY,<br><br>           Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**PLAINTIFF OLIVIA PETRINE'S EIGHTH SUPPLEMENTAL RESPONSES TO SDSU'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS** |

*Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

**Interrogatory No. 5:**    The Third Amended Complaint states, "as a result of SDSU's retaliation—additional student-athletes declined to join the case as plaintiffs, they and other student-athletes were deterred from assisting the Plaintiffs in prosecuting the case (e.g., by agreeing to participate as witnesses)." Please identify each "student-athlete" referenced by this statement and describe all facts supporting your belief that the specific "student-athlete" was "deterred from assisting".

**ANSWER:** Plaintiff objects to this request as harassing. SDSU has already retaliated against those, including Plaintiff, who attempted to stand up for their rights under Title IX. And it has repeatedly refused to provide any reassurance to the women it intimidated and scared away that it will not retaliate against them further or that such individuals will not suffer negative consequences for participating or assisting with this case. Should SDSU insist on the production of this material, Plaintiff will move for a protective order.

**12/5/24 SUPPLEMENTAL ANSWER:** Plaintiff identifies Caroline Wilkins. Ms. Wilkins was an athlete on the water polo team, and a former roommate. Plaintiff and Ms. Wilkins had discussions regarding Ms. Wilkins joining the lawsuit, but after she heard about the Zoom call with the women's track team, she no longer wished to be a part of, or assist in the present litigation.

## <u>VERIFICATION</u>

I certify under penalty of perjury and pursuant to the laws of the State of California that

to the best of my knowledge, my Answers to Interrogatories are true and correct.


10/23/2024
_____
Date

*Olivia Petrine*
_____

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 22525 Pacific Coast Highway, Malibu, CA 90265.

On December 5, 2024 (date of service), I served a copy of the following document(s) on the interested party(ies) and/or person(s) identified on the Service List in the manner set forth below.

## DOCUMENTS SERVED

**PLAINTIFF OLIVIA PETRINE'S EIGHTH SUPPLEMENTAL RESPONSES TO SDSU'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

## METHOD OF SERVICE

☒ **BY EMAIL:** I caused to be transmitted a true and correct copy of the foregoing document(s) via e-mail addressed to the interested party(ies)/person(s) as set forth on the attached Service List pursuant to law, local rules, court order, and/or agreement amongst said party(ies)/person(s) to accept service thereby.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2024                              _/s/ Emily Torromeo_
                                                      Emily Torromeo

# SERVICE LIST

Ashley Higginson
**MILLER, CANFIELD, PADDOCK &
STONE, PLC**
One Michigan Ave., Suite 900
Lansing, MI 48933
Tel: (517) 483-4912
Fax: (517) 374-6304
higginson@millercanfield.com

Brian Schwartz
**MILLER, CANFIELD, PADDOCK &
STONE, PLC**
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
Tel: (313) 496-7551
Fax: (313) 496-7500
schwartzb@millercanfield.com

Erika L. Giroux
**MILLER, CANFIELD, PADDOCK &
STONE, PLC**
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
Tel: (313) 496-7514
giroux@millercanfield.com

Scott R. Eldridge
**MILLER, CANFIELD, PADDOCK &
STONE, PLC**
One Michigan Ave., Suite 900
Lansing, MI 48933
Tel: (517) 483-4918
Fax: (517) 374-6304
eldridge@millercanfield.com

*Attorneys for Defendants*

Sydney G. Rohlicek
**MILLER, CANFIELD, PADDOCK &
STONE, PLC**
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
Tel: (313) 963-6420
rohlicek@millercanfield.com

Jennifer L. Santa Maria
**CA DEPT OF JUSTICE**
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 738—9099
Fax: (619) 645-2581
jennifer.santamaria@doj.ca.gov

1 | David S. Casey, Jr., SBN 60768
2 | *dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
3 | *gmb@cglaw.com*
4 | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
5 | 110 Laurel Street
6 | San Diego, CA 92101
Telephone: (619) 238-1811
7 |
8 |
9 |

Arthur H. Bryant, SBN 208365
*abryant@baileyglasser.com*
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000

*Attorneys for Plaintiffs and the proposed classes*

[Additional counsel below]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,

Plaintiffs,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY

Defendants.

Case No. 3:22-cv-00173-TWR-MSB

**PLAINTIFF KAMRYN WHITWORTH'S SIXTH SUPPLEMENTAL RESPONSES TO SDSU'S FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Judge: Hon. Todd W. Robinson
Magistrate: Hon. Michael S. Berg

**Interrogatory No. 5:**     The Third Amended Complaint states, "as a result of SDSU's retaliation—additional student-athletes declined to join the case as plaintiffs, they and other student-athletes were deterred from assisting the Plaintiffs in prosecuting the case (e.g., by agreeing to participate as witnesses)." Please identify each "student-athlete" referenced by this statement and describe all facts supporting your belief that the specific "student-athlete" was "deterred from assisting".

**ANSWER:** Plaintiff objects to this request as harassing. SDSU has already retaliated against those, including Plaintiff, who attempted to stand up for their rights under Title IX. And it has repeatedly refused to provide any reassurance to the women it intimidated and scared away that it will not retaliate against them further or that such individuals will not suffer negative consequences for participating or assisting with this case. Should SDSU insist on the production of this material, Plaintiff will move for a protective order.

**6/11/24 SUPPLEMENTAL ANSWER:** In response to this request, Plaintiff identifies Marie Shannon Malloy, Grace Reginato, Lauryn Moore, Jalyn Harris, and Kiana Hunter. These individuals expressed relief that they had not joined the lawsuit following SDSU's retaliation and were deterred from assisting the Plaintiffs going forward.

## <u>VERIFICATION</u>

I certify under penalty of perjury and pursuant to the laws of the State of California that

to the best of my knowledge, my Answers to Interrogatories are true and correct.


___06/12/2024___

Date

                    Kamryn Whitworth

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on June 12, 2024, I electronically served the foregoing

4

document on the below listed:

5

**MILLER, CANFIELD, PADDOCK**

6

**AND STONE, P.L.C.**
Scott R. Eldridge

7

Brian M. Schwartz

8

Ashley N. Higginson
Erika L. Giroux

9

One Michigan Ave. Suite 900

10

Lansing, MI 48933
eldridge@millercanfield.com

11

schwartzb@millercanfield.com

12

higginson@millercanfield.com
giroux@millercanfield.com

13

***ATTORNEYS FOR DEFENDANTS***

14

*/s/ Jordan R. Miner*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

34