Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
260 Madison Ave., 8th Floor
New York, NY 10016
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**NOTICE OF CHANGE OF ADDRESS FOR CAREY ALEXANDER** |

# NOTICE OF CHANGE OF ADDRESS

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Carey Alexander of Clarkson Law Firm, P.C., attorney for Plaintiffs, has changed his address as follows:

Old address: 590 Madison Avenue, 21st Floor New York, NY 10022.

New address: 260 Madison Avenue, 8th Floor, New York, NY 10016.

All other contact information remains the same.

Dated: February 4, 2025                    Respectfully Submitted,

_____
Carey Alexander (SBN 5188461)
**CLARKSON LAW FIRM, P.C.**
260 Madison Ave., 8th Floor
New York, NY 10016
Tel: (646) 290-6009
Fax: (213) 788-4070
calexander@clarksonlawfirm.com

*Attorney for Plaintiffs*

Case No. 3:22-cv-00173-TWR-MSB            -1-
NOTICE OF CHANGE OF ADDRESS