# Exhibit 2

 Outlook

## FW: SDSU Title IX Case: Following Up re Motion to Dismiss Plaintiff Maya Brosch and Related Issue [MCPS-ACTIVE.FID2758066]

**From** Arthur H. Bryant <abryant@clarksonlawfirm.com>
**Date** Thu 1/2/2025 2:19 PM
**To** schwartzb@millercanfield.com <schwartzb@millercanfield.com>
**Cc** Carey Alexander <calexander@clarksonlawfirm.com>; Neda Saghafi <nsaghafi@clarksonlawfirm.com>; David Casey Jr. <dcasey@cglaw.com>; gmb@cglaw.com <gmb@cglaw.com>; ambere@haelaw.com <ambere@haelaw.com>; Jenna Rangel <jennar@haelaw.com>; Emily Torromeo <etorromeo@clarksonlawfirm.com>; Higginson, Ashley N. <Higginson@millercanfield.com>; Giroux, Erika L. <Giroux@millercanfield.com>; Eldridge, Scott R. <eldridge@millercanfield.com>; Rohlicek, Sydney G. <Rohlicek@millercanfield.com>; jennifer.santamaria@doj.ca.gov <jennifer.santamaria@doj.ca.gov>; Lori Bullock <lbullock@clarksonlawfirm.com>

📎 1 attachment (32 KB)
Agreement Not to Use Evidence Related to Maya Brosch - AB Edits [12-9-24](43066003.1).docx;

Hi Brian,

In anticipation of our meeting with Carey at 4 pm PT today, I have gone back and looked at our exchanges about this. It seems that the longer they went on, the more complicated they became -- and the farther removed from Ms. Brosch's deposition and testimony. In an attempt to resolve this dispute, I have a suggestion I am hoping will simplify things.

We have no disagreement about pars. 1-4 in the attached. My suggestion is that pars. 5-7 say as follows and we delete par. 8:

5. Plaintiffs and Defendants agree that Ms. Brosch will not testify as a witness affirmatively in this case, but, if SDSU introduces evidence or files something in regard to her personally, she will be able to testify, subject to paragraph 7, below.

6. Except as noted in paragraph 5 above, Plaintiffs agree not to introduce any testimony from Ms. Brosch. In exchange, Defendants agree not to proceed with Ms. Brosch's deposition.

7. If, pursuant to Paragraph 5, Plaintiffs seek to have Ms. Bosch testify, they agree to provide notice to Defendants of their intent to do so and to make Ms. Brosch available for a deposition prior to her testifying.

I hope this is helpful. Looking forward to talking with you at 4 PT.

Thanks,
Arthur

**Arthur Bryant**
Partner

abryant@clarksonlawfirm.com