# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   --------------------x
     MADISON FISK, et al., )
 5                         )
                Plaintiffs,) Case No. 3:22-cv-00173-
 6                         )             TWR-MSB
         v.                )
 7                         )
     BOARD OF TRUSTEES OF  )
 8   THE CALIFORNIA STATE  )
     UNIVERSITY and SAN    )
 9   DIEGO STATE           )
     UNIVERSITY,           )
10                         )
                Defendants.)
11                         )
     --------------------x
12

13

14

15      VIDEOTAPED 30(b)(6) DEPOSITION OF CHARLES LANG

16                  SAN DIEGO, CALIFORNIA

17                TUESDAY, JANUARY 14, 2025

18                       9:05 A.M.

19

20

21

22

23   Job No.: 1395396

24   Pages: 1 - 305

25   Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

```
     1   any of the categories.
     2              You can answer.
     3              THE WITNESS:  I would use the one
     4   dated later.
     5   BY MS. BULLOCK:
     6        Q     Okay.  For Exhibit 3, we're talking
     7   about '22-'23, and you said, you know, that when
     8   I asked how the coaches know how much money that
     9   they are permitted to award -- or sorry,
11:05:13 10   Exhibit 5, how much money the coaches are
    11   permitted to award, you said that it was a --
    12   they are communicated a dollar amount that's
    13   determined by looking at the total number
    14   permitted under the NCAA, and an average of
11:05:32 15   non-resident and resident.
    16              Who actually comes up with that
    17   dollar figure that is the budget for each coach
    18   for athletic financial aid that they are
    19   permitted to award?
11:05:48 20             MR. SCHWARTZ:  Object to form.
    21             THE WITNESS:  Kara and I.
    22   BY MS. BULLOCK:
    23        Q     Okay.  Has that always been the case
    24   since 2018-2019 to present?
11:06:07 25        A     Yes.
```

|  |  |  |
|---|---|---|
|  | 1 | Q    It's always been yourself and Kara |
|  | 2 | that come up with that number? |
|  | 3 | A    Or John Jentz. |
|  | 4 | Q    Okay.  Between 2018-2019 and the |
| 11:06:16 | 5 | present, has the method to determine that number |
|  | 6 | changed at all? |
|  | 7 | A    Yes. |
|  | 8 | Q    How so? |
|  | 9 | A    We have increased the number of |
| 11:06:37 | 10 | non-resident in the women's sports, what their |
|  | 11 | allowance is. |
|  | 12 | Q    Okay.  You can move that off to the |
|  | 13 | side.  We'll use it again eventually.  But we'll |
|  | 14 | go back to paper now. |
| 11:07:06 | 15 |             Okay. |
|  | 16 |             MR. SCHWARTZ:  We're probably done |
|  | 17 | with those spreadsheets, like the ones you just |
|  | 18 | pulled up. |
|  | 19 |             MS. BULLOCK:  The grant-in-aid, yes. |
| 11:07:14 | 20 |             MR. SCHWARTZ:  Yeah, I don't want to |
|  | 21 | have, like, 64 spreadsheets open. |
|  | 22 |             MS. BULLOCK:  No.  Yeah, that's fair. |
|  | 23 | That one, yes.  But spreadsheets in general, no, |
|  | 24 | not even close. |
|  | 25 | BY MS. BULLOCK: |

```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2           The undersigned Certified Shorthand Reporter
 3   does hereby certify:
 4           That the foregoing proceeding was taken before
 5   me at the place and time therein set forth, at
 6   which time the witness was duly sworn; That the
 7   testimony of the witness and all objections made at
 8   the time of the examination were recorded
 9   stenographically by me and were thereafter
10   transcribed, said transcript being a true and
11   correct copy of my shorthand notes thereof; That
12   the dismantling of the original transcript will
13   void the reporter's certificate.
14           In witness thereof, I have subscribed my name
15   this date:  January 17, 2025.
16
17                    _Leslie A. Todd_
18                    LESLIE A. TODD, CSR, RPR
19                    Certificate No. 5129
20
21   (The foregoing certification of
22   this transcript does not apply to any
23   reproduction of the same by any means,
24   unless under the direct control and/or
25   supervision of the certifying reporter.)
```