David S. Casey, Jr. SBN 60768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, AND LARISA SULCS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF GAYLE M. BLATT IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Todd. W. Robinson<br>Courtroom: 14A<br>Date: April 10, 2025<br>Time: 1:30 p.m. |

I, Gayle M. Blatt, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner in the law firm of Casey Gerry Schenk Francavilla Blatt & Penfield LLP ("Casey Gerry"), co-counsel for Plaintiffs in this case. I am licensed to practice in the state and federal trial courts in the state of California, and I am a member in good standing of the California State Bar. This declaration is based on my own personal knowledge and, if called to do so, I could and would competently testify to the matters contained herein.

2. I submit this declaration in further support of Plaintiffs' Motion for Class Certification and in response to Defendants' Response to Plaintiffs' Motion for Class Certification, ECF No. 129.

3. In particular, I address Defendants' assertions as to Casey Gerry's adequacy to represent the class in this matter. With no supporting evidence, San Diego State criticizes Casey Gerry for not communicating with opposing counsel, filing briefs, and for "driving up costs."

4. Casey Gerry became involved in this case many months before it was filed after lead counsel, Mr. Bryant, requested that Casey Gerry serve as local counsel in this matter. In that capacity, Casey Gerry has, throughout this case, assisted with local procedural issues, discovery, strategy, and briefing, always at Mr. Bryant's request. Casey Gerry has never sought to drive up any costs by needlessly duplicating the efforts of Mr. Bryant and his team, who have always taken the lead in communicating with opposing counsel and preparing and filing briefs.

5. On November 22, 2024, Mr. Bryant filed his declaration in support of Plaintiffs' Motion for Class Certification, in which the firm resume of Casey Gerry was attached as Exhibit 7, ECF 115-009. Our firm resume sets forth our firm's extensive class action and complex litigation experience. Of note here, Defendant does not challenge the fact that Casey Gerry's experience in litigating complex class action matters plainly satisfies the Rule 23(g) factors and adequacy requirement.

I declare under penalty of perjury under the laws of the United States of America the foregoing in true and correct. Executed this 14th day of February at San Diego, California.

*/s/ Gayle M. Blatt*
Gayle M. Blatt