1  Amber Eck (SBN 177882)
2  HAEGGQUIST & ECK, LLP
   225 Broadway, Ste 2050
3  San Diego, CA 92101
   Tel: (619) 342-8000
4  ambere@haelaw.com

5  *Attorney for Plaintiffs*

6

7

8

9

10

11                    UNITED STATES DISTRICT COURT

12                  SOUTHERN DISTRICT OF CALIFORNIA

13  | MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated, | Case No.: 3:22-cv-00173-TWR-MSB |
    |---|---|
14  |  | **DECLARATION OF AMBER ECK IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
15  |  |  |
16  |  | Judge: Hon. Todd W. Robinson |
17  | *Plaintiffs,* | Courtroom: 14A |
18  |  | Date: April 10, 2025 |
19  | *v.* | Time: 1:30 pm |
20  | BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, |  |
21  |  |  |
22  | *Defendants.* |  |

23

24

25

26

27

28

I, Amber Eck, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am one of the named partners at Haeggquist & Eck, LLP ("Haeggquist & Eck"). I am licensed to practice in all state and federal trial courts in the state of California, and I am a member in good standing of the California State Bar. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Plaintiffs' Motion for Class Certification and in response to Defendants' Response to Plaintiffs' Motion for Class Certification, ECF No. 129 (the "Opposition").

3.      The purpose of this declaration is to refute Defendants' unfounded and limited attack on my firm's adequacy to represent the class in this matter. With no supporting evidence, Defendants criticized Haeggquist & Eck for not communicating with opposing counsel or for not filing briefs and for "driving up costs."

4.      As defense counsel is aware, our firm was retained by the clients and initiated this action and a related action in 2020 and have been actively involved in these cases for over four years. We have been involved with the clients, discovery, strategy, and briefing. However, we are mindful to avoid incurring unnecessary or duplicative time and expense and have never sought to "drive up costs" by needlessly duplicating the efforts of Mr. Bryant and his team, who have always taken the lead in communicating with opposing counsel and preparing and filing briefs.

5.      Notably, Defendants' attack on Haeggquist & Eck does not dispute that Haeggquist & Eck, which has substantial experience in litigating complex class action matters, plainly satisfies the Rule 23(g) factors and the adequacy requirement. Our extensive class action and litigation experience is set forth in the opening Motion for Class Certification at 17-18, and the Haeggquist & Eck firm resume, ECF No. 115-10, attached to the Declaration of Arthur Bryant, ECF No. 115-2, as Exhibit 8.

HAEGGQUIST & ECK, LLP

1       I declare under penalty of perjury that the foregoing is true and correct to the

2   best of my knowledge.

3

4   Dated: February 18, 2025            Respectfully Submitted,

5

6

7                                 Amber Eck (SBN 177882)

8                                 **HAEGGQUIST & ECK, LLP**

9                                 225 Broadway, Ste 2050

10                                San Diego, CA 92101

11                                Tel: (619) 342-8000

12                                ambere@haelaw.com

13                                *Attorney for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 3:22-cv-00173-TWR-MSB

DECLARATION OF AMBER ECK IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

HAEGGQUIST & ECK, LLP