

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated, | Case No. 3:22-cv-00173-TWR-MSB **DECLARATION OF DAVID B. PARKER** |
| Plaintiffs, | |
| v. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, | |
| Defendants. | |

## DECLARATION OF DAVID B. PARKER

I, David B. Parker, declare as follows:

1.     I am an attorney duly admitted to practice before all the courts of the State of California, the Ninth Circuit Court of Appeals, and various of the District Courts in California and other states.  I am a partner with Parker Shaffie LLP (formerly Parker Mills LLP).  I have personal knowledge of the facts herein and, if called upon to testify to the same, I could and would competently do so.

### Qualifications and Professional Background

2.     I am a trial lawyer with more than 48 years of experience focused in the areas of professional liability, legal ethics, legal fee disputes, business and professional liability insurance, and commercial litigation. I have defended and prosecuted hundreds of legal malpractice cases over the course of nearly five decades, as well as other cases involving disputes over fees. I have also represented attorneys, accountants, and jurists in responding to disciplinary complaints and investigations initiated by the California State Bar, the State Board of Accountancy, the Los Angeles County Superior Court, and the United States District Court for the Central District of California. In 2012, I was among the first group of attorneys in California to be certified by the State Bar as a Specialist in Legal Malpractice Law, though I declined to renew the certification. From 2008 through the present, I have been a member of the American Board of Trial Advocates. I have been a member of the Association of Business Trial Lawyers for 40 years and formerly served on the Board of Trustees.

3.     For the past 25 years, I have been a member of the Los Angeles County Bar Association Committee on Professional Responsibility and Ethics and served as Chair of the committee from 2003 to 2004.

4.    From 2007 through 2017, I served as a member of the Disciplinary Committee for the United States District Court for the Central District of California. I was vice-chair of this committee from 2012 through 2017.

5.    From 2007 through 2010, I served as an appointed member of the State Bar of California's Standing Committee on Professional Responsibility and Conduct.

6.    From 2013 through 2016, I served as an appointed member of the State Bar of California's Standing Committee on Mandatory Fee Arbitration. Since then, I have been a member of the approved panel of arbitrators for Mandatory Fee Arbitrations and continue to participate in such arbitrations.

7.    I have been engaged as an expert witness or consultant both for clients and attorneys in legal malpractice, fee arbitrations, contractual arbitrations, and similar cases in State and Federal Courts, involving standard of care, professional responsibility and ethics, including conflicts of interest and fee disputes, and for insureds in business and professional liability litigation and coverage matters, including bad faith litigation and *Cumis* arbitrations, all together in excess of 200 times. My expert opinion relating to issues of professional responsibility has been admitted in dozens of state and federal courts and arbitration proceedings.

8.    As part of my practice, I provide loss prevention consulting related services, including in-house law firm seminars, relating to standard of care, legal ethics, billing practices, the "defensive" practice of law, and insurance issues. I serve as outside ethics counsel to dozens of law firms and field ethics and fee dispute questions several times a week. I have fielded many calls with attorneys inquiring about the very issues presented here.

9.    A more detailed summary of my professional experience and background, including all publications authored in the previous 10 years and before and all MCLE speaking engagements going back five decades, is set forth in my resume, a copy of which is attached hereto and marked collectively as **Exhibit "A."**

**List of Prior Expert Testimony**

10.    Attached as **Exhibit "B"** is a list of cases in which I have given expert testimony, in trial, arbitration, or deposition, going back more than 5 years. I am being compensated for my time in preparing this declaration at an hourly rate of $700. I will also note that I have no prior business, professional or personal relationship with any of the parties and attorneys in this case and no part of my compensation is contingent on the outcome of this case.

**Materials Reviewed and Considered**

11.    I have been engaged as an expert witness by the Plaintiffs' counsel, Arthur H. Bryant of Clarkson Law Firm, P.C., to opine on ethical issues presented by the circumstances of this case. In preparing this declaration, I have relied on my knowledge and experience and I have discussed the case with Mr. Bryant. Additionally, I have reviewed and/or relied upon the following documents: Defendants' Response to Plaintiffs' Motion for Class Certification [ECF No. 129] and, briefly, various declarations and deposition excerpts that are part of the record herein, as well as the Plaintiffs' former Legal Representation Agreements with Bailey Glasser, LLP, and most recently the operative agreements with the Clarkson Law Firm, P.C. This is in addition to the numerous documents reviewed in connection with my previous declaration in the Fresno State Tite IX case, *Anders v. California State University, Fresno*. Declaration of David Parker, *Anders v. California State University, Fresno*, No. 1:21-cv-00179-KJM-BAM (E.D. Cal. Dec. 10, 2024), ECF No. 169-6.

12.    In addressing the issues below, I have been guided by the existing California Rules of Professional Conduct (operative November 1, 2018), which are binding on all California attorneys, including attorneys practicing in the federal courts of this State.

13.    Alleged Conflicts Based on Restrictions on Plaintiffs' Freedom to Settle: Class action settlements typically involve the consent of the class

representatives[1] and ultimately the approval of the Court. It is well settled that attorneys may not include in their representation agreements penalties for or prohibitions on clients settling cases without consent of their counsel. *Calvert v. Stoner* (1948) 33 Cal.2d 97, 103.

14.    Here, however, there is nothing in either the superseded Bailey Representation Agreements (either the original, but more particularly the revised version) or, more importantly, the <u>operative</u> Clarkson Representation Agreement that is inconsistent with that tenet and there are no impediments to class representatives reaching settlement. Just as the issue of attorneys' fees is separate from a class settlement and the matter of attorneys' fees is addressed only after there is agreement on the substantive terms of settlement, the operative Clarkson Representation Agreement merely provides for separating the two issues in the limited context of efforts by defendants' counsel to settle with plaintiffs conditioned on the plaintiffs waiving the right of class counsel to seek and be awarded compensation (both legal fees and advanced costs).

15.    Before turning back to the Clarkson Representation Agreement, I address a related argument attacking Class Counsel's adequacy of representation in connection with the now superseded Bailey Representation Agreement which, allegedly, "prohibited Plaintiffs from settling the matter without the consent of counsel and not until 'my attorneys … receive payment in accordance with this agreement.'" Response, p. 22:25-28. <u>This statement is false</u>. Paragraph 3 of the Bailey agreement (again, an agreement no longer in force) simply stated: "I will not agree to any settlement that waives or settles my attorneys' ability to recover their costs, expenses or fees without their consent." The actual language in the original Bailey agreement merely sought a pledge by the Plaintiffs not to make an agreement whereby their attorneys' fees are forfeited. There is nothing improper or unethical

---

[1] Of course, it is also possible for Class Counsel to present and recommend a settlement to the Court, despite objections of the Class Representative(s).

about a reasonable provision that protects the right of the attorneys to be compensated if their efforts produce a recovery for the clients. In any event, Class Counsel later agreed to remove that part of paragraph 3 (a fact ignored in the opposition) and, later, in connection with the Clarkson Representation Agreement, Class Counsel further modified that language so that there is no longer a flat prohibition. Rather, as currently formulated, paragraph 4 of the current Clarkson Representation Agreement is framed in terms of plaintiffs' intent, and provides that, if the plaintiffs nonetheless later agree to settle with a waiver provision, they will take responsibility for paying the attorneys a reasonable fee and reimbursing advanced costs.

16. Paragraph 4 of the operative Clarkson Representation Agreement is crystal clear. There is no objection to the first paragraph of that provision, which details how legal fees and reimbursement of costs advanced are to be paid, depending on whether there is a class settlement or not. Rather, the focus is on the second paragraph which provides:

> I also agree to one exception to the paragraph above. I understand that, at some point, the Defendants may be willing to give me some or all of the relief I am seeking (or something else) if I agree to waive my claim to recover some or all of my costs, expenses, or attorneys' fees from the Defendants. I understand that agreeing to do that would impose a significant hardship on my attorneys (and possibly the proposed class) and I do not intend to enter into any such agreement. For that reason, I agree that, if I do enter into any such agreement, I will pay my attorneys' costs, expenses, and attorneys' fees (hour worked times hourly rates) myself.

17. Paragraph 4 of the Clarkson Representation Agreement has nothing to do with the Class Representatives' rights to approve a settlement and certainly does not invest decision-making authority in Class Counsel, to the exclusion of the Class Representatives. It merely restrains a unilateral waiver of costs, expenses, and attorneys' fees by the Class Representatives by providing that the Class Representatives will then be responsible to pay them, possibly from the recovery. Paragraph 4 also provides substantial disclosures to explain why Class Counsel

included the new language in Paragraph 4. In short, there is nothing in the agreement that restricts plaintiffs' ability to make a settlement absent consent of Class Counsel, nor is there any condition to settlement that involves class counsel receiving payment of their fees or reimbursement for costs and expenses advanced. There is no conflict and it is not unethical to bargain for provisions that recognize and protect the right of Class Counsel to seek compensation following settlement. The operative Clarkson Agreement merely requires the Class Representatives to pay Class Counsel's costs, expenses, and attorneys' fees if they make a settlement that abandons or trades them without Class Counsel's consent. Such a provision is not violative of Rule 1.5 governing unconscionable fee arrangements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of February 2025, at Los Angeles, California.

Respectfully Submitted,

David B. Parker

**EXHIBIT "A"**

# David B. Parker

## PARKER SHAFFIE LLP

800 W. 6th Street, Suite 500
Los Angeles, California 90017
TELEPHONE (213) 622-4441
FACSIMILE (213) 622-1444
E-mail: parker@parkershaffiellp.com

## BAR ADMISSION

- California (1976)
- U.S. District Courts, California (1977), Hawaii (1988), Western District, Michigan (2005), Middle District, Florida (2005), District Court, Mariana Islands (Saipan) (2012)
- 9th Circuit Court of Appeals (1977)

## EDUCATION

### University of California at Los Angeles

- B.A., Major in Latin American Studies (1972)
- Departmental Scholar (Latin American Studies)
- Summa cum laude
- Phi Beta Kappa
- Member, Sigma Chi Fraternity

### UCLA School of Law

- J.D. (1976)
- Order of the Coif
- Associate Editor and Note Author, *UCLA Law Review*

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1976 - 1979 | Overton, Lyman & Prince, Associate |
| 1979 - 1995 | Lewis, D'Amato, Brisbois & Bisgaard, Senior Partner |
| 1995 - Present | Parker Shaffie, LLP (formerly *"Parker Mills LLP"*), Founding Partner |

## TRIAL EXPERIENCE

Served as sole, lead, or co-lead counsel on more than two dozen jury trials (and a greater number of nonjury trials), in state and federal courts (as well as various judicial, commercial, and *Cumis* arbitration proceedings and Mandatory Fee Arbitration matters), on behalf of plaintiffs and defendants. Trial proceedings involved a wide range of business and professional liability litigation, derivative litigation and shareholder/partner/member disputes, litigation involving nonprofits and religious entities, malicious prosecution, attorney fee disputes, law firm dissolution and other internal law firm disputes, insurance coverage and bad faith, family law (dissolution, adoption and child custody), labor and employment law, unfair competition, securities, and intellectual property cases.

## APPELLATE EXPERIENCE

Briefed and/or argued more than 50 appeals and writ proceedings, in state and federal appellate courts, including the following *published* decisions:

- *Gibson, Dunn & Crutcher v. Superior Court*, 94 Cal.App.3d 347 (1979)
- *Zeavin v. Lee*, 136 Cal.App.3d 766 (1982)
- *Lumpkin v. Friedman*, 131 Cal.App.3d 450 (1982)
- *Chen v. Flemming*, 147 Cal.App.3d 36 (1983)
- *Botos v. Los Angeles County Bar Association*, 151 Cal.App.3d 1083 (1984)
- *Securities Investor Protection Corp. v. Vigman*, 587 F.Supp. 1358 (C.D. Cal. 1984)
- *Employers Reinsurance Corp. v. Phoenix Ins. Co.*, 186 Cal.App.3d 545 (1986)
- *Sukoff v. Lemkin*, 202 Cal.App.3d 740 (1988)
- *Ceriale v. Taback*, 48 Cal. App. 4th 162Thi9 (1996)

{DBP0952.DOC}

*Resume of David B. Parker*
*March 16, 2024*
*Page 2*

- *Harris v. Rudin*, 74 Cal. App. 4th 299 (1999)
- *Investors Equity Life Holding Co. v. Schmidt*, 195 Cal. App. 4th 1519(2011)
- *Palmer v. Superior Court*, 231 Cal.App.4th 1214 (2014)
- *Investors Equity Life Holding Co. v. Schmidt*, 233 Cal. App. 4th 1363 (January 13, 2015)
- *Bergstein, et al. v. Stroock & Stroock & Lavan, LLP, et al.* 236 Cal. App. 4th 793 (May 1, 2015)

Represented the Beverly Hills Bar Association and the Bay Area Bar Association as *amicus curiae* in *Viner v. Sweet*, 30 Cal.4th 1232 (California Supreme Court 2003) and likewise represented the Association of American Physicians and Surgeons, Inc. in *Mileikowsky v. Tenet HealthSystems*, 128 Cal. App. 4th 531 (2nd District Court of Appeal 2005)

## FORMERLY CERTIFIED SPECIALIST IN LEGAL MALPRACTICE LAW

Among the first attorneys in California to be so certified (2012-2019), however elected not to renew.

## EXPERT WITNESS EXPERIENCE

In more than 200 matters, served as an expert witness or consultant, both for clients and attorneys in legal malpractice, fee arbitrations, contractual arbitrations, and similar cases in state and federal courts, involving standard of care, professional responsibility and ethics, including conflicts of interest, and for insureds in business and professional liability litigation and coverage matters, including bad faith litigation and *Cumis* arbitrations.

## STATE BAR AND JUDICIAL DISCIPLINARY DEFENSE

Represented attorneys and jurists in responding to disciplinary complaints and investigations initiated by the California State Bar, Los Angeles Superior Court, and United States District Court for the Central District.

## ARBITRATOR

Appointed by the State Bar Board of Trustees to serve as an arbitrator in Mandatory Fee Arbitration cases and member of the LACBA Mandatory Fee Arbitration panel of arbitrators. Experience as party appointed arbitrator in disputes involving legal fees, legal malpractice and insurance coverage, both private and administered by American Arbitration Association.

## PROFESSIONAL AND PUBLIC SERVICE ACTIVITIES

### *United States District Court, Central District, California*

- Member, Disciplinary Committee (May, 2007-2017)
- Vice-Chair, Disciplinary Committee (2012- 2017)

### *American Bar Association*

- Member (1977-2017)
- Member, **Section of Corporation, Banking and Business Law** (1977-2017)
- Member, **Section of Torts Insurance Practice** (1977 - 2017)
- Member, **Section of Litigation** (1991 - 2017)

### California State Bar
- Member, Section of Litigation (2001-present)
- Appointed Member of the **Standing Committee on Professional Responsibility and Conduct** (2007-2010)
- Appointed Member of the **Standing Committee on Mandatory Fee Arbitration** (2013-2016)

### *Los Angeles County Bar Association*
- Member (1982- present)
- Member (1999- present), Chair (2003-2004), Vice Chair (2002-2003), Secretary (2001-03) **Professional Responsibility and Ethics Committee**

- Member (1987 -1991); Chair (1988-90), **Attorneys Errors & Omissions Prevention Committee**
- Member, **Professional Liability Insurance Committee** (1987-90)
- Member, **Group Insurance Programs Committee** (1990-1991)
- Participant, **LACBA Mentor Program** (2003-2006)

### *Association of Business Trial Lawyers*

- Member (1986-present)
- Member, **Board of Governors** (1988-90)
- Co-Chair, **Insurance Committee** (1992-1994)

### *ABOTA* **(American Board of Trial Advocates)**

- Member (2008-Present)
- Elevated to Associate status (2017)

### *Association of Professional Responsibility Lawyers*

- Member (2005-Present)

### *Philippine-American Bar Association*

- Lifetime Member (2012-Present)

### *United Scleroderma Foundation*

- Member, Board of Directors (1987 - 1996)
- Member, Advisory Board (1996 - 1998 until merger with the Scleroderma Foundation)
- President (1989 - 1991)
- Vice President (1987 - 1988)

### *The Scleroderma Foundation*

- Founding National Board Member, Board of Directors (January 1998 - February 2009)
- National Board Secretary (August 1999 - February 2009)
- Member and Secretary, Board of Directors of the Southern California Chapter (April 2009 – 2022)
- Member and Secretary, Board of Directors of the Scleroderma Foundation of California (2022-present)

### *Bridges Academy, Inc.*

- Member, Board of Trustees (1998 – June 2009)
- Board Secretary (1998 – June 2009)

### *Santa Lucians International*

- Member, since 2009
- Nonprofit providing medical missions and other humanitarian resources to the people of Santa Lucia, Ilocos Sur, Philippines

## PUBLIC ACKNOWLEDGEMENTS

For more than 35 years held the "AV" rating by Martindale-Hubble (1987-present)

Identified as among the California's "Super Lawyers" (*Los Angeles Magazine* and www.superlawyers.com) *for twenty consecutive years* (2004-2024) (professional liability, plaintiffs and defense and business litigation). Recognized as one of Southern California's "Top 100" attorneys in 2009, 2011-2014, 2016, and 2020.

Also identified as one of the leading legal malpractice experts in "Who You Gonna Call?" in *California Lawyer* (February 2002), "The Lawyers' Lawyers" issue of the Daily Journal's *California Law Business* (November 30, 1998), and in the article "The

*Resume of David B. Parker*
*March 16, 2024*
*Page 4*

Malpractice Practice" by Pearl J. Piatt. Most recently the subject of a June 19, 2019 article in the Daily Journal, by Erin Lee, entitled "Both Sides of the Street."

Identified and profiled by the Los Angeles Daily Journal as one of the Top Professional Responsibility Lawyers (March 6, 2024)

Recipient of the "Spirit of Hope Award", November 4, 2006, by the Southern California Chapter of the Scleroderma Foundation.

Recipient of the "2006 Founder's Award", on July 21, 2007, by the Scleroderma Foundation for twenty years of service for the Foundation and one of its predecessors, the United Scleroderma Foundation.

Recipient of an "Out of the Box" award for 10 years of service as member of the Board of Trustees of Bridges Academy, May 12, 2007.

Recipient of the Janie S. Benner Memorial Spirit Award, October 6, 2018, by Southern California Chapter of the Scleroderma Foundation

## PUBLICATIONS

| | |
|---|---|
| Co-Author | *"Overview of Directors' and Officers' Liability Insurance Policies",* Chapter 10 in *Understanding Fiduciary Duties in Business Entities* (CEB 2020) |
| Co-Author | *Trouble at Home*, Los Angeles Lawyer (June, 2016) |
| Co-Author | *Practicing Law Defensively* (2014) |
| Co-Author | *Malicious Prosecution Handbook (2014)* |
| Co-Author | *Movin' On: Ethical Considerations Relating to Attorney Mobility* Los Angeles County Bar Association Update (September 2021*)* |
| Co-Author | *Are Communications between a Law Firm's Lawyers and In-House Counsel regarding Actual or Potential Conflicts of Interests with a Client Protected by the Attorney-Client Privilege?* Los Angeles County Bar Association Update (October 2014) |
| Co-Author | *Pre-litigation Demand Letters: Assessing The Thin Line between Zealous Advocacy and Extortion,* Los Angeles County Bar Association Update (December, 2012) |
| Co-Author | *When Is It Ethical for Attorneys to Lie?*, Los Angeles County Bar Association Update (June/July, 2011) |
| Co-Author | *Ethical Implications of "Of Counsel" Relationships*, Los Angeles County Bar Association Update (November 2010) |
| Co-Author | *Keepers of the Secrets*, Los Angeles Lawyer (August 2010) |
| Co-Author | *Modifying Fee Agreements, or How I Learned to Stop Worrying and Love California Rule of Professional Conduct 3-300*, Los Angeles County Bar Association Update (May 2009) |
| Co-Author | *Recognizing Interests and Avoiding Conflicts* (2010) |
| Co-Author | *Ethical Issues in Class Actions and Derivative Litigation* (2008) |
| Co-Author | *Ethics: Beware of Opposing Counsel Bearing "Gifts"*, Los Angeles County Bar Association Update (March, 2008) |
| Co-Author | *The Pellican's Mess: Ethical Considerations for Attorneys Who Hired Private Investigators in the Wake of Pellicano* (August 2006) |
| Co-Author | *"Advising and Defending Corporate Directors and Officers",* Chapter 12 in *Directors' and Officers' Liability Insurance (CEB 2005 and later supplements)* |
| Co-Author | *The Unknown Ethical Quagmire Under The New Bankruptcy Law, (Lorman Educational Services December 2005)* |

*Resume of David B. Parker*
*March 16, 2024*
*Page 5*

| | |
|---|---|
| Co-Author | *The Informed Consent Doctrine: What's Good for the Patient is Good for the Client*, Los Angeles County Bar Update (December 2005) |
| Co-Author | *Avoiding Ethical Pitfalls for New Attorneys*, LACBA Survival Guide for New Attorneys (September 2005) |
| Co-Author | *The California Rules of Professional Conduct: The Good, the Bad, and the Utterly Confusing*, Los Angeles County Bar Update (May 2005) |
| Co-Author | *Directors and Officers Liability Insurance: A Handbook for Corporate Executives and Their Counsel* (November 2004) |
| Co-Author | *Legal Ethics and the Limited Liability Company*, Lorman Educational Services, "LLCs: Advising Small Business Start-Ups and Larger Companies in California" (July-August 2005) |
| Co-Author | *Ethics and Entertainment Law in California: The Essentials*, Film & Television Law Conferences, sponsored by CLE International (June 2004, updated June 2005) |
| Co-Author | *After Attorney Error: What is the Duty to Assist the Former Client in Mitigating Consequences?* Los Angeles County Bar Update (November 2003) |
| Co-Author | *Expert Grilling*, Los Angeles Lawyer (November 2001) |
| Co-Author | *The Never-Ending Story: Malicious Prosecution in California* (January 2002) |
| Co-Author | *Baggage Handling: Conflicts in Law Firm Acquisitions and Mergers*, Quality Assurance Review (Summer 2000) |
| Author | *Practicing Defensive Law in the 1990s* (1996-99) |
| Author | *The Practice of Defensive Law by Corporate Securities Lawyers in the 1990s* (1997), 30th Annual Securities Regulation Conference |
| Author | *Law of Causation in Legal Malpractice Cases*, Consumer Attorneys of California, 34th Annual Convention (1995) |
| Co-Author | *The Law of Directors and Officers Insurance* (1993). |
| Co-Author | *Policy Limits Demands* (1993) |
| Co-Author | *Law Firm Liability Under the Federal Securities Laws*, Insights, Vol. 6, No. 3 (1992) |
| Co-Author | *Vicarious Liability of Law Firms for Member Securities Laws Violations as Lawyers and Directors*, 24th Annual Securities Regulation Seminar (1991) |
| Author | *Current Coverage Issues in Directors and Officers Insurance*, P.L.I. (12/10/1990) |
| Author | *Life After Cumis: The Impact of Cumis and Civil Code Section 2860 on Business Litigation*, LACBA Litigation Section Program on "Recent Developments in Business Torts" (1991) |
| Author | *In Defense of the Litigation Privilege*, California Litigation (Winter, 1988) |
| Co-Author | *Confronting the D & O Insurance Crisis: Corporate Manager's Perspective* (1986) |
| Author | *The Role of Liability Insurance in Securities Litigation*, (P.L.I. Securities Litigation: Prosecution and Defense Strategies) (1985) |
| Author | *Directors and Officers Liability Insurance: What You Must Know to Protect Your Client*, (P.L.I., Recent Developments in Securities Litigation) (1984) |
| Co-Author | Note, *Erosion of the Error-in Judgment Rule: Informed Decision-Making and Informed Consent*, Legal Malpractice Committee Newsletter (November, 1981), International Association of Insurance Counsel |
| Co-Author | Note, *Third-Party Indemnity Claims Against Attorneys: The California Rule and Its Evolution*, Legal Malpractice Committee Newsletter (November, 1980), International Association of Insurance Counsel |
| Author | *Attorney Liability Under the Securities Laws After <u>Ernst & Ernst v. Hochfelder</u>*, 10 Loyola Los Angeles L. Rev. 521 (1977) |
| Co-Author | *Advising and Defending Corporate Officers and Directors Under the New General Corporation Law*, |

|              | (CEB, 1977)                                                                                                                                                                     |
|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Co-Author    | *Liability Insurance Coverage Under the Securities Laws*, (USC Law Center 4th Annual Corporate Law and Finance Institute, 1976)                                               |
| Co-Author    | Note, *Beyond the Client:  Attorney Liability to Third Persons*, Legal Malpractice Committee Newsletter (October, 1976), International Association of Insurance Counsel          |
| Author       | Note, *Juveniles in the Criminal Courts:  A Substantive View of the Fitness Decision*, 23 UCLA L. Rev. 988 (1976)                                                              |

# LECTURES AND SEMINARS

**Seminar Speaker, Panelist and Lecturer**:

Has spoken at various public and private seminars and study groups attended by practicing attorneys and members of the business and insurance sectors throughout California and the United States, for or sponsored by such organizations as the American Bar Association, California State Bar (Sections on Litigation, Business Law, and Real Estate, the State Bar Annual Conference and Statewide Ethics Symposium sponsored by the Standing Committee on Professional Responsibility and Conduct), Continuing Education of the Bar, The Rutter Group, Practicing Law Institute, Lorman Education Services, Association of Southern California Defense Counsel, CLE International, Association of Business Trial Lawyers, Association of Professional Responsibility Lawyers, Lawyers Professional Liability Bar Association, Southern California Insurance Defense Counsel, American Academy of Matrimonial Lawyers, George McBurney Business Litigation Inn of Court, Home Insurance Company, Chubb Insurance Company, Los Angeles Country Bar Association ("Nuts and Bolts" program, presentations sponsored by various sections including Litigation, Intellectual Property, Business and Corporations, Real Estate, Labor & Employment, Barristers and for various Committees, including Professional Responsibility and Ethics, Errors and Omissions Prevention), Orange County Bar Association  (Insurance Law Section and Young Lawyers Group), Century City Bar Association (Litigation Section), Beverly Hills Bar Association (Entertainment Law Section), San Fernando Valley Bar Association, Whittier Bar Association, Philippine American Bar Association, Desert Bar Association, Attorneys Insurance Mutual Risk Retention Group, California Society of CPAs (Los Angeles-Long Beach and Orange County Chapters), Young Presidents Organization, Community Institutions Institute, Mid-Cities Independent Insurance Agents Association, Johnson & Higgins, USC Tax Institute, and various private law firms (listed below); and lectured on professional responsibility as visiting speaker at UCLA, Southwestern, USC and Loyola Law Schools and family law study groups in Beverly Hills and Whittier.

**Chronological List of Speaking Engagements:**

| 09/14/81 | Lectured on informed consent and judgmental immunity to the Family Law "Premier" Study Group at the request of S. David Rosenson [members included Bob Brock, Spencer Brandeis, Irwin Buter, Arlene Colman-Schwimmer, Norman Dolin, Manley Fried, Leonard Glusman, Paul Gutman, Godfrey Isaac, Daniel J. Jaffe and Joseph Taback] |
|----------|----------|

03/29/84    Lectured to the Community Associations Institute on Liabilities of Directors, Officers and Volunteers of Community Non-Profit Associations at CAI Research Foundation Symposium on Community Association Directors and Officers Liability Insurance in San Francisco, CA.  Co-panelists: Richard Kennedy (Bennett, Hueston, Kennedy & Mueller from Florham Park, N.J.), Ian Graham (Booth & Simpson) and Doug Kleine (Director of CAI Research Foundation)

04/27/84    Lectured to the Corporate Law Departments Section and Business Litigation Section of the Century City Bar Association on Officers and Directors Insurance: What You Must Know to Protect Your Clients. Co-panelists: David Kalainoff (Prof. Liability Underwriting Manager for Cameron & Colby) and Ian Graham (Booth & Simpson)

10/25/84    Lectured to the Community Associations Institute on D & O Policies from a Broker and Carrier's Viewpoint in Philadelphia, Penn. for Symposium of Community Associations Institute National Conference on Community Associations.  Co-panelists: Ian Graham (Booth & Simpson), Samuel L. Hager (Jacobson, Goldfarb & Scott from Perth Amboy, NJ), Philip S. Downer (Hyatt & Rhoads from Atlanta, GA), Thomas E. Miller (Miller & Gibbs from San Diego, CA) and E. Richard Kennedy (Bennett, Hueston, Kennedy &

Mueller from Florham Park, N.J.)

12/10/84    Seminar panelist in Practicing Law Institute program, Recent Developments in Securities Litigation, lecturing on Directors and Officers, Accountant and Attorney Liability Insurance: What You must Know in Order to Protect Your Clients.  Co-panelists: Bruce Vanyo (Wilson, Sonsini, Goodrich & Rosati), Ed Yodowitz (Skadden, Arps, Slate, Meagher, & Flom), Sherrie Savett (Berger & Montague), Tower Snow (Orrick, Herrington & Sutcliffe), John Grasberger (Milberg, Weiss, Bershad, Specthrie & Lerach)

01/26/85    Seminar panelist on Sweaty Palms: Dealing with the Policy Limits Demand at the 24th Annual Seminar sponsored by Association of Southern California Defense Counsel.  Co-panelists: Ray Cotkin (Cotkin & Collins) and Kelley Beck (Hawkins, Schnabel & Lindahl)

06/14/85    Lectured to Mid-Cities Independent Insurance Agents Association at the request of Curt Jacobson of Gold Insurance Agency on malpractice prevention

10/17/85    Lectured to the Community Associations Institute sponsored National Conference on Community Associations in Denver, Colorado on The Directors and Officers Liability Policy--Coverage Issues--Litigation of Policy Suits with Ian Graham (Booth & Simpson), Richard Kennedy (Bennett, Hueston, Kennedy & Mueller from Florham Park, N.J.), Barbara Wick (Condominium Insurance Specialists of America), Professor Katherine Rosenberry (California Western School of Law, San Diego, CA), Marshall N. Dickler (Marshall N. Dickler, Ltd.)

10/03/85    Seminar panelist in Practicing Law Institute program, Securities Litigation: Prosecution and Defense Strategies, lecturing on the Role of Liability Insurance in Securities Litigation.  Co-Panelists: Co-panelists: Bruce Vanyo (Wilson, Sonsini, Goodrich & Rosati), Ed Yodowitz (Skadden, Arps, Slate, Meagher, & Flom), Sherrie Savett (Berger & Montague), Tower Snow (Orrick, Herrington & Sutcliffe), Kenneth Heitz (Irell & Manella)

04/24/86    Seminar panelist for Intellectual Property and Unfair Competition Sections of the LACBA on Litigation Against Lawyers in the Intellectual Property Field.  Co-panelists: William F. Flahaven and Charles J. Schufreider (Barton, Klugman & Oetting)

05/09/86    Seminar panelist for the Eighth Annual Spring Program of the Business Law Section of the State Bar of California on The Liability Crisis, on the subject of The Impact of the Crisis on Lawyers. Co-panelists: Robert A. Chick (President of Lawyers Mutual Insurance Company) and George V. Genzmer, III, (Murchison & Cumming)

05/21/86    Lectured on Malpractice Crisis: Avoiding Malpractice Claims Against Accountants at seminar sponsored by the Orange County/Long Beach Chapter of the California Society of Certified Public Accountants

09/26/86    Seminar panelist at Symposium, Child Care: A Cost of Doing Business sponsored by City of Irvine, The Irvine Company, the Industrial League of Orange County and the AMI/The Irvine Medical Center, on topic of Liability and Tax Implications of Child Care

10/26/86    Moderator and seminar panelist on Scientific Jury Selection and Persuasion as part of the Thirteen Annual Seminar of the Association of Business Trial Lawyers on The State of the Art Trial: Innovative Use of Experts and Trial Techniques☐ in Maui, Hawaii. Co-panelists: Maxwell Blecher (Blecher & Collins), Max Gillam (Latham & Watkins), Dr. Philip K. Anthony (Litigation Sciences), Edward Bodaken (Bodaken & Associates), and U.S. District Judge Harry Hupp

11/13/86    Lectured on liability and insurance considerations as part of a panel on Staying Private, as part of the 1986 Chief Executive Conference on Capital sponsored by Lewis, D'Amato, Brisbois & Bisgaard.  Co-panelists: David T. Thompson (Deloitte, Haskins & Sells) and Kenneth T. Friedman (President of HLHZ Capital)

11/20/86    Lectured on Directors and Officers Liability Insurance: How to Buy It, Where to Buy It, How to Avoid Losses at Insurance Seminar sponsored by Young Presidents Organization in Los Angeles, CA

| | |
|---|---|
| 1987 | Seminar panelist on Attorney Malpractice Prevention sponsored by the Attorneys Errors & Omissions Prevention and Insurance Committees of the Los Angeles County Bar Association. Co-panelists: Larry Feldman, Arnold Gold, Ellen Peck |
| 11/00/87 | Lectured at Litigation Night Dinner Symposium for the Los Angeles-Long Beach Chapter of the California Society of CPAs, addressing liabilities of accountants in securities litigation |
| 02/25/88 | Seminar panelist on Recent Developments in Securities Class Actions, sponsored jointly by the Business and Corporations Law Section and the Litigation Section of the Los Angeles County Bar Association, together with William S. Lerach (Milberg, Weiss, Bershad, Specthrie & Lerach) and Bruce G. Vanyo (Wilson, Sonsini, Goodrich & Rosati) |
| 04/05/88 | Lectured at seminar sponsored by the Insurance Law Section of the Orange Country Bar Association on recent development in Directors and Officers Liability Insurance |
| 04/12/88 | Seminar panelist for seminar sponsored by the Association of Business Trial Lawyers, Legal Malpractice: To Sue or Not to Sue? That is the Question. Co-panelists: District Court Judge John Davies, Los Angeles Superior Court Judge Jack Tenner, Harvey Saferstein (Irell & Manella), S. Thomas Pollack (Irell & Manella) and Robert M. Meyer (Loeb & Loeb) |
| 09/26/88 | Seminar panelist at the 1988 State Bar Meeting Legal Opinions in Business Transactions. Co-panelists: Paul D. Freeman, John Hartigan (Morgan, Lewis & Bockius), Thomas Kellerman (Brobeck, Phleger & Harrison), Ronald Loeb (Irell & Manella) |
| 02/14/89 | Lectured to the claims department for Chubb Insurance Company in Orange County on policy limits demands |
| 10/00/89 | Seminar panelist on malpractice prevention sponsored by Home Insurance Company. Co-panelist: Jeffrey Smith, co-author of *Legal Malpractice* (Atlanta, GA) |
| 04/24/90 | Seminar panelist on Recent Developments Concerning Attorneys Liability in Business Transactions, as part of the 1990 Glendon Tremaine Symposium on Recent Developments of Interest to the Business Lawyer, sponsored by the Corporation and Business Law Section of Los Angeles County Bar Association. Co-panelists: Dean B. Herman (Ervin, Cohen & Jessup) and Teresa M. Quinn (Lillick & McHose) |
| 09/17/90 | Lectured to the Litigation Services Department of Coopers & Lybrand on Expert Witnesses: the Good, the Bad and the Ugly, Los Angeles, CA |
| 01/00/91 | Seminar panelist in Practicing Law Institute program, Insurance, Excess and Reinsurance Coverage Disputes 1991, lecturing on Current Coverage Issues in Directors and Officers Insurance. Co-panelists: Thomas Newman (Bower & Gardner, New York), Curtis Caton (Heller, Erhman, White & McAuliffe), Scott Conley (Sedgwick, Deitert, Moran & Arnold), Raoul Kennedy (Crosby, Heafey, Roach & May), Robert Zeavin (Buchalter, Nemer, Fields & Younger) |
| 03/00/91 | Lectured to the law firm of Armstrong, Hendler & Hirsch on requirements for written fee agreements and conflicts of interest for entertainment lawyers |
| 04/24/91 | Moderated the 1991 Glendon Tremaine Symposium on Recent Developments of Interest to the Business Lawyer, sponsored by the Business and Corporations Law Section of the Los Angeles County Bar Association, on the topic of Recent Developments Concerning Professional Liability in Business Transactions. Co-panelists: Wayne Baliga (Counsel to AON Corporation), Irving Einhorn, Dean Herman (Ervin, Cohen & Jessup), and Thomas S. Loo (Bryan Cave) |
| 00/00/91 | Seminar panelist on Recent Developments in Business Torts, sponsored by the Litigation Section of the Los Angeles County Bar Association with Richard Stone (Sheppard, Mullin, Richter & Hampton), Robert Mangels (Jeffer, Mangels, Butler & Marmaro), and Michael Hennigan (Howrey & Simon), lecturing on Life After Cumis: The Impact of Cumis and Civil Code Section 2860 on Business Litigation |
| 10/30/91 | Seminar panelist at the 24th Annual Securities Regulation Seminar co-sponsored by the Business and Corporations Law Section of LACBA together with SEC and California Department of Corporations. Co-panels: Bob Carlson (Paul, Hastings, Janofsky & Walker), Gavin Miller (Brobeck, Phleger & Harrison), and C. Douglas Kranwinkle (O'Melveny & Myers), speaking on vicarious liability of law firms for member |

securities law violations as lawyers and directors

| | |
|---|---|
| 02/05/93 & 02/01/93 | Seminar panelist on Recent Developments in Insurance Law sponsored by Lorman Business Center, Inc. Co-panelists, Joseph K. Hegedus (Lewis, D'Amato, Brisbois & Bisgaard), Ray Cotkin and Steve Paine (Cotkin & Collins) |
| 3/13/93 | Lectured to the Litigation Department of Loeb & Loeb on The Perils and Pitfalls of Malpractice for Business Litigators |
| 00/00/93 | Seminar panelist on business insurance sponsored by Johnson & Higgins.  Co-panelist: Kirk Pasich (Hill, Wynn, Troope & Meissinger) |
| 04/13/94 | Seminar panelist at the Glendon Tremaine Seminar on Recent Developments in Ethics and Professional Liability for Corporate and Securities Lawyers, on Ethical Considerations in Rendering Legal Opinions. Co-panelists Robert A. Meyer (Loeb & Loeb) and James W. Mercer (Howrey & Simon) |
| 05/31/95 | Seminar panelist on Professional Liability, sponsored by the Rutter Group.  Co-panelists: with Hon. Valerie Baker (Los Angeles Superior Court), Hon. Zerne Haning (Justice, First District Court of Appeal), Andra Green (Irell & Manella) in Newport Beach, CA |
| 11/16/95 | Seminar panelist on Consumer Attorneys of California, 34th Annual Convention, San Francisco, lecturing on Law of Causation in Legal Malpractice Cases.  Co-panelists: Steve Rubin (Rubin & McGonigle), Bruce Bunch (Kontos & Bunche) |
| 11/21/95 | Seminar panelist on Law of Causation in Legal Malpractice Cases, for Lawyers Professional Liability Bar Association |
| 11/21/95 | Seminar panelist on Recent Developments in D & O Insurance, presented to legal department of California Federal Savings |
| 11/15/96 | Seminar panelist on Practicing Defensive Law in the 1990's, presented to Troy & Gould. |
| 05/01/97 | Seminar panelist on Settling Complex Business Litigation, George McBurney Inn of Court, Los Angeles, CA, lecturing on partial settlements of class action and other business litigation, the role of insurance, and pitfalls for practitioners; co-panelists: Hon. Andrew J. Wistrich (Judge-Magistrate United States District Court Central District of California), Hon. Bruce E. Mitchell (Commissioner of Los Angeles Superior Court, assigned to Class Action Department), Jeff S. Westerman (Milberg Weiss Bershad Hynes & Lerach), and Derek Hunt (Troy & Gould) |
| 10/24/97 | Seminar panelist on The Practice of Defensive Law by Corporate Securities Lawyers In The 1990's, presented at the 30th Annual Securities Regulation Conference sponsored by the Business Law Section of the Los Angeles County Bar Association, the Securities and Exchange Commission, California Department of Corporations, and NASD.  Other panelists, William McLucas (Director, Division of Enforcement for the Securities and Exchange Commission), and Patrick Coughlin (senior trial counsel for Milberg, Weiss, Bershad, Hynes & Lerach) |
| 05/06/98 & 06/11/98 | Seminar panelist on Protecting Directors and Officers From Liability, sponsored by California Continuing Education of the Bar and State Bar Business Law Section, on topic of Directors and Officers Liability Insurance and Corporate Indemnification.  Co-panelists: William Gould and Joseph Troy (Troy & Gould), Ronald M. Loeb (Irell & Manella), Neal Brockmeyer (Heller, Ehrman, White & McAuliffe) |
| 06/03/99 | Lectured, Practicing Defensive Law in the 1990's, presented to Troy & Gould |
| 07/13/99 | Lectured on management of litigation risks to Los Angeles Chapter, Young Executives Organization |
| 10/22/99 | Seminar panelist and moderator on How to Avoid Malpractice in Securities Transactions, 32nd Annual Securities Regulation Conference sponsored by Los Angeles County Bar Association Business and Corporations Law Section, State Bar Business Law Section, Securities & Exchange Commission, California Department of Corporations, National Association of Securities Dealers, North American Securities Administrators Association, Inc. Co-panelists: Joseph Troy (Troy & Gould), Ellen Peck |
| 10/20/00 | Seminar panelist and moderator on The Pearls and Perils of Investing with Clients, 33rd Annual Securities Regulation Conference sponsored by Los Angeles County Bar Association Business and Corporations Law |

Section, State Bar Business Law Section, Securities & Exchange Commission, California Department of Corporations, National Association of Securities Dealers, North American Securities Administrators Association, Inc. Co-panelists: Don Bradley (Wilson, Sonsini, Goodrich & Rosati), Ellen Peck

| | |
|---|---|
| 10/26/00 | Lectured at Voyage Into the Vagaries, Virtues and Vulgarities of Insurance Defense, presented to the Beverly Hills Bar Association.  Co-speaker:  Diane Karpman |
| 01/16/01 & 01/23/01 | Seminar panelist on Never-End Story: Malicious Prosecution in California, Association of Business Trial Lawyers (Santa Monica and Los Angeles, CA, respectively); Co-Panelist with John Amberg, Hon. Harvey Schneider, and Hon. Valerie Baker |
| 04/22/01 | Seminar panelist on Malpractice Tips for Real Estate Lawyers, 20th Annual Real Property Retreat, sponsored by the Real Estate Section of the State Bar of California (Silverado Country Club & Resort, CA); Co-Panelist: Karen M. Goodman |
| 11/29/01 | Seminar panelist on Legal Intimidation: the Ethical Challenge, sponsored by Litigation Section of the Beverly Hills Bar Association (Beverly Hills, CA); Co-Panelist: Jeffrey A. Tidus and Shirley Deutsch |
| 03/20/02 | Lectured on Cross-Examination of Legal Malpractice Experts, sponsored by the Lawyers Professional Liability Bar Association (Los Angeles, CA). |
| 06/19/02 | Lectured on Malicious prosecution, sponsored by the Lawyers Professional Liability Bar Association (Los Angeles, CA); Co-panelists Kenneth Feldman (Lewis, D'Amato, Brisbois & Bisgaard), Edith Matthai (Robie & Matthai). |
| 08/03/02 | Seminar panelist on Protecting Directors and Officers From Liability in the Post-Enron Environment, sponsored by California Continuing Education of the Bar; Co-panelists: William Gould (Troy & Gould), Kent Graham (O'Melveny & Myers), Neal Brockmeyer (Heller, Ehrman, White & McAuliffe) |
| 12/07/02 | Seminar panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Los Angeles County Bar Association, "A Tool Box for Malicious Prosecution"; Co-panelists, Diane Karpman and Danny T. Morin |
| 11/01/03 | Seminar panelist on Recent Developments In Ethics for Litigators, Desert Bar Association; Co-panelist, Louisa Lau |
| 12/03/03 | Seminar Panelist on Recent Developments in Ethics for Litigators, Los Angeles County Bar Association Trial Practice Inn of Court; Co-panelist, Louisa Lau |
| 12/06/03 | Seminar panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Barristers of the Los Angeles County Bar Association, entitled "A Tool Box for Malicious Prosecution"; Co-panelists, Diane Karpman and Danny T. Morin |
| 01/10/04 & 01/30/04 | Seminar panelist on "Getting in and Getting Out: Avoiding Malpractice in the Representation Process," sponsored by CEB; Co-Panelists: John W. Amberg and Diane Karpman. |
| 02/18/04 | Lectured on "New CACI Jury Instructions in Legal Malpractice Cases," presented to the Lawyers Professional Liability Bar Association |
| 06/21/04 | Lectured on *Ethics and Entertainment Law in California: The Essentials*, Film & Television Law Symposium, sponsored by CLE International (June 2004) |
| 11/20/04 & 12/03/04 | Seminar panelist on "Advising Corporate Officers and Directors in a Post-Sarbanes World, sponsored by Continuing Education of the Bar, with co-panelists James Levin and Dale Short. |
| 11/24/04 | Seminar panelist on Responding Ethically And Effectively To Hardball Tactics, as part of *Ethics 2004-Keeping Current in a World of Change*, sponsored by The Professional Responsibility and Ethics Committee of the Los Angeles County Bar Association, with co-panelist, Jeffrey A. Tidus. |
| 12/01/04 | Seminar panelist on Recent Developments in Ethics for Litigators, sponsored by Los Angeles County Bar Association Trial Practice Inn of Court; Co-panelist: Louisa Lau |

*Resume of David B. Parker*
*March 16, 2024*
*Page 11*

| | |
|---|---|
| 01/19/05 | Seminar panelist on Annual Entertainment Law Update, Legal Ethics, sponsored by Beverly Hills Bar Association; Co-Panelist: Richard S. Reisberg |
| 02/08/05 | Seminar panelist on Recent Developments in Ethics, sponsored by Whittier Bar Association; Co-panelist, Louisa Lau |
| 06/24/05 | Seminar panelist on *Ethics and Entertainment Law in California: The Essentials*, Film & Television Law Symposium, sponsored by CLE International |
| 08/10/05 | Seminar panelist on Recent Developments, Whittier Family Law Study Group; co-panelist, Louisa Lau |
| 09/15/05 | Seminar panelist at  Legal Roundtable regarding Handling Complex Legal Malpractice Cases, sponsored by State Bar "Big News" publication (co-panelists, John A. Girardi, Diane L. Karpman, Carol D. Kuluva, Robert K. Sall, Hon. Margaret M. Grignon and John M. Cotkin) |
| 09/24/05 | Lectured at Protect Yourself: Zone Out, presentation to the 2nd Annual Conference of Filipino American Lawyers of California |
| 12/10/05 | Seminar panelist on *Fee Disputes*, as part of *Ethics 2004-Keeping Current in a World of Change*, sponsored by The Professional Responsibility and Ethics Committee of the Los Angeles County Bar Association, with co-panelist, Ellen Pansky. |
| 12/16/05 | Seminar panelist on *The Unknown Ethical Quagmire Under The New Bankruptcy Law*, Understanding the Bankruptcy Reform Act of 2005, sponsored by Lorman Educational Services (co-panelist, Jayesh Patel) |
| 01/11/06 | Seminar panelist on *Current Ethics Issues in Insurance Law and Practice*, Quisenberry Law Firm Seminar, Insurance Bad Faith Litigation in an Era of Tort Reform (co-panelists, John Quisenberry and Gerald Knapton) |
| 01/21/06 | Seminar Panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Barristers of the Los Angeles County Bar Association, entitled "A Primer: Practical Aspects of Professional Responsibility—Issues of Disqualification, Discipline and Defense to Malpractice Claims"; Co-panelist, Danny T. Morin |
| 05/06/06 | Seminar panelist on "Using Client Secrets—Reconciling the Duty of Confidentiality with a Lawyer's Right to Defend Himself or Others", Tenth Annual Statewide Ethics Symposium, presented by State Bar of California Committee on Professional Responsibility and Conduct, University of Santa Clara; Co-panelists: David M. Jargiello, Robert K. Sall, Donald E. Bradley, Frances M. O'Meara. |
| 08/01/06 | Seminar panelist on "Damages or Disqualification? Civil Liability for Conflicts of Interest" sponsored by Association of Professional Responsibility Lawyers, Santa Monica, CA; Co-panelists: David P. Atkins and William Freivogel. |
| 09/09/06 | Seminar panelist on "Ethical Fallout of Technology," as part of 2006 Institute of Entertainment Law and Business, sponsored by USC Gould School of Law and Beverly Hills Bar Association; Co-panelists: Kevin E. Mohr, Heather Rosing, Judith Gilbert. |
| 09/29/06 | Lectured on *The Pellican's Mess: Ethical Considerations for Attorneys Who Hired Private Investigators in the Wake of Pellicano*, Film & Television Law Symposium, sponsored by CLE International |
| 12/06/06 | Lectured on *The Unknown Ethical Quagmire Under The New Bankruptcy Law*, Bankruptcy in California, sponsored by Lorman Educational Services (co-panelist, William K. Mills) |
| 12/09/06 | Seminar panelist on *Bound by the Oath—Limits on a Lawyer's Right of Self-Defense*, as part of *Ethics 2006-Cutting Edge Issues*, sponsored by The Professional Responsibility and Ethics Committee of the Los Angeles County Bar Association, with co-panelists, Diane Karpman and Joel Osman. |
| 01/16/07 | Seminar panelist on "Ethical Fallout of Technology," as part of the Beverly Hills Bar Association Entertainment Law Extravaganza; Co-panelists: Kevin E. Mohr, Heather Rosing, Judith Gilbert. |
| 01/23/07 | Seminar panelist on *Current Ethics Issues in Insurance Law and Practice*, Quisenberry Law Firm Seminar, Insurance Bad Faith Litigation in an Era of Tort Reform (co-panelists, John Quisenberry, Gerald Knapton and Lourdes Dearmas) |

*Resume of David B. Parker*
*March 16, 2024*
*Page 12*

| | |
|---|---|
| 01/27/07 | Seminar panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Barristers of the Los Angeles County Bar Association, entitled "A Primer: Practical Aspects of Professional Responsibility—Issues of Disqualification, Discipline and Defense to Malpractice Claims"; Co-panelist, Danny T. Morin |
| 07/27/07 & 09/12/07 | Seminar panelist on Real Estate Litigation, sponsored by Lorman Educational Services in Santa Ana and Pasadena, CA; co-panelists: Elaine B. Alston, Mark A. Ross and Uzzell S Branson III. |
| 09/26/07 | Lectured on "Class Action Litigation Ethics" as part of the seminar New Developments in Class Action Litigation, sponsored by The Quisenberry Law Firm |
| 09/27/07 | Seminar panelist on "Ethical Fallout of Technology," as part of the 2007 State Bar Annual Meeting in Anaheim, CA; Co-panelists: Kevin E. Mohr, Heather Rosing, Judith Gilbert. |
| 01/26/08 | Seminar panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Barristers of the Los Angeles County Bar Association, entitled "A Primer: Practical Aspects of Professional Responsibility—Issues of Disqualification, Discipline and Defense to Malpractice Claims"; Co-panelists, Diane Karpman and William K. Mills |
| 01/29/08 | Seminar panelist on  "Don't Lose Your License or Your Savings," sponsored by Real Estate Section of the Beverly Hills Bar Association; co-panelist, Ellen Pansky |
| 03/06/08 | Seminar panelist at The Twenty Eighth Annual Labor and Employment Law Symposium, sponsored by Los Angeles County Bar Association, "*Liens and Taxes and Bankruptcy: Oh My*!, along with co-panelists Lester Jones, Ted Cohen and Robert W. Wood |
| 05/03/08 | Seminar panelist on "Ethical Issues in Class Actions and Derivative Litigation", Twelfth Annual Statewide Ethics Symposium, presented by State Bar of California Committee on Professional Responsibility and Conduct, University of San Francisco; Co-panelists: Diane Karpman and Shawn Harpen |
| 09/26/08 | Seminar panelist on "Recognizing Interests and Avoiding Conflicts", as part of the 2008 State Bar Annual Meeting in Monterey, CA; co-panelists: Brian Forbes and Dan Carroll |
| 01/07/09 | Lectured on "Best Practices to Stay Out Of Bar Court", San Fernando Valley Bar Association |
| 01/23/09 | Lectured on *Ethics: Considerations for Working with Distress Properties*, Real Estate Restructuring, sponsored by CLE International |
| 01/24/09 | Seminar panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Barristers of the Los Angeles County Bar Association, entitled "Blockbuster Ethics Cases: Things You Need to Know to Stay Out of Trouble - Crucial Tips to Prevent Malpractice." Co-panelists: Ellen Pansky and William K. Mills. |
| 04/23/09 | Seminar panelist on "Laterally Challenged: Working Your Way Through the Ethical Minefield", sponsored at the Spring 2009 ABA National Legal Malpractice Conference, sponsored by the Standing Committee on Lawyers' Professional Liability. Co-panelists: Lucian T. Pera, W. Donald Cox and Thomas Fitzgerald. |
| 05/02/09 | Seminar panelist on "Advance Absolution: Ten Deadly Sins in Attorney-Client Engagement Agreements and How to Avoid Them", Thirteenth Annual Statewide Ethics Symposium, presented by State Bar of California Committee on Professional Responsibility and Conduct, University of San Francisco; Co-panelists: Dan L. Carroll, Heather Rosing and David Cameron Carr |
| 09/11/09 | Seminar panelist on "Avoiding Involuntary Pro Bono Work: Form the Attorney-Client Relationship and Collecting Fees", as part of the 2009 State Bar Annual Meeting in San Diego, CA; co-panelists: Dan Carroll, Wendy Mazzarella, Jeffrey Tidus |
| 10/16/09 | Seminar panelist on "General Practice 101: Avoiding Solo/Small Firm Ethical Traps" sponsored by ABA General Practice, Solo & Small Firm Division Fall Meeting; co-panelist, William K. Mills |
| 10/17/09 | Seminar panelist on "Ethical Paradigms For 2009: Navigating Ethics & Thriving In This Contracting, Increasingly Mobile & Hyper-Competitive Legal Marketplace" as part of 2009 Institute of Entertainment Law and Business, sponsored by USC Gould School of Law and Beverly Hills Bar Association; co-panelists |

|  | Robert K. Sall, Carol Buckner, Judi Gilbert |
|---|---|
| 11/19/09 | Seminar panelist on "Lawyer-Client Confidentiality: The Meaning of "At Every Peril," as part of Orange County Bar Association sponsored seminar, Legal Malpractice and How to Avoid it; co-panelists Eugen C. Andres, Gregory H. Halliday, Mitchell F. Mulbarger, Ellen Peck and Robert S. Sall |
| 01/9/10 | Seminar panelist on "Really Scary Stuff about Conflicts of Interest", as part of Ethics 2010—Keeping Current in a World of Change, sponsored by the Professional Responsibility and Ethics Committee of the Los Angeles County Bar Association, co-panelist, Joel Osman |
| 01/25-26/10 | Seminar Panelist "Ethical Paradigms for 2009:  Navigating Ethics & Thriving in this Contracting, Increasingly Mobile & Hyper Competitive Legal Marketplace" as part of 2010 USC Tax Institute; co-panelists: Robert K. Sall, Judy Gilbert. |
| 01/29/10 | Seminar panelist on "Nuts & Bolts: Basic Litigation Skills: Essential Tools for Lawyers", sponsored by Los Angeles County Bar Association, "Current Ethics Issues Facing California Lawyers"; Co-panelists, Diane Karpman and William K. Mills |
| 05/01/10 | Seminar moderator panelist on "*Reeling from the Recession: Keeping Faith with Ethics of the Profession During Turbulent  Times*", Fourteenth Annual Statewide Ethics Symposium, presented by State Bar of California Committee on Professional Responsibility and Conduct, at Practicing Law Institute, San Francisco; Co-panelists: Ronald L. Mallen, Suzanne Anderson, Karen Johnson-McKewan, Lynn O'Leary. |
| 09/21/10 | Seminar panelist on "Legal Malpractice and How to Avoid it" sponsored by Orange County Bar Association; Co-panelists Eugen C. Andres, Gregory H. Halliday, and Robert S. Sall |
| 09/24/10 | Seminar panelist on "Conflicts for Lawyers: How to Get Yourself Disqualified, Sued & Disciplined," sponsored by State Bar of California Committee on Professional Responsibility and Conduct, at the California State Bar Annual Conference, Monterey, CA; Co-panelists: Daniel Carroll and Neil Wertlieb |
| 09/25/10 | Seminar Panelist "Ethical Paradigms for 2010" presented at the California State Bar Annual Conference, Monterey, CA; Co-panelists: Carol Buckner, Judy Gilbert |
| 01/17/11 | Seminar Panelist "Disorder in the Courts: Entertainment Litigators Under Attack" sponsored by Beverly Hills Bar Association Entertainment Law Section; Co-Panelists Re Heinke, William K. Mills, Timothy D. Reuben and Kenneth D. Freundlich |
| 01/29/11 | Seminar panelist on "The Technological Frontier Meets Ethics Issues" as part of Ethics: All You Need to Know, sponsored by the Professional Responsibility and Ethics Committee of the Los Angeles County Bar Association; co-panelist, James Ham |
| 04/13/12 | Seminar panelist on as part of LACBA 2012 Nuts and Bolts: Basic Litigation Skills Essential Tools for Lawyers, entitled "Blockbuster Ethics Cases: Things You Need to Know to Stay Out of Trouble - Crucial Tips to Prevent Malpractice."; co-panelists Kenneth Feldman and William K. Mills |
| 05/19/12 | Seminar panelist on "*The Ethical and Practical Implications of Shared Client Representations*", Sixteenth Annual Statewide Ethics Symposium, presented by the State Bar of California Committee on Professional Responsibility and Conduct, Hastings Law School, San Francisco; Co-panelists Wendy Wen Yun Chang, Joan N. D'Ambrosio, and Eliza M. Rodrigues |
| 08/25/12 | Seminar panelist in "Avoiding Malpractice Claims" program sponsored by American Academy of Matrimonial Lawyers, Newport Beach, CA, with Diane Karpman and Hon. Sheila Sonenshine |
| 10/04/12 | Speaker, "Practical Issues of Basic Risk Management", TEN Esquire Network, Beverly Hills, CA |
| 10/11/12 | Co-panelist, "Ethics for Cross-Border Practice", presented at the California State Bar Annual Conference, Monterey, CA; Co-panelists: Alexandra Darraby, John W. Amberg, and Maria Chedid |
| 10/27/12 | Co-panelist, "Hurdling the State Bar Current Ethical Issues," as part of 2012 Institute of Entertainment Law and Business, sponsored by USC Gould School of Law and Beverly Hills Bar Association: co-panelists Wendy Chang. Sall, Kevin Mohr, Judi Gilbert |
| 11/13/12 | Speaker, "Practical Issues of Basic Risk Management", TEN Esquire Network, Los Angeles, CA |

*Resume of David B. Parker*
*March 16, 2024*
*Page 14*

| | |
|---|---|
| 12/01/12 | Seminar panelist on "Oldies But Goodies: A Discussion of Ethical Issues that Continuously Confront the Practicing Lawyer" as part of program "Ethics: All You Need to Know", sponsored by the Professional Responsibility and Ethics Committee of the Los Angeles County Bar Association; co-panelist, Diane Karpman |
| 01/29/13 | Seminar Panelist "Surviving the State Bar and Angry Clients: Current Ethical Issues" as part of 2013 USC Gould School of Law Tax Institute; co-panelists: Kevin Mohr, Wendy Chang, and Judy Gilbert. |
| 02/20/13 | Seminar participant on "What's New in the Music Industry: Copyright Terminations, Litigation, Ethical Considerations and New Business Models," hosted by the Entertainment Law Section of the Beverly Hills Bar Association, addressing conflicts in multi-party representations. Other panel participants: Richard Busch from King & Ballow, Rick DuChateau from Gelfand, Rennert & Feldman's royalty audit division and Chris Nilsson, Tenth Street Entertainment; moderator: Jennifer Cary, Consulting Copyright Manager/Royalty Analyst. |
| 08/10/13 | Co-panelist, "Ethics Rules: How Social Media and Internet Have Internationalized 'American' Practice", sponsored by ABA Forum on the Entertainment and Sports Industries and presented at the American Bar Association Annual Conference, San Francisco, CA; Co-panelists: Alexandra Darraby, John W. Amberg, and Maria Chedid |
| 10/10/13 | Co-panelist, "Surviving the State Bar and Angry Clients," at the California State Bar Annual Conference in San Jose, CA; Co-panelists: Kevin Mohr, Wendy Chang, and Judy Gilbert |
| 09/13/14 | Co-Panelist, "Money in the Bank: Fee Agreements that work" at the California State Bar Annual Conference in San Diego, CA, sponsored by Committee on Mandatory Fee Arbitration of the State Bar; Co-Panelists: George Zugsmith and Nicholas Migliaccio |
| 10/25/14 | Co-panelist, "Current Ethical Issues for In-House and Outside Counsel", USC Gould School of Law-Beverly Hills Bar Association 2014 Institute on Entertainment Law and Business; co-panelists: Wendy Chang, Jonathan Anschell, Judith A. Gilbert |
| 12/16/14 | Co-Panelist, "'Settle & Sue' Legal Malpractice Claims", presented to the Association of Southern California Defense Counsel; co-panelists: Jonathan Cole, Kim Thurman Spirito, Ralph Williams III and Hon. Joseph Hilberman (ret.) |
| 01/18/15 | Co-panelist, "The Insurance and Outs for the In/Out Spouse," as part of a program sponsored by the American Academy of Matrimonial Lawyers; co-panelists: Justice Sheila Sonenshine (ret) Commissioner Jeanne Lowe (ret), Daniel Jaffe, Marjorie Fuller, James Schaefer. |
| 01/27/15 | Co-panelist, "Current Ethical Issues for In-House and Outside Counsel", USC 2015 Tax Institute; co-panelists: Wendy Chang, and Judith A. Gilbert |
| 10/09/15 | Co-panelist, "Avoid the Void: Considerations in Billing Your Law Firm's Clients" at the California State Bar Annual Conference in Anaheim, CA, sponsored by Committee on Mandatory Fee Arbitration of the State Bar; Co-Panelist: Nicholas Migliaccio |
| 10/10/15 | Co-panelist, "Current Ethical Issues for In-House and Outside Counsel", State Bar Annual Conference in Anaheim, CA; co-panelists: Wendy Chang, Kevin Mohr and Judith A. Gilbert |
| 01/05/16 | Co-panelist, "Legal Malpractice Avoidance and Risk Management, An Ethics CLE" for the Philippine-American Bar Association; co-panelists, Hon. Michael Marcus, William K. Mills |
| 04/27/17 | Co-panelist: "It Takes All Kinds: The Ethics of Dealing with Difficult Clients" presented at the annual law department meeting of Mitsubishi Electronics U.S.; co-panelist, Joel A. Osman |
| 05/18/17 | Speaker, Ethically Working with Contract Attorneys, Continuing Education of the Bar (webcast) |
| 08/03/17 | Co-panelist: Marketing and PR Strategies for Attorneys In the Digital Age and the Ethical Landmines, sponsored by Beverly Hills Bar Association – Business Law Section; co-panelists David Herbst and Jonathan Fitzgarrrald |
| 11/18/17 | Co-panelist: Legal Malpractice: How to Avoid Being Sued by your Client; co-panelists: Arthur H. Bryant |

*Resume of David B. Parker*
*March 16, 2024*
*Page 15*

(Public Justice, PC) and John P. Blumberg

| | |
|---|---|
| 07/12/18 | Co-panelist: Brave New World: What Business Lawyers Need to Know About the Sea Change to New Rules of Professional Conduct, sponsored by Beverly Hills Bar Association—Business Law Section; co-panelist Robert Kehr, Neil Wertlieb |
| 01/12/19 | Co-panelist, Annual, Navigating the New Rules of Professional Conduct, Professional Responsibility and Ethics Symposium, with co-panelist Elizabeth Radley |
| 03/05/19 | Co-panelist: How to Avoid Ethical Pitfalls in Your Employment Practice, sponsored by LACBA Labor and Employment Section; co-panelists Diane Karpman and Hon. Michael Marcus |
| 05/04/19 | Co-panelist: Brave New World for Family Lawyers: The New Rules of Professional Conduct, sponsored by Los Angeles County Bar Association in connection with the 51st Annual Family Law Symposium; co-panelists Hon. Hank Goldberg (ret.), Jennifer Saunders and Marlo Van Oorschot |
| 09/24/19 | Co-panelist: Where Lawyers Get Into Trouble: Real Estate Transactions and Litigation, sponsored by Beverly Hills Bar Association; co-panelists Neil Wertlieb and Howard Gould |
| 04/26/21 | Lecturer, Ethics in Arbitrations, with Bruce Friedman and Janine Sperandeo, at USC School of Law |
| 12/10/21 | Co-Panelist with Joel Osman and Justin Denlinger, Movin' On: Ethical Considerations Relating to Attorney Mobility, LACBA sponsored |
| 03/16/22 | Co-Panelist with Jessica Beckwith, Professional Ethics Pitfalls for LACBA 2022 Labor & Employment Symposium |
| 06/2/22 | Co-Panelist with Joel A. Osman, Onboarding New Clients and the Fundamentals of Conflicts of Interest—a Refresher for Beverly Hills Bar Association |
| 03/17/22 | Co-Panelist with Joel A. Osman, Onboarding New Clients/Fundamentals for the Westlake Village Law Affinity Group |
| 1995-Present | Lecturer on *Practicing Law Defensively*, a loss prevention program first presented under the auspices of Attorneys Insurance Mutual Risk Retention Group to certain of its member firms and later offered to other law firms, including those noted below and starting July 2018 with emphasis on the new Rules of Professional Conduct: |

Loeb & Loeb (3/17/93 and 4/15/05)

Rutan & Tucker (5/17/97)

Cox, Castle & Nicholson (5/22/97)

Stradling, Yocca, Carlson & Rauth (9/11/97)

Berliner Cohen (11/6/97)

Buchalter, Nemer, Fields & Young (3/8/98)

Pircher, Nichols & Meeks (6/16/98 and 2/1/03)

Luce Forward Hamilton & Scripps (6/19/98)

Rosenfeld Meyer & Susman (1/13/99)

Troy & Gould (11/15/96, 6/3/99, 5/10/01 and 2/21/13)

Fiore Racobs & Powers (5/20/00 and 02/23/18)

Riordan & McKenzie (4/3/03)

Baum Hedlund (4/22/04)

Squire, Sanders & Dempsey LLP (8/04/05)

Jackson, Demarco, Titus & Peckenpaugh (10/28/05)

Ropers Majeski Kohn & Bentley (3/9/07)

*Resume of David B. Parker*
*March 16, 2024*
*Page 16*

SulmeyerKupetz (8/20/07)

Allen Matkins Leck Gamble & Mallory (12/11/08)

Khorrami, Pollard & Abir (4/8/09)

Hunt Ortmann Palffy Nieves Lubka Darling & Mah, Inc. (8/20/09)

Zuber & Taillieu LLP (9/2/09)

Collins Collins Muir & Stewart LLP (12/21/09)

Graves Law Offices (2/5/10)

Lim Nexus (formerly Lim Ruger & Kim) (04/27/10)

Clark &  Trevithick (01/29/13)

Clinton & Clinton (02/13/13)

Stutman, Treister & Glatt LLP (06/22/13)

Kleinberg, Lange Cuddy & Carlo LLP (10/28/14)

LTL Attorneys (formerly Lee Tran Liang APLC) (1/8/15)

Cypress LLP (09/24/18 and 02/11/19)

Allred, Goldberg & Maroko LLP (10/02/18)

Nolan Heimann LLP (6/4/21)

Sklar Kirsh LLP (1/26/22)

Nolan Heimann LLP (3/31/22) Hunt Ortmann (04/12/22)

# REPRESENTATIVE LITIGATION CLIENTS OVER PAST 40 YEARS

**Prominent Law Firms**

- Gibson, Dunn & Crutcher, LLP
- Latham & Watkins LLP
- Pillsbury, Madison & Sutro, LLP (now Pillsbury Winthrop)
- Morrison & Foerster, LLP
- Bryan Cave, LLP
- Loeb and Loeb, LLP
- Lewis, Brisbois Bisgaard & Smith LLP
- Levene, Neale, Bender, Yoo & Brill, L.L.P.
- Stutman Treister & Glatt LLP
- Mitchell, Silberberg & Knupp LLP
- KMZ Rosenman
- Manatt Phelps & Phillips LLP
- Jeffer, Mangels, Butler & Mitchell LLP
- Nossaman, Guthner, Knox & Elliott LLP
- Buchalter, Nemer, Fields & Younger
- Cox, Castle & Nicholson LLP
- Rutan & Tucker LLP
- Jackson, DeMarco, Tidus & Peckenpaugh, PC

*Resume of David B. Parker*
*March 16, 2024*
*Page 17*

- Hill, Farrer & Burrill
- Riordan & McKinzie
- Hennigan, Bennett & Dorman
- McKool Smith LLP
- DeCastro, West & Chodorow
- Kindel & Anderson
- Lyon & Lyon
- Robinson, Diamant & Wolkowitz
- TroyGould LLP
- Wyman, Bautzer, Kuchel & Silbert
- Sedgwick, Detert, Moran & Arnold
- Fiore, Racobs & Powers
- Crosby Heafey Roach & May LLP (now Smith Reed)
- Kirkpatrick & Lockhart LLC (now K & L Gates)
- Thelen, Reid & Priest LLP
- Knobbe, Martens, Olson & Bear
- KNR Law Group
- Folger & Levin
- Wilson, Elser, Edelman & Dicker
- Baum Hedlund
- Hunt Ortmann Palffy Nieves Darling & Mah, Inc.
- SulmeyerKupetz, a Professional Corporation
- Speiser Krause
- Jackoway Tyreman Wertheimer Austen Mandelbaum Morris & Klein, P.C.
- Kleinberg Lange Cuddy & Klein LLP
- West Coast Trial Lawyers
- Jacoby & Meyers

**Insurers and Insurance Agencies (including representations of insureds by appointment or as independent counsel and malpractice actions by insurers)**

- Underwriters at Lloyd's (various syndicates and underwriters)
- Travelers Insurance Company
- MGIC Indemnity Corporation
- Orion Group
- American International Group
- Coregis Insurance Group (fka Crum & Forster)
- Cameron & Colby
- AON Group
- Golden Eagle Insurance Company
- CNA Insurance Companies
- Home Insurance Company
- Chubb Group (including Executive Risk)
- Lawyers Mutual Insurance Company
- Attorneys Insurance Mutual Risk Retention Group
- Old Republic Insurance Company
- State Farm Insurance Company
- Farmers Group of Insurance Companies
- GEICO
- Shand Morahan/Evanston Insurance Company
- Oxford Insurance Company
- Legion Insurance Company
- St. Paul Fire & Marine
- Ranger Insurance Company
- Executive Risk Indemnity, Inc.
- LTL Insurance Services, Inc.

*Resume of David B. Parker*
*March 16, 2024*
*Page 18*

- Monitor Liability Managers, Inc.
- Attorneys Insurance Mutual Risk Retention Group
- Midland National Life Insurance Company
- AON Risk Management
- Attorneys' Liability Assurance Society
- Admiral Insurance Co.
- Fireman's Fund
- Catlin, Inc.
- Lexington Insurance Co.
- XL Insurance Group
- Kemper Insurance
- Skyward Insurance/Imperium Insurance

**Businesses**

- LawFund Management Group, LLC
- Tandon Corporation
- American Multiline Corporation
- Baby Treasures, Inc.
- Alper Development
- Len Sheridan Toyota
- American Wireless Networks
- JM Temporary Services & Affiliates
- Inteplast Corporation
- Global Master Apparel, Inc.
- Amplicon, Inc. (now known as California First National Bank Corp.)
- Hawker-Pacific
- Wiz Technology
- European Benefits Administrators
- Gibralt Capital Corporation
- Hanil Construction Co. Ltd.
- Hanil Cement Manufacturing Ltd.
- Siemens
- Golden Den, Inc.
- GV Diversified
- AmerisourceBergen
- Great American Ink
- Tri/Sam Development, Inc.
- Micom Circuits, Inc.
- Bridges Academy, Inc.
- Regency Outdoor Advertising
- Automobile Club of Southern California
- Mylan Labs
- Henkels & McCoy
- DAS Corporation
- WeBillCards
- Cove Management Partners LLC
- Prospect Medical Holdings, Inc.
- Kleinfelder, Inc.
- Staar Surgical, Inc.
- Advanced Arm Dynamics, Inc.
- Allied Industries, Inc.
- Antran Inc. (Crustacean Restaurant, Beverly Hills)
- Ecogas, Inc.
- Gilmore Associates
- Investors Equity Life Holding Company, Inc.
- Centex Homes, Inc.

*Resume of David B. Parker*
*March 16, 2024*
*Page 19*

- Signal Hill Service Inc.
- GoTek, Inc.
- OEC Logistics, Inc.
- Corrective Education Corp.
- Global Worldwide
- Polygon Technology

**Labor Unions**

- Local 1442, United Food and Commercial Workers Union
- Local 659, International Alliance of Theatrical and Stage Employees
- Local 501, International Union of Operating Engineers

**Non-Profits**
- Scleroderma Foundation
- Scleroderma Foundation, Southern California Chapter
- Bridges Academy
- Oriental Mission Church
- Holy Hill Community Church
- Korean Canaan Presbyterian Church
- City of Hope
- Los Angeles County Bar Association

**Arts and Entertainment**

- Brother Records, Inc. (The Beach Boys)
- Roger Hodgson (co-founder of Supertramp)
- Virgin Records, U.S.A.
- Paula Abdul
- John Fogerty
- Michael Bolton
- Michael Diamond ("Mike D" of Beastie Boys)
- William Devane
- Morton Downey, Jr.
- Arnold Rifkin/Cheyenne Enterprises LLC (agent and producer)
- Lee Solters (publicist)
- Fabian Perez (artist)
- Adam Sher (executive and talent agent)
- Sylvester Stewart (Sly Stone)
- Mike Posner (singer-songwriter)
- Creative Artists Agency
- Michael Chow (owner of "Mr. Chow" restaurants and noted visual artist, "M")
- Adam Bold and A3 artist agency

# EXHIBIT "B"

## LIST OF DAVID B. PARKER EXPERT RETENTIONS
### (Dated 2018 – 2025)

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 1. | 1/5/2018 | Pasternack, Lawrence v. Fidelity Insurance | Hatton Petrie & Stackler APC - Orange County; Gregory M. Hatton | X | X | X | X | |
| 2. | 1/19/2018 | Landmark Worldwide LLC v. Seyfarth Shaw LLP | Rosen Saba LLP | X | X | | X | |
| 3. | 1/24/2018 | Hyman, Earle et al. - Somers & Somers LLP et al. | Brandon S. Reif, Esq.; Reif Law Group, PC | X | | | | |
| 4. | 2/22/2018 | Core Industries LLC et al. v. Bassi Edlin Huie & Blum | Callahan & Blaine APLC; John D. Van Ackeren | X | | | | |
| 5. | 2/23/2018 | Ornelos, Ullysses v. American Airlines Group, Inc. | Rager Law firm; Jeffrey A. Rager | X | X | | | |
| 6. | 2/26/2018 | Lilly, Marc et al. v. Sheppard Mullin Richter et al. | Makerem & Associates; Ronald Makarem | X | | | | |
| 7. | 2/26/2018 | MJC Supply, LLC et al. v. Winston & Strawn LLP et al | Makerem & Associates; Ronald Makarem | X | | | | |
| 8. | 2/26/2018 | Tsai, Ron et al. v. Italia IP et al. | Makerem & Associates; Ronald W. Makerem | X | | | | |
| 9. | 3/9/2018 | Roberts, Neal et al. v. Mayer Brown LLP et al. | The Maloney Law Firm APC - El Segundo; Gregory M. Smith | X | | | | |

1

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 10. | 3/16/2018 | New England Wire Technologies Corporation et al. v. Bingham McCutchen LLP et al. | McNicholas & McNicholas LLP; Patrick McNicholas, Esq. | X | | | | |
| 11. | 8/2/2018 | Hogan, Bernice et al. vs. Wheeler, Terry et al. | Wilson Elser Moskowitz Edelman & Dicker LLP; Patrick M. Kelly | X; matter settled | | | | |
| 12. | 01/11/2019 | Ariel, Corinne - Your General Counsel Corporation | Allred Maroko & Goldberg LLP; John S. West | X | | | | |
| 13. | 01/29/2019 | Boyadzhyan, George v. Geragos & Geragos, et al. | Geragos & Geragos APC; Mark Geragos | X | | X | X | |
| 14. | 02/08/2019 | Stone Canyon Management Co v. Jacoby (BC640830) | Gilchrest Law Group; Robert M. Gilchrest | X | | | | |
| 15. | 02/11/2019 | Meza Auto Inc., et al. - Prepaid Attorney Services Inc. et al. | Catanzarite Law Group; Kenneth Catanzarite | X | | | | |
| 16. | 03/20/2019 | Rui Zvi Ventures et al. - Lighting Science Group | Cypress, LLP; Robert Muller | X | | | | |
| 17. | 04/04/2019 | Herwill, Jessica - Wagner Jones Kopfman and Artenian, LLP et al. | Ari Law; Ali A. Aalaei | X | | X | X | |

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 18. | 04/29/2019 | Malibu Wines v. Southern California Edison | Quinn Emanuel Urquhart & Sullivan LLP; Robert J. Becher | X | X | | | |
| 19. | 05/23/2019 | McKinnon, Emma et al. - James Anton et al. | Reif Law Group PC; Brandon S. Reif | X | | | | |
| 20. | 06/17/2019 | Treiman, Michael - Robert Hayman et al. | StarPoint Properties LLC; Michael E. Treiman, Esq. | X | | | | |
| 21. | 07/12/2019 | Baral, Robert - Freedman & Weisz LLP et al. | Sauer & Wagner LLP; Gerald L. Sauer | X | | | | |
| 22. | 07/18/2019 | Power Fund II v. Irell & Manella | Howarth & Smith LLP; Don Howarth | X | X | | | |
| 23. | 08/08/2019 | Jones, Karen et al. vs. Torkzadeh, Reza et al. | TorkLaw - Los Angeles; Reza Torkzadeh | X | X | | | |
| 24. | 08/14/2019 | Teitelbaum, Francine et al. - Kenneth Hann et al. | Robert M. H. Epstein; Sang H. Choi | X | X | | | X |
| 25. | 08/29/2019 | Narancic, Perry - Van Mahamedi | Wilson Elser Moskowitz Edelman & Dicker LLP; David S. Eisen | X | X | X | | X |

3

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 26. | 09/18/2019 | City of Beaumont et al vs. Norton Rose Fulbright US LLP et al. | Wilson Elser Moskowitz Edelman & Dicker LLP; David S. Eisen | X | | | | |
| 27. | 10/17/2019 | Beachwood Industries, Vapnek, Brett et al. vs Gabriel Reynoso, et al. | Baer Negrin & Troff LLP; Matthew J. Negrin | X | | | | |
| 28. | 10/23/2019 | Negrin, LLP vs Mack, Diana | Murchison & Cumming LLP - Los Angeles; Vanessa H. Hubert | X | | | | |
| 29. | 11/5/2019 | Rodillas, Gloria Salvador vs. Minnesota Life Insurance Company | Reif Law Group PC - Los Angeles; Brandon S. Reif | X | | | | |
| 30. | 12/10/2019 | Glubok, David vs. Victor George | David Glubok; Law Office of David Glubok | X | | X | X | |
| 31. | 01/13/2020 | Transcon vs. Randy S. Higashi Chiropractic Inc. et al | Donald G. Norris a Law Corporation | X | | X | X | |
| 32. | 02/12/2020 | Staben, Thomas - Hathaway Perrett Webster Powers Chrisman & Gutierrez APC | Makarem & Associates; Ronald W. Makarem | X | | | | |
| 33. | 02/19/2020 | Warne, William - Thomas H. Warne | Callahan & Blaine APLC; Michael J. Sachs | X | | | | |

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|-----|-------------|-------------|-------------|----------|---------------------|----------------------|-----------------|------------------------|
| 34. | 04/20/2020 | Simons, Larry - Ford Walker Haggerty et al. | Shernoff Bidart Echeverria LLP; Krisin E. Hobbs | X | X | X | | |
| 35. | 07/23/2020 | Cowan, Stephen vs. Hartsuyker Stratman et al. | Ropers Majeski Kohn & Bentley - Costa Mesa – Andrew S. Hollins | X; settled | | | | |
| 36. | 09/08/2020 | Timed Out LLC v. Prisma Entertainment LLC, DBA Plan B Gentleman's Club | Lewis Brisbois Bisgaard & Smith LLP – LA and Chicago, IL; Bryan P. Sugar | X | X | | | |
| 37. | 10/29/2020 | Azami, Nahid vs. Ohio National Life Assurance Corporation, et al. | Shernoff Bidart Excheverria LLP; Larson O'Brien | X | X | X | | |
| 38. | 11/09/2020 | DeVone, Adam et al. vs. Baker & Hostetler | Reif Law Group PC - Los Angeles; Brandon S. Reif, Esq. | X | X | X | | |
| 39. | 11/09/2020 | DeVone, Adam et al. vs. Pierce Bainbridge, et al. | Reif Law Group PC - Los Angeles; Brandon S. Reif, Esq. | X | | | | |
| 40. | 11/16/2020 | Selck, Malte et al. v. Geico Casualty Company et al. | Shernoff Bidart Echeverria LLP – Claremont; Kristin E. Hobbs, Esq. | X | | | | |
| 41. | 11/23/2020 | City of Huntington Beach et al. - Neal Moore et al. | Greenberg Gross LLP - Los Angeles; Claire-Lise Y. Kutlay, Esq. | X | X | X | | |

5

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 42. | 12/30/2020 | Koi Design LLC v. Mastroianni, A. Douglas et al. | Makarem & Associates; Jared V. Walder, Esq. | X | X | | | |
| 43. | 01/26/2021 | Hogan, et al. - Miller Barondess, LLP | Miller Barondess, LLP; Brian Procil, Esq. | X | | | | |
| 44. | 02/11/2021 | Simantob, Jack et al. - Foley Bezek Behle & Curtis LLC | Bostwick Law; Gary L. Bostwick, Esq. | X | | | | |
| 45. | 03/17/2021 | McClellan, Phyllis vs Ciccarelli, John K. | Kaufman Dolowich Voluck LLP; Barry Brodsky | X (settled) | | | | |
| 46. | 07/01/2021 | Nimble Inc, et al. - Fenwick & West LLP | Makarem & Associates; Samuel Almon | X (settled) | | | | |
| 47. | 07/22/2021 | Crowder, Robert - Daniel O'Rielly, et al. | The Maloney Law Firm APC; Carl I. S. Mueller | X (settled) | | | | |
| 48. | 08/18/2021 | Harvig, Kairi v. Chiarotti, Valerio | Gilchrest Law Group; Robert M. Gilchrest | X | | | | |
| 49. | 08/24/2021 | Black, Stanley - Robert Barth, et al. | King Holmes Paterno & Soriano; Howard E. King | X | X | | | |

6

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 50. | 09/09/2021 | HMK Holdings, LLC, Khaloian, Hovik vs. Liddle & Liddle APC, et al. | Mansell Mansell Ayala & Billaneda | X (settled) | | | | |
| 51. | 10/22/2021 | Marshack, Richard (Trustee for Eagan Avenatti, LLP) v. The X-Law Group, et al. | Marshack Hays, LLP; Richard Marshack | X | X | X | | |
| 52. | 01/25/2022 | FaZe Clan, Inc. - Philip Gordon | Hughes Hubbard & Reed LLP; Rita Haeusler | X (settled) | | | | |
| 53. | 03/14/2022 | Stolper, Stella v. Boulevard Management Inc., | Kaufman Borgeest & Ryan; Joshua B. Shayne | X | | | | |
| 54. | 03/28/2022 | Bowie, Duran, et al., v. Costco Wholesale Corporation | Bradley Gmelich & Wellerstein; Angela M. Rossi | X | | | | |
| 55. | 06/02/22 | De Line, June - Katten Muchin Rosenman, et al. | Murphy Rosen LLP | X | | X | | |
| 56. | 06/09/2022 | Sourcis Inc., et al vs. Afifi, Faryan, et al. | Afifi Law Group; Faryan Andrew Afifi | X | | | | |
| 57. | 07/05/2022 | Baker, Melinda v. Darrell Aviss, et al. | Reif Law Group; Brandon S. Reif | X | | X | | |

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 58. | 09/09/22 | Hronis, Inc. v. Lang Richert & Patch | Kjar McKenna & Stockalper, LLP; Gregory B. Emdee | X | | X | | |
| 59. | 12/14/22 | Stef, John v. Gary B. Roach, et al. | Lowthorp Richards ; Darin Marx | X | X | | | |
| 60. | 01/20/23 | Collins, Damian, et al. - Langmuir-Logan, Garfield, et al. | FitzGerald Kreditor Bolduc Risbrough LLP | X | | | | |
| 61. | 04/10/23 | Missakian, Craig v. Amusement Industry, Inc., et al. | Salisian Lee LLP/ Richard H. Lee | X | | X | | |
| 62. | 04/18/23 | MacCarthy, Brandon - Martin D. Holly, et al. | Marc Katzman Law; Kathryn M. Sterling | X | X | | | |
| 63. | 04/26/23 | O'Kula, Donald v. William Hanley | Law Offices of Timothy D. McGonigle | X | X | | | |
| 64. | 05/02/23 | Santa Barbara Smokehouse v. David A. Thomas | Dapeer Rosenblit Litvak LLP; William Litvak | X | | | | |
| 65. | 07/21/23 | Siegel, Rick v. Alessi, David, et al., | Law Offices of Robert Allen Koenig | X | | X | | |

| NO. | DATE OPENED | MATTER NAME | RETAINED BY | Retained | Declaration /Report | Deposition Testimony | Trial Testimony | Arbitration Testimony |
|---|---|---|---|---|---|---|---|---|
| 66. | 09/13/23 | Severino, Kelvin, et al. - August Law Group, et al. | Hunt Ortmann Palffy Nieves Darling & Mah, Inc.; John H. Woo | X | | | | |
| 67. | 01/29/2024 | Zomber, Peter, et al. v. Johnson, John Patrick | Stubbs Alderton & Markiles LLP; Michael A. Sherman, Esq. | X | | | | |
| 68. | 12/03/2024 | Anders, Taylor, et al. v. California State University, Fresno, et al., | Clarkson Law Firm PC; Arthur H. Bryant | X | X | | | |
| 69. | 02/05/2025 | Fisk, Madison, et al. - Board of Trustees of the California State University | Clarkson Law Firm PC; Arthur H. Bryant | X | X | | | |