Scott R. Eldridge (Michigan Bar No. P66452)
Brian M. Schwartz (Michigan Bar No. P69018)
Erika L. Giroux (Michigan Bar No. P81998)
Ashley N. Higginson (Michigan Bar No. P83992)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com
*Attorneys for Defendants*

ROB BONTA
Attorney General of California
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9099
Fax: (619) 645-2012
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE OT FILE NOTICE OF SUPPLEMENTAL AUTHORITY [ECF NO. 134]** |

Pursuant to Section III.B.5 of the Court's Standing Order for Civil Cases:

> [N]otices of supplemental authority may not be filed without leave of Court, unless there is a subsequent change in binding law that is directly on point. Under these circumstances, the party may file a notice of supplemental authority that includes a copy of the order or opinion and any case-identifying information. Counsel may not include any argument in the notice; the Court will request supplemental briefing if necessary.

On March 11, 2025, Plaintiffs requested Defendants' consent to file a joint motion regarding an unpublished opinion from another district court that is neither "binding law" nor "directly on point." After Defendants declined to consent to the joint motion, and before this Court granted leave to file the supplemental authority, Plaintiffs attached that notice of supplemental authority to their motion. In response to the argument in Plaintiffs' motion and proposed notice, Defendants state that the decision in the *Anders v. California State University, Fresno* is not "directly on point" given the different claims and underlying facts present in the different lawsuits.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: */s/ Scott R. Eldridge*
　　Scott R. Eldridge (P66452)
　　123 W. Allegan, Suite 200
　　Lansing, MI 48933
　　eldridge@millercanfield.com
　　*Attorneys for Defendants*

Dated: March 13, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing upon all ECF filing participants.

                            */s/ Scott R. Eldridge*
                            Scott R. Eldridge (P66452)
                            eldridge@millercanfield.com