David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
Neda Saghafi (SBN 344633)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
nsaghafi@clarksonlawfirm.com
*Attorneys for Plaintiffs*

Brian M. Schwartz (SBN P69018)
Scott R. Eldridge (SBN P66452)
Erika L. Giroux (SBN P81998)
Ashley N. Higginson (SBN P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson Ave, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>          Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**JOINT MOTION TO DISMISS CLARE BOTTERILL AND MAYA BROSCH AS PLAINTIFFS ONLY WITHOUT PREJUDICE**<br><br>Judge: Hon. Todd W. Robinson<br>Magistrate: Hon. Judge Michael S. Berg |

Plaintiffs and Defendants Board of Trustees of the California State University and San Diego State University (hereinafter the "Parties"), by and through counsel, hereby move to dismiss Clare Botterill and Maya Brosch as Plaintiffs only without prejudice. Each party is to bear its own attorneys' fees and costs. The remaining named Plaintiffs remain in this case, and their claims against Defendants in this action are still active and unaffected by this joint motion. Ms. Botterill and Ms. Brosch will retain their rights as class members.

WHEREFORE, the Parties respectfully request to dismiss Clare Botterill and Maya Brosch as Plaintiffs *only* without prejudice.

Dated: March 17, 2025

| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.** | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** |
| */s/ Arthur H. Bryant* <br> Arthur H. Bryant (SBN 208365) <br> Neda Saghafi (SBN 344633) <br> **CLARKSON LAW FIRM, P.C.** <br> 22525 Pacific Coast Hwy <br> Malibu, CA 90265 <br> Tel: (213) 788-4050 <br> Fax: (213) 788-4070 <br> abryant@clarksonlawfirm.com <br> nsaghafi@clarksonlawfirm.com <br><br> Carey Alexander (SBN 5188461) <br> **CLARKSON LAW FIRM, P.C.** <br> 260 Madison Ave., 8th Floor <br> New York, NY 10016 <br> Tel: (646) 290-6009 <br> Fax: (213) 788-4070 <br> calexander@clarksonlawfirm.com | */s/ Brian M. Schwartz (with consent)* <br> Brian M. Schwartz (SBN P69018) <br> Scott R. Eldridge (SBN P66452) <br> Erika L. Giroux (SBN P81998) <br> Ashley N. Higginson (SBN P83992) <br> **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** <br> 150 West Jefferson Ave, Suite 2500 <br> Detroit, Michigan 48226 <br> Tel: (313)-963-6420 <br> eldridge@millercanfield.com <br> schwartzb@millercanfield.com <br> giroux@millercanfield.com <br> higginson@millercanfield.com <br><br> *Attorneys for Defendants* |

Lori Bullock (SBN AT0012240)
**BULLOCK LAW PLLC**
309 East 5th St., Suite 202B
Des Moines, IA 50309
Tel: (213) 788-4050
lbullock@bullocklawpllc.com

David S. Casey, Jr. (SBN 69768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCA**
**VILLA BLATT & PENFIELD, LLP**
110 Laurel Street San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

*Attorneys for Plaintiffs*

Case No. 3:22-cv-00173-TWR-MSB   -2-
JOINT MOTION TO DISMISS CLARE BOTTERILL AND MAYA BROSCH AS PLAINTIFFS ONLY WITHOUT PREJUDICE