UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:22-CV-173 TWR (MSB)<br><br>**ORDER: (1) GRANTING JOINT MOTION TO DISMISS MAYA BROSCH AND CLARE BOTTERILL AS PLAINTIFFS WITHOUT PREJUDICE; (2) DENYING AS MOOT PLAINTIFFS' MOTION TO DISMISS MAYA BROSCH AS A PLAINTIFF WITHOUT PREJUDICE; and (3) DENYING AS MOOT PLAINTIFFS' MOTION TO DISMISS CLARE BOTTERILL AS A PLAINTIFF WITHOUT PREJUDICE**<br><br>(ECF Nos. 107, 117, 136) |

Presently before the Court is the Parties' Joint Motion to Dismiss Clare Botterill and Maya Brosch as Plaintiffs Without Prejudice. ("Jt. Mot.," ECF No. 136). Also before the Court is Plaintiffs' Motion to Dismiss Maya Brosch as a Plaintiff Without Prejudice ("Brosch Mot.," ECF No. 107), Motion to Dismiss Clare Botterill as a Plaintiff Without

Prejudice ("Botterill Mot.," ECF No. 117), Defendants' respective Oppositions, ("Opp'n to Brosch", ECF No. 120; "Opp'n to Botterill," ECF No. 128) and Plaintiffs' Replies ("Botterill Reply," ECF No. 131; "Brosch Reply," ECF No. 132).

While dismissal of Plaintiffs Maya Brosch and Clare Botterill without prejudice was previously disputed, (*see* Brosch Mot., Botterill Mot., Opp'n to Borsch, Opp'n to Botterill), the Joint Motion represents that the Parties are now in agreement, (*see* Jt. Mot.). Good cause appearing, and having carefully considered the Parties' submissions, the record, and the relevant law, the Court **GRANTS** the Joint Motion and **DISMISSES WITHOUT PREJUDICE** Plaintiffs Maya Brosch and Clare Botterill. As such, the Court **DENIES AS MOOT** both the Brosch Motion and Botterill Motion. Each party is to bear its own attorneys' fees and costs. The remaining named Plaintiffs remain in this case, and their claims against Defendants in this action are still active and unaffected by this Order on the Parties' Joint Motion. Ms. Botterill and Ms. Brosch will retain their rights as class members.

**IT IS SO ORDERED.**

Dated: March 20, 2025

_____
Honorable Todd W. Robinson
United States District Judge