David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
*Attorneys for Plaintiffs*

Brian M. Schwartz (Mich. Bar P69018)
Scott R. Eldridge (Mich. Bar P66452)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
schwartzb@millercanfield.com
eldridge@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>        Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**JOINT MOTION TO CONTINUE CLASS CERTIFICATION HEARING AND PRETRIAL MOTION DEADLINE**<br><br>Judge: Hon. Todd W. Robinson<br>Date: April 10, 2025<br>Time: 1:30 p.m. |

Plaintiffs and Defendants, by their undersigned counsel, hereby respectfully request that the Court issue an order continuing the Class Certification hearing and extending the deadline for filing pretrial motions by thirty days. In support of their request, the parties jointly state as follows:

1. On March 7, 2025, the parties engaged in a full day settlement conference with the Hon. Michael S. Berg. The parties were not able to resolve the case at that time, but they did make progress towards resolution.

2. On March 12, 2025, through Judge Berg, Plaintiffs sent Defendants detailed settlement terms outlining Plaintiffs' substantive demands.

3. Between March 12, 2025, and the present, both parties have separately had multiple conferences with Judge Berg regarding settlement.

4. The parties had previously agreed to extend the date for expert depositions to April 18, 2025. The parties have further agreed to extend the date for expert depositions to three weeks prior to the pretrial motions filing deadline.

5. To permit Plaintiffs and Defendants to continue exploring settlement and to avoid wasting judicial resources, the parties respectfully request that the Court continue the hearing regarding Plaintiffs' motion for class certification, currently set for April 10, 2025, by thirty days, or the next available date for the Court after May 10, 2025.

6. Further, the parties agree that for the same reasons good cause exists to extend the deadline to file pretrial motions by thirty days. *See* FED. R. CIV. P. 16(b)(4); *see also Sunderland v. PharmaCare U.S., Inc.*, No. 323CV01318, 2024 WL 1358433, at *1 (S.D. Cal. Mar. 29, 2024) (noting the good cause standard is "non-rigorous" and "has been construed broadly across procedural and statutory contexts.").

7. Plaintiffs and Defendants have conferred with Judge Berg regarding their joint request prior to this filing.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court find good cause exists continue the April 10, 2025, hearing for thirty days and extend the deadline for filing pretrial motions by thirty days.

Dated: April 7, 2025

| /s/ Lori A Bullock | /s/ Brian M. Schwartz |
|---|---|
| Arthur H. Bryant (SBN 208365) <br> **CLARKSON LAW FIRM, P.C.** <br> 22525 Pacific Coast Hwy <br> Malibu, CA 90265 <br> Tel: (213) 788-4050 <br> Fax: (213) 788-4070 <br> abryant@clarksonlawfirm.com <br><br> Carey Alexander (SBN 5188461) <br> **CLARKSON LAW FIRM, P.C.** <br> 260 Madison Ave., 8th Floor <br> New York, NY 10016 <br> Tel: (646) 290-6009 <br> Fax: (213) 788-4070 <br> calexander@clarksonlawfirm.com <br><br> Lori Bullock (*pro hac vice*) <br> **BULLOCK LAW PLLC** <br> 309 East 5th St., Suite 202B <br> Des Moines, IA 50309 <br> Tel: (515) 423-0551 <br> lbullock@bullocklawpllc.com <br><br> David S. Casey, Jr. (SBN 69768) <br> Gayle M. Blatt (SBN 122048) <br> **CASEY GERRY SCHENK FRANCA VILLA BLATT & PENFIELD, LLP** <br> 110 Laurel Street San Diego, CA 92101 | Brian M. Schwartz (Mich. Bar P69018) <br> Scott R. Eldridge (Mich. Bar P66452) <br> Erika L. Giroux (Mich. Bar P81998) <br> Ashley N. Higginson (Mich. Bar P83992) <br> **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** <br> 150 West Jefferson, Suite 2500 <br> Detroit, Michigan 48226 <br> Tel: (313) 963-6420 <br> schwartzb@millercanfield.com <br> eldridge@millercanfield.com <br> giroux@millercanfield.com <br> higginson@millercanfield.com <br><br> Rob Bonta (SBN 202668) <br> Jodi L. Cleesattle (SBN 230537) <br> Jennifer L. Santa Maria (SBN 225875) <br> **ATTORNEY GENERAL OF CALIFORNIA** <br> 600 West Broadway, Suite 1800 <br> San Diego, CA 92101 <br> Tel: (619) 738-9099 <br> Fax: (619) 645-2012 <br> Jennifer.SantaMaria@doj.ca.gov <br><br> *Attorneys for Defendants* |

Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

*Attorneys for Plaintiffs*