UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.: 3:22-CV-173 TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CLASS CERTIFICATION HEARING AND PRETRIAL MOTION DEADLINE**<br><br>(ECF No. 138) |

Presently before the Court is the Parties' Joint Motion to Continue Class Certification Hearing and Pretrial Motion Deadline ("Mot.," ECF No. 138). Good cause appearing, the Court **GRANTS** the Motion. Pursuant to the agreement of the Parties, the date for expert depositions is hereby **EXTENDED** to May 21, 2025, the hearing regarding

Plaintiffs' Motion for Class Certification is **RESET** for May 29, 2025, at 1:30 p.m. in Courtroom 14A, and the deadline to file pretrial motions is **EXTENDED** to June 11, 2025. (*See* Mot. ¶¶ 4, 5, 6.)

     **IT IS SO ORDERED.**

Dated:  April 7, 2025

                                                             _____
Honorable Todd W. Robinson
United States District Judge