| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | JODI L. CLEESATTLE<br>Supervising Deputy Attorney General |
| 3 | State Bar No. 230537<br>  600 West Broadway, Suite 1800 |
| 4 |   San Diego, CA 92101<br>  Telephone: (619) 738-9509 |
| 5 |   Fax: (619) 645-2581<br>  E-mail: Jodi.Cleesattle@doj.ca.gov |
| 6 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>    Defendants. | 3:22-cv-00173-TWR-MSB<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY**<br><br>Judge:      Hon. Todd W. Robinson<br>Magistrate: Hon. Michael S. Berg |

# NOTICE OF CHANGE OF HANDLING ATTORNEY

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Board of Trustees of California State University and San Diego State University hereby file this Notice of Change of Handling Attorney, designating Supervising Deputy Attorney General Jodi L. Cleesattle as its counsel in place of former Deputy Attorney General Jennifer Santa Maria, who has left the Office of the California Attorney General. Ms. Cleesattle's contact information is:

> Jodi L. Cleesattle
> Supervising Deputy Attorney General
> State Bar No. 230537
> 600 West Broadway, Suite 1800
> San Diego, CA 92101
> (619) 738-9509 telephone
> (619) 645-2581 fax
> Jodi.Cleesattle@doj.ca.gov

Defendants request that this Court designate Ms. Cleesattle as lead counsel for Defendants. Defendants further request that all parties direct service copies and future correspondence to Ms. Cleesattle

Dated: April 14, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Jodi Cleesattle*

JODI L. CLEESATTLE
Supervising Deputy Attorney General
*Attorneys for Defendants*
*Employment Litigation*

SD2022800312
85069013

# CERTIFICATE OF SERVICE

| Case Name: | **Madison Fisk v. Board of Trustees of CSU, et al.** | No. | **3:22-cv-00173-TWR-MSB** |
|---|---|---|---|

I hereby certify that on <u>April 14, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 14, 2025</u>, at San Diego, California.

| Andersen Seng | |
|---|---|
| Declarant | Signature |

SD2022800312
85069028