Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**MOTION TO WITHDRAW NEDA SAGHAFI AS COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Todd. W. Robinson |

Pursuant to Local Civil Rule 83.3(f)(3), Plaintiffs respectfully move to withdraw the appearance of Neda Saghafi as counsel for Plaintiffs. As set forth in the attached Declaration of Arthur H. Bryant, notice of this motion has been served on Defendants and on Plaintiffs. Plaintiffs will continue to be represented by Arthur H. Bryant of Clarkson Law Firm, P.C.

Dated: April 18, 2025                                          Respectfully Submitted,

                                                 */s/ Arthur H. Bryant*
Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I electronically filed the foregoing document entitled MOTION TO WITHDRAW NEDA SAGHAFI AS COUNSEL FOR PLAINTIFFS with the Clerk of the Court for the United States District Court, Southern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

                                                   */s/Arthur H. Bryant*
                                                  Arthur H. Bryant