Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF ARTHUR H. BRYANT IN SUPPORT OF MOTION TO WITHDRAW NEDA SAGHAFI AS COUNSEL FOR PLAINTIFFS** |

I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner at Clarkson Law Firm, P.C., and am admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Motion to Withdraw Neda Seghafi as Counsel for Plaintiffs ("Motion"). I have personal knowledge of the facts set forth herein and could competently testify to them if called upon to do so.

2. Pursuant to Local Civil Rule 83.3(f)(3)(b), Plaintiffs' Motion was served on Defendants and on Plaintiffs by email dated April 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 18, 2025                /s/ Arthur H. Bryant
                                     Arthur H. Bryant