UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.: 3:22-CV-173 TWR (MSB)<br><br>**ORDER GRANTING MOTION TO WITHDRAW NEDA SAGHAFI AS COUNSEL FOR PLAINTIFFS**<br><br>(ECF No. 141) |

Presently before the Court is Plaintiffs' Motion to Withdraw Neda Saghafi as Counsel for Plaintiffs. ("Mot.," ECF No. 141.) As set forth in the attached Declaration of Arthur H. Bryant, notice of the Motion has been served on Defendants and on Plaintiffs in accordance with Local Civil Rule 83.3(f)(3). (*See* ECF No. 141-1 at 2.) Plaintiffs will

1  continue to be represented by Arthur H. Bryant of Clarkson Law Firm, P.C.  (Mot. at 2.)
2  Good cause appearing, the Court **GRANTS** the Motion.  The Clerk of Court **SHALL**
3  **UPDATE** the docket to reflect Ms. Saghafi's withdrawal.
4        **IT IS SO ORDERED.**
5  Dated:  May 5, 2025

_____
Honorable Todd W. Robinson
United States District Judge