David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
abryant@clarksonlawfirm.com
*Attorneys for Plaintiffs*

Brian M. Schwartz (Mich. Bar P69018)
Scott R. Eldridge (Mich. Bar P66452)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
schwartzb@millercanfield.com
eldridge@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**JOINT MOTION TO CONTINUE CLASS CERTIFICATION HEARING AND DISPOSITIVE MOTION DEADLINE**<br><br>Judge: Hon. Todd W. Robinson<br>Date: May 29, 2025<br>Time: 1:30 p.m. |

Plaintiffs and Defendants, by their undersigned counsel, hereby respectfully request that the Court issue an order continuing the Class Certification hearing and extending the deadline for filing pretrial motions by an additional thirty days. In support of their request, the parties jointly state as follows:

1. On April 7, 2025, the parties filed a joint motion to extend case deadlines related to the class certification hearing and filing pretrial motions to permit the parties to continue engaging in arms-length settlement discussions through the Hon. Michael S. Berg (ECF No. 138).

2. The Court granted the parties motion on the same day (ECF No. 139). The Court's order reset the hearing regarding Plaintiffs' Motion for Class Certification to May 29, 2025 and the deadline to file pretrial motions to June 11, 2025.

3. Since March 7, 2025, when the parties participated in a full-day settlement conference with Judge Berg, the parties have continued to have multiple separate productive conferences with Judge Berg regarding settlement.

4. To permit Plaintiffs and Defendants to continue exploring settlement and to avoid wasting judicial resources, the parties respectfully request that the Court continue the hearing regarding Plaintiffs' motion for class certification, currently set for May 29, 2025, by thirty days, or to the next available date for the Court after June 27, 2025. The parties also respectfully request the Court extend the deadline for filing pretrial motions to 30 days after the class certification hearing.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court find good cause exists to continue the May 29, 2025 hearing for thirty days, and extend the deadline for filing pretrial motions to 30 days after the class certification hearing.

Dated: May 6, 2025

| | |
|---|---|
| */s/ Lori A. Bullock* | */s/ Brian M. Schwartz (with permission)* |
| Arthur H. Bryant (SBN 208365) | Brian M. Schwartz (Mich. Bar P69018) |
| **CLARKSON LAW FIRM, P.C.** | Scott R. Eldridge (Mich. Bar P66452) |
| 22525 Pacific Coast Hwy | Erika L. Giroux (Mich. Bar P81998) |
| Malibu, CA 90265 | Ashley N. Higginson (Mich. Bar P83992) |
| Tel: (213) 788-4050 | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** |
| Fax: (213) 788-4070 | 150 West Jefferson, Suite 2500 |
| abryant@clarksonlawfirm.com | Detroit, Michigan 48226 |
| | Tel: (313) 963-6420 |
| Lori Bullock (*pro hac vice*) | schwartzb@millercanfield.com |
| **BULLOCK LAW PLLC** | eldridge@millercanfield.com |
| 309 East 5th St., Suite 202B | giroux@millercanfield.com |
| Des Moines, IA 50309 | higginson@millercanfield.com |
| Tel: (515) 423-0551 | |
| lbullock@bullocklawpllc.com | |
| David S. Casey, Jr. (SBN 69768) | Rob Bonta (SBN 202668) |
| Gayle M. Blatt (SBN 122048) | Jodi L. Cleesattle (SBN 230537) |
| **CASEY GERRY SCHENK FRANCA VILLA BLATT & PENFIELD, LLP** | Jennifer L. Santa Maria (SBN 225875) |
| | **ATTORNEY GENERAL OF CALIFORNIA** |
| 110 Laurel Street | 600 West Broadway, Suite 1800 |
| San Diego, CA 92101 | San Diego, CA 92101 |
| Tel: (619) 238-1811 | Tel: (619) 738-9099 |
| dcasey@cglaw.com | Fax: (619) 645-2012 |
| gmb@cglaw.com | Jennifer.SantaMaria@doj.ca.gov |
| | |
| Amber Eck (SBN 177882) | *Attorneys for Defendants* |
| Jenna Rangel (SBN 272735) | |
| **HAEGGQUIST & ECK, LLP** | |
| 225 Broadway, Ste 2050 | |
| San Diego, CA 92101 | |
| Tel: (619) 342-8000 | |
| ambere@haelaw.com | |
| jennar@haelaw.com | |

*Attorneys for Plaintiffs*