1

2

3

4

**ARTHUR BRYANT LAW, P.C.**
Arthur H. Bryant (SBN 208365)
*arthur@arthurbryantlaw.com*
1999 Harrison Street, 18th Floor
Oakland, CA 94612
T: (510) 391-5454

5

*Attorneys for Plaintiffs*

6

7

8

9

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,

17

Plaintiffs,

18

v.

19

20

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY,

21

Defendants.

Case No. 3:22-cv-00173-TWR-MSB

*Assigned to District Judge Todd W. Robinson and Magistrate Judge Michael S. Berg*

**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY ARTHUR H. BRYANT**

22

23

24

25

26

27

28

1    TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

2  ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that Arthur H. Bryant of Arthur Bryant Law, P.C.,

4  attorney for Plaintiffs has changed his address as follows:

5    Old Address:    CLARKSON LAW FIRM, P.C.

6                22525 Pacific Coast Highway

7                Malibu, CA 90265

8                Tel: (213) 788-4050

9                Fax: (213) 788-4070

10                Email: abryant@clarksonlawfirm.com

11    New Address:    ARTHUR BRYANT LAW, P.C.

12                1999 Harrison Street, 18th Floor

13                Oakland, CA 94612

14                T: (510) 391-5454

15                arthur@arthurbryantlaw.com

16    Please update all proofs of service and lists to reflect this change.

17

18

19  Dated: May 23, 2025              **ARTHUR BRYANT LAW, P.C.**

20                        By: _/s/ Arthur H. Bryant_
21                            Arthur H. Bryant, Esq.

22                            *Attorney for Plaintiffs*

23

24

25

26

27

28