David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY FRANCAVILLA BLATT, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

Arthur H. Bryant (SBN 208365)
Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com
carey@arthurbryantlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**NOTICE OF UNOPPOSED MOTION TO AMEND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>*No Oral Argument Requested*<br><br>Judge: Hon. Todd. W. Robinson<br>Courtroom: 14A<br>Date: July 1, 2025<br>Time: 1:30 p.m. |

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that on July 1, 2025, at 1:30 p.m. or as soon
3  thereafter as the matter may be heard, before the Honorable Todd W. Robbinson, in
4  courtroom 14A, 14th floor, Plaintiffs Madison Fisk, Raquel Castro, Greta Castrillon,
5  Helen Bauer, Carina Clark, Natalie Figueroa, Erica Grotegeer, Kaitlin Heri, Olivia
6  Petrine, Aisha Watt, Kamryn Whitworth, Sara Absten, Eleanor Davies, Alexa Dietz,
7  and Larisa Sulcs ("Plaintiffs"), having conferred with Defendants, hereby respectfully
8  move without opposition to amend their Motion for Class Certification, ECF No. 115
9  ¶ 5, to seek the appointment of Arthur Bryant Law, P.C., as class counsel in place of
10 Clarkson Law Firm, P.C.

11 The bases for Plaintiffs' Unopposed Motion are set forth in the accompanying
12 memorandum of points and authorities and the Declaration of Arthur H. Bryant.

13 Plaintiffs thus respectfully request that the Court grant their motion and appoint
14 as class counsel, pursuant to Federal Rules of Civil Procedure 23(a)(4) and 23(g):
15 Arthur Bryant Law, P.C.; Casey Gerry Francavilla Blatt, LLP; and Haeggquist & Eck,
16 LLP.

Dated: May 23, 2025                    Respectfully Submitted,

 /s/ Arthur H. Bryant
Arthur H. Bryant (SBN 208365)
Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com
carey@arthurbryantlaw.com

Lori Bullock (SBN AT0012240)
**BULLOCK LAW PLLC**
309 East 5th St., Suite 202B
Des Moines, IA 50309
Tel: (213) 788-4050
lbullock@bullocklawpllc.com

David S. Casey, Jr. (SBN 69768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com
Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

*Attorneys for Plaintiffs*