David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

Arthur H. Bryant (SBN 208365)
Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com
carey@arthurbryantlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO AMEND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Todd. W. Robinson<br>Courtroom: 14A<br>Date: July 1, 2025<br>Time: 1:30 p.m. |

Plaintiffs respectfully submit this Memorandum of Points and Authorities in support of their Unopposed Motion to Amend Plaintiffs' Motion for Class Certification to appoint Arthur Byrant Law, P.C., as class counsel in place of Clarkson Law Firm, P.C. ("Clarkson"). Arthur Bryant has served as lead counsel since this case's inception and recently opened his own firm, Arthur Bryant Law, P.C. With the support of Clarkson, the proposed Class Representatives, and their other counsel, Plaintiffs respectfully request to amend Plaintiffs' Motion for Class Certification to seek the appointment of Mr. Bryant's firm, rather than Clarkson, as Class Counsel.

## I. RELEVANT PROCEDURAL HISTORY AND FACTUAL BACKGROUND

On November 11, 2024, Plaintiffs filed their Motion for Class Certification. ECF No. 115. In their Motion, Plaintiffs sought to appoint as class counsel: "Clarkson Law Firm, P.C.; Casey Gerry Schenk Francavilla Blatt & Penfield, LLP; and Haeggquist & Eck, LLP." On January 29, 2025, Defendants filed their Opposition. ECF No. 129. In their Opposition, Defendants acknowledged that Plaintiffs "have been continuously represented by the same lead counsel, Arthur Bryant, and two other law firms, Casey Gerry Schenk Francavilla Blatt & Penfield, LLP and Haeggquist & Eck, LLP." ECF No. 129 at 23. Defendants raised no arguments specific to Clarkson. *Id.* Instead, Defendants addressed concerns with Plaintiffs' "engagement letter with Mr. Bryant," and with the speed of the "prosecution of this case." *Id.* at 24. On February 19, 2025, Plaintiffs filed their Reply, addressing the arguments Defendants raised. ECF No. 132 at 6-7.

Mr. Bryant has recently opened his own firm, which has assumed Clarkson's responsibility for the prosecution of this case. Declaration of Arthur H. Bryant in Support of Unopposed Motion to Amend Plaintiffs' Motion for Class Certification ("Bryant Decl.") ¶ 2. As the parties have been engaged in settlement discussions, *see* ECF Nos. 133, 138, 143, the Court has not had the opportunity to hear argument regarding Plaintiffs' still-pending Motion for Class Certification. To ensure that the

record adequately reflects the relief sought, Plaintiffs accordingly seek to amend their Motion for Class Certification to reflect that Arthur Bryant Law, P.C., and not Clarkson, seeks appointment as Class Counsel.[1]

## II. LEGAL STANDARDS

Pursuant to Fed. R. Civ. P. 23(g)(1), "a court that certifies a class must appoint class counsel." Fed. R. Civ. P. 23(g)(1). Fed. R. Civ. P. 23(g)(1)(E) provides that, in appointing class counsel, the court "may make further orders in connection with the appointment." Fed. R. Civ. P. 23(g)(1)(E); *Wang v. Chinese Daily News*, 737 F.3d 538, 546 (9th Cir. 2013) (courts have "broad authority" to consider motions relating to class certification "as appropriate").

In assessing counsel's adequacy, the Court considers counsel's qualifications, experience, and general capability to conduct the litigation. *See Sali v. Corona Reg'l Med. Ctr.*, 909 F.3d 996, 1007 (9th Cir. 2018). Under Rule 23(g), when appointing class counsel, the Court must consider: (1) the work the applicant has done identifying and investigating claims; (2) counsel's experience in handling complex litigation and/or the types of claims at issue; (3) counsel's knowledge of the law to be applied; and (4) the resources the applicant will commit to the case. Fed. R. Civ. P. 23(g)(1)(A).

## III. ARGUMENT

The Court should allow Plaintiffs to amend their Motion for Class Certification to reflect that Mr. Bryant's firm seeks appointment as Class Counsel instead of Clarkson. Mr. Bryant has been the lead attorney prosecuting this case since its inception and remains committed to seeing this case through to its resolution. As courts have recognized, "[l]itigation is ultimately done by individual attorneys, not

---

[1] Since Plaintiffs' Motion was filed, Casey Gerry Schenk Francavilla Blatt & Penfield, LLP, has changed its name to Casey Gerry Francavilla Blatt, LLP. Plaintiffs, therefore, supplement their motion by seeking the appointment of that firm with its current name.

law firms," *Urakhchin v. Allianz Asset Mgmt. of Am., L.P.*, No. 8:15-cv-1614-JLS-JCGx, 2017 U.S. Dist. LEXIS 144369, at *22 (C.D. Cal. June 15, 2017). Continuity of counsel "can be highly beneficial to the class," especially where, as here, counsel possesses a "wealth of experience" related to the case. *Linney v. Cellular Alaska P'ship*, 151 F.3d 1234, 1239 (9th Cir. 1998).

Each of the relevant parties with an interest in the vigorous prosecution of this case consents to the proposed amendment. Plaintiffs and the proposed Class Representatives have all chosen Mr. Bryant to remain as their counsel of record and are now represented by Arthur Bryant Law, P.C., not Clarkson. Bryant Decl. ¶ 3. Clarkson consents to and supports the proposed amendment, as do Casey Gerry Francavilla Blatt, LLP and Haeggquist & Eck, LLP, which will remain actively engaged in this matter. Bryant Decl. ¶ 4.

With Mr. Bryant opening his own office, no facts have changed that would affect the Court's analysis of Mr. Bryant's adequacy under Rule 23(a)(4). Any arguments Defendants previously raised addressing Mr. Bryant's adequacy do not relate specifically to either Clarkson or Mr. Bryant's firm and have already been fully briefed.

As fully set forth in Plaintiffs' Motion for Class Certification, ECF No. 115-1 at 14-15, Mr. Bryant continues to satisfy the requirements of Rule 23(g). Mr. Bryant identified and investigated the claims at issue in this action and has been involved in every aspect of advancing this action, including by overseeing multiple rounds of briefing related to the sufficiency of the pleadings. *Id.* He has successfully represented more female student-athletes in Title IX litigation than any lawyer in America. *Id.* He will continue to work with Carey Alexander, an experienced class action practitioner, at his new firm. Bryant Decl. ¶ 7. Finally, Mr. Bryant has been with this case from the beginning and, given the time he has spent on the case and his deep familiarity with it, he has demonstrated that he is willing to expend the resources needed to keep pursuing the action. Thus, each of the factors identified in Rule 23(g)(1)(A) are

1 satisfied.

2 **IV.     CONCLUSION**

3 For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Unopposed Motion to Amend Plaintiffs' Motion for Class Certification to appoint as class counsel Arthur Bryant Law, P.C., in place of Clarkson.

Dated: May 23, 2025                              Respectfully Submitted,

 */s/Arthur H. Bryant*
Arthur H. Bryant (SBN 208365)
Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com
carey@arthurbryantlaw.com

Lori Bullock (SBN AT0012240)
**BULLOCK LAW PLLC**
309 East 5th St., Suite 202B
Des Moines, IA 50309
Tel: (213) 788-4050
lbullock@bullocklawpllc.com

David S. Casey, Jr. (SBN 69768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY FRANCAVILLA BLATT, LLP**
110 Laurel Street San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

　/s/Arthur H. Bryant
　Arthur H. Bryant

Case No. 3:22-cv-00173-TWR-MSB　　-5-

MEM. OF P&A ISO UNOPPOSED MOTION TO AMEND