Arthur H. Bryant (SBN 208365)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF ARTHUR H. BRYANT**<br><br>Judge: Hon. Todd. W. Robinson<br>Courtroom: 14A<br>Date: July 1, 2025<br>Time: 1:30 p.m. |

Case No. 3:22-cv-00173-TWR-MSB

DECLARATION OF ARTHUR H. BRYANT

1  I, Arthur H. Bryant, pursuant to 28 U.S.C. §1746, declare as follows:

2  1.  I am lead counsel for Plaintiffs in this case. I submit this Declaration in support of the Unopposed Motion to Amend Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth herein and could competently testify to them if called upon to do so.

2.  I have recently opened my own law firm, Arthur Bryant Law, P.C., which has assumed Clarkson Law Firm's responsibility for representing Plaintiffs in this case.

3.  Each of the Plaintiffs, including the proposed Class Representatives, are now represented by Arthur Bryant Law, P.C., and not the Clarkson Law Firm ("Clarkson") and co-counsel.

4.  Prior to filing the Motion to Amend Plaintiffs' Motion for Class Certification, I spoke with Clarkson, Casey Gerry Francavilla Blatt, LLP, and Haeggquist & Eck, LLP, as well as our co-counsel, Bullock Law, PLLC. Each confirmed that it consents to and supports the proposed amendment.

5.  All of the firms listed above, other than Clarkson, will remain actively engaged in this matter.

6.  My qualifications to serve as Class Counsel are set forth at ECF No. 115, Ex. 6 at 4-5.

7.  At my new firm, I will continue to work with Carey Alexander. His qualifications are set forth at ECF No. 115, Ex. 6 at 5-6.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 23, 2025          /s/Arthur H. Bryant
                             Arthur H. Bryant

Case No. 3:22-cv-00173-TWR-MSB          -1-
DECLARATION OF ARTHUR H. BRYANT