UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.: 3:22-CV-173 TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CLASS CERTIFICATION HEARING AND DISPOSITIVE MOTION DEADLINE**<br><br>(ECF No. 143) |

Presently before the Court is the Parties' Joint Motion to Continue Class Certification Hearing and Dispositive Motion Deadline ("Jt. Mot.," ECF No. 143). The Parties state that such a continuance would "permit Plaintiffs and Defendants to continue exploring settlement and [] avoid wasting judicial resources[.]" (*See id*. at 4.) Good cause

appearing, the Court **GRANTS** the Joint Motion. Pursuant to the agreement of the Parties, the hearing regarding Plaintiffs' Motion for Class Certification is **RESET** for July 1, 2025, at 1:30 p.m. in Courtroom 14A, and the deadline to file pretrial motions is **EXTENDED** to July 31, 2025. (*See id.*)

**IT IS SO ORDERED.**

Dated: May 23, 2025

_____
Honorable Todd W. Robinson
United States District Judge