Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
carey@arthurbryantlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-00173-TWR-MSB **NOTICE OF CHANGE OF ADDRESS** Judge: Hon. Todd. W. Robinson |
| Plaintiffs, | |
| v. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and SAN DIEGO STATE UNIVERSITY, | |
| Defendants. | |

1    TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

2  ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that Carey Alexander, attorney for Plaintiffs, has

4  changed his address as follows:

5    Old Address:        CLARKSON LAW FIRM, P.C.

6                        22525 Pacific Coast Highway

7                        Malibu, CA 90265

8                        Tel: (213) 788-4050

9                        Fax: (213) 788-4070

10                       calexander@clarksonlawfirm.com

11   New Address:        ARTHUR BRYANT LAW, P.C.

12                       1999 Harrison Street, 18th Floor

13                       Oakland, CA 94612

14                       Tel: (510) 391-5454

15                       carey@arthurbryantlaw.com

16

17    Please update all proofs of service and lists to reflect this change.

18

19  Dated: May 27, 2025                    /s/ Carey Alexander
                                           Carey Alexander
20

21                                         *Attorney for Plaintiffs*

22

23

24

25

26

27

28

Case No. 3:22-cv-00173-TWR-MSB            -1-

NOTICE OF CHANGE OF ADDRESS