Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
carey@arthurbryantlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**MOTION TO WITHDRAW**<br><br>Judge: Hon. Todd. W. Robinson |

1  Pursuant to Local Civil Rule 83.3(f)(3), Plaintiffs respectfully move to withdraw
2  the appearance of Carey Alexander as counsel for Plaintiffs. As set forth in the
3  attached Declaration of Carey Alexander, notice of this motion has been served on
4  Defendants and on Plaintiffs.

Dated: July 11, 2025                     /s/ Carey Alexander
                                         Carey Alexander

                                         *Attorney for Plaintiffs*