Carey Alexander (SBN 5188461)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
carey@arthurbryantlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**DECLARATION OF CAREY ALEXANDER IN SUPPORT OF MOTION TO WITHDRAW**<br><br>Judge: Hon. Todd. W. Robinson |

I, Carey Alexander, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am admitted *pro hac vice* pursuant to ECF No. 97. I submit this Declaration in support of Plaintiffs' motion to withdraw my appearance. I have personal knowledge of the facts set forth herein and could competently testify to them if called upon to do so.

2. Pursuant to Local Civil Rule 83.3(f)(3), the motion to withdraw my appearance was served on Defendants and on Plaintiffs by email on July 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2025         /s/ Carey Alexander
                             Carey Alexander