David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel.: (510) 391-5454
arthur@arthurbryantlaw.com

*Attorneys for Plaintiffs*

Brian M. Schwartz (Mich. Bar P69018)
Scott R. Eldridge (Mich. Bar P66452)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
schwartzb@millercanfield.com
eldridge@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, <br><br> Defendants. | Case No. 3:22-cv-00173-TWR-MSB <br><br> **JOINT MOTION TO CONTINUE FILING DEADLINE AND SETTLEMENT DISPOSITION CONFERENCE** <br><br> Judge: Hon. Todd W. Robinson |

Plaintiffs and Defendants, by their undersigned counsel, hereby respectfully request that the Court issue an order extending the deadline for filing preliminary approval for class settlement and the Settlement Disposition Conference. In support of their request, the parties jointly state as follows:

1.     On September 10, 2025, the parties via email reached out to Judge Berg to update the Court regarding the circumstances and the need for this requested extension.

2.     Pursuant to Judge's Berg's request the Parties file the present motion seeking to extend upcoming deadlines as follows:

3.     The Parties request the deadline to file their motion for preliminary approval of class settlement be extended up to and including September 26, 2025.

4.     The Parties request the deadline for the Settlement Disposition Conference to October 3, 2025.

5.     The parties additionally request that if they file their joint motion for preliminary approval on or before September 26, 2025, the Settlement Disposition Conference will be vacated without further court order.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court find good cause exists to extend the deadline for filing preliminary approval for class settlement and the Settlement Disposition Conference.

Dated: September 11, 2025

/s/Lori A. Bullock
Lori Bullock (*pro hac vice*)
**BULLOCK LAW PLLC**
309 East 5th St., Suite 202B
Des Moines, IA 50309
Tel: (515) 423-0551
lbullock@bullocklawpllc.com

/s/Brian M. Schwartz
Brian M. Schwartz (Mich. Bar P69018)
Scott R. Eldridge (Mich. Bar P66452)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500

Arthur H. Bryant (SBN 208365)
**Arthur Bryant Law PC**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthurbryant@arthurbryantlaw.com

David S. Casey, Jr. (SBN 69768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY SCHENK FRANCA VILLA BLATT & PENFIELD, LLP**
110 Laurel Street San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Amber Eck (SBN 177882)
Jenna Rangel (SBN 272735)
**HAEGGQUIST & ECK, LLP**
225 Broadway, Ste 2050
San Diego, CA 92101
Tel: (619) 342-8000
ambere@haelaw.com
jennar@haelaw.com

*Attorneys for Plaintiffs*

Detroit, Michigan 48226
Tel: (313) 963-6420
schwartzb@millercanfield.com
eldridge@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

Rob Bonta (SBN 202668)
Jodi L. Cleesattle (SBN 230537)
Jennifer L. Santa Maria (SBN 225875)
**ATTORNEY GENERAL OF CALIFORNIA**
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 738-9099
Fax: (619) 645-2012
Jennifer.SantaMaria@doj.ca.gov

*Attorneys for Defendants*