UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, et al., *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.:  22cv173-TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE FILING DEADLINE AND SETTLEMENT DISPOSITION CONFERENCE [ECF NO. 155]** |

Pending before the Court is the parties' Joint Motion to Continue Filing Deadline and Settlement Disposition Conference.  (ECF No. 155.)  Due to unforeseen delays, the parties request a fourteen-day extension to file their motion for preliminary approval of class settlement.  (Id. at 2.)  For good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** that:

1. The parties are **ORDERED** to file their motion for preliminary approval of class settlement no later than **September 26, 2025**.

2. **If the motion for preliminary approval is not filed by September 26, 2025**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference ("SDC") on **October 3, 2025**, at **1:00 p.m.** in

Courtroom 2C with Magistrate Judge Berg.

3. If the parties file their motion for preliminary approval by **September 26, 2025**, the SDC will be **VACATED without further court order.**

4. If counsel of record or any unrepresented party fails to appear at the SDC, or the parties fail to file the motion for preliminary approval in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated: September 12, 2025

Honorable Michael S. Berg
United States Magistrate Judge