UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, et al., *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No.:  22cv173-TWR (MSB)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE FILING DEADLINE AND SETTLEMENT DISPOSITION CONFERENCE**<br>**[ECF NO. 157]** |

Pending before the Court is the parties' second Joint Motion to Continue Filing Deadline and Settlement Disposition Conference.  (ECF No. 157.)  Due to unforeseen delays, the parties request an approximately two-week extension to file their motion for preliminary approval of class settlement.  (Id. at 2.)  For good cause shown, the Court **GRANTS** the Joint Motion and **ORDERS** that:

1. The parties are **ORDERED** to file their motion for preliminary approval of class settlement no later than **October 9, 2025**.

2. **If the motion for preliminary approval is not filed by October 9, 2025**, then **all counsel of record and unrepresented parties are required to appear in**

**person** for a Settlement Disposition Conference ("SDC") on **October 16, 2025**, at **1:00 p.m.** in Courtroom 2C with Magistrate Judge Berg.

3. If the parties file their motion for preliminary approval by **October 9, 2025**, the SDC will be **VACATED without further court order.** If counsel of record or any unrepresented party fails to appear at the SDC, or the parties fail to file the motion for preliminary approval in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

Dated: September 26, 2025

Honorable Michael S. Berg
United States Magistrate Judge