David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com

Arthur H. Bryant (SBN 208365)
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com

*Attorney for Plaintiffs*

Brian M. Schwartz (Mich. Bar P69018)
Scott R. Eldridge (Mich. Bar P66452)
Erika L. Giroux (Mich. Bar P81998)
Ashley N. Higginson (Mich. Bar P83992)
**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
schwartzb@millercanfield.com
eldridge@millercanfield.com
giroux@millercanfield.com
higginson@millercanfield.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR**<br>**(1) CLASS CERTIFICATION;**<br>**(2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**<br>**(3) APPROVAL OF PROPOSED CLASS NOTICE; AND**<br>**(4) SCHEDULING OF FAIRNESS HEARING**<br><br>Judge: Hon. Todd W. Robinson<br><br>Date: November 20, 2025<br><br>Time: 1:30 P.M. PST |

PLEASE TAKE NOTICE THAT, at 1:30 p.m. on November 20, 2025 or such other date and time as the Court may set, in Courtroom 1410 of the above-captioned Court, located James M. Carter & Judith N. Keep Courthouse, 333 West Broadway, San Diego, CA 92101, the Parties will move this Court for class certification, preliminary approval of the parties' class action settlement, approval of class notice, and for the entry of the Proposed Order included herewith.

This joint motion is based on this Notice of Motion and Motion, a Memorandum of Law, and its Exhibits filed contemporaneously herewith, the pleadings, records, and files in this action, and such other matters as may properly come before this Court.

Dated: October 9, 2025

| /s/Lori A. Bullock | /s/Brian M. Schwartz |
|---|---|
| Lori Bullock (*pro hac vice*) | Brian M. Schwartz (*pro hac vice*) |
| **BULLOCK LAW PLLC** | Scott R. Eldridge (*pro hac vice*) |
| 309 East 5th St., Suite 202B | Erika L. Giroux (*pro hac vice*) |
| Des Moines, IA 50309 | Ashley N. Higginson (*pro hac vice*) |
| Tel: (515) 423-0551 | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** |
| lbullock@bullocklawpllc.com | 150 West Jefferson, Suite 2500 |
| | Detroit, Michigan 48226 |
| Arthur H. Bryant (SBN 208365) | Tel: (313) 963-6420 |
| **Arthur Bryant Law PC** | schwartzb@millercanfield.com |
| 1999 Harrison Street, 18th Floor | eldridge@millercanfield.com |
| Oakland, CA 94612 | giroux@millercanfield.com |
| Tel: (510) 391-5454 | higginson@millercanfield.com |
| arthurbryant@arthurbryantlaw.com | |
| | Rob Bonta (SBN 202668) |
| David S. Casey, Jr. (SBN 69768) | Jodi L. Cleesattle (SBN 230537) |
| Gayle M. Blatt (SBN 122048) | Jennifer L. Santa Maria (SBN 225875) |
| **CASEY GERRY BLATT LLP** | **ATTORNEY GENERAL OF CALIFORNIA** |
| 110 Laurel Street | 600 West Broadway, Suite 1800 |
| San Diego, CA 92101 | San Diego, CA 92101 |
| Tel: (619) 238-1811 | Tel: (619) 738-9099 |
| dcasey@cglaw.com | Fax: (619) 645-2012 |
| gmb@cglaw.com | |

1  Amber Eck (SBN 177882)  Jennifer.SantaMaria@doj.ca.gov
   Jenna Rangel (SBN 272735)
2  **HAEGGQUIST & ECK, LLP**  *Attorneys for Defendants*
3  225 Broadway, Ste 2050
   San Diego, CA 92101
4  Tel: (619) 342-8000
5  ambere@haelaw.com
   jennar@haelaw.com
6
7  *Attorneys for Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing upon all ECF participants.

/s/Lori A. Bullock
Lori A. Bullock