**Reporting Institution:** San Diego State University  **Reporting Year (FY):** 2024

## Athletics Participation

Table 1 | 499 Table 1 - - - Athletics Participation. A participant at an NCAA member institution is defined as a student who, at any point during the academic year: (a) is listed as a team member; (b) practices with the varsity team and receives coaching from one or more varsity coaches; or (c) receives athletically-related student aid.

Any student who satisfies one or more of the criteria above is a participant, including a student on a team the institution designates or defines as junior varsity, freshman, or novice, or a student who does not play in a scheduled contest, whether for medical reasons or to preserve eligibility (i.e., a redshirt).

Student-athletes who participate in more than one sport should be counted in each sport. The Coed Teams column is marked based on the content of the sports sponsored table (Mixed Sports) in the School Info page. **Male practice players are NOT to be included as participants in this table.**

| Sport | Coed Teams | Number of Participants Men's Teams | Number of Participants Women's Teams | Number of Participants Participating on a Second Team Men's Teams | Number of Participants Participating on a Second Team Women's Teams | Number of Participants Participating on a Third Team Men's Teams | Number of Participants Participating on a Third Team Women's Teams |
|---|---|---|---|---|---|---|---|
| Baseball | | 41 | | | | | |
| Basketball | | 17 | 27 | | | | |
| Cross Country | | | 13 | | 13 | | 13 |
| Football | | 115 | | | | | |
| Golf | | 11 | 6 | | | | |
| Lacrosse | | | 31 | | | | |
| Soccer | | 27 | 26 | | | | |
| Softball | | | 21 | | | | |
| Swimming and Diving | | | 29 | | | | |
| Tennis | | 11 | 7 | | | | |
| Track, Indoor | | | 39 | | 39 | | 13 |
| Track, Outdoor | | | 39 | | 39 | | 13 |
| Volleyball | | | 17 | | | | |
| Water Polo | | | 22 | | | | |
| Others | | | | | | | |
| Total Participants | | 222 | 277 | 0 | 91 | 0 | 39 |
| Participant Proportion | | 44.5% | 55.5% | | | | |

**Exhibit D, Pg. 1 of 2**

SDSU-FISK-0057297

**Reporting Institution:** San Diego State University  **Reporting Year (FY):** 2024

| Sport | Coed Teams | Men's Teams | Women's Teams | Number of Participants Participating on a Second Team - Men's Teams | Number of Participants Participating on a Second Team - Women's Teams | Number of Participants Participating on a Third Team - Men's Teams | Number of Participants Participating on a Third Team - Women's Teams |
|---|---|---|---|---|---|---|---|
| Unduplicated Count of Participants | | 222 | 225 | | | | |