| | |
|---|---|
| David S. Casey, Jr. (SBN 60768)<br>Gayle M. Blatt (SBN 122048)<br>**CASEY GERRY FRANCAVILLA BLATT LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: (619) 238-1811<br>dcasey@cglaw.com<br>gmb@cglaw.com<br><br>Arthur H. Bryant (SBN 208365)<br>**ARTHUR BRYANT LAW, P.C.**<br>1999 Harrison Street, 18th Floor<br>Oakland, CA 94612<br>Tel: (510) 391-5454<br>arthur@arthurbryantlaw.com<br><br>*Attorney for Plaintiffs* | Brian M. Schwartz (Mich. Bar P69018)<br>Scott R. Eldridge (Mich. Bar P66452)<br>Erika L. Giroux (Mich. Bar P81998)<br>Ashley N. Higginson (Mich. Bar P83992)<br>**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>Tel: (313) 963-6420<br>schwartzb@millercanfield.com<br>eldridge@millercanfield.com<br>giroux@millercanfield.com<br>higginson@millercanfield.com<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA CASTRILLON, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>      Defendants. | Case No. 3:22-cv-00173-TWR-MSB<br><br>**JOINT MOTION<br>TO EXTEND DEADLINE<br>TO ISSUE CLASS NOTICE**<br><br>Judge: Hon. Todd W. Robinson<br>Date: January 22, 2026<br>Time: 1:30 p.m. |

Plaintiffs and Defendants, by their undersigned counsel, hereby respectfully request that the Court issue an order continuing the date to send Class Notice by seven days.

1. On January 7, 2026, the Court granted the Parties' Joint Motion for Preliminary Approval of the Class Settlement and set a deadline for sending out the Class Notice of January 21, 2026. (Dkt. 165).

2. The Parties have been working diligently to gather the necessary class data and agree upon language for the email accompanying notice to the Class Members.

3. The Parties need an additional five days to gather class data and for Plaintiffs to be able to provide necessary information to the settlement administrator, so they are able to verify Class Members and accept claims as soon as notice is sent.

4. While the Parties do not believe that any other upcoming deadlines in the case need to be extended as a result of this short delay in issuing class notice, the Parties understand the Court may wish to extend the deadline for Class Members to opt-out or object and will work with the Court to establish new deadlines if needed.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court find good cause exists to continue the January 21, 2026 deadline to issue class notice to January 28, 2026.

Dated: January 21, 2026

| /s/Lori A. Bullock | /s/Brian M. Schwartz (w/ permission) |
|---|---|
| Lori Bullock (*pro hac vice*) | Brian M. Schwartz (*pro hac vice*) |
| **BULLOCK LAW PLLC** | Scott R. Eldridge (*pro hac vice*) |
| 309 East 5th St., Suite 202B | Erika L. Giroux (*pro hac vice*) |
| Des Moines, IA 50309 | Ashley N. Higginson (*pro hac vice*) |
| Tel: (515) 423-0551 | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** |
| lbullock@bullocklawpllc.com | 150 West Jefferson, Suite 2500 |
| | Detroit, Michigan 48226 |
| Arthur H. Bryant (SBN 208365) | Tel: (313) 963-6420 |
| **Arthur Bryant Law PC** | schwartzb@millercanfield.com |
| 1999 Harrison Street, 18th Floor | eldridge@millercanfield.com |
| Oakland, CA 94612 | giroux@millercanfield.com |
| Tel: (510) 391-5454 | higginson@millercanfield.com |
| arthurbryant@arthurbryantlaw.com | |
| | Rob Bonta (SBN 202668) |
| David S. Casey, Jr. (SBN 69768) | Jodi L. Cleesattle (SBN 230537) |
| Gayle M. Blatt (SBN 122048) | Jennifer L. Santa Maria (SBN 225875) |
| **CASEY GERRY BLATT LLP** | **ATTORNEY GENERAL OF CALIFORNIA** |
| 110 Laurel Street | 600 West Broadway, Suite 1800 |
| San Diego, CA 92101 | San Diego, CA 92101 |
| Tel: (619) 238-1811 | Tel: (619) 738-9099 |
| dcasey@cglaw.com | Fax: (619) 645-2012 |
| gmb@cglaw.com | Jennifer.SantaMaria@doj.ca.gov |
| | |
| Amber Eck (SBN 177882) | *Attorneys for Defendants* |
| Jenna Rangel (SBN 272735) | |
| **HAEGGQUIST & ECK, LLP** | |
| 225 Broadway, Ste 2050 | |
| San Diego, CA 92101 | |
| Tel: (619) 342-8000 | |
| ambere@haelaw.com | |
| jennar@haelaw.com | |

*Attorneys for Classes*

Case No. 3:22-cv-00173-TWR-MSB            -2-
JOINT MOTION FOR EXTENSION OF CLASS NOTICE DEADLINE

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send notification of such filing upon all ECF participants.

*/s/Lori A. Bullock*
Lori A. Bullock