UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-173 TWR (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ISSUE CLASS NOTICE**<br><br>(ECF No. 166) |

Presently before the Court is the Parties' Joint Motion to Extend Deadline to Issue Class Notice ("Joint Mot.," ECF No. 166.) The Parties state they "need an additional five days to gather class data and for Plaintiffs to be able to provide necessary information to the settlement administrator, so they are able to verify Class Members and accept claims

as soon as notice is sent." (*Id.* ¶ 3.) Good cause appearing, the Court **GRANTS** the Joint Motion. The deadline to issue class notice is <u>January 28, 2026</u>. Further, the Court agrees no other upcoming deadlines need to be extended because of this five-day extension. (*Id.* ¶ 4.)

      **IT IS SO ORDERED.**

Dated: January 22, 2026

                                                      Honorable Todd W. Robinson
                                                      United States District Judge