UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON FISK, RAQUEL CASTRO, GRETA VISS, CLARE BOTTERILL, MAYA BROSCH, HELEN BAUER, CARINA CLARK, NATALIE FIGUEROA, ERICA GROTEGEER, KAITLIN HERI, OLIVIA PETRINE, AISHA WATT, KAMRYN WHITWORTH, SARA ABSTEN, ELEANOR DAVIES, ALEXA DIETZ, and LARISA SULCS, individually and on behalf of all those similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE UNIVERSITY, <br>Defendants. | Case No.: 3:22-CV-173 TWR (MSB) <br><br>**ORDER GRANTING MOTION TO WITHDRAW CAREY ALEXANDER AS COUNSEL FOR PLAINTIFFS** <br><br>(ECF No. 150) |

    Presently before the Court is the Plaintiffs' Motion to Withdraw the appearance of Carey Alexander as counsel for Plaintiffs. ("Mot.," ECF No. 150.) As set forth in the Declaration of Carey Alexander, the Motion was served on Defendants and on Plaintiffs in accordance with Local Civil Rule 83.3(f)(3). (*See* ECF No. 150-1 ¶ 2.) Good cause

appearing, the Court **GRANTS** the Motion. The Clerk of Court **SHALL UPDATE** the docket to reflect counsel's withdrawal.

**IT IS SO ORDERED.**

Dated: February 4, 2026

_____
Honorable Todd W. Robinson
United States District Judge