

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See attachment | **Civil Action No.** 22-cv-00173-TWR-MSB |
| **Plaintiff,** | |
| **V.** | |
| Board of Trustees of the California State University, San Diego State University | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

IT IS HEREBY ORDERED AND ADJUDGED:

The Court rants  the Joint Motion for Final Approval and finally approves the Settlement Agreement under Federal Rule of Civil Procedure 23(e) as fair, reasonable, and adequate.

The Courts Orders SDSU to pay the negotiated amount of $300,000 in damages for Class 2 within thirty (30) days of the date of this Order.

The Court confirms its finding that the proposed Plan of Allocation for Class 2 is fair, reasonable, and adequate and appoints CPT Group to serve as the Disbursement Administrator. The Court also approves CPT Group's fees, estimated to be $9,750.00, to be paid by Class Counsel.

The Court grants  the Motion for Attorneys' Fees and orders SDSU to pay the negotiated amount of $1,300,000 for Plaintiffs' attorneys' fees and costs within thirty (30) days of the date of this Order. Any attorneys' fees and/or cost liens from former Plaintiffs' firms will be the responsibility of class counsel Arthur Bryant and not SDSU.

**Date:**        4/20/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>22-cv-0173-TWR-MSB</u>

Madison Fisk; Raquel Castro; Greta Viss; Helen Bauer; Carina Clark; Natalie Figueroa; Erica Grotegeer; Kaitlin Heri; Olivia Petrine; Aisha Watt; Kamryn Whitworth; Sara Absten; Eleanor Davies; Alexa Dietz; Larisa Sulcs, individually and on behalf of all those similarly situated